# EXHIBIT B-2
# Part 1

# Walker County Joint Comprehensive Plan 2022-2032
## Including the cities of Chickamauga, LaFayette, Lookout Mountain and Rossville



*Composed by: Northwest Georgia Regional Commission*

# Table of Contents

ACKNOWLEDGEMENTS ........ 1
Walker County Adoption Resolution ........ 2
City of Chickamauga Adoption Resolution ........ 4
City of LaFayette Adoption Resolution ........ 5
City of Lookout Mountain Adoption Resolution ........ 6
City of Rossville Adoption Resolution ........ 7
INTRODUCTION ........ 8
TRANSPORTATION ........ 35
BROADBAND ........ 40
COMMUNITY GOALS ........ 44
Chickamauga ........ 45
LaFayette ........ 50
Lookout Mountain ........ 55
Rossville ........ 57
Walker County ........ 61
REPORT OF ACCOMPLISHMENTS ........ 67
City of Chickamauga Report of Accomplishments ........ 69
City of LaFayette Report of Accomplishments ........ 74
City of Rossville Report of AccomplishmentS ........ 90
Walker County Report of Accomplishments ........ 97
NEEDS AND OPPORTUNITIES ........ 105
LAND USE ........ 113
COMMUNITY WORK PROGRAMS ........ 190
APPENDIX A: PUBLIC HEARING NOTICE ........ 240
APPENDIX B: Broadband map ........ 247

# ACKNOWLEDGEMENTS


## WALKER COUNTY

**Shannon Whitfield**
*Commission Chairman*

**Robert Blakemore**
*District Commissioner 1*

**Mark Askew**
*District Commissioner 2*

**Brian Hart**
*District 3 Commissioner*

**Robert Stultz**
*District 4 Commissioner*

## CITY OF CHICKAMAUGA

**Ray Crowder**
*Mayor*

**City Council**
Randal Dalton, *Mayor Pro Tem*
Daymon Garrett
Evitte Parrish
Lee Miller
Don Martin

**City Staff**
Micheal Haney, *City Manager*
Candi Dalton, *City Clerk*

## CITY OF LAFAYETTE

**Andy Arnold**
*Mayor*

**City Council**
Beacher Garmany
Ben Bradford
Judy Meeks
Chris Davis
Wayne Swanson

**City Staff**
David Hamilton, *City Manager*
Brenda Snyder, *City Clerk*

## CITY OF LOOKOUT MOUNTAIN

**David S Bennett**
*Mayor*

**City Council**
Arch Willingham
Caroline Williams
Tony Towns
Kevin Leckenby
Taylor Watson

**City Staff**
Kenny Lee, *City Manager*
Cindy Roberts, *City Clerk*

## CITY OF ROSSVILLE

**Teddy Harris**
*Mayor*

**City Council**
Jonathan Lassetter, *Mayor Pro tem*
Rick Buff
Michael Hicks
Hal Gray

**City Staff**
Sherry Foster, *City Clerk*

## STAKEHOLDER COMMITTEE

Andy Arnold, *LaFayette Mayor*
Dakiya Porter, *Walker Co. Communication Specialist*
Elizabeth Wells, *LaFayette Economic Development*
Elliot Pierce, *Citizen*
Jan Weaver, *Citizen*
Jimmy Campbell, *Citizen*
Joe Legge, *Walker County Public Relations*
John Conely, *Citizen*
Kenny Lee, *Lookout Mountain City Manager*
Michael Haney, *Chickamauga City Manager*
Michael Hicks, *Rossville City Council*
Robert Stultz, *Walker County Commissioner*
Robert Wardlaw, *Walker County Econ. Dev. Director*
Rodney Parker, *LaFayette Public Works*
Shannon Whitfield, *Walker County Commission Chairman*
Stacey Suttle, *Citizen*
Teddy Harris, *Rossville Mayor*
Tyrone Davis, *Citizen*

## NORTHWEST GEORGIA REGIONAL COMMISSION

Lloyd Frasier, *Executive Director*
Julianne Meadows, *Regional Planning Director*
Ethan Calhoun, *Assistant Planning Director*
Alex Smith, *Community Planner*

## Walker County Adoption Resolution

**RESOLUTION R-013-22**

**A RESOLUTION OF THE BOARD OF COMMISSIONERS OF WALKER COUNTY TO ADOPT THE WALKER COUNTY JOINT COMPREHENSIVE PLAN (2022-2032)**

**WHEREAS**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**WHEREAS**, the ***Walker County Joint Comprehensive Plan (2022-2032) Including the cities of Chickamauga, LaFayette, Lookout Mountain and Rossville*** is now complete; and

**WHEREAS**, such **Joint Comprehensive Plan** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective October 1, 2018); and

**WHEREAS**, the second and final public hearing on the draft plan was held on January 27, 2022 at the Walker County Courthouse Annex III at 7:00 pm.; and

**WHEREAS**, the Board of Commissioners tabled a draft of the final version on March 10, 2022 to allow for more public review and some formatting and typographical issues to be cleaned up;

**THEREFORE, BE IT RESOLVED** that the Board of Commissioners of Walker County hereby officially adopts the revised final version of the ***Walker County Joint Comprehensive Plan (2022-2032) Including the cities of Chickamauga, LaFayette, Lookout Mountain and Rossville.***

**BE IT FURTHER RESOLVED** that the Board expresses its appreciation to members of the Walker County Joint Comprehensive Plan Stakeholder Committee, as well as the Northwest Georgia Regional Commission, for their input and dedication to crafting a plan to guide local officials and staff in meeting the current and future needs of our residents.

**SO RESOLVED AND ADOPTED** this 24th day of March, 2022.

**ATTEST:**

Rebecca Wooden (signature)

REBECCA WOODEN, County Clerk

**WALKER COUNTY, GEORGIA**

Shannon K. Whitfield (signature)

SHANNON K. WHITFIELD, Chairman

The foregoing Resolution received a motion for passage from Commissioner Shultz, second by Commissioner Hart, and upon the question the vote is 4 ayes, 0 nays to adopt the Resolution.

**A copy of the Walker County Joint Comprehensive Plan (2022-2032) Including the cities of Chickamauga, LaFayette, Lookout Mountain and Rossville is available to view or download on the county's website at:**

https://walkercountyga.gov/2022/03/03/walker-county-joint-comprehensive-plan-2022-2032-now-available-online/

# City of Chickamauga Adoption Resolution

**CITY OF CHICKAMUGA RESOLUTION 02-28-2022**

**A RESOLUTION**
**TO ADOPT THE**

**Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the ***Walker County Joint Comprehensive Plan (2022-2032) Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville*** is now complete; and

**Whereas**, such **Joint Comprehensive Plan** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective October 1, 2018); and

**Whereas,** the second and final public hearing on the draft plan was held on January 27, 2022 at the Walker County Courthouse Annex III at 7:00 pm.

**Now Therefore Be It Resolved**, that the City Council of Chickamauga, Georgia hereby officially adopts the ***Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville***

**Resolved**, this 28th, day of February 2022.

BY: [signature]
Mayor, City of Chickamauga

ATTEST: [signature] Candi Dalton
Candi Dalton, City Clerk
City of Chickamauga

# City of LaFayette Adoption Resolution

**A RESOLUTION
TO ADOPT THE**

**Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the ***Walker County Joint Comprehensive Plan (2022-2032) Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville*** is now complete; and

**Whereas**, such **Joint Comprehensive Plan** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective October 1, 2018); and

**Whereas,** the second and final public hearing on the draft plan was held on January 27, 2022 at the Walker County Courthouse Annex III at 7:00 pm.

**Now Therefore Be It Resolved**, that the City Council of LaFayette, Georgia hereby officially adopts the ***Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville***

**Resolved**, this 28th, day of February 2022.

BY: Philip A Arnold [signature]
Andy Arnold
Mayor, City of LaFayette

ATTEST: Brenda Snyder [signature]
Brenda Snyder, City Clerk
City of LaFayette

# City of Lookout Mountain Adoption Resolution

**A RESOLUTION**
**TO ADOPT THE**

**Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the ***Walker County Joint Comprehensive Plan (2022-2032) Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville*** is now complete; and

**Whereas**, such **Joint Comprehensive Plan** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective October 1, 2018); and

**Whereas,** the second and final public hearing on the draft plan was held on January 27, 2022 at the Walker County Courthouse Annex III at 7:00 pm.

**Now Therefore Be It Resolved**, that the City Council of Lookout Mountain, Georgia hereby officially adopts the ***Walker County Joint Comprehensive Plan (2022-2032): Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville***

**Resolved**, this 28th day of February 2022.

BY: ______________________
David S. Bennett
Mayor, City of Lookout Mountain

ATTEST: ______________________
Cindy Roberts, City Clerk
City of Lookout Mountain

# City of Rossville Adoption Resolution

**RESOLUTION #734**

**A Resolution to Adopt the Walker County Joint Comprehensive Plan (2022-2032) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the **Walker County Joint Comprehensive Plan (2022-2032) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville** is now complete; and

**Whereas**, such **Joint Comprehensive Plan** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective March 1, 2014); and

**Whereas,** the second and final public hearing on the draft plan was held on January 27, 2022, at Walker County Courthouse Annex III, at 7:00 pm;

**Now Therefore Be It Resolved**, that the City Council of Rossville, Georgia hereby officially adopts the **Walker County Joint Comprehensive Plan (2022-2032) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville.**

**Resolved**, this 14th day of March, 2022.

Teddy Harris, Mayor

ATTEST: Russanna Jenkins, City Clerk

Todd Franklin, Council Member

Hal Gray, Council Member

Michael Hicks, Council Member

Jonathan Lassetter, Council Member

# INTRODUCTION

Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville have joined efforts in the creation of a comprehensive plan to guide local officials and staff in meeting the current and future needs of its residents. Planning efforts, such as the comprehensive planning process provided by the state of Georgia, creates opportunities for the advancement of each local representative's community by providing state loans, grants, and permits. All efforts are accomplished through a democratic process of local participation laid by local officials and citizen participation through both stakeholders and public hearings as established by the Georgia Department of Community Affairs (DCA) requirements of the 2018 State Minimum Standards for Local Comprehensive Planning. The Comprehensive Planning process includes a local comprehensive plan every 10-years with an update to the plan every 5-years.

## Why We Plan

For Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville, comprehensive planning is an important management tool for promoting strong, healthy communities. A comprehensive plan represents a shared vision of an achievable future to be reached by the execution of action steps constructed through collaboration between local government officials and citizens. It provides for future growth and economic development, while protecting private property rights. It describes how best to preserve the natural, historic, and scenic character while also accentuating those resources to promote positive development. The plan displays infrastructural strengths while identifying those components in need of upgrading or replacing to further local economic development while promoting happy, healthy communities. It advises where development is best to occur, what type of development is best suited, and how best to pay for the infrastructure needed to support new development and growth. A comprehensive plan helps Walker County's municipalities to invest their finances into roads, water and sewer, schools, parks and greenspace, and public facilities. Local comprehensive planning creates an environment of predictability for business and industry, investors, property owners, taxpayers, and the general public.

Joint, local planning benefits the state also, as a vibrant intergovernmental system fosters a positive state image as an attractive place to invest, conduct businesses, and raise a family.

**Why we plan**

- Set a new Standard for protecting natural and cultural resources
- Promote desired patterns of development
- Facilitate economic development
- Accommodate a range of housing and transportation options
- Prioritize capital expenditures

Legislatively, the state of Georgia recognizes that local communities have their own individual needs, their strengths, and weaknesses. To better understand these traits, the comprehensive plan is to advise the state of Georgia on how it may best support local communities to reach a shared vision. The comprehensive plan may be viewed as a collaboration between local and state governments, as it allows the state to support local governments responsibly, incentivizing economic development, and provide fiscal relief or encouragement by ways grants and loans for locally identified work program items.

In 1989 the Georgia Planning Act was enacted (O.C.G.A 45-12-200, et seq., and 50-8-1, et seq). The Georgia Planning Act establishes a set of standards for each local government to follow for them to maintain Qualified Local Government status (QLG). QLG status allows for local governments to be eligible for certain economic incentives, such as Georgia Environmental Finance Authority (GEFA) Loans and State of Georgia Community Block Grants. State of Georgia Law requires Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville to create a 2022 to 2032 comprehensive plan to be accepted by the Georgia governing authority of the Georgia Department of Community Affairs (DCA) by the deadline of February 28, 2022. Once accepted for approval by DCA the 2022-2032 Joint Comprehensive Plan is ready for adoption by Walker County Board of Commissioners and the Mayors and city councils of Chickamauga, LaFayette, Lookout Mountain, and Rossville. Once adopted, the plan may be amended when needed, by DCA approval, and will be updated every 5-years.

## Plan Requirements

The state of Georgia requires that county and city governments develop, adopt, maintain, and implement a comprehensive plan to qualify for selected federal and state grants, loans, and permits. By adhering to the state's planning process, these local governments maintain their Qualified Local Government Status (QLG). 2018 Minimum Standard for Local Comprehensive Planning requires a comprehensive plan containing the following elements to maintain QLG status.

- Community Vision and Goals – a summary used to lay out a road map for the community's future, developed through a very public process of involving community leaders and stakeholders making key decisions about the future of the community and its direction.

- Report of Accomplishments – a summary of former work program items from the 2017 – 2022 Joint Comprehensive Plan Update and the status of completion. Items assessed as underway are automatically moved to the 2022 – 2032 Joint Comprehensive plan, along with activities that were postponed.

- Community Needs and Opportunities – locally agreed-upon collection of ideas provided from public and government leaders that reflects current conditions of the county and its local municipality and what can be approved upon or enhanced.

- Land Use/Future Development Map and Narrative – identified and mapped boundaries of sub-areas, districts, or neighborhoods of existing or potential characters. Character area categories include, but are not limited to, the following: commercial, industrial, residential, and agriculture/ forestry. Along with the Future Development Map, there is a written narrative/description accompanied by pictures or illustrations.

- Transportation Element – required for those portions of a local government in which its jurisdiction falls within a Metropolitan Planning Organization (urbanized areas with a population greater than 50,000). The review of the Transportation Element may be used as an evaluation tool, addressing any needs, improvements or opportunities and serves as a decision-making process. Portions of Walker County, that area which stretches from its intersection with Dade County and Hamilton County Tennessee south toward the City of Chickamauga, are within the Chattanooga-Hamilton County/North Georgia Transportation Planning Organization (CHCNGTPO). Those local jurisdictions taking advantage of federal transportation programs through the CHCNGTPO are to be considered an authorized Local Public Agency (LPA) with an adequate organizational structure to administrate federal funds responsibly. Projects are to be certified by the Georgia Department of Transportation (GDOT) and listed as a Local Administered Project (LAP).

- Community Work Program – specific activities the community plans to undertake during the next 10 years. Work Program items are assessed in the five-year plan update. Completed tasks are reported as completed in the Report of Accomplishment.

- Economic Development Element – Required for local governments included in Georgia Job Tax Credit Tier 1. Walker County is considered a Tier 2 community.

- Broadband Service Element – the most recent element established by the state of Georgia and is required for all governments. It addresses internet access, and its initiative is to increase internet connectivity locally and state-wide.

# Public Hearings



**Figure 1. Initial Comprehensive Joint Steering Committee Meeting. Local Governments completing the Strength, Weakness, Opportunity, and Threats (SWOT) Analysis**



**Figure 2. Lookout Mountain's local Steering Committee Meeting considereing Strenghts, Weaknesses, Opportunities and Threats.**

The initial public hearing was held at the Walker County Annex III building in LaFayette on May 13, 2021. A legal ad was published in the local paper, Walker County Messenger, on April 21, 2021 (Appendix A). At the public hearing, the 2022-2032 Comprehensive Plan was announced, notifying the public of the process involved. Public input is vital in creating an effective plan that best serves the residents of Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville. Each government appointed those individuals from their locality whose local knowledge, technical expertise, and commitment to their community best serves its well-being. Through their investment of time and knowledge, their advisement has allowed for the 2022-2032 Joint Comprehensive Plan to be produced. Their input is invaluable to the success and vitality of their communities. Localities worked with stakeholder members to identify a shared vision and achievable goals for the next 10 years.

On January 18, 2022, the city of Lookout Mountain held its own public hearing to hear the specific needs of its own citizens. The public meeting was advertised by legal ad in the Walker County Messenger on the date of December 29th, 2021, 20 days prior to the public hearing, at Lookout Mountain United Methodist Church of (Appendix A). A joint public hearing for all governments was announced in a legal ad in the Walker County Messenger for a public hearing held at the Walker County on January 27, 2022, at the Walker County Annex III in LaFayette (Appendix A).




**Figure 3. Walker County Map**




**Figure 4. Walker County Map**

# Location, Landscape, and History

Walker County, a county of 67,654 individuals as of the 2020 census, is located in the northwest Georgia region, sharing its northern boundary with Hamilton County, Tennessee. The Walker County is surrounded by the following Georgia counties; to the west, Walker County is bounded by Dade County, to the east the county is bounded by both Catoosa County and Whitfield County, and to the south, it is bounded by Chattooga County. In total area, Walker County is the 40th ranked Georgia County in size, consisting of an approximate total area of 446 square miles. Geographically, it is located mostly in the *Valley and Ridge* province of Georgia. The *Valley and Ridge* province is characterized by eroded and rounded ridges and fertile valleys. These valleys' fertile soils gave Walker County, its agricultural identity. These valley's limestone aquifer system provides water availability that has made Walker County, much like most of Northwest Georgia, an attractive location for industries. A small portion of the northwest corner of the county, consisting of locations such as Pigeon and Lookout Mountain, is located within the *Appalachian Plateau*, whose coal deposits helped power the regions industrial production in the past. Today, the Plateau's unique rock formation and natural vistas contribute generously to Walker County's economy through tourism.

The northern portion of Walker County, as well as the municipalities of Chickamauga, Lookout Mountain, and Rossville, all fall within the Chattanooga Metropolitan Planning Area or an "Urbanized Area" of a population of greater than 50,000 inhabitants. Because of its proximity to the employment center of Chattanooga, Walker County communities may be considered a bedroom community by some, but its isolation from the Interstate 75 allows each community its own identity. Despite their unique identity and rich history, much like many post-World War II communities, the commercial and industrial presence has declined in the cities of Chickamauga, LaFayette, and Rossville. In recent years, the population size in these smaller communities has

declined, while Chattanooga, the larger metropolitan city, has grown.

In contrast, the city of Lookout Mountain's identity has always been residential. In recent years, there has been a shift in personal living preferences for small town. Combined with the technological advancements in industrial production and the new digital economy, there is renewed interest for communities such as those of Walker County.

In contrast to the northern portion of Walker County, the south to southwest portions remains rural. The rich valleys of the *Valley and Ridge* province allow Walker County to remain an excellent place for agriculture. Walker County's identity is intimately tied to agriculture, as many citizens, if not in the agricultural profession, came from families with an agricultural heritage. Walker County is made up of industrious, committed, and hard-working citizens, who in addition to their agricultural background, have a rich history in manufacturing.

## *Walker County*

By Georgia General Assembly, in December of 1833, Walker County, Georgia was formed from the property of that of Murray County, Georgia, which had been established as a county the year before. The county was given its name in honor of Major Freeman Walker who was a U.S. Senator from 1819 to 1821. A year before its recognition as a Georgia county, the Cherokee lands of what is now Walker County had been distributed by land lottery to white settlers.



**Figure 5. Mountain Cove Farms in Walker County**

Although Walker County had opposed the succession from the United States, voting against it at the Convention of 1861, Walker County's corporate objection to leaving the Union did not prohibit local men from volunteering for the Confederate army. On September 18, of 1863, one of the biggest and bloodiest battles of the Civil War was witnessed at the site of Chickamauga in Walker County. In total, the two-day battle resulted in 34,000 causalities during the two-day battle, only second in the number of deaths to that of the Battle of Gettysburg, Pennsylvania. 27-years later, in 1890, much of the battlefield was dedicated to those Union and Confederate soldiers who had lost their lives as the nation's largest national military park. 14,000 veterans, both union and confederate, gathered again, but this time in peace, to break bread by the banks of Crawfish Springs. The momentous event was made possible by the Central of Georgia Railway establishing a fuel stop at Chickamauga, whose presence in Walker County increased its commercial productivity.

Post-Civil War brought about several changes to Walker County, reshaping its economy and identity. The most important of these changes was the industrialization of the area and the establishment of textiles. The textile industries of Walker County gave way to the manufacturing industry. By the mid-20th century, the carpet industry became the mainstay in employment for the northwest Georgia Region, with Shaw Carpet taking the lead in carpet production. While textile production is still present in Walker County, other industries such as the Roper Corporation, Shaw Industries Group, Hitachi Astemo (formerly Nissan Brake Georgia), and Audia International has located within Walker County.

*"Walker County boasts a labor force of 30,209. Nearly 39% of local jobs are in service sector, while manufacturing accounts for 33% of all Private employment positions. Walker County is also home to the best welding school in the nation. Skills USA consistently ranks Georgia Northwestern Technical College at the top in the Nation for this trade"* **- Walker County Website**



**Figure 6. Roper Corporation, a wholly owned subsidiary of GE Appliances, A Haier Company**

## *Chickamauga*



**Figure 7. Historic Gordon-Lee Mansion**

The city of Chickamauga is an approximate 30-minute drive, 15 miles south of Chattanooga Tennessee, a major employment center. It is northwest of Atlanta Georgia by approximately 100 miles and is almost a two-hour drive. Chickamauga's location has played a significant role in Georgia's history. Founded on the clear water Crawfish Springs, named for Indian Chief Crayfish, the city was not incorporated until 1891. Before Chickamauga's official establishment, the area was the home of the Tsikamagi Cherokee ("Chickamauga" is a phonic spelling and pronunciation of "Tsikamagi").



**Figure 8. Ironman Triathlon in Chickamauga**

The city and surrounding area is the location of the second deadliest battle in the Civil War (1863-1865) history. More than 110,000 Confederate and Union soldiers battled each other on September 18-20 of 1863, resulting in 34,000 casualties. Post-war, in the barbecue, the battlefield became home to the Chickamauga-Chattanooga National Military Park. In 1891, Chickamauga received its charter to become a city. Chickamauga's population continued to grow and prosper after the Civil War. The city emerged as a prosperous and industrious mill town. Chickamauga's identity is steeped in its Civil War History, but its current character is derived from its mill days.

In 1909, Daniel Ashley Jewell and Colonel W.L.L Bowen opened the Crystal Springs Bleachery Company on the banks of Crawfish Springs. The mill became the city's major employer. Mill housing, parks, and a beautiful downtown high school were all established to serve workers. Chickamauga also developed as a resort town following the construction of the Grand Park Hotel overlooking Crawfish Springs. In the late 1890s, the former battlefield was once again put to service as Camp Thomas, the largest military training ground during the Spanish American War. Soldiers flooded the small downtown and created an overnight boomtown in the city.

Unlike many small municipalities throughout the United States located near an employment center like that of the city of Chattanooga, Chickamauga did not go through a post-World War II population decline. Although the mill closed for good in 2013, Chickamauga's post-Civil War identity is derived from the mill's influence (and the infrastructure provided/stimulated). Today Chickamauga is a small, close-knit community of 3,234 according to the 2010 Decennial Census. The city of historic background, its proximity to Chattanooga, and its built environment fabric, all are attractive incentives for those who may wish to live in or visit the City of Chickamauga. Much of today's economy in is focused on the arts, entertainment, service, and sales industry.




**Figure 9. Early 1900's rendering of Crystal Springs Bleachery facilities**

The greatest opportunity today for Chickamauga is in leveraging its historic, cultural, and natural resources for recreational and tourist purposes. Chickamauga's most pressing need is the replacement of its aging infrastructure; specifically repairs and replacements needed to sidewalks and sewer. Special attention should be devoted to stormwater, as a large portion of the city is within a floodplain. To best achieve these goals, the city of Chickamauga has engaged with the University of Georgia Carl Vinson Institute of Government's Renaissance Strategic Vision and Plan (RSVP).



**Figure 10. Kayakers travel down West Chickamauga Creek at Lee & Gordon's Mills in Chickamauga**

## LaFayette



**Figure 11. Historic Chattooga Academy in LaFayette**

The city of LaFayette is located in the south-central portion of Walker County and serves as the county seat. The city is positioned along historic U.S. Highway 27 thoroughfare from Florida to Michigan. Of greater importance for residents of LaFayette and Walker County, Highway 27 provides access to Chattanooga. LaFayette is approximately 25-miles south of Chattanooga, or 40 minutes from the economic center. LaFayette, first called Chattooga, was established in 1835 as the Walker County seat. In 1836, Chattooga officially was renamed LaFayette after Gilbert du Motier, better known as Marquis de LaFayette, French aristocrats who fought in the American Revolutionary War. By 1849, as reported by George White Statistics of the State of Georgia (1849), LaFayette was described as:

*"having a court house built at the expense of $7,500; a jail, two churches, Baptist and Methodist, each having a bell; two hotels, six stores, four groceries, three tailors, two blacksmiths, one shoe shop, one saddlery, two cabinet-makers, six carpenters, two bricklayers, one tanner, six or seven lawyers, three doctors, and one academy" - Statistics of the State of Georgia (1849)*



**Figure 12. Young girl working at Elizabeth Hosiery –**

***Photo Courtesy provided of the Library of Congress-*** ***https://westgatextiletrail.com/lafayette/***

Beginning early in September of 1863, the Civil War presence began to be felt in LaFayette as Union troops gathered at LaFayette in preparation for the Battle of Chickamauga. On June 24, 1864, the public square and streets of the town were the site of fierce skirmishing, known locally as the Battle of LaFayette. Scarcely a building in LaFayette escaped damage during this period. In 1893, Union Cotton Mill was established in LaFayette.

During the early 1900s, LaFayette underwent a considerable number of changes. Elizabeth Hosiery Mill (later Walker County Hosiery Mills) was established; the Union Cotton Mills doubled its capacity (1903); the LaFayette Cotton Mills was built (1903-1904); a flour mill was constructed also (reference). By 1910, waterworks and an electric light plant were in construction, and a sewer system was installed by 1915. LaFayette Cotton Mills and Walker

County Hosiery Mills had substantial operations by the 1920s. Serval other commercial activities began to appear in the vicinity of the depot and along the railroad. New subdivisions began to appear in LaFayette including Maple Hills (1925), LaFayette Highlands (1934), McConnell (1934), and the Bank of LaFayette Additions (1939). By 1935, a golf course and municipal park were developed on the city's south side. To the north, the area west of North Main Street from Indiana Street to Park Street began to develop, as did the area east of North Main from Warthen Street to just North of Indiana Street.

In the 1940 census, LaFayette was reported to have 883 dwelling units, of which were contained in 760 residential buildings. The 760 residential buildings were classified as the following types: 657 were single family detached; 1 was reported single family attached; 95 were duplexes; 6 were triplexes; and 1 was a quadplex. Housing growth continued through the decades, as the census bureau reporting construction reaching its peak construction between 1970 and 1979.

**Table 1. Physical Housing Characteristics for Occupied Housing Unit as reported in the 5-year Census American Community Survey of 2019. Totals reported were provided through ESRI Business Analysis Online (BAO).**

| City of LaFayette Physical Housing Characteristics for Occupied Housing Units | |
|---|---|
| *Year Built* | *Estimate* |
| Total | 3,447 |
| Built 2010 or later | 69 |
| Built 2000 to 2009 | 442 |
| Built 1990 to 1999 | 287 |
| Built 1980 to 1989 | 473 |
| Built 1970 to 1979 | 690 |
| Built 1960 to 1969 | 311 |
| Built 1950 to 1959 | 337 |
| Built 1940 to 1949 | 487 |
| Built 1939 or earlier | 351 |

The housing stock age of LaFayette, being reported as constructed prior to 1979, has necessitated a need to address an increase in affordable workforce housing in LaFayette. The city is currently, and in recent years, began addressing these housing concern. In 2013, LaFayette adopted an Urban Redevelopment Plan for West LaFayette. The plan's purpose is to "provide a framework for the revitalization efforts of and an action plan for redevelopment and future growth of West LaFayette and the Mars Theatre District". The plan was to identify "pockets of blight", which consist of both neighborhood housing and commercial buildings. In 2017, the Urban Redevelopment Plan was expanded upon by West LaFayette Transformation Plan, to help community capitalize on investments in housing. This plan's deliverables included Architectural Design Guidelines; Streetscapes; Greenspace and Walkability Network; and Housing and Development Concepts.

In 2019, both LaFayette and Rossville became Georgia Initiative for Community Housing (GICH) communities, engaging local leaders into creating action items and facilitating the application of these items.

Georgia Initiative for Community Housing

*"Rossville and LaFayette both plan to explore adding more diversification housing mix, as 63% of Rossville Housing stock was built over 50 years ago, while nearly 48% of Lafayette's housing stock is more than a half a century old"-*

***https://walkercountyga.gov/2019/10/17/lafayette-rossville-selected-for-housing-program/***

Other efforts taken by the city to reinvigorate LaFayette includes being designated as a Rural Zone, which allows for Job, investment and. In March of 2021, LaFayette Received a planning grant for a downtown master plan through the University of Georgia's Renaissance Strategic Visioning and Planning Process (RSVP) to be facilitated through the University of Georgia's Carl Vinson Institute of Government, which will work closely with LaFayette's Downtown Development Authority.



**Figure 13. Annual Honeybee Festival attracts large crowds to downtown LaFayette**

## Lookout Mountain

The city of Lookout Mountain, Georgia is located south of Chattanooga, Tennessee, at the northern most point of Walker County. The Mountain itself is 75-miles long, stretches through both Georgia and Tennessee and also includes the town of Lookout Mountain, Tennessee. Lookout Mountain, though not incorporated until 1969, has a detailed and distinctive history. In the 1820s, early settlers in the Chattanooga area began exploring an unusual rock formation named *Rock City*. In 1863, the Civil War made itself to the mountain in the battle referred to as "Battle Above the Clouds." The Confederate forces held the mountain as Union forces took control of the City of Chattanooga below.




**Figure 14. Surveying the Fairyland Club - https://lookoutmountain.club/HistoryOfFairylandClub**

Other than the short period of the Civil War at the mountain, most of the 1800s and early 1900s the area of Rock City remained mostly wilderness, attracting folks from the Chattanooga area seeking recreational opportunities, such as hiking and picnicking. Amid a real estate boom during the prosperous mid-1920s, businessmen began taking an interest in the mountain's development. A group of businessmen, led by Garnet Carter and Oliver Burnside Andrews, calling themselves the Fairyland Company, announced plans in 1924 to develop the exclusive and idyllic mountain top retreat Inn, now known as the Fairyland Club. By 1928, ten cottages had been added. The resort area construction incentivized the installation of infrastructure and the provision of services.



**Figure 15. Lookout Mountain Club - https://lookoutmountain.club/home**

Throughout the 1930s, 1940s, 1950s, and 1960s, Lookout Mountain continued to grow, adding new features to further attract visitors and new residents. By 1968, the Fairyland estates and the surrounding area was incorporated as the city of Lookout Mountain, Georgia. Being a young, recent chartered city made up of mostly residences, Lookout Mountain has lacked any prominent institutional features that anchor the center of the city. The city is currently in the process of completing its "Town Center" as a central location identifiable as the heart of Lookout Mountain, Georgia.




**Figure 16.** **Copyrighted 1928 C.W. Chadwick Plat of Lookout Mountain, including Fairyland Estates. Lookout Mountain area is shown by a red arrow.** ***Source: Chattanooga History - https://chattanoogahistory.com/platbook.php#***

## *Rossville*

Named for John Ross, principal chief of the Cherokee Nation in 1827 and United States veteran under Andrew Johnson, the City of Rossville is located south of Chattanooga, Tennessee at the state line. The Chickamauga and Chattanooga National Military Park sits outside the city to the southeast. Rossville did not escape the influences of the Civil War, becoming a collection point for Union soldiers retreating from the Battle of Chickamauga. Out of safety concerns, most residents of the area abandoned their homes and moved to south Georgia.

In 1879 businesses and homes began to rebuild and by 1900 there were 17 residences, one brick store. By 1905, the city was incorporated and Peerless Woolen Mills was established, which became a primary manufacturer of blankets for the armed forces during World War II. The city's growth in the early to mid-20th century was fueled by the four textile manufacturing facilities located in the area – two woolen mills, a hosiery mill, and a mercerizing plant. With the success of these industries, mill-type housing became the dominant housing type.

Rossville's identity cannot be separated from its textile past, from employment opportunities and infrastructure installation that allowed both industries and the city to grow. Over the years the city has experienced a decline in employment and an increase in the poverty rate, leaving dilapidated buildings and houses in the area. Rossville's proximity to Chattanooga creates the potential for it to reestablish its former identity. Appropriate investments into the city, coupled with a desire for small-town atmosphere living, provides a new opportunity. In recognition of these factors, Rossville has partnered with Georgia Tech's Economic Development Research Program (EDRP), received a State of Georgia Rural Zone designation, entered into Georgia Initiative Community Housing (GICH) program, and engaged in an urban design studio with the University of Georgia for the reuse of the former abandoned Peerless Woolen Mills site.




**Figure 17. Peerless mill**

*Designating Rossville Downtown as a Rural zone with a commercial/industrial core is meant to drive private investment into the city, and put vacant buildings back into dynamic use.——City of Rossville "We currently have nearly 2 million square feet of vacant space available for purchase or redevelopment in a prime location with access to 10 Gig fiber optic internet," -* ***https://walkercountyga.gov/2019/10/24/rossville-receives-highly-competitive-rural-zone-tax-credit-to-attract-new-investment-downtown/***

Official Rural Zone Map for City of Rossville




Georgia Department of Community Affairs

Data Source: Shapefiles from City of Rossville GIS, August 2019
Map Prepared by: Georgia Department of Community Affairs, 2019
Approved: January 1st, 2020
Expires: December 31st, 2024

---

**Figure 18. Georgia Department Community Affairs 2020 approved Rural Zone boundary for Rossville -** ***https://www.dca.ga.gov/sites/default/files/rz_rossville_1.pdf***

# Population, Housing, Education, and Economics

Walker County is one of 15 counties in the northwestern corner of the state receiving planning services from the Northwest Georgia Regional Commission. The other counties are Bartow, Catoosa, Chattooga, Dade, Fannin, Floyd, Gilmer, Gordon, Haralson, Murray, Pickens, Polk, Paulding, and Whitfield. Being located near the metropolitan areas of Atlanta and Chattanooga, northwest Georgia's population is expected to continue to grow just as Georgia's population is expected to grow as a whole. Since 2010 Georgia's population has increased by 10.6%. Northwest Georgia as a Region had a positive percentage. Walker County is one of three counties with a negative growth rate between the 2010 and 2020 Decennial Census. Walker County, as with serval other Counties, plan to appeal the Census numbers based on housing numbers and the population count's that occurred during the COVID-19 pandemic.

Walker's adjoining county to the east, Catoosa County, experienced a 6.1% increase in population. Walker County's adjoining County to the west, Dade County, experienced a decreased population of 2.3%. Walker County itself decreased in population by 1.6%, which contrasted the population trends of both the Chattanooga Tennessee-Georgia Metropolitan Area and Hamilton County, Tennessee. The Chattanooga Tennessee-Georgia Metropolitan Area's population grew by 6.5% between 2010 and 2020 and according to the Census. Hamilton County Tennessee, the adjoining County to the North experienced a population growth of 8.8%.

Although uncertain why Walker County has shown a decline in population, the Georgia Governor's Office of Planning and Budget expects continual population growth for Walker County and the adjoining counties of Catoosa and Whitfield, as identified in their population projections through 2060. Dade County, a small county of only 16,251 individuals adjoining Walker County to the west, is predicted to have a decreasing population through 2060. The graph and table below display how Walker County has

## POPULATION TRENDS

- *Georgia Population 2010: 9,687,653*
- *Georgia Population 2020: 10,711,904*
- *Georgia Percent Change in Population (2010-2020): 10.60%*

- *Chattanooga, Tn-Ga Metro Area (2010): 529,167*
- *Chattanooga, Tn-Ga Metro Area (2020): 562,647*
- *Chattanooga, Tn-Ga Metro Area Percent Change in Population: 6.5%*

- *Walker County Georgia Population 2010: 68,756*
- *Walker County Georgia Population 2020: 67,654*
- *Walker County Percent Change in Population (2010-2020): -1.60%*

***Source: 2020 Decennial Census and 2019 5-year ACS Survey***

a steady continued growth starting from 1900 and is expected to continue through 2060. Population numbers reported through 2020 are those reported by the American Census; projections through 2060 are provided by the Georgia Governor's Office of Budget.




**Figure 19.** ***Population of Walker and adjacent Georgia Counties from the US Census Decennial count through 2020, followed by population projections from the Governor's Office of Planning and Budget, 2021 projections***




| *YEAR* | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 | 2010 | 2020 | 2030 | 2040 | 2050 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Walker County* | 15,661 | 18,692 | 23,370 | 26,206 | 31,024 | 38,223 | 45,264 | 50,691 | 56,470 | 58,340 | 61,053 | 68,756 | 67,654 | 74,550 | 79,172 | 83,434 | 88,842 |

**Figure 20.** ***Population of Walker and adjacent Georgia Counties from the U.S. Census Decennial count through 2020, followed by population projections from the Governor's Office of Planning and Budget, 2021 projections***

## HOUSING TRENDS

- *Georgia Housing Units (2010): 9,687,653*
- *Georgia Housing Units (2020): 10,711,904*
- *Georgia Percent Change in Housing Units (2010-2020): 7.9%*
- *Georgia Housing Units Vacancy Rate (2020): 8.8%*

- *Chattanooga, Tn-Ga Metro Area Housing Units (2010): 234,440*
- *Chattanooga, Tn-Ga Metro Area Housing Units (2019): 246,580*
- *Chattanooga, Tn-Ga Metro Area Percent Change in Housing Units (2010-2019): 5.5%*
- *Chattanooga, Tn-Ga Metro Area Housing Units Vacancy Rate (2020): 8.8%*

- *Walker County Georgia Housing Units (2010): 26,405*
- *Walker County Georgia Housing Units (2020): 29,604*
- *Walker County Georgia Percent Change in Housing Units (2010-2020): 12.1%*
- *Walker County Georgia Housing Units Vacancy Rate (2019 ACS): 10.1%*

***Source:* *Georgia and the Chattanooga, Tn Values are from the 2010 Decennial and 2019 American Community Survey (ACS) 5 year estimates. The Walker County housing values are provided from the Walker County Tax Assessors***

Since the 2017-2022 Joint Comprehensive Plan update, the local governments have taken an active approach to addressing housing deficiencies, along with dilapidation and blight in their communities. Walker County Government has also taken the initiative to meet the challenges of affordable housing. Both the cities of Lafayette and Rossville enrolled in the Georgia Initiative of Community Housing (GICH), so as to remove blight and to provide opportunities for developers to construct new housing units. Chickamauga has removed substandard housing located within floodplain areas and has spent considerable effort in the beautification of their community, making neighborhoods more attractive for residents.

When considering the evidence provided in the 2020 Census population results showed a decrease in population, at first glance, it is difficult to see what need there is for housing in the area. A review of the Census's American Community Survey (ACS) has shown that over the past ten-years, Walker County's number of housing units has decreased by 3.2% while the vacancy rate for housing is 1.3% percent higher than both the State of Georgia's rate and the Chattanooga, Tn-Ga Metro Area reported 8.8%.

Those these reported values are provided by the Census Bureau, it is important to remember that the ACS values are only estimates and that the 2020 Decennial Census accuracy may have been reduced by complications brought by the COVID-19 pandemic. Though the Census is considered an accurate source, a review of Walker County Tax Assessor Office housing numbers may provide additional insight. and should also be taken into consideration. These values are listed below by year.

| Year | 2010 | 2015 | 2020 |
|---|---|---|---|
| Single family homes | 19,639 | 21,002 | 22,778 |
| Manufactured home | 4,672 | 4,451 | 4,381 |
| Rental Units (duplexes, triplexes, apartments) | 2,042 | 2,210 | 2,445 |
| Total | 26,405 | 27,663 | 29,604 |

***Walker County Tax Assessor housing totals***

The need for housing can be better understood when analyzing housing statistics provided by the Greater Chattanooga Realtors Annual Report. The annual report identifies the percentage of homes for sale between 2019 and 2020 as a decrease in availability, while median sales price has increased; a trend seen for several years in the region (figure 22).




**Figure 21. Housing Inventory for the Greater Chattanooga, Tn area provided by the Greater Chattanooga Realtors. - *https://www.gcar.net***

Walker County, much like the region as a whole, has also experienced a decrease in the number of houses on the market, while median housing values increased. The percentage change in housing availability in 2020 for the Walker County area 2020 decreased by 54.6% compared to 2015 totals (figure 23).




**Figure 22. Walker County Housing Inventory for the Greater Chattanooga, Tn area provided by the Greater Chattanooga Realtors. - *https://www.gcar.net***

## HOUSING TRENDS

- *Georgia Housing Units (2010): 9,687,653*
- *Georgia Housing Units (2020): 10,711,904*
- *Georgia Percent Change in Housing Units (2010-2020): 7.9%*
- *Georgia Housing Units Vacancy Rate (2020): 8.8%*

- *Chattanooga, Tn-Ga Metro Area Housing Units (2010): 234,440*
- *Chattanooga, Tn-Ga Metro Area Housing Units (2019): 246,580*
- *Chattanooga, Tn-Ga Metro Area Percent Change in Housing Units (2010-2019): 5.5%*
- *Chattanooga, Tn-Ga Metro Area Housing Units Vacancy Rate (2020): 8.8%*

- *Walker County Georgia Housing Units (2010): 26,405*
- *Walker County Georgia Housing Units (2020): 29,604*
- *Walker County Georgia Percent Change in Housing Units (2010-2020): 12.1%*
- *Walker County Georgia Housing Units Vacancy Rate (2019 ACS): 10.1%*

***Source: Georgia and the Chattanooga, Tn Values are from the 2010 Decennial and 2019 American Community Survey (ACS) 5 year estimates. The Walker County Housing values are provided from the Walker County Tax Assessors website.*** *Reported Housing unit vacancy is from the 2019 ACS*

## HOUSING TRENDS

- *Georgia Housing Units (2010): 9,687,653*
- *Georgia Housing Units (2020): 10,711,904*
- *Georgia Percent Change in Housing Units (2010-2020): 7.9%*
- *Georgia Housing Units Vacancy Rate (2020): 8.8%*

- *Chattanooga, Tn-Ga Metro Area Housing Units (2010): 234,440*
- *Chattanooga, Tn-Ga Metro Area Housing Units (2019): 246,580*
- *Chattanooga, Tn-Ga Metro Area Percent Change in Housing Units (2010-2019): 5.5%*
- *Chattanooga, Tn-Ga Metro Area Housing Units Vacancy Rate (2020): 8.8%*

- *Walker County Georgia Housing Units (2010): 26,405*
- *Walker County Georgia Housing Units (2020): 29,604*
- *Walker County Georgia Percent Change in Housing Units (2010-2020): 12.1%*
- *Walker County Georgia Housing Units Vacancy Rate (2019 ACS): 10.1%*

***Source:** Georgia and the Chattanooga, Tn Values are from the 2010 Decennial and 2019 American Community Survey (ACS) 5 year estimates. The Walker County Housing values are provided from the Walker County Tax Assessors website. Reported Housing unit vacancy is from the 2019 ACS*

As housing availability decreased between 2015 and 2020, the median housing market value had increased by approximately 56% for the same period (figure 24).




**Figure 23. Walker County inventory for the Greater Chattanooga, Tn area provided by the Greater Chattanooga Realtors. - *https://www.gcar.net***

Though the population has slightly decreased between the census years of 2010 to 2020, an aging housing stock within Walker County and its local municipal cities highlight the need for more workforce and middle-class housing.




**Figure 24. New Home Construction in Walker County**

# EDUCATION TRENDS

Educational attainment is important for each community of the northwest Georgia region, as it provides for greater employment opportunities, attracts businesses for the overall contentment of residents. Walker County exceeds the average percentage for those with a High School Degree or equivalency for Georgia and the northwest Georgia region. The county also exceeds the average percentage for those receiving an associate degree in comparison to the state of Georgia and the region. This disparity, unfortunately, may be due to more individuals in the state of Georgia and within the northwest Georgia region seeking at least a bachelor's degree or higher.

**Table 2.** ***Source: U.S. Census Bureau, 2014-2018 American Community Survey 5-Year Estimates, "Table S1501. Educational Attainment." https://data.census.gov.***

| EDUCATIONAL ATTAINMENT | Bartow | Catoosa | Dade | Fannin | Chattooga | Floyd | Gilmer | Gordon | Haralson | Murray | Paulding | Pickens | Polk | Walker | Whitfield | Georgia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Persons Aged 25 Years and Older | 69,063 | 45,585 | 11,093 | 19,089 | 17,078 | 64,087 | 21,857 | 37,781 | 19,703 | 26,263 | 100,232 | 22,326 | 27,418 | 48,169 | 66,692 | 6,786,547 |
| Completing Less Than 9th Grade | 3,556 | 1,382 | 826 | 796 | 1,824 | 4,805 | 1,670 | 3,227 | 1,124 | 2,969 | 2,611 | 1,093 | 2,161 | 2,628 | 9,453 | 324,756 |
| High School Graduate (Includes Equivalency) | 22,762 | 14,760 | 3,966 | 6,545 | 6,614 | 21,185 | 7,962 | 13,301 | 7,208 | 9,922 | 33,200 | 6,492 | 10,864 | 17,461 | 19,304 | 1,890,132 |
| Some College No Degree | 16,182 | 11,241 | 2,147 | 4,525 | 3,121 | 12,898 | 4,012 | 8,143 | 4,816 | 4,533 | 23,938 | 5,352 | 5,549 | 10,266 | 13,158 | 1,394,241 |
| Associate's Degree | 4,928 | 4,396 | 1,125 | 1,423 | 1,070 | 4,711 | 1,550 | 2,458 | 1,118 | 1,293 | 8,953 | 1,808 | 1,923 | 4,049 | 3,330 | 518,144 |
| Bachelor's Degree | 9,131 | 6,259 | 1,006 | 2,534 | 977 | 7,506 | 2,687 | 3,346 | 1,609 | 1,671 | 16,257 | 3,125 | 1,924 | 5,071 | 6,864 | 1,282,947 |
| Bachelor's Degree or Higher | 13,471 | 9,461 | 1,540 | 4,057 | 698 | 13,103 | 4,382 | 5,449 | 2,762 | 2,464 | 24,204 | 5,298 | 3,345 | 7,662 | 10,491 | 2,080,116 |




**Figure 25. U.S. Census Bureau, 2014-2018 American Community Survey 5-Year Estimates, "Table S1501. Educational Attainment." - *https://data.census.gov*.**

In addition to the local county public school systems, the city of Chickamauga has its own public school system. In 2015, Gordon Lee High School of Chickamauga graduated a total of 108 students. In 2017, the total number of high school graduates in the city school system had risen to 123 students.

## ECONOMIC TRENDS

The American Community Survey (Census) for 2019 reported Walker County's median household income to be $46,157, which is comparable to estimates provided for the surrounding counties of Dade and Whitfield, while significantly less than that of Hamilton County, Tennessee and Catoosa County, Georgia. Part of this disparity is undoubtfully due to Hamilton County being the urban employment center of the region and Interstate 75 passing through Catoosa County, providing convenient access to Chattanooga. Interstate 75 also passes through nearby Whitfield County and its' County seat - Dalton. Whitfield County and the city of Dalton make up their own Metropolitan Statistical Area with a total population of 142,827 individuals, but this area lacks the number of Interstate connections as Chattanooga Tennessee also has I-24.

Though Walker County geographically lacks a major interstate, it is strategically located. The cities of Lookout Mountain and Rossville adjoins Hamilton County and Chattanooga. Current personal preference for both Millennials and Baby Boomers is to be located in proximity to urban center, while living in locations of small city atmosphere.

The federal poverty income level for a family of three, where the average estimated household size for Walker County is 2.55 individuals, is at an annual and monthly income level of $21,960. According to the 2020 American Community Survey, 14.7% of the population in Walker County is estimated to be below the poverty line. Walker County's poverty level is comparable to that of Dade and Whitfield counties, while being greater by 2.7% to 4.7% to that of Hamilton County, Tennessee (12%) and Catoosa County, Georgia (10%). The state of Georgia's poverty percentage is 13.5%.

The unemployment rate has shown a trend of decline for the Chattanooga, TN-GA Metropolitan Statistical Area, of which Walker County is a part, between 2010 and 2019. In 2020 a large increase in unemployment was observed, with the probable cause being the COVID-19 pandemic.

## MEDIAN HOUSEHOLD INCOME LEVELS

- *Georgia: 58,701*
- *Catoosa County: $56,235*
- *Chattooga County: $36,807*
- *Dade County: $42,581*
- *Hamilton County Tennessee: $55,070*
- *Walker County: $46,157*
- *Whitfield County: $58,623*

***Source: 2019 5-Year American Community Survey estimates***

## POVERTY INCOME LEVEL

- *Georgia: 13.5%*
- *Catoosa County: 10%*
- *Chattooga County: 17.4%*
- *Dade County: 13.5%*
- *Hamilton County Tennessee: 12%*
- *Walker County: 14.7%*
- *Whitfield County: 12.7%*

**Source: U.S. Census Bureau, 2019 Small Area Income and Poverty Estimates, 2019 American Community Survey 1-Year Estimates (Hamilton County)**




**Figure 26. Chattanooga, TN-GA Metropolitan Statistical Area unemployment -** ***U.S. Bureau of Labor Statistics:*** ***https://data.bls.gov/timeseries/LAUMT471686000000003?amp%253bdata_tool=XGtable&output_view=data&include_graphs=true***

When comparing the unemployment levels for this previous year for the whole northwest Georgia region, the observed trend from October of 2020 to December 2020, followed by gradual decline between January 2021 and April 2021, then a slight increase of 0.6% between April 2021 to June 2021, before declining steadily through October 2021.




**Figure 27. Northwest Georgia Unemployment**

Note: Northwest Georgia Region includes Bartow, Catoosa, Chattooga, Dade, Fannin, Floyd, Gilmer, Gordon, Haralson, Murray, Paulding, Pickens, Polk, Walker, and Whitfield counties

*Source: Georgia Department of Labor – Mark Butler, Commissioner*

A review of employment commuting patterns from 2019 U.S. Census data revealed that more than 20,000individuals, or approximately 77%, who lived in Walker County, commute out of the county to work. Most of these commuters are traveling to Chattanooga, Tennessee (Hamilton County) to work. Hamilton County – the City of Chattanooga Tennessee to work. Approximate 6,000 individuals remain within Walker County to work, while nearly 7,000 individuals commute into Walker County for employment.

**Inflow/Outflow Counts of All Jobs for Selection Area in 2019**

**All Workers**




**Map Legend**

**Selection Areas**
Analysis Selection

**Inflow/Outflow**
- Employed and Live in Selection Area
- Employed in Selection Area, Live Outside
- Live in Selection Area, Employed Outside

Note: Overlay arrows do not indicate directionality of worker flow between home and employment locations.




United States Census Bureau

Page 1 of 3

**Figure 28. Inflow of employees into Walker County and outflow of workers out of Walker County to other locations for employment. –** ***https://onthemap.ces.census.gov/***

# TRANSPORTATION



**Figure 29. LaFayette Barwick Airport**

## *Overview*

Walker County is one of six Georgia Counties to border Tennessee. Although the County is adjacent to Hamilton County and is a part of the Chattanooga metropolitan area of the City of Chattanooga, it lacks direct interstate access. Interstate 75 passes through the adjacent Georgia county to the east, Catoosa County, limiting Walker County commercially and in manufacturing in comparison. Although Interstate access is not available, other opportunities do exist for commercial and commuter traffic corridors.

These other corridors are U.S. Highway 27 and the Georgia Highways of 95, 136, 157, 180, 193, and 341. U.S. 27 and the Georgia State Highways in Walker County are important for many reasons. U.S. 27 travels along the western side of Georgia connecting metropolitan areas, such as Tallahassee, Florida; Columbus, Georgia; Rome, Georgia; and Chattanooga, Tennessee. U.S. 27 is an important economic component to Walker County, as it provides access to industrial properties of Walker County. Businesses such as Shaw, Hitachi, and Roper all access their facilities from Highway 27. Walker County's 463-acre business park is also located along U.S. 27. Some industries also benefit from short-line rail access.

An additional, important transportation component other than U.S. 27 is the Barwick-LaFayette Airport located in the city of LaFayette. The Barwick-LaFayette Airport is a two-lane 5,415 by 75-foot public airport owned by the city of LaFayette. The Barwick-LaFayette Airport proudly serves not only local pilot enthusiasts but is corporate friendly and welcomes business travelers. The airport has an additional recreational component, as it is located next to the city of LaFayette's Golf.

## *Regional Transportation Plan*

Federal legislation, passed in the early 1970s, required the formation of a Metropolitan Planning Organization (MPO) for any "Urbanized Areas" with a population greater than 50,000 inhabitants. Urbanized Areas are comprised of a densely settled core of census tracts and/or census blocks and those adjacent territories. Since 1977, the Chattanooga-Hamilton County/North Georgia Transportation Planning Organization (CHGNGA TPO) has been designated as an MPO. CHGNGA TPO consists of Chattanooga-Hamilton County Tennessee, Catoosa County, Georgia, as well as the upper portions of Dade and Walker County, Georgia (figure 31). The CHGNGA TPO boundary is subject to change when the 2020 Census updated urbanized boundaries are released.



**Figure 30. CHGNGA TPO boundary**

CHGNGA TPO is to ensure that transportation investments are based on comprehensive, cooperative, and continuing (3-C) planning. CHGNGA TPO provides local officials and residents input into the planning and implementation of federally funded transportation projects that are in accordance with federal planning factors that correspond with the local regional priorities identified by residents, stakeholder groups, and member jurisdictions.

Where the Long Range Transportation Plan (LRTP) addresses federal transportation planning requirements and national transportation goals, short-term projects are prioritized through CHGNGA TPO'S Transportation Improvement Program (TIP). TIP covers four years of federal, state and locally funded multimodal transportation projects that are derived from the Regional Transportation Plan (RTP). The most recent TIP is for 2020-2023 and only identifies a few projects in Walker County; of which, only one project has direct funds. A bridge replacement project on SR 1/US 27 at West Chickamauga Creek near the City of Chickamauga is the only project listed as having direct funds and is listed to be completed by April 30, 2023. The other projects listed in the TIP are for pedestrian crossing and are listed as a Lump Sum Grouping for funding purposes.

**Table 3. Listed projects provided Chattanooga-Hamilton County/North Georgia Transportation Planning Organization (CHGNGA TPO) 2050 Regional Transportation Plan**

| Listed Projects | Locations |
|---|---|
| Fort Oglethorpe Resurfacing Group | Includes Catoosa and Walker Counties |
| Bridge Project | At SR 1/US 27 at West Chickamauga Creek, near the City of Chickamauga |

There are other projects in Walker County that are receiving funding from the state of Georgia are listed as Georgia Department of Transportation (GDOT) projects. These Projects include pedestrian upgrades, intersection improvements, and bridge replacements (Table 4).

**Table 4. Georgia Department of Transportation (GDOT) listed projects**

| Project # | Project Description | Project Location | Project Cost | Est. Completion Year |
|---|---|---|---|---|
| PI 0016844 | Bridge Replacement | Old Trion Hwy @ Dry Creek | $1,685,000 | 2022 |
| PI 0016845 | Bridge Replacement | Hog Jowl Rd @ Shaw Branch | $1,050,000 | 2022 |
| PI 0013694 | Pedestrian Upgrades | 10 Locations | $950,000 | 2025 |
| PI 0005318 | Intersection Improvements | State Route 193@Hillsdale Rd | $320,000 | 2024 |
| PI 0016607 | Bridge Replacement | Red Belt Rd.@West Chickamauga Creek | $3,000,000 | 2025 |
| PI 0016608 | Bridge Replacement | Euclid Rd.@West Chickamauga Creek | $7,000,000 | 2026 |

## *Multi-Modal: Transit, Bike and Pedestrian*



**Figure 31. (1914) – *History of Rossville, Ga (Jewel S. Stafford October, 1982)***




**Figure 32. Chattanooga Area Regional Transportation Authority (CHARTA) bus**




**Figure 33. Civilian Bicyclist visiting Chickamauga National Military Park**



**Figure 34. Annual Honeybee bike ride LaFayette, Ga**

Other Planning efforts by the CHGNGA 2045 Regional Transportation Plan (RTP) target multimodal. By law, RTP's are to also include transit enhancement activities as they reduce congestion, pollution, and energy consumption in a cost-effective manner. Though transit is mostly limited to within the City of Chattanooga's municipal boundaries, Chattanooga Area Regional Transportation Authority (CARTA) may play a more significant role in the future as one route extends into Rossville, Georgia along U.S. 27, with a stop at the intersection of Gordon Road and State Street. CHGNGA RTP list as a project the extension of CARTA Route 9 across state line down McFarland Avenue and Ellis road in Rossville as a project. This stop is near that of a Walker County Transit system stop, and would allow Walker County residents to take transit to Rossville and then board a CARTA bus and take Route 9 into Chattanooga.

In 2017, Regan and Smith composed a Northwest Georgia Feasibility Study for Bikeways and Pedestrian Multi-Use Routes. The purpose of the feasibility study is to establish a vision for bikeway and pedestrian multi-use routes and measure their benefits for local municipalities and the surrounding region. A proposed approximant 118-mile route is recommended in the plan to connect communities. The specific economic benefits cited in the study were: increased property values, job opportunities, economic stimulation, tourism, promoting healthy living, enhanced cultural awareness, community identity, environmental benefits and improved transportation options. Chattanooga, as an economic and entertainment hub, is an attractive location for visitors and a bike and pedestrian multi-use route economic advantageous for Walker County. A multi-use route would allow for those of Chattanooga to travel out of the city for recreational purposes and to visit locations and municipalities of Walker County. Nonprofit entities, such as the Lookout Mountain Conservancy (LMC) and The Trust for Public Lands (TPL), are engaged in promoting hiking and biking activities in the area,

while also exploring opportunities to connect various communities by way of a trail system within Walker County.

In the 2045 CHGNGA Regional Transportation Plan (RTP), the specific route of the Northwest Georgia Feasibility Study highlighted is the 53-mile "ChickChatt" loop starting at the city of Chickamauga. The ChickChatt would connect to the current Chattanooga multi-use route, passing by to the outside of the municipal boundaries of both the city Fort Oglethorpe and the city of Lookout Mountain. The path's connection with the Chattanooga multi-use route would potentially allow access to other locations as well, such as the city of Lookout Mountain and the city of Rossville. The Lookout Mountain route would expand access to certain tourist locations, including Lula Lake Land Trust, Cloudland Canyon State Park, Rock City, Ruby Falls, Covenant College. The Rossville connection would allow for Rossville to be an important, central, destination hub for bike riders leaving or entering Chattanooga; also, if CARTA transit is expanded, then bike riders could access the transit system. Below is a "Demand Analysis" heat map for bikeway and pedestrian multi-use routes, as provided in the *Northwest Georgia Feasibility Study for Bikeway and Pedestrian Multi-use Routes*. The Heat map show those communities (Chickamauga, Lookout Mountain, Rossville, Fort Oglethorpe, and Ringgold) with the highest expected demand for bike and pedestrian activities and the best possible route to connect these communities to each other.




**Figure 35. Demand Analysis- Heat Map of Routes from the Northwest Georgia Feasibility Study for Bikeway & Pedestrian Multi-Use Routes by Ragan - Smith**

# BROADBAND

## *Introduction*

Access to high-speed internet is a necessity for business, education, healthcare, emergency response, agriculture and overall quality of life today. Unfortunately, high-speed internet access is not available to all Georgians. In 2015, the Federal Communications Commission (FCC) established the definition of broadband internet as 25 megabits per second for download and 3 megabits per second for upload. When passing Senate Bill 403, the "Achieving Connectivity Everywhere" (ACE) Act in 2018, Georgia created the Broadband Ready Program (Georgia Broadband Deployment Initiative – GBDI) and community designation. The purpose of the "Broadband Ready Community" designation is for a community to demonstrate that the local unit of government has taken steps to reduce obstacles to broadband infrastructure investments. Participation by Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville in the program will ensure connectivity for all residents, regardless of how remote of a location. To be recognized as Broadband Ready, a community must complete the following steps:

1) Within the **Local Comprehensive Plan**, include a broadband element to ensure that a community adopts a strategy that demonstrates the promotion of broadband within the community.
2) Adopt a **Broadband Model Ordinance** to signal a local unit of government has taken steps to reduce obstacles to broadband infrastructure investment.

The completion of these steps allows local governments to become designated as a "Broadband Ready Community". Through a partnership with the DCA**,** local governments can collaborate with the State for appropriate strategies and policies to lower broadband investment costs or provide financial assistance to broadband in unserved areas. Funding may come in the form of loans and grants and are to reduce associated cost with the installation of infrastructure. Provided finances may come in the form of loans and grants and are to reduce associated costs with the installation of infrastructure. be provided to encourage economic development and attract technology. *"The Georgia Department of Economic Development can designate facilities and development that offer broadband services at a rate of not less than 1 gigabit per second in downstream to end users that can be accessed for business, education, health care, government, and other public purposes. Once designated, the Department of Economic Development will promote facilities and developments as local community assets."*

To help with financing, the GBDI grant program launched in 2021 Georgia Broadband Grant Explorer tool to identify those unserved Census Blocks eligible for *OneGeorgia* Broadband Deployment Funds. Requirements for assistance by the GBDI program are as follows:

1) To be identified unserved per the 2021 Georgia Broadband Data.

2) To be located in an *OneGeorgia* eligible or conditionally eligible county like Walker County. *OneGeorgia* promotes the economic security of rural Georgians in rural counties that experience high poverty rates. The Broadband Deployment Fund provided through *OneGeorgia* gives financial assistance to enable communities and broadband providers to partner to serve unserved areas.

## *Broadband Availability Map*

In July 2020 the Georgia DCA released a broadband availability map as part of the GBDI map. The GBDI map uses census addresses information for homes and businesses and then reports services availability at the Census block mapping unit. The layers from the GBDI map show orange as broadband-served, the tan as broadband-unserved, and the gray as areas with “No locations” (no residential or business addresses available). In all, approximately 2,177 locations (6%) remain unserved. The largest portion of unserved locations is in unincorporated Walker County. Most of Walker's unserved locations are in the southern portion of the county. The cities of Chickamauga, LaFayette, Lookout Mountain and Rossville are represented in coverage. The City of LaFayette has the most unserved locations of all the cities.

Walker County will collaborate with Georgia Windstream, LLC to leverage their existing infrastructure, engineering experience and construction management to deploy a Fiber-to-the-Premises (FTTP) solution to 3,339 homes and businesses in rural areas. The grant funded project involves extending 323 miles of fiber throughout the Armuchee Valley, Center Post and Kensington communities, among other locations by the end of 2026.




**Figure 36. Broadband data made available through Georgia Department of Community Affairs' Georgia Broadband Program**

At the time of the creation of this Comprehensive Plan, Walker County nor the cities of Chickamauga, LaFayette, Lookout Mountain, or Rossville had completed the steps necessary to be designated as a "Broadband Ready Community." However, all five governments entities listed adopting a broadband ordinance and obtaining "Broadband Ready" designation as a *Community Work* item for the 2022-2026 period.

## *Broadband Continued*

Although Walker County Government and the local municipalities in Walker County have not achieved "Broadband Ready Community" status yet, each government is aware of the value of broadband in the wellbeing of its residents, providing quality education and economic competitiveness with other locations in Georgia and United States. Total broadband availability does not mean all individuals have internet access. Fast upload and download speeds are needed in today's digital economy. Internet access is needed to promote industrial competitiveness, allow professional to work remotely and encourage entrepreneurship, achieving the dream of personal business ownership and success. To display this point, included in Appendix B, are maps

that display locations where there are at least 25 megabits per second upload and download speed within each municipal city government's boundary.




**Figure 37. Georgia Windstream, LLC Fiber to the Premises (FTTP) Rural Broadband Expansion Map**

## COMMUNITY GOALS



"The purpose of the Community Goals element is to lay out a road map for the community's future, developed through a very public process of involving community leaders and stakeholders in making key decisions about the future of the community. The community goals are the most important part of the plan, for they identify the community's direction for the future, and are intended to generate local pride and enthusiasm for the future of the community, thereby leading citizens and leadership to act to ensure that the plan is implemented." – DCA

The vision statement in the comprehensive planning process is more than just listing goals. Each community writes its vision statement in awareness of its current identity, defining the direction it wishes to take within the next 10 or 20 years. The vision statement is not only meant to be practical, but inspirational also. The policy/goals that accompany the vision statement are to guide the implementation of certain actions steps to accomplish each community's vision. These policy/goals that accompany the vision statement are for implementation in five selected categories: development patterns, resource conservation, community facilities and infrastructure, social and economic development, and governmental relations. Through the combination of policies/goals listed in this chapter and the work program items of chapter 6, a community achieves its vision. The compilation of the policies/goals and work program items is how each community achieves its vision.

Each community's vision statement and policies/goals added are those of the 2017 Walker County Joint Comprehensive Plan Update, but modifications have been made to clarify each governments' character.

## *COMMUNITY VISION STATEMENTS & POLICIES*

### CHICKAMAUGA



**Figure 38. Downtown Chickamauga**

***A dynamic historic community steeped in beauty and sense of place, with small town values guiding us towards progressively planned growth and a unique quality of life.***

The above vision statement was prepared as part of an inclusive, participatory community strategic planning process in 2016 named "*Chickamauga Renaissance Strategic Vision"* It resulted from considerable thought and discussion regarding the desired characteristics and values of a prosperous and unified Chickamauga community along with suggested improvements for both the City's curb appeal as well as strategies to better "market" the downtown to visitors.

## POLICIES

### A. Development Patterns

1. Decisions on development and redevelopment will contribute to, not take away from, the character of the city of Chickamauga by being respectful and sensitive to the historic context and character of the community as a whole.

2. We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.

3. We want new development, infill development, and redevelopment construction design, landscaping, lighting, signage, and scale, to add value and complement our city.

4. The community will use land efficiently to avoid the costs and problems associated with urban sprawl and diminish our small-town atmosphere.

5. We encourage mixed-use/retail-residential uses and lifestyle that promotes the small-town atmosphere of Chickamauga, while also increasing the number of housing options and local commercial activities.

6. Our gateways and corridors will create a "sense of place" for our city.

7. Chickamauga is committed to promoting the vibrancy of its downtown in promotion of its small-town atmosphere and as a community center to give its residents and visitors a sense of place and belonging.

8. We are committed to our city and its neighborhoods being walkable, safe, and attractive throughout and that our residents will have convenient access to schools, parks, and necessary services (grocery stores, drug stores) without having to travel by car so that a sense of place is created.

9. We are committed to providing pleasant, accessible public gathering places, recreational facilities, and set-aside greenspace throughout the community.

10. We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.

11. We support increases in residential density in areas where community design standards, environmental constraints, and available infrastructure capacities can satisfactorily accommodate the increased density.

12. We support new land uses that enhance housing options in our community.

13. We will encourage traditional downtown development and mixed-use commercial/residential development versus unattractive, inefficient strip development along major roadways.

14. We are open to land planning and development concepts new to our area but have been tried successfully in other places.

15. Our planning decisions, where appropriate, will be considerate of current ongoing activities to make the city of Chickamauga walkable and bikeable.

16. Our new and reconstructed roadways will be appropriately designed in context to the character and conditions of the surrounding area, while also accommodating multiple modes of mobility. These modes of mobility are pedestrian, parking, bicycle routes, public transit (if applicable), and vehicular.

17. Where possible, and if in fitting with the character of the area, road connectivity and a grid of networked streets will be encouraged over cul-de-sacs.

18. We support the creation of a community-wide pedestrian/bike path network.

19. Through traffic calming and other design considerations, we will ensure that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## B. Natural and Cultural Resources

1. The protection and conservation of our community's resources will play an important role in the decision-making process in relation to future growth and development.

2. We will encourage compact urban development patterns to preserve open space, natural resources, and limit the encroachment of new housing development in flood-prone areas.

3. Environmentally sensitive areas, natural resources, archaeological resources, and cultural resources will be protected from residential and commercial encroachment, in particular those locations prone to flooding, by encouraging new development to locate to suitable settings and in a compact design layout.

4. Potential impacts to air and water quality will be factored in when making decisions on approval of developments and transportation improvement projects.

5. Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

6. We will promote the protection and maintenance of trees and green open space in all new development.

7. Low impact development that preserves the natural topography and existing vegetation will be encouraged.

8. Ground and surface water sources will be protected so to ensure safe, adequate water supplies.

9. We will promote enhanced solid waste reduction and recycling initiatives.

## C. Community Facilities, Services, and Infrastructure

1. Our community will make efficient use of existing infrastructure and public facilities to minimize the need for costly new/expanded facilities and services, while also limiting development to those locations that can be adequately served by public infrastructure. Joined with the 3rd below

2. In those locations in which existing infrastructure is in good, structural conditions we will encourage infill residential and commercial development, so to minimize cost.

3. We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers, by limiting development to those areas that can be reasonably served by public infrastructure.

4. We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development, projects will be concurrent with new development.

5. Utilities and services expansion will be phased, so to encourage new development to be contiguous with already present development and/or support development locations identified within this comprehensive plan.

6. We will carefully consider both costs and benefits when deciding on proposed economic projects.

**D. Economic Development and Social Equity**

1. We will support local retail owners and encourage more small business ownership, diversifying the makeup of commercial activities in the city of Chickamauga.

2. We will work with broadband professionals to increase internet availability and faster download and upload speeds.

3. When appropriate and feasible, we will incentivize the reuse of currently unoccupied buildings for new businesses.

4. We will maintain the sense of safety associated with the city and that adds to its small-town atmosphere.

5. We will eliminate substandard or dilapidated housing and neighborhoods in the city.

6. Affordable housing options and a mix of housing types will be given so that those who work in the city will have the opportunity to reside close to their places of employment.

7. While providing employment opportunities, we will also encourage housing policies and a diversity in housing values where those of low-to-moderate income will be able to afford their own home.

8. We support assisted housing throughout the county to diversify neighborhoods and eliminate pockets of poverty.

## E. Intergovernmental Coordination

1. We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

2. We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management or watershed protection)

3. We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions

4. We will consult other public entities in our area when making decisions that are likely to impact them.

7. We will provide input to other public entities in our area when they are making decisions that are likely to have an impact on our community or our plans for future development.

8. We will engage in cooperative planning between the local government and local school board regarding the appropriate location and use of schools as community facilities.

## LAFAYETTE

***The city of LaFayette, a progressive, rural community that is a gateway to the Appalachian Mountain chain, is committed to preserving and protecting its abundant natural and historic resources, while promoting residential, commercial and industrial growth, and supporting and encouraging education of its youth and workforce in order to promote and maintain a superior quality of life.***



**Figure 39. Paddleboarding at Queen City Lake in LaFayette**

*The city of LaFayette has identified the following areas to address: Redeveloping declining residential areas and idle commercial and industrial sites, improving aging infrastructure, expanding airport facilities and operations, promoting industrial and commercial retention and recruitment, preserving and promoting historic and natural resources.*

### POLICIES

#### A. Development Patterns

1. Our decisions on development and redevelopment will contribute to, not take away from, the character of the city of LaFayette by being respectful and sensitive to the historic context and character of the community as a whole.

2. All development and construction design, landscaping, lighting, signage, and scale to add value and complement our city.

3. The city of LaFayette will encourage mixed-use retail/residential if it contributes and does not take away from the small-town atmosphere and increases housing options and local commercial activities.

4. Our gateways and corridors will create a "sense of place" for our city.

5. As its community center, the city of LaFayette is committed to encouraging the vibrancy and small-town atmosphere in its downtown, as doing so gives both residents and visitors a sense of place and belonging.

6. We are committed to redeveloping and enhancing existing commercial and industrial areas within our community, so to minimize the appearance of blight, while also preserving open space.

7. We support increases in residential density in areas where city design standards, environmental constraints, and available infrastructure capacities can satisfactorily accommodate the increased density.

8. We will encourage traditional downtown commercial development versus unattractive commercial strip development found along major roadways.

9. A review of zoning ordinances is to be complementary to the existing comprehensive plan. To enhance and preserve the peaceful and beautiful nature of the community, all zoning request reviews will be consistent with the character identified in the 2022-2032 Joint Walker County Comprehensive Plan.

## B. Vehicular and Multi-modal Transportation

1. We are committed to the walkability of our city and its neighborhoods, providing a secure non-vehicular means of transportation to schools, parks, and other necessary services (grocery stores, drug stores).

2. Our new and reconstructed roadways will be appropriately designed to the character and conditions of the surrounding area and to accommodate multiple functions including pedestrian facilities, parking, and bicycle routes, as well as local vehicular circulation.

3. When possible, road designs that provide a smooth continuous movement of vehicles, such as what is found on a grid network of streets, will be encouraged over that of cul-de-sacs and dead end streets.

4. Through traffic calming and other design considerations, we will ensure that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

5. We support the creation of a community-wide pedestrian/bike path network.

## C. Resource Conservation

1. We will encourage compact urban development and low-impact development patterns to preserve open space, natural resources and to limit the encroachment of new housing development in flood-prone areas.

2. Environmentally sensitive areas, groundwater, surface water, natural resources, archaeological resources and cultural resources will be protected from residential and commercial encroachment by encouraging new development to locate in a suitable setting and in a compact design layout.

3. We will ensure the protection of water supply watersheds, groundwater recharge areas, wetlands, river corridors, and mountains for the benefit and enjoyment of current residents and future generations by following the guidance provided in both our codes and ordinances and by the Georgia Department of Natural Resources Environmental Protection Division *Rules for Environmental Planning Criteria (Chapter 391-3-16)*

4. When expanding current or constructing new infrastructure networks, unless otherwise unfeasible or non-rational, installation of infrastructure will steer new development away from environmentally sensitive locations.

## D. Community Facilities, Services, and Infrastructure

1. Our community will make efficient use of existing infrastructure and public facilities to minimize the need for costly new/expanded facilities and services, while also limiting development to those locations that can be adequately served by public infrastructure.

2. We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers, by limiting development to those areas that can be reasonably served by public infrastructure.

3. We will ensure that capital improvements needed to accommodate future development are provided concurrently with new development.

4. Utilities and service area expansion will be phased, to encourage new development to be contiguous with already present development.

5. The Joint Comprehensive Plan will be consulted when expanding utilities and service areas.

6. When able, we will invest in parks and open spaces to enhance the quality of life for our citizens.

7. We will work with broadband professionals to increase internet availability and faster download and upload speeds.

## E. Economic Development

1. We will support local retail and encourage more small business ownership, diversifying the makeup of commercial activities in the city of LaFayette.

2. We will work with broadband professionals to increase internet availability and faster download and upload speeds.

3. When appropriate and feasible, we will seek funds that will incentivize the reuse of currently unoccupied buildings for new businesses.

## F. Housing and Social Equity

1. We will eliminate substandard or dilapidated housing in our neighborhoods within the city.

2. Infill housing development in existing neighborhoods will be encouraged.

3. We support a diversity of housing options and types at a range of prices throughout the city, to maximize housing ownership and rental opportunities for a variety of incomes in the community. We do so to provide for those of low-to-moderate income without discriminating against those of greater socio-economic levels.

## G. Intergovernmental Coordination

1. We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

2. We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management or watershed protection)

3. We will consult other public entities in our area when making decisions that are likely to impact them.

4. We will provide input to other public entities in our area when they are making decisions that likely will have an impact on our community or our plans for future development.

5. We will engage in cooperative planning between the local government and local school board regarding the appropriate location and use of schools as community facilities.



**Figure 40. Lookout Mountain Town Center**

## LOOKOUT MOUNTAIN

***The City of Lookout Mountain Georgia's vision is to preserve and enhance the peaceful and beautiful residential nature of our community.***

## POLICIES

### A. Development Patterns

1. Our decisions on development and redevelopment will contribute to, not take away from, our community's character and sense of place. All development must be sensitive to the historic context, sense of place, natural environment, and the overall setting of the community while protecting the environment and preserving meaningful open space.

2. All development and construction design, landscaping, lighting, signage, and scale will add value to our community.

3. We are committed to creating walking, biking, and expanded recreational facilities.

4. We will eliminate inadequate structures in our community.

5. Our new and reconstructed roadways will be appropriately designed using context-sensitive design considerations to accommodate multiple functions including pedestrian facilities, parking, and bicycle routes, as well as local vehicular circulation. We will enhance community aesthetics and preserve the peaceful nature of our residential neighborhoods and minimize environmental impacts.

6. To achieve the peaceful and beautiful residential nature referenced in the vision

statement, and to best promote the well-being and safety of residents, development will be subject to review by the Municipal Planning Commission.

7. All zoning request reviews will be consistent with the character identified in the Lookout Mountain portion of the 2022-2032 Joint Walker County Comprehensive Plan.

## B. Resource Conservation

1. New development and infrastructure will be in a suitable location to protect natural resources, environmentally sensitive areas, as well as valuable historic, archeological, and cultural resources from encroachment.

2. Development will minimize the negative impact of land-disturbing activities while maintaining natural topography, existing vegetation, trees, and green open space.

3. We will ensure conformance to the City's "*Soil Erosion, Sedimentation and Pollution Control Ordinance* (*Ordinance NO. 301)*" and the "*Georgia Erosion and Sedimentation Act of 1975 (O.C.G.A § 12-7-1)*".

## C. Community Facilities, Services, and Infrastructure

1. Future development will be respectful of current residents by being fiscally responsible and phased to minimize disruption to current residents' activities and life in our community.

2. We will continue to invest in parks, trails, and recreational spaces as able.

3. Our community will continue to support Fairyland Elementary School.

## D. Social and Economic Development

1. We will support businesses that are a good fit for our community's economy.

2. We will eliminate inadequately maintained housing in our community.

3. The Town Center will become a vibrant center of the community to improve overall attractiveness and quality of life.

## ROSSVILLE

***"Together we create a community of good neighbors."***



**Figure 41. Historic John Ross House in Rossville**

*Rossville looks to all sectors of the individuals and families, businesses, schools, service organizations, non-profit agencies, and city workers – (corporately) to be responsible for the wellbeing of the entire community. It envisions all elements of the community working cooperatively to maintain the character and quality of community life. In this vision, all individuals and families look out for each other, are careful with the natural environment, use their volunteer time to help improve the community and shop local whenever possible. Businesses contribute to public projects and activities by caring for and serving all the community's needs. City government will support and stimulate these cooperative efforts. Government cannot create elements of "good neighborliness" alone, but rather can put the vision forward while demonstrating ways all parts of the community can create and maintain it together.*

The city of Rossville will strive to attain and maintain the following principles that sustain a healthy community:

1. Enhance our image to raise aspirations
2. Rejuvenate the city's economy
3. Create a sustainable city
4. Strengthen citizen engagement in city issues
5. Reinforce community functions and events
6. Sustain the natural systems and beauty of the community
7. Preserve and promote a built environment compatible with the natural environment and which sustains quality over time
8. Sustain a safe community
9. Promote a variety of housing choices appropriate to all stages of life
10. Capitalize on Rossville's heritage as once the largest industrial site in the world
11. Regain integrity through historic sites and streetscapes as a positive and welcoming entrance into the State of Georgia

## POLICIES

### A. Development Patterns

1. Our decisions on new development will contribute to, not take away from, our community's character and sense of place.

2. We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.

3. We want development whose design, landscaping, lighting, signage and scale add value to our community.

4. Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.

5. We are committed to providing pleasant, accessible public gathering places and parks throughout the community.

6. We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in greenfield (previously undeveloped) areas of the community.

7. We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.

8. We support new land uses that contribute to protecting the environment and preserving meaningful open space.

9. We will target transportation improvements to support desired development patterns for the community, recognizing that ready availability of transportation creates demand for land development in adjacent areas.

10. Our new and reconstructed roadways will be appropriately designed, using context-sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

11. We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).

12. We support the creation of a community-wide pedestrian/bike path network.

### B. Resource Conservation

1. The protection and conservation of our community's resources will play an important role in the decision-making process concerning future growth and development.

2. We will minimize inefficient land consumption and encourage more compact urban development to preserve open green space and natural resource areas.

3. We will encourage new development to locate in suitable locations to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological, or cultural resources from encroachment.

4. We will promote the protection and maintenance of trees and open green space in all new development.

5. We will promote enhanced solid waste reduction and recycling initiatives.

### C. Community Facilities and Infrastructure

1. We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

2. We will limit development within our community to areas that can be reasonably served by public infrastructure.

3. We will invest in parks and open spaces to enhance the quality of life for our citizens.

4. We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

### D. Economic Development

1. We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

2. We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

3. We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

4. We will take into account impacts on infrastructure and natural resources in our decision-making on economic development projects.
5. We will carefully consider costs and benefits in making decisions on proposed economic development projects.
6. We will eliminate substandard or dilapidated housing in our community.
7. We will stimulate infill housing development in existing neighborhoods.
8. We will encourage the development of housing opportunities that enable residents to live close to their places of employment.
9. We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (homeownership).
10. We support the dispersion of assisted housing throughout the community to diversify neighborhoods and eliminate pockets of poverty.

### E. Governmental Relations

1. We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
2. We will consult other public entities in our area when making decisions that are likely to impact them.
3. We will provide input to other public entities in our area when they are making decisions that are likely to have an impact on our community or our plans for future development.
4. We will engage in cooperative planning between the local government and local school board regarding the appropriate location and use of schools as community facilities.

## WALKER COUNTY

*Walker County Government will take the lead in creating a quality of life unparalleled in the southeast. Stewardship of the manmade and natural resources will be the foundation of every decision. The government will be progressive in providing infrastructure and services that support residential, commercial, and industrial development. The government will be sensitive and responsive to issues of local and community concerns and be proactive in identifying and planning for emerging opportunities and preserving those core values which are the foundations of the past and our hope for the future.*




**Figure 42. Walker Civic Center Campus at U.S. 27, Rock Spring, Ga.**

We will realize our vision by supporting these goals:

1. Strong operational and management infrastructure
2. Downtown revitalization
3. Greenspace and natural resources preservation and development
4. A balance between residential, commercial, and industrial development
5. Growth management
6. Considerate stewardship of both the manmade and natural environment.
7. Quality education
8. Community and economic development
9. A clear county-wide vision and agreed-on goals
10. Regional collaboration

## POLICIES

Policies are adopted to provide ongoing guidance and direction to county officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the community vision and appropriately addressing the community issues and opportunities. The following policies have been adopted by the Walker County Government:

## A. Development Patterns

1. Decisions on development and redevelopment will contribute to, and not take away, from the character of Walker County by being respectful and sensitive to the context and character of the community as a whole.

2. We will provide agricultural and forestry opportunities, as they are a vital component of our rural, small-town character and identity.

3. We want new development, infill development, and redevelopment construction design, landscaping, lighting, signage, and scale, to add value and complement our county.

4. Walker County will promote land use efficiency to avoid the costs and problems associated with urban sprawl that diminishes our small-town atmosphere.

5. Our gateways and corridors will create a "sense of place" for our county.

6. We are committed to providing pleasant, accessible public gathering places, recreational facilities, and set-aside greenspace throughout the community.

7. We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in greenfield areas of the community.

8. We encourage mixed-use, human-scale development where appropriate to do so.

9. We support increases in residential density in areas where community design standards, environmental constraints and available infrastructure capacity can satisfactorily accommodate the increased density.

10. We support new land uses that enhance housing options in our county.

11. We will encourage the development of mixed-use commercial/residential nodes of village and activity centers that meet the service needs of citizens while also avoiding unattractive, inefficient strip development along major roadways.

12. We are open to land planning and development concepts new to our area but have been tried successfully in other places.

13. Transportation improvement projects that support desired development patterns within the county will be targeted over those that do not. (Recognizing that ready availability of

transportation creates demand for land development in adjacent areas).

14. Our new and reconstructed roadways will be appropriately designed in context to the character and conditions of the surrounding area, while also accommodating multiple modes of mobility. These modes of mobility are pedestrian, parking, bicycle routes, public transit (if applicable) and vehicular.

15. We support the creation of a community-wide pedestrian/bike path network.

16. Through traffic calming and other design considerations, we will ensure that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## B. Natural and Cultural Resources

1. The protection and conservation of our county's cultural and natural resources will play an important role in the decision-making process when making decisions about future growth and development.

2. Environmentally sensitive areas, natural resources, archaeological resources, and cultural resources will be protected from residential and commercial encroachment, in particular those locations prone to flooding, by encouraging new development to locate to suitable settings and in a compact design layout. This includes transportation improvements.

3. Potential impacts to air and water quality will be factored in when making decisions on approval of developments and transportation improvement projects.

4. Low impact development that preserves the natural topography and existing vegetation will be encouraged.

5. Infrastructural network system design will be utilized to steer new development away from sensitive natural resources, as well as redirect development pressures away from agricultural areas to conserve farmland and the rural character of the area.

6. Ground and surface water sources will be protected, so to ensure safe, adequate water supplies.

7. We will promote enhanced solid waste reduction and recycling initiatives.

## C. Community Facilities, Services, and Infrastructure

1. Our community will make efficient use of existing infrastructure and public facilities to minimize the need for costly new/expanded facilities and services, while also limiting development to those locations that can be adequately served by public infrastructure.

2. In those locations in which existing infrastructure is in good, structural condition, we will encourage infill residential and commercial development, so to minimize cost.

3. We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers, by limiting development to those areas that can be reasonably served by public infrastructure.

4. We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development, projects will be concurrent with new development.

5. Utilities and services expansion will be phased, so to encourage new development to be contiguous with already present development and/or support development locations identified within this comprehensive plan area.

6. The community will make maximum efforts to seek out public investments in infrastructure for new residential, industrial, and commercial development will have a return on investments by growing the county's tax base.

7. When able, we will invest in parks and open space to enhance the quality of life for our citizens

8. We will work with our local school board, encouraging their decisions in the locating of new schools to those areas where growth is expected to occur…and children, teens, and young adults will be given quality education and the best opportunity to grow.

**D. Social and Economic Development**

1. We will support programs for retention, expansion and creation of businesses that are a good fit for our county's economy in terms of job skill requirements and linkages to existing businesses.

2. We will work with broadband professionals to increase internet availability and faster download and upload speeds.

3. When appropriate and feasible, we will incentivize the reuse of currently unoccupied buildings for new businesses.

4. We will invest in the recruitment of diversified, modern businesses that are committed to providing attractive, challenging jobs for the 21st-century workforce.

5. We will responsibly target reinvestments to declining, existing neighborhoods and vacant or underutilized sites or buildings in preference to new economic development when financially feasible and is in the best economic and social interest of the Walker County

6. When considering economic development projects, we will contemplate possible impacts to housing, transportation, neighborhood stabilization, infrastructure, and natural resources.

7. We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects, so to best serve our current and future residents of the community.

8. We will carefully consider both costs and benefits when deciding on proposed economic projects.

9. We will eliminate substandard or dilapidated housing and neighborhoods in our county.

10. Infill housing development in existing neighborhoods will be encouraged.

11. Affordable housing options and a mix of housing types will be encouraged so that those who work in the county will have the opportunity to reside close to their places of employment.

12. While providing employment opportunities, we will also encourage housing policies and a diversity in housing values where those of low-to-moderate income will be able to afford their own home.

13. We support assisted housing throughout the county to diversify neighborhoods and eliminate pockets of poverty.

14. We will foster and preserve public health, safety, comfort and welfare, and aid in the harmonious, orderly, and aesthetically pleasing, and socially beneficial development of our county.

## E. Intergovernmental Coordination

1. We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

2. We will work jointly with neighboring jurisdictions on developing solutions for shared regional issue, such as growth management, watershed protection.

3. We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions

4. We will consult other public entities in our area when making decisions that are likely to impact them.

5. We will provide input to other public entities in our area when making decisions that are likely to have an impact on our community or our plans for future development.

6. We will engage in cooperative planning between the local government and local school board regarding the appropriate location and use of schools as community facilities.

# REPORT OF ACCOMPLISHMENTS




**Figure 43. From atop Lookout Mountain at Rock City**

The reports of accomplishment show the results of past planning efforts. The status of each work program item can be found here. Since work programs are updated every five years, the items under consideration here are from the period from 2017 to 2021. The county manager, city managers and other government officials reviewed the 2017-2021 work programs for their respective governments and noted which projects had been completed. If projects were started but not completed, the "underway" column was marked and the estimated year of completion was noted. There is no penalty for postponing or dropping a project, since this is a planning document and not a binding legal agreement. However, an explanation is required for postponed or dropped projects. For example, a project may not have been accomplished because voters rejected a ballot measure to fund it. Sometimes an item is dropped because it may have been a new initiative or new mandate several years ago, but over time it has become a routine or function of government. Items marked as underway or postponed are carried forward to the work programs in this current plan, *Walker County Joint Comprehensive Plan, 2017-2021*. However, projects noted as "ongoing," annual tasks, or policy statements will not be carried forward to the current 2022-2026 work programs unless noted otherwise in the explanation section of the table.

## City of Chickamauga Report of Accomplishments

**POTENTIAL 2017-2021 REPORT OF ACCOMPLISHMENTS,**

**City of Chickamauga**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | |
| ***Economic Development*** | | | | | | |
| Depot renovation & Welcome Center. | 2017-2021 | | 2024 | | | |
| Continuation of Streetscape (front & back-alley façade). | 2017-2021 | | 2024 | | | |
| Market old city hall property for "Victorian" hotel development. | 2017-2021 | | | | X | No longer an administrative priority |
| Maintain and revise Service Delivery Strategy as needed. | 2017-2021 | | Ongoing | | | Policy Statement |
| ***HOUSING*** | | | | | | |
| Promote the revitalization of the Mill Villages by adopting design guidelines, or an Urban Redevelopment Plan. | 2017-2021 | | 2025 | | | |
| Promote the revitalization of the Mill Villages by utilizing the Neighborhood Stabilization Program. | 2017-2021 | X | | | | |
| Apply for CDBG funds to revitalize the manufactured housing park areas. | 2017-2021 | | | | X | No longer an Administration priority |

## CITY OF CHICKAMAUGA REPORT OF ACCOMPLISHMENTS

| **POTENTIAL 2017-2021 REPORT OF ACCOMPLISHMENTS, City of Chickamauga** | | | | | | |
|---|---|---|---|---|---|---|
| | | | **STATUS** | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***TRANSPORTATION*** | | | | | | |
| Decorative Roundabout at Five Points and 341 intersections. Phase one feasibility study. | 2017-2021 | | 2025 | | | |
| Wayfinding Signs, asphalt stencils. | 2017-2021 | | 2022 | | | |
| Gateway Signs – see RSVP Plan. Adding one to two signs per year. | 2017-2021 | | 2026 | | | |
| Sidewalks – Simonton Hills. | 2017-2021 | | 2025 | | | |
| Sidewalks--Dogwood Estates. | 2017-2021 | | 2025 | | | |
| Develop and implement a sidewalk plan for both residential and business districts. | 2017-2021 | | 2026 | | | |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Stormwater drainage improvement – 10th Street. | 2017-2021 | | 2026 | | | |
| Dock and walking trail at Lee & Gordon's Mill. | 2017-2021 | | 2026 | | | |
| Downtown Art Grant. | 2017-2021 | | 2022 | | | |
| Coke Oven Branch litter catch basin. | 2017-2021 | | 2026 | | | |

# CITY OF CHICKAMAUGA REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**City of Chickamauga** | | | | | | |
|---|---|---|---|---|---|---|
| | | | **STATUS** | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Complete historic resources survey – Phase I. | 2017-2021 | | | | X | Not a current Administrative priority |
| Adopt proper ordinances for the protection of community resources (e.g., trees). | 2017-2021 | X | | | | Policy statement |
| Develop a plan for the management of vacant mill village parcels acquired by the City during the flood mitigation project. | 2017-2021 | | 2025 | | | |
| Continue implementation of the stormwater management plan. | 2017-2021 | | Ongoing | | | Policy statement |
| ***COMMUNITY FACILITIES AND SERVICES*** | | | | | | |
| Catalog codes and ordinances for municode or website accessibility. | 2017-2021 | | 2023, Underway | | | |
| Bathrooms Downtown. | 2017-2021 | X | | | | |
| Bathrooms Helicopter Park. | 2017-2021 | X | | | | |
| Refurbish existing & build new gazebos. | 2017-2021 | X | | | | |

# CITY OF CHICKAMAUGA REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of Chickamauga**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***COMMUNITY FACILITIES AND SERVICES*** | | | | | | |
| Dog Park in Mill Village. | 2017-2021 | | 2022 | | | |
| Underground placement of utilities – Phase I. | 2017-2021 | | 2023, Underway | | | |
| Implement a recycling education program. | 2017-2021 | | 2023, Underway | | | |
| Develop a comprehensive recreation plan to include youth, adult, and senior recreation needs. | 2017-2021 | | | | X | Not a current Administration priority |
| Adopt proper ordinances to enforce building codes. | 2017-2021 | | 2022, Underway | | | |
| Cemetery – planting trees & Shrubs | 2017-2021 | 2021 | | | | |
| Implement a stormwater education program | 2017-2021 | | | | X | Not a current Administration priority |
| ***LAND USE*** | | | | | | |
| MOU – by a bank (a lot for downtown event space). | 2017-2021 | | | | X | No longer an Administration priority |
| MOU – for continued access to Crawfish Springs. | 2017-2021 | X | | | | |

## CITY OF CHICKAMAUGA REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Chickamauga | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***LAND USE*** | | | | | | |
| Seating for downtown event space. | 2017-2021 | | 2025 | | | Moved to Community Facilities and Services |
| Seating for Crawfish Springs. | 2017-2021 | X | | | | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Multi-use trail to the park, last two-mile connection. | 2017-2021 | | 2024 | | | Note: Moved to Transportation |
| Bikeways and trails feasibility study. | 2017-2021 | | 2024 | | | Note: Moved to Transportation |
| Maintain and revise Service Delivery Strategy as needed. | 2017-2021 | X | Ongoing | | | Policy statement |
| Implement regular meetings of municipalities, County, Board of Education, and other entities as needed to discuss land use, transportation, workforce, and educational opportunities. | 2017-2021 | X | Ongoing | | | Policy statement |

## CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of LaFayette | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Expand the DDA area to add more businesses. | 2017-2021 | | Ongoing | | | Policy Statement |
| Promote the Main Street Program and maintain annual accreditation. | 2017-2021 | X | Ongoing | | | Regained Status, Policy Statement, or Goal |
| Promote greenspace creation and management (consider greenway/heritage corridor approach to link parks with historic resources from the Square North along N. Main Street including Fort Cumming). | 2017-2021 | | | | X | Lack of funding / Resource allocation |
| Continue LaFayette DDA's community awareness program and local preservation advocacy. | 2017-2021 | X | Ongoing | | | Policy Statement |

## CITY OF LAFAYETTE COMMUNITY REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of LaFayette | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Work with Walker County Chamber of Commerce to promote heritage tourism. | 2017-2021 | X | | | | |
| Improve LaFayette recognition, branding, and tourism by holding the annual Honeybee Festival | 2017-2021 | X | Ongoing | | | Policy Statement |
| ***HOUSING*** | | | | | | |
| Encourage infill housing and mixed-use development. | 2017-2021 | X | Ongoing | | | Policy Statement, Rewritten to read "Incentivize infill housing and mixed-use development." |
| Provide incentives for upstairs living in the downtown business district. | 2017-2021 | | | X, 2027 | | Exploring funding and best practices options |
| Review and update ordinances to encourage redevelopment of blighted areas, those encouraging infill, redevelopment of brownfields and greyfields. | 2017-2021 | X | | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS: *Complete* | STATUS: *Underway; Projected Completion Date* | STATUS: *Postponed* | STATUS: *Dropped* | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| ***HOUSING*** | | | | | | |
| Launch Neighborhood Revitalization Initiative to address blighted properties. | 2017-2021 | X | | | | |
| Perform feasibility study of condo/townhome development near golf course. | 2017-2021 | | | | X | A shift in administrative priorities |
| ***TRANSPORTATION*** | | | | | | |
| GDOT collaboration to find a solution for tractor-trailer not using downtown as main route (utilize bypass). | 2017-2021 | | 2024 | | | Exploring options with GDOT |
| Pursue Transportation Enhancement funds for additional streetscape phases or other local transportation projects | 2017-2021 | | 2023 | | | Lack of Funding |
| Repaving of Duke Street, Bradley Ave, Oakland, Magnolia, Langley. | 2017-2021 | X | | | | |
| Develop bike trails/lanes. | 2017-2021 | | 2025 | | | Funding was delayed |
| Erect “Gateway Corridor” invitational markers. | 2017-2021 | | | X, 2027 | | Developing brand |
| Perform feasibility study for golf cart trails coming in and out of LaFayette Square | | | | | X | Lack of funding |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Designate downtown LaFayette as a local historic district and adopt design guidelines | 2017-2021 | | 2026 | | | |
| Nominate LaFayette's historic business district the National Register of Historic Places (NRHP) | 2017-2021 | | 2026 | | | |
| Nominate historic residential areas north and south of the square to the NRHP and designate as local historic district | 2017-2021 | | 2026 | | | |
| Promote public education on Fort Cumming and the Trail of Tears. | 2017-2021 | | 2026 | | | |
| Support opening of Art Gallery in downtown LaFayette | 2017-2021 | | 2023 | | | |
| Implement Stormwater Management Program | 2017-2021 | | 2025 | | | |
| Protect water quantity and quality of Queen City Lake | 2017-2021 | | Ongoing | | | Policy statement instead of a work program item |
| Expand boat ramp on Queen City Lake to increase use of lake for recreation and tourism | 2017-2021 | X | | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS: Complete | STATUS: Underway; Projected Completion Date | STATUS: Postponed | STATUS: Dropped | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Build more tourism on geography such as Pigeon Mountain rock climbing | 2017-2021 | X | | | | Walker Rocks Initiative |
| Erect dock alongside boat ramp on Queen City Lake to increase use of lake for recreation and tourism | 2017-2021 | X | | | | |
| Repairs on Chattooga Academy building | 2017-2021 | | 2022 | | | |
| Develop a stronger partnership with Marsh House to promote tourism | 2017-2021 | | Ongoing | | | Policy statement instead of a work program item |
| ***COMMUNITY FACILITIES*** | | | | | | |
| Renovate Simmons, Joe Stock, Max Stoker, Lowell Greene, and Municipal Parks. | 2017-2021 | X | | | | |
| New roof on City Hall. | 2017-2021 | X | | | | |
| New roof on community swimming pool pavilion. | 2017-2021 | X | | | | |
| Expand broadband internet speed and services. | 2017-2021 | | 2026, Underway | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**City of LaFayette** | | | | | | |
|---|---|---|---|---|---|---|
| | | | **STATUS** | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***COMMUNITY FACILITIES*** | | | | | | |
| Build Splash Park. | 2017-2021 | | 2022 | | | |
| Replace force main from Shattuck Industrial Blvd. | 2017-2021 | | 2022 | | | |
| Replace Shattuck Industrial Blvd. lift station. | 2017-2021 | | 2022 | | | Note: Combined with the above project in the Community Work Program |
| Replace Spring Creek interceptor and trunk lines. | 2017-2021 | X | | | | |
| Phase II Town Creek interceptor from Rambler Road to Warren Road. | 2017-2021 | | 2026 | | | Funding / A shift in administrative priorities |
| Replace McArthur Street interceptor. | 2017-2021 | | 2026 | | | Funding / A shift in administrative priorities |
| Fire command vehicle. | 2017-2021 | X | | | | |
| Fire, rescue, and haz-mat support equipment. | 2017-2021 | X | | | | |
| New fire vehicle/equipment building. | 2017-2021 | | 2026 | | | Lack of Funding |
| Renovate the Ross Abney Recreation Complex. | 2017-2021 | | 2026 | | | Developing plan |
| Finish construction of Presbyterian Memorial Park and maintain lease for public use. | 2017-2021 | X | | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of LaFayette | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***COMMUNITY FACILITIES*** | | | | | | |
| Street Department vehicles (Bobcat; 1-ton dump trucks; paving machine; backhoe; side-arm tractor; tandems; Gradall excavator). | 2017-2021 | X | | | | |
| Cemetery improvements and Cemetery Department equipment. | 2017-2021 | X | | | | |
| Mausoleum and cremation burial facilities. | 2017-2021 | | 2024 | | | |
| Maintenance Department equipment (wash rack; heavy equipment lift). | 2017-2021 | X | | | | |
| Replace existing meters with electronic receiver/transmitter (ERT) meters. | 2017-2021 | | 2024 | | | |
| Sanitation Department equipment (front-end loader; knuckle booms). | 2017-2021 | X | | | | |
| Replace 2-inch galvanized water lines (23.5 miles). | 2017-2021 | | 2026 | | | |
| Replace water main on Coffman Springs Road (approx. 1.98 miles). | 2017-2021 | X | | | | |
| Automated water meters and meter boxes. | 2017-2021 | | 2026 | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***COMMUNITY FACILITIES*** | | | | | | |
| Fire flow improvements for Skyline Heights Subdivision | 2017-2021 | | 2026 | | | |
| Convert drop-off recycling program to curb-side pickup and encourage citizen participation | 2017-2021 | | | | X | Too expensive |
| Expand the city's natural gas system | 2017-2021 | | 2026 | | | The City of LaFayette sales natural gas to residents and this will be a continued administrative/public works activity. |
| Establish emergency connection to another natural gas source (AGL). | 2017-2021 | | 2026 | | | Discussing options |
| Create a capital improvement plan. | 2017-2021 | | 2024 | | | |
| Early warning system. | 2017-2021 | | 2026 | | | |
| New fire trucks. | 2017-2021 | | 2025 | | | |
| Replace existing streetlights with lower wattage sodium. | 2017-2021 | | 2023 | | | |
| Update software for utility billing, taxes, and permits to a more efficient product. | 2017-2021 | X | | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***COMMUNITY FACILITIES*** | | | | | | |
| Explore the possibility of reestablishing a 24-hour emergency health care facility in our community. | 2017-2021 | | 2024 | | | Reestablished medical clinic with service 8a-7p, still working on 24 hour |
| New well and clear well at Lee School Road. | 2017-2021 | | 2023 | | | Property acquisition |
| Build treatment plant for Dixon Springs. | 2017-2021 | | 2022 | | | Construction underway |
| New well in Rock Spring area. | 2017-2021 | | 2026 | | | |
| ***LANDUSE*** | | | | | | |
| Establish more specific character areas to make better planning and zoning decisions | 2017-2021 | X | | | | |
| Update recommended character area maps | 2017-2021 | X | | | | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Build consensus on long term planning with new county Commissioner. | 2017-2021 | | X | | | Ongoing, policy |
| Maintain and revise Service Delivery Strategy as needed. | 2017-2021 | | X | | | Ongoing, policy |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of LaFayette**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities. | 2017-2021 | | X | | | Ongoing, policy |

# CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Lookout Mountain | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Identify types of small businesses (restaurants, coffee shops, tailor, spa) that fit with Lookout Mountain's vision and contribute to the city's tax base. | 2017-2021 | X | | | | |
| Identify incentives for these types of businesses to locate in Lookout Mountain. | 2017-2021 | | Ongoing | | | Policy Statement |
| Redevelop vacant town center properties. | 2017-2021 | X | | | | |
| **HOUSING** | | | | | | |
| Promote the residential image of Lookout Mountain via the city's website. | 2017-2021 | | Ongoing | | | Policy Statement |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Update ordinances to increase stream buffers and protect steep slopes. | 2017-2021 | | 2023, Underway | | | |

## CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

**REPORT OF ACCOMPLISHMENTS, 2017-2021**

**City of Lookout Mountain**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Develop forward thinking stormwater management plan. | 2017-2021 | | Ongoing | | | Regularly occurring administrative and public work responsibility, Policy Statement |
| Landscape the new Memorial Park. | 2017-2021 | | 2022, Underway | | | |
| Create a bouldering park and picnic area. | 2017-2021 | | | | X | Lack of interest and change in priorities. Diverting attention and resources to an interior garden park |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Update the sanitary sewer system pump station. | 2017-2021 | | 2023, Underway | | | |
| Construct phase one of a new town center including a new City Hall, police and fire departments, commercial space, and a new city park. | 2017-2021 | | 2023, Underway | | | City Hall and police and fire department construction has been completed. Moved to Economic Development in Community Work Program as Town Center retail development |

## CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Lookout Mountain | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Construct phase two of the town center complex. | 2017-2021 | | 2023, Underway | | | Which is to include commercial space and a new city park, Moved to Economic Development as commercial retail development |
| Create design guidelines for new commercial and residential development to protect the City's character. | 2017-2021 | | 2022, Underway | | | Town Center guidelines have been completed but residential guidelines are still in progress |
| Create a city master plan with Carl Vinson Institute. | 2017-2021 | X | | | | |
| Create a new, updated City website. | 2017-2021 | | 2022, Underway | | | |
| Build joint city hall/ fire/ police facility. | 2017-2021 | X | | | | |
| Purchase a new garbage truck. | 2017-2021 | X | | | | |

# CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**City of Lookout Mountain** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **STATUS** | | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **LAND USE** | | | | | | |
| Review and adopt the updated zoning ordinance prepared by the Northwest Georgia Regional Commission. | 2017-2021 | | 2022, Underway | | | |
| Review and adopt the updated zoning ordinance prepared by the Northwest Georgia Regional Commission. | 2017-2021 | | 2022, Underway | | | |
| Create and adopt a detailed land use plan to guide future development based on density restrictions created by stormwater and other factors. | 2017-2021 | | 2022 | | | Moved to community facilities. Rewritten to read: "Create design guidelines for residential development to protect the City's character." |

## CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Lookout Mountain | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Create a draft map for the Lookout Mountain Trails Committee's bike and pedestrian trail system. | 2017-2021 | X | | | | Carl Vinson Institute of Government and University of Georgia College of Environment and Design created a Chattanooga Urban Trail System (CUTS) plan, which included design guidelines and route suggestions for bike and pedestrian trail system |
| Apply for a Recreational Trails grant to further the Lookout Mountain Trails Committee's bike and pedestrian trail system. | 2017-2021 | | 2023 | | | Reworded to read as: "Applying for a grant through ARC for a recreational trail/pathway/sidewalk master plan", Moved to transportation |
| Maintain and revise Service Delivery Strategy as needed. | 2017-2021 | | Ongoing | | | Policy Statement |

# CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of Lookout Mountain**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Implement regular meetings of municipalities, County, Board of Education, and other entities as needed to discuss land use, transportation, workforce, and educational opportunities. | 2017-2021 | X | | | | |

## CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Rossville | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Encourage and assist with the redevelopment of the Peerless Mill complex. | 2017-2021 | | 2026 | | | Rossville has successfully advanced the redevelopment efforts through an Urban Redevelopment Plan (URP) and by being recognized as a State of Georgia Rural Zone with the help of Georgia Tech. These plans are being implemented |
| Develop and implement a façade improvement program for downtown. | 2017-2021 | | 2025 | | | Rewrite to say: Develop and implement a façade improvement program for downtown as identified in the Urban Redevelopment Plan |

# CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**City of Rossville** | | | | | | |
|---|---|---|---|---|---|---|
| | | **STATUS** | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Seek an Opportunity Zone designation. | 2017-2021 | | 2023 | | | Rewrite to say: Apply to receive a Georgia State Opportunity Zone designation. |
| Revise zoning ordinance to allow appropriate residential development in commercial area. | 2017-2021 | X | | | | |
| Work with UGA to prepare a RSVP city Masterplan | 2017-2021 | | 2023 | | | Rewrite to say: Create a Renaissance Strategic Vision Plan (RSVP) through a partnership with Carl Vinson Institute of Government of UGA |
| ***HOUSING*** | | | | | | |
| Review building codes and ordinances for the feasibility of rehabilitation and infill downtown. | 2017-2021 | X | | | | |

## CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Rossville | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **HOUSING** | | | | | | |
| Make variances friendly to builders, such ordinance restrictions | 2017-2021 | X | | | | |
| Apply for CDBG housing rehabilitation grant | 2017-2021 | | 2022 | | | Rewrite to say: Apply and implement Community Development Block Grant (CDBG) housing rehabilitation finances and State of Georgia Department of Community Affairs' (DCA) Community HOME Investment Program (CHIP) so to encourage more Owner-Occupied Housing |
| Promote rehabilitation of old middle school for senior housing | 2017-2021 | | Ongoing | | | Policy Statement |

# CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of Rossville**

| | | STATUS | | | | |
|---|---|---|---|---|---|---|
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***TRANSPORTATION*** | | | | | | |
| Pursue GDOT and Chattanooga MPO for funding to extend F.M. Gleason Parkway to Chickamauga Avenue. | 2017-2021 | | | | X | Change in Public Works implementation priorities |
| Reevaluate Streetscape Project - Phase II. | 2017-2021 | X | | | | |
| Pursue GDOT and Chattanooga MPO for funding to extend F.M. Gleason Parkway to Chickamauga Avenue. | 2017-2021 | | | | X | Change in Public Works implementation priorities |
| Reevaluate Streetscape Project - Phase II. | 2017-2021 | X | | | | |
| Develop and begin implementation of a sidewalk plan for the residential areas. | 2017-2021 | | 2023 | | | Rewrite to say: Continue the development and implementation of a sidewalk plan for the residential areas |
| Investigate feasibility of using city school busses for public transportation. | 2017-2021 | | 2026 | | | Not a current an administrative priority |

# CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br><br>City of Rossville | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Request FEMA to reevaluate flood hazard map | 2017-2021 | | | | X | Not a current administrative priority |
| Resolve ownership of the John Ross House. | 2017-2021 | X | | | | |
| Apply for and participate in the Main Street Program. | 2017-2021 | | | | X | Not a current administrative priority |
| Update documentation of erosion, sedimentation, and stormwater runoff problems. | 2017-2021 | X | | | | |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Apply for CDBG for sewer improvements. | 2017-2021 | | 2026 | | | |
| Renew the City Charter. | 2017-2021 | X | | | | |

## CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>City of Rossville | | | | | | |
|---|---|---|---|---|---|---|
| | | | STATUS | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Document sewer trouble spots where repair is needed to meet standards. | 2017-2021 | | 2022 | | | Reworded to "Public Infrastructure Stormwater/Sewer Maintenance and Repair, and Utility Infrastructure Improvements, |
| Research feasibility of using school buses for public transit. | 2017-2021 | | | | X | Duplicated Project, moved to transportation Reworded: Investigate the feasibility of a pilot program using city school busses for public transportation |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Maintain and revise Service Delivery Street. | 2017-2021 | | Ongoing | | | Policy Statement, a reoccurring administrative function |

# CITY OF ROSSVILLE REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**City of Rossville**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Implement regular meetings of municipalities, County, Board of Education, and other entities as needed to discuss land use, transportation, workforce, and educational opportunities. | 2017-2021 | | Ongoing | | | Policy Statement, a reoccurring administrative function |

## Walker County Report of Accomplishments

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>Walker County | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| In addition to the U.S. Hwy 27 tourism corridor, develop a written comprehensive tourism plan for all of Walker County in addition to the U.S. Hwy 27 Tourism Corridor. Include in the plan mapping, advertising in print, with billboards, websites, TV, radio, etc | 2017-2021 | | 2024 | | | Tourism contributes generously to Walker County, but work items were of higher administrative priority. |
| State Park Lodge or Private Hotel/Conference Center on Lookout Mountain or Pigeon Mountain | 2017-2021 | | 2023 | | | Project scope changed since the 2017 Joint Update Plan. Priorities and interest shifted to Private Hotel and Conference Center only. State Park Lodge is no longer an interest. Underway is a 2nd 18 hole golf course expansion. |

## WALKER COUNTY REPORT OF ACCOMPLISHMENTS

| REPORT OF ACCOMPLISHMENTS, 2017-2021<br>Walker County | | | | | | |
|---|---|---|---|---|---|---|
| | | STATUS | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Actively participate in encouraging utilization and enhancement of the greenways trail system by Including maps of these trail systems on our GIS system and website | 2017-2021 | | Ongoing | | | Policy Statement, but advancing the use of a greenway trail system is a priority. The County is committed to advancing there efforts in this area. |
| Pursue the possibility of an equestrian center somewhere in Walker County | 2017-2021 | | | | X | Change in administrative priorities. |
| Pursue redevelopment of the GA Hwy 2 corridor in Walker County, possibly incorporating a frontage road and Wilson Road Interchange. (See new item) | 2017-2021 | | | | X | Change in administrative priorities |
| Industrial Park Development on Hwy 27 and West Reed Road add two local access road points. | 2017-2021 | | 2024 | | | Less priority than other administrative activities, Carried over as a work program item for 2022 Joint Comprehensive Plan |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**Walker County**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Incorporate a new business license program for the unincorporated area of Walker County | 2017-2021 | X | | | | |
| Install a new electronic sign at the Walker County Civic Center to better inform the public of special events at the Civic Center. | 2017-2021 | | 2023 | | | A lack of funding and resources. |
| ***HOUSING*** | | | | | | |
| Update and develop ordinances to manage growth – including incentives to attract unique housing developments and allow for alternative housing design | 2017-2021 | | 2023 | | | Updating ordinances is an ongoing process, but incentives are not needed. This item has been added to the 2022 Joint Comprehensive Plan Work Program Table under the category of Land use. |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**Walker County**

| | | | STATUS | | | |
|---|---|---|---|---|---|---|
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***TRANSPORTATION*** | | | | | | |
| Wilson Road commercial corridor connection to I-24. | 2017-2021 | | | | X | Not an administrative priority |
| Walker industrial park phase two access road. | 2017-2021 | | 2024 | | | Moved to Economic Development in 2022 Community Work Program |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Find an appropriate location for an Indian Artifacts Museum and take steps toward opening this type of facility. | 2017-2021 | | | | X | Administrative focus shifted toward a cultural museum and heritage park |
| Publish map of countywide parks and recreation resources on the website and in print. | 2017-2021 | X | | | | |
| Rock Spring – Utilize the Stormwater Management Study to develop a Community Plan, including wetland Protection Project with community park/educational area. | 2017-2021 | | | | X | Change in administrative priorities. New efforts include stream impairment studies in addition to Stormwater Management |
| Explore the Opportunity for an Overlay District in McLemore Cove Area | 2017-2021 | | | | X | Change in administrative priorities |

## WALKER COUNTY REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**Walker County** | | | | | | |
|---|---|---|---|---|---|---|
| | | | **STATUS** | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Find ways to improve the county recycling program and environmental education in an effort to support the state's goal of 25% reduction to our landfills. | 2017-2021 | | 2025 | | | |
| Durham Trail | 2017-2021 | | | | X | Non-financial priority at this time |
| Dougherty House National Register designation and renovation | 2017-2021 | | 2025 | | | An administrative interest but was not an immediate priority. Work program item carried over to 2022 Comprehensive Plan Work Program Table. |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Add additional information to qpublic.com (www.walkerassessors.com) as it becomes available, example flood maps, zoning updates, storm drainage structures, updated aerial photography, etc. | 2017-2021 | | 2026 | | | |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**Walker County**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Annually review fees to ensure that the Planning & Development Office (including the Stormwater Program) and Inspections and Enforcement Offices are self-supporting services provided to the citizens. | 2017-2021 | | Ongoing | | | Policy Statement. Continued priority of Walker County Government, but is a reoccurring adminstritive function |
| Armuchee Valley Water Project | 2017-2021 | | 2026 | | X | Project scope has changed. The project is now referred to as the McLemore Water Project |
| Evaluate other areas of the County to determine future sewer needs. Include in the next SPLOST. | 2017-2021 | | 2025 | | | |
| Explore options for expanding the Civic Center Facilities and parking, and possibilities for the school system since their new property joins the Civic Center Property | 2017-2021 | | 2026 | | | Reworded in new Community Facilities and Services to “Civic Center Campus recreation improvements” |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

| **REPORT OF ACCOMPLISHMENTS, 2017-2021**<br>**Walker County** | | | | | | |
|---|---|---|---|---|---|---|
| | | **STATUS** | | | | |
| **WORK PROGRAM ACTIVITY** | **YEAR** | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | **Explanation if postponed or dropped** |
| **COMMUNITY FACILITIES AND SERVICES** | | | | | | |
| Civic Center expansion | 2017-2021 | X | 2026 | | | Since the previous comprehensive plan, Walker County has made numerous improvements to the Civic Center. Being that the Civic Center not only a building but a campus, there are additional improvements to be made |
| Redevelop the Kensington Industrial Park | 2017- 2021 | X | | | | |
| Local access road in Walker County Industrial Park | 2017-2021 | | 2024 | X | | Carried over as a work program item for 2022 Comprehensive Plan under Economic Development |
| **LAND USE** | | | | | | |
| Amend relevant ordinances to include and address “tiny houses | 2017-2021 | X | | | | |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

## REPORT OF ACCOMPLISHMENTS, 2017-2021

**Walker County**

| WORK PROGRAM ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Maintain and revise Service Delivery Strategy as needed | 2017-2021 | X | Ongoing | | | Policy statement |
| Implement regular meetings of municipalities, County, the Board of Education, and other entities as needed to discuss land use, transportation, workforce and educational opportunities | 2017-2021 | | Ongoing | | | Policy Statement |

## NEEDS AND OPPORTUNITIES

# Method & Description

## *Introduction*




**Figure 44. Example SWOT Analysis**

Stakeholder input is an important component of the planning process. The first Steering Committee meeting, held on May 13, 2021, was to identify **s**trengths, **w**eaknesses, **o**pportunities, and **t**hreats through a brainstorming exercise known as SWOT analysis. SWOT is used to understand current conditions, while also determining the future direction a community may wish to go. Although the SWOT analysis may seem opaque at first, its purpose is to allow the Steering Committee to identify major themes shared by the community as a whole. During the first Steering Committee Meeting, members for each community used a large poster-size paper to write strengths, weaknesses, opportunities, and threats for the following categories: Economic Development, Housing, Transportation, Natural/Cultural Resources, Community Facilities and Services, and Land Use. Committee members' comments, from each local municipality, are taken into consideration. The collective comments are used to create an online, public survey.

## *Survey Results*

This public survey consisted of 15 questions, one of which is open-ended. 10 of these questions were demographic-related. These questions include comments on the place of residents, age, employment status, business ownership and location, and internet access. Besides question #10, all other nine demographic questions allow data to be partitioned by location, stage of life, and occupation. The remaining 4 questions (questions 11-14) were multiple choice and allow survey-takers to select as many choices per question as provided. These questions qualify local perceptions of their community; for instance, what residents may see as a desirable development type for the future.

In total, 638 participated in the survey, with 84% completing the task. By location, most survey participants resided in Walker County (29.9%), followed closely by LaFayette (28.1%). 18% of respondents were from Chickamauga and 16% were from Rossville. Lookout Mountain had the fewest respondents for the Joint Comprehensive Plan Survey with only 3.8%. Although the number of responses from Lookout Mountain is minimum, Look Mountain has recently conducted its survey and these results were considered.

By age, the lack of participation of those 17 or under was disappointing, with only 0.3% of respondents of this age; however, 8.6 percent of respondents were 18- to 30-year-old and may

be considered young adults. The age category of 31 to 64 years of age is the greatest age range and the largest percentage of responses, 66% of survey takers. The oldest age categories are represented in the survey are for those 65 years and older. 25% of respondents were from this age group. Although more participation in the survey would have been more representative of the population of Walker County and the municipalities of Chickamauga, LaFayette, Lookout Mountain, and Rossville, the survey does represent a range of current public opinion from a variety of ages.

Question 15, the open-ended, served multiple purposes. As each residents' opinion is important, the question allows all participants to bring attention to details that may be absent from the rest of the survey. The comments provided also highlights themes shared among participants and provide additional feedback. These themes establish a tone based on the number of occurrences shared by participants. Some of these common themes are as below:

1. Concerns over youth not having enough activities and leaving the area, once of adult age
2. Blight associated with certain buildings and the reuse of abandoned buildings
3. The need for an assisted living facility
4. Locating a nice sit-down restraunts locally
5. Increase in internet speeds
6. Establishing more parks
7. Alcohol sales

## *Strengths*

The Steering Committee from each community is aware that the small-town atmosphere is an important part of their community; as they identified a number of strengths that often are associated with the small-town atmosphere: scenic beauty, natural and cultural resources, local character and community support. When survey participants were asked to list strengths in survey question #11, the most popular answer was the small-town atmosphere at 70.9%. Small-town atmosphere is not a category that may be quantified, but is perceived. Often, the small-town atmosphere is associated with safe communities, picturesque historic downtowns and natural beauty. 46.4% of survey respondents listed their communities being safe, with great police and fire departments, as being a strength. 40.6% of survey participants listed natural and cultural resources as a strength. 30.8% of respondents answered historic downtowns as a strength.

Another strength identified, that is an important component to Walker County and local municipalities, are its proximity to Chattanooga. 57.7% of survey takers expressed being near Chattanooga as a strength. Proximity to Chattanooga serves as a benefit because it is an employment and entertainment hub for residents. The boundaries of Lookout Mountain and Rossville municipal boundary abuts Chattanooga. This growth could result in urban/suburban sprawl into Walker County and local communities. This growth could serve as a threat to the small-town atmosphere shared among current residents.




**Survey Question 11: What do believe are your community's greatest strengths**

## *Weaknesses and Threats*

For weaknesses and threats, the Steering Committee and survey participants shared many common concerns, but not all concerns identified by both groups correspond. The Steering Committee from each community provided some responses in what they consider as weaknesses and threats through the SWOT analysis. Weaknesses included limited retail and restaurants options, a lack of lodging, a lack of housing diversity, aging housing stock, and a lack of county-wide broadband. Common threats included aging housing stock and also aging infrastructure and limited facilities capabilities. In particular, water and sewer infrastructure are of concern. In comparison, the most common concerns shared among survey participants were the lack of local stores and restaurants (56), blighted/unkempt properties (54.7%), a lack of career opportunities (52.7%), a lack of entertainment for all ages (51.9%), inadequate infrastructure to meet new growth (37.2), not enough major retail stores (33.3%); and youth leaving and not returning (31.1%).

The common concerns shared by both groups are those involving available housing stock, blighted/unkempt properties, housing diversity, and infrastructure. In each community there are areas in which the housing stock is older; these areas may be neighborhoods once associated with certain mill industries. These older houses are often smaller in size, compared to new single family residential housing, and can be considered affordable housing for some residents. Over the years these houses have become derelict and are blighted in appearance. Addressing these housing concerns will be important for these communities going forth to meet current and future residents' needs.

Aging sewer infrastructure is an additional concern shared. Portions of sewer and water communities' infrastructure, like much of other American, is coming to the end of its life cycle. These infrastructural needs should be addressed to meet future industry, commercial, and residential needs. Identifying funds to help lighten the financial burden for each community will be vital; both the Steering Committee and the community as a whole recognizing this need collectively, which will increase the probability of success in achieving such a goal.

| Housing Type | Percent |
|---|---|
| Traditional, Owner-Occupied Housing | 75.90% |
| More housing catering to the needs of retirees and/or seniors | 35.70% |
| Assisted Living/Long Term Care facilities | 20.90% |
| Workforce Housing | 13.70% |
| High-end housing developments | 16.70% |
| More Mixed-use/Retail Residential housing | 27.90% |
| More Renter Housing options | 21.10% |
| More apartments | 10.00% |

**Figure 45. Housing type preference percentages from the Online Survey provided.**




**Survey Question 12:** ***What do you feel are the greatest threat to your community?***

# Needs and Opportunities Code

## Economic Development

| ID | The need or opportunity is to…. |
|---|---|
| ED-1 | Need to attract small business investment especially within downtown areas where space is restricted and the opportunity for infill development exists |
| ED-2 | Opportunity to foster diversity in job and career opportunities to build a stronger more resilient local and regional economy |
| ED-3 | Need to attract commercial retail businesses and restaurants of both independent and corporate varieties to attract local citizens to shop in Walker County, Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville |
| ED-4 | Opportunity to revitalize an area to promote local business growth and create, re-establish, or re-brand a community's character and sense of place in the region and state |
| ED-5 | Need to promote the opportunities to redevelop blighted commercial areas (especially vacant industrial facilities) to revive community centers and career opportunities for citizens impacted by the closing of said industry. |
| ED-6 | Opportunity to expand existing fiber-optic infrastructure to increase broadband connectivity primarily for residential applications |
| ED-7 | Need to attract a diversity of age groups |
| ED-8 | Need to incentivize economic development through retention of existing employers and businesses and industries |
| ED-9 | Need for additional industrial land with supporting infrastructure/ utilities to meet the demand of the growing economy |
| ED-10 | Opportunity to increase use and promote local attractions and activities, so to increase tourism based economy |
| ED-11 | Need to reuse and reinvest in currently available public (industrial) property to increase local tax revenue while also mitigating the negative effects oof previous operations and practices that may have contaminated the site. |
| ED-12 | Opportunity to bolster economic development and generate tax revenue, while also increasing opportunities to recreational activities |
| ED-13 | Need to increase access and safety to industrial properties |
| ED-14 | Need to increase access and safety along roadways |

# Needs and Opportunities Code

## Housing

| ID | The need or opportunity is to…. |
|---|---|
| H-1 | Need to promote redevelopment or removal of blighted residential areas especially near historical, commercial, or otherwise scenic areas to improve the community's curb appeal |
| H-2 | Need to Promote affordable "stick-built" owner-occupied housing to create an environment consisting of a safer, more stable, and well-maintained housing stock |
| H-3 | Opportunity to promote, preserve and expand the range of housing stock to meet changing needs and allow alternative housing design, infill, and mixed-use where appropriate |

## Transportation

| ID | The need or opportunity is to…. |
|---|---|
| T-1 | Need for a system of interconnected trails, pathways, and sidewalks to increase residential mobility to nearby town centers, neighborhoods, schools, parks, facilities, and local attraction to increase intermodal transportation options and connections to accommodate a range of transportation needs |
| T-2 | Need to improve design and function of streets and corridors in downtown, residential, and gateway areas |
| T-3 | Need to improve freight flows and mitigate identified commercial/industrial transportation needs |
| T-4 | Opportunity to make available additional recreational, options in the way of bike and pedestrian activities while also providing alterative means of transportation |
| T-5 | Need to improve public transportation to reduce traffic congestion and offer alternative transportation for the community's workforce |

## Natural and Cultural Resources

| ID | The need or opportunity is to…. |
|---|---|
| NR-1 | Opportunity to increase tourism-based economy regarding history, agriculture, and nature |
| NR-2 | Opportunity to create or expand recreational trails for hiking, biking, and other outdoor recreation |
| NR-3 | Need to protect and preserve natural, cultural, and environmental features at a local and county-wide scale |
| NR-4 | Opportunity to make available additional recreational, options in the way of bike and pedestrian activities |

# Needs and Opportunities Code

## Community Facilities and Services

| ID | The need or opportunity is to…. |
|---|---|
| CF-1 | Need to repair/replace the aging water, sewer, and natural gas infrastructure; planned expansion of services and build redundancy |
| CF-2 | Need to improve road and pedestrian infrastructure for safety and walkability |
| CF-3 | Need to improve emergency notifications and upgrade emergency services, and or expand emergency services |
| CF-4 | Need for a joint space to be used by each government or the public at large for conferences and business events |
| CF-5 | Need to improve services for the increasing aging population |
| CF-6 | Need to improve public transportation to reduce traffic congestion and offer alternative transportation for the community's workforce |
| CF-7 | Need to increase long term planning efforts to be better prepared for future growth or distress |
| CF-8 | Opportunity to utilize available technology to enhance communication with and to provide information to the public, businesses, other local governments, and organizations |
| CF-9 | Need for repairs and expansion of public structures, parks, and civic spaces (that may be aging and possibly neglected) so to rejuvenate and increase the use of local facilities by the community |
| CF-10 | Need to improve stormwater management to mitigate changing development patterns and meet all current and future requirements |
| CF-11 | Need to increase access to recycling, litter reduction, and solid waste management options to both reduce the volume of solid waste disposal |
| CF-12 | Need to Replace and/or upgrade aging public works and municipal government equipment, vehicles, and service/maintenance facilities |
| CF-13 | Need to replace existing computer system and technology with up to date equipment and software |
| CF-14 | An opportunity to provide additional recreational uses at current facilities, while also meeting environmental considerations |
| CF-15 | Opportunity to expand existing fiber-optic infrastructure to increase broadband connectivity primarily for residential applications |
| CF-16 | Opportunity to bolster economic development and generate tax revenue, while also increasing opportunities for recreational activities |
| CF-17 | Opportunity to create or expand recreational trails for hiking, biking, and other outdoor recreation |
| CF-18 | Need to promote redevelopment or removal of blighted residential areas especially near historical, commercial, or otherwise scenic areas to improve the community's curb appeal |

# Needs and Opportunities Code

## Land Use

| ID | The need or opportunity is to…. |
|---|---|
| LU-1 | Need for better control of residential and commercial growth |
| LU-2 | Need to update and re-adopt outdated zoning ordinance |
| LU-3 | Need to reuse and reinvest in currently available public (industrial) property to increase local tax revenue while also mitigating the negative effects of previous operations and practices that may have contaminated the site. |

# PAST, PRESENT, AND FUTURE LAND USE

## *Environmental Planning Criteria*

The state of Georgia, as a part of the comprehensive planning process, encourages local governments to incorporate protections for natural resources in their local plans. Preserving natural resources is an interest of Georgia, as it reflects the State's desire for both healthy and economically vibrant communities. Georgia Department of Natural Resources (DNR) provides best management practices along with an Environmental Planning Criteria (O.C.G.A 391-3-16). The criteria given is for the protection of Environmentally Sensitive Areas in five different categories: Groundwater Recharge Areas, Wetlands, Protected Rivers, Protected mountains, and Water Supply Watersheds.

Of these five categories, Walker County only contains Groundwater Recharge Areas for protection. Walker County, much like the surrounding Counties, has a higher-than-average susceptibility to human-introduced pollution infiltrating an aquifer. Parent material in the *Valley and Ridge* area of northwest Georgia consist of shale, limestone, and sandstone bedrock. Shale and sandstone form resistant ridges and limestone forms valleys Limestone and sandstone allow greater water infiltration in areas of groundwater recharge (Figures 46 and 47).

There is no protected river present in Walker County. Protected Rivers are those perennial rivers and streams with an average annual flow of at least 400 cubic feet per second. Although there are no protected rivers within Walker County, there are rivers and streams listed as impaired for supporting aquatic life by the state of Georgia (EPD 303-305 list). Providing protections, such as riparian buffer requirements, help eliminate erosion and sedimentation derogating local waterbodies.

There are also no Protected Mountains within Walker County. Protected Mountains are those 2,200 feet or more above main sea level and have a percentage slope of 25 percent or greater for at least 500 feet horizontally, and shall include the crests, summits, and ridge tops at a higher elevation. According to the United State Geological Survey (USGS) elevations in Walker County are less than the 2,200 feet requirement; however, there are locations with slopes of 25 percent or greater. These steeper slopes are more commen in the Lookout Mountain area near the Tennessee border.

Wetlands are protected under Section 404 of the Clean Water Act. There are only a limited number of wetlands within Walker County, most of which are riverine wetlands located adjacent to streams and rivers. Both steeper slopes and more porous soil types (those of shale rock parent material) limit the potential for any other wetland types.




**Figure 46. Walker County Water Recharge Areas**




**Figure 47. Walker County pollution susceptibility**

## *Future Development Maps*

The Future Development Maps for the city of Chickamauga, LaFayette, Lookout Mountain, Rossville, and Walker County are provided below.

# Future Development Map Walker County, GA




Roads
Railroads
Highways
City Limits
Crossroad Community

Character Areas
- Activity Center
- Agriculture / Forestry
- County Suburban
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Rural Residential

1 in = 4 miles

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads | Railroads | Lakes & Ponds | Crossroad Community
Highways | Rivers & Streams | City Limits

*Character Areas*

- *Activity Center*
- *Activity Destination District*
- *Agriculture / Forestry*
- *Airport*
- *County Suburban*
- *Downtown Business District*
- *Downtown Mixed Use*
- *Estate Residential*
- *Fairyland Proper*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Historic Downtown*
- *Historic Mill Redevelopment Area*
- *Industrial*
- *Lookout Mountain Neighborhood*
- *Mill Village*
- *Missionary Ridge Residential*
- *Mixed Use*
- *Residential Redevelopment Area*
- *Rural Residential*
- *School*
- *Town Center*
- *Traditional Neighborhood*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads — Railroads — Lakes & Ponds — Crossroad Community
Highways — Rivers & Streams — City Limits

Character Areas

- Activity Center
- Activity Destination District
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Estate Residential
- Fairyland Proper
- Gateway Corridor
- Greenspace / Conservation Area
- Historic Downtown
- Historic Mill Redevelopment Area
- Industrial
- Lookout Mountain Neighborhood
- Mill Village
- Missionary Ridge Residential
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Town Center
- Traditional Neighborhood

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads — Railroads — Lakes & Ponds — Crossroad Community
Highways — Rivers & Streams — City Limits

Character Areas

| | | | |
|---|---|---|---|
| Activity Center | Downtown Mixed Use | Historic Mill Redevelopment Area | Residential Redevelopment Area |
| Activity Destination District | Estate Residential | Industrial | Rural Residential |
| Agriculture / Forestry | Fairyland Proper | Lookout Mountain Neighborhood | School |
| Airport | Gateway Corridor | Mill Village | Town Center |
| County Suburban | Greenspace / Conservation Area | Missionary Ridge Residential | Traditional Neighborhood |
| Downtown Business District | Historic Downtown | Mixed Use | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022

Grid A3

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




*Roads* *Railroads* *Lakes & Ponds* Crossroad Community
*Highways* *Rivers & Streams* *City Limits*

*Character Areas*

| | | | |
|---|---|---|---|
| *Activity Center* | *Downtown Mixed Use* | *Historic Mill Redevelopment Area* | *Residential Redevelopment Area* |
| *Activity Destination District* | *Estate Residential* | *Industrial* | *Rural Residential* |
| *Agriculture / Forestry* | *Fairyland Proper* | *Lookout Mountain Neighborhood* | *School* |
| *Airport* | *Gateway Corridor* | *Mill Village* | *Town Center* |
| *County Suburban* | *Greenspace / Conservation Area* | *Missionary Ridge Residential* | *Traditional Neighborhood* |
| *Downtown Business District* | *Historic Downtown* | *Mixed Use* | |

© February 2022

Grid B1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




*Roads* | *Railroads* | *Lakes & Ponds* | *Crossroad Community*
*Highways* | *Rivers & Streams* | *City Limits*

*Character Areas*

| | | | |
|---|---|---|---|
| *Activity Center* | *Downtown Mixed Use* | *Historic Mill Redevelopment Area* | *Residential Redevelopment Area* |
| *Activity Destination District* | *Estate Residential* | *Industrial* | *Rural Residential* |
| *Agriculture / Forestry* | *Fairyland Proper* | *Lookout Mountain Neighborhood* | *School* |
| *Airport* | *Gateway Corridor* | *Mill Village* | *Town Center* |
| *County Suburban* | *Greenspace / Conservation Area* | *Missionary Ridge Residential* | *Traditional Neighborhood* |
| *Downtown Business District* | *Historic Downtown* | *Mixed Use* | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads
Highways
Railroads
Rivers & Streams
Lakes & Ponds
City Limits
Crossroad Community

Character Areas

- Activity Center
- Activity Destination District
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Estate Residential
- Fairyland Proper
- Gateway Corridor
- Greenspace / Conservation Area
- Historic Downtown
- Historic Mill Redevelopment Area
- Industrial
- Lookout Mountain Neighborhood
- Mill Village
- Missionary Ridge Residential
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Town Center
- Traditional Neighborhood

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022

Grid B3

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads | Railroads | Lakes & Ponds | Crossroad Community
Highways | Rivers & Streams | City Limits

*Character Areas*

| | | | |
|---|---|---|---|
| Activity Center | Downtown Mixed Use | Historic Mill Redevelopment Area | Residential Redevelopment Area |
| Activity Destination District | Estate Residential | Industrial | Rural Residential |
| Agriculture / Forestry | Fairyland Proper | Lookout Mountain Neighborhood | School |
| Airport | Gateway Corridor | Mill Village | Town Center |
| County Suburban | Greenspace / Conservation Area | Missionary Ridge Residential | Traditional Neighborhood |
| Downtown Business District | Historic Downtown | Mixed Use | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




*Roads* *Railroads* *Lakes & Ponds* Crossroad Community
*Highways* *Rivers & Streams* *City Limits*

*Character Areas*

*Activity Center*
*Activity Destination District*
*Agriculture / Forestry*
*Airport*
*County Suburban*
*Downtown Business District*
*Downtown Mixed Use*
*Estate Residential*
*Fairyland Proper*
*Gateway Corridor*
*Greenspace / Conservation Area*
*Historic Downtown*
*Historic Mill Redevelopment Area*
*Industrial*
*Lookout Mountain Neighborhood*
*Mill Village*
*Missionary Ridge Residential*
*Mixed Use*
*Residential Redevelopment Area*
*Rural Residential*
*School*
*Town Center*
*Traditional Neighborhood*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid C1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads
Highways
Railroads
Rivers & Streams
Lakes & Ponds
City Limits
Crossroad Community

Character Areas

| | | | |
|---|---|---|---|
| Activity Center | Downtown Mixed Use | Historic Mill Redevelopment Area | Residential Redevelopment Area |
| Activity Destination District | Estate Residential | Industrial | Rural Residential |
| Agriculture / Forestry | Fairyland Proper | Lookout Mountain Neighborhood | School |
| Airport | Gateway Corridor | Mill Village | Town Center |
| County Suburban | Greenspace / Conservation Area | Missionary Ridge Residential | Traditional Neighborhood |
| Downtown Business District | Historic Downtown | Mixed Use | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads
Highways
Railroads
Rivers & Streams
Lakes & Ponds
City Limits
Crossroad Community

Character Areas

| | | | |
|---|---|---|---|
| Activity Center | Downtown Mixed Use | Historic Mill Redevelopment Area | Residential Redevelopment Area |
| Activity Destination District | Estate Residential | Industrial | Rural Residential |
| Agriculture / Forestry | Fairyland Proper | Lookout Mountain Neighborhood | School |
| Airport | Gateway Corridor | Mill Village | Town Center |
| County Suburban | Greenspace / Conservation Area | Missionary Ridge Residential | Traditional Neighborhood |
| Downtown Business District | Historic Downtown | Mixed Use | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Walker County, Georgia

1 inch = 1 miles




Roads — Railroads — Lakes & Ponds — Crossroad Community
Highways — Rivers & Streams — City Limits

Character Areas

| | | | |
|---|---|---|---|
| Activity Center | Downtown Mixed Use | Historic Mill Redevelopment Area | Residential Redevelopment Area |
| Activity Destination District | Estate Residential | Industrial | Rural Residential |
| Agriculture / Forestry | Fairyland Proper | Lookout Mountain Neighborhood | School |
| Airport | Gateway Corridor | Mill Village | Town Center |
| County Suburban | Greenspace / Conservation Area | Missionary Ridge Residential | Traditional Neighborhood |
| Downtown Business District | Historic Downtown | Mixed Use | |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.