# EXHIBIT E

GEORGIA, WALKER COUNTY.

This agreement made and entered into on this the day of June, 1962, by and between Neal Morgan, party of thei first part, and the John Ross House Association, Inc., Party of the second part:

WITNESSETH: That for and in consideration of the sum of one dollar and other good and valuabƀe considerations, receipt whereof is hereby acknowledged, the party of the first part has granted, sold and conveyed, and does by these presents grant, sell and convey unto the party of the second part the following described personal property

> The premises or dwelling house known as the John Ross House, now located at and on the "old John Ross Lot" in Rossville, Walker County, Georgia, said land being more particularly described in a deed from Gordon K. McFarland to Neal Morgan, dated September 5, 1947, recorded in the Office of the Clerk of the Superior Court of Walker County, Georgia.
>
> It is understood that this instrument does in no way convey any land, but only the structure described above together with the contents and apperatus therein, together with the right to remove said house, contents and apparatus from said land. There if further granted to party of the second part the right to come upon said land by its agents or employees for the purpose of removing the same.

In witness whereof the said party of the first part has hereunto set his hand and affixed his seal, this the day of June, 1962.

____________________________(SEAL)

Signed, sealed and delivered
in the presence of

____________________________

____________________________

NOTARYN PUBLIC

64

GEORGIA, WALKER COUNTY.

This agreement made and entered into on this the + Preston Morgan day of June, 1962, by and between Neal Morgan, party of the first part, and the John Ross House Association, Inc., Party of the second part:

WITNESSETH: That for and in consideration of the sum of one dollar and other good and valuable considerations, receipt whereof is hereby acknowledged, the party of the first part has granted, sold and conveyed, and does by these presents grant, sell and convey unto the party of the second part the following described personal property

> The premises or dwelling house known as the John Ross House, now located at and on the "old John Ross Lot" in Rossville, Walker County, Georgia, said land being more particularly described in a deed from Gordon K. McFarland to Neal Morgan, dated September 5, 1947, recorded in the Office of the Clerk of the Superior Court of Walker County, Georgia.

> It is understood that this instrument does in no way convey any land, but only the structure described above together with the contents or apparatus therein, together with the right to remove said house, contents and [illegible] said land. There if further granted [illegible] of the second part the right to come upon said land by its agents or employees for the purpose of removing the same.

In witness whereof the said party of the first part has hereunto set his hand and affixed his seal, this the day of June, 1962.

Neal Morgan (SEAL)

Signed, sealed and delivered in the presence of

Preston Morgan [illegible]