# EXHIBIT F-1

THIS INDENTURE MADE THIS THE 8th day of December, 1952, by and between PEERLESS WOOLEN MILLS, a corporation organized and existing under and by virtue of the laws of the State of Georgia, with its office and principal place of business in the City of Rossville, Walker County, Georgia(herein called party of the first part), and J. L. HUTCHESON, JR. and S. LEWIS HUTCHESON, under and by virtue of a certain partnership agreement entered into between J. L. Hutcheson, Jrs. and S. Lewis Hutcheson, et al,,dated December 1. 1952 (herein called parties of the second part:

W I T N E S S E T H:

THAT FOR AND IN CONSIDERATION of the sum of One ($1.00) Dollar, cash in hand paid, and other good and valuable considerations, the receipt of which is hereby acknowledged, at and before the sealing and delivefy of these presents, the party of the first part has granted, bargained, sold, and conveyed, and does grant, bamgain, sell, and convey unto the parties of the second part, their heirs and assigns, the following described reas estate:

TRACT NO. 1.

Situate in Original Land Lot No. Nine (9) in the Ninth(9th) District and Fourth (4th) Section of Walker County, Georgia, being known and designated as parts of Lots Nos. Five (5) and Six (6), in Block One (1), Original Town of Rossville, Georgia, as shown by plat of record in Deed Book 8, Page 433, in the office of the Clerk of the Superior Court of Walker County, Georgia. This tract is more particularly described by metes and bounds as follows:

BEGINNING at a point on the north line of West Gordon Avenue (also known as Hooker Road), which point is a distance of 164.7 feet west of the west line of the intersection of the north line of Hooker Road and the west line of Chickamauga Avenue (also known as Rossville Avenue); thence running in a northwardly direction, a distance of 71.3 feet to a corner; thence north 80 degrees 03 minutes east, a distance of 9 feet to a point; thence running in a northerly direction, a distance of 9.25 feet to a point on the north line of Lot No. Six (6) of said survey; thence running in a westwardly direction, along and with the north line of Lot No. Six (6), a distance of 114 feet to a point on the east line of East State Street; thence running in a southerly direction, along and with the east line of East State Street, a distance of 100 feet to a point on the north line of West Gordon Avenue; thence running in an eastwardly direction, along and with the north line of West Gordon Avenue, a distance of 131 feet to the point of beginning.

BEING the same property conveyed by American Textile Woolen Company, et al. to Peerless Woolen Mills by deed dated November 28, 1941, and recorded in Deed Book 69, Page 148, Walker County Deed Records.

TRACT NO. 2.

Lying and being in the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, and being a part of Original Land Lots Nos. Thirty (30) and Seven (7), and more particularly described as follows:

BEGINNING at the northwest corner of Original Land Lot No. Thirty (30), which said beginning corner is located and situated in the center of the Wilson Road; thence north 87 degrees 38 minutes east, a distance of 1277.3 feet with and along the north line of Original Land Lot No. Thirty (30) to a corner marked by an iron pipe, on the west side of a branch; thence north 38 degrees 57 minutes east, with and along the west side of said branch a distance of 789.7 feet to a point in the center of Maple Street (which is situated

in Land Lot No. Seven (7); thence north 87 degrees 55 minutes east with and along the center line of Maple Street, a distance of 1065 feet to a corner marked by an iron pipe driven in the center of Maple Street; thence due south with Maple Street, and with the center line thereof, a distance of 192 feet to a corner on the south side of Maple Street which is marked by an iron pipe; thence south 1 degree 09 minutes east and crossing the land lot line dividing Land Lot No. Seven (7) and Land Lot No. Thirty (30), a distance of 1,641 feet to a corner marked by an iron pipe; thence south 87 degrees 45 minutes west, a distance of 2841 feet to the center of Wilson Road and to a point marked by an iron pipe; thence north 1 degree 2[illegible] minutes west with and along the center line of Wilson Road, a distance of 1,207 feet to the point of beginning. Said entire tract of land containing 9[illegible].93 acres, more or less, and being more fully described in a plat and survey thereof prepared by the Betts Engineering Company of Chattanooga, Tennessee, on October 7, 1941, and now on file with Peerless Woolen Mills.

BEING the same property conveyed to Peerless Woolen Mills by Warranty Deed from Julian Jackson Bryan, executed October 9, 1941, and recorded October 11, 1941, Deed Bood [illegible]7, Page 273, Walker County Deed Records.

TRACT NO. 3.

Part of Original Land Lot No. Thirty-one (31) in the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, being 102 acres, more or less, and more particularly described by metes and bounds as follows:

BEGINNING at a stone monument at the northwest intersection of Crestview Road and Wilson Road, which beginning point is north 1 degree 5[illegible] minutes west, a distance of 25 feet, and south [illegible]8 degrees 1[illegible] minutes west, a distance of 20 feet from the southeast corner of Land Lot No. Thirty-one (31), in said District and Section; thence along and with the west line of Wilson Road (the center line of said road being the original east line of Land No. Thirty-one (31), north 1 degree 5[illegible] minutes west, a distance of [illegible]1[illegible] feet to a stone monument at the southeast corner of Lot No. Ten (10) of Urban Gardens Subdivision, as shown by plat of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; thence south [illegible]7 degrees 53 minutes west, along and with the south line of Lot No. Ten (10) in said Urban Gardens Subdivision, a distance of [illegible]95 feet to a stone monument at the southwest corner of Lot No. Ten (10) of Urban Gardens Subdivision; thence north 1 degree 5[illegible] minutes west, along and with the west line of Lots Nos. Ten (10) and nine (9), of Urban Gardens Subdivision, a distance of 17[illegible] feet to a stone monument at the northwest corner of Lot No. Nine (9) of Urban Gardens Subdivision; thence north [illegible]7 degrees [illegible]3 minutes east, along and with the the north line of said Lot No. Nine (9) of Urban Gardens Subdivision, a distance of [illegible] feet to a stone monument on the west line of Wilson Road; thence north 1 degree [illegible] minutes east, along and with the west line of Wilson Road, a distance of 3[illegible] feet to a stone monument at the southeast corner of Lot No. Four (4) of Urban Gardens Subdivision; thence south [illegible]7 degrees 53 minutes west, along and with the south line of Lot No. Four (4) of said Subdivision, a distance of 495 feet to a stone monument marking the southwest corner of Lot No. Four (4) of said Subdivision; thence north 1 degree [illegible] minutes west, along and with the west line of Lots Nos. Four (4), Three (3), Two (2), and One (1) of Urban Gardens Subdivision, a distance of 358.4 feet to a stone monument in the south line of Crestview Road; thence north [illegible] degrees 53 minutes east, along and with the south line of Crestview Road, a distance of [illegible]95.5 feet to the southwest intersection of Crestview Road and Wilson Road, which point is north 1 degree [illegible]8 minutes west, a distance of 1,[illegible] feet from the beginning corner; thence north 1 degree 58 minutes west, a distance of [illegible]0 feet to the north-

West intersection of Crestview Road and Wilson Road; thence continuing north 1 degree 58 minutes west, along and with the west line of Wilson Road, a distance of 220 feet to the southwest intersection of a rural road and Wilson Road, said point also being south 1 degree 58 minutes east, a distance of 15 feet, and south 87 degrees 40 minutes west, a distance of 20 feet from the original northeast corner of Land Lot No. Thirty-one (31) in said District and Section; thence south 87 degrees 40 minutes west, along and with the south line of said rural road, a distance of 329.1 feet to a stone monument marking the northwest corner of the property formerly owned by J. T. Johnson; thence with the south line of said rural road, south 87 degrees 40 minutes west, 240 feet to a stone monument at the northeast corner of the property of . . Crowder (formerly known as the Colby property); thence with the east line of the Crowder property, south 1 degree 58 minutes east, 772.3 feet to a stone monument at the southeast corner of the Crowder property; thence with the south line of the Crowder property, south 87 degrees 50 minutes west, 1,207 feet to a stone monument on the east line of the property of J. W. Bailey (formerly known as the Humphrey property); thence with the east line of the Bailey property, south 1 degree 30 minutes east, 721.6 feet to an old stone corner marking the southeast corner of the Bailey property; thence with the south line of the Bailey property (crossing the Salem (rural) Road at a distance of 430 feet), south 87 degrees 24 minutes west, 544.8 feet to an old stone corner on the original west line of Land Lot No. 31; thence with the original west line of Land Lot No. 31, south 1 degree 25 minutes east, 772.4 feet to an old stone corner, which marks the original southwest corner of Land Lot no. 31; thence with the south line of said Land Lot No. 31, north 88 degrees 12 minutes east, 20.1 feet to a stone monument on the west line of Salem Road; thence with the west line of Salem Road, north 2 degrees 27 minutes east, 208.7 feet to a stone monument; thence north 88 degrees 12 minutes east, crossing Salem Road, a distance of 40 feet to a stone monument on the east line of Salem Road, which corner marks the northwest corner of the property of Charles T. Thompson (formerly known as the B. Wall property); thence with the north line of the Thompson property, north 88 degrees 12 minutes east, 429 feet to a stone monument at the northeast corner of the Thompson property; thence with the east line of the Thompson property, south 1 degree 23 minutes east, 208.7 feet to a stone monument on the south line of Land Lot No. 31; thence with the south line of Land Lot No. 31, north 88 degrees 19 minutes east, a distance of 2,280.6 feet to the southeast corner of Land Lot No. 31; thence north 1 degree 58 minutes west, a distance of 25 feet; thence south 88 degrees 19 minutes west, a distance of 20 feet to the point of beginning.

EXCEPTING, however, from the above described property that tract known as Lot No. 53 in Urban Gardens Subdivision, which excepted tract fronts 78 feet on the west line of Crestview Road and extends back westwardly, between parallel lines, its north line being 622.1 feet in length, and its south line being 620.8 feet in length.

SUBJECT, however, to the rights of the public in and to the rights of way of Wilson Road, Crestview Road, Mont Road, Salem Road, and a rural road on the north side of said tract, all of which traverse a part of the above described premises.

THERE IS INCLUDED in a part of the premises herein conveyed a Subdivision known as Urban Gardens, as shown by plat of record in Plat Book 1, Page 220, in the Office of the Clerk of the Superior Court of Walker County, Georgia, EXCEPTING, HOWEVER, Lots One (1) Two (2), Three (3), Four (4), Nine (9), Ten (10), and fifty-three (53), in Urban Gardens, which have been previously conveyed by the Layman Foundation.

BEING the same property conveyed by the Layman Foundation to Peerless Woolen Mills by

deed dated July 23, 1948, and recorded in Deed Book 118, Page 564, and by deed executed by Ella Mae Dykes to Peerless Woolen Mills, dated August 15, 1950, and recorded in Deed Book 139, Page 551, all of Walker County Deed Records.

TRACT NO. 4.

Parts of Original Land Lots Nos. Seven (7) and Eight (8) in the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, containing 105 acres, more or less, and being described as follows:

BEGINNING at an iron pipe in a fence line on the north line of Maple Street, which point is south 88 degrees 21 minutes west, a distance of 140 feet from the northwest intersection of Maple Street and Garden Street; thence south 88 degrees 21 minutes west, along and with the north line of Maple Street, a distance of 1,045.7 feet to an iron pipe and a fence corner where Maple Street turns northwardly; thence north 0 degrees 40 minutes west, along and with the east line of Maple Street, a distance of 153.7 feet to an iron pipe at the point where Maple Street turns westwardly; thence South 87 degrees 34 minutes west, along and with the north line of Maple Street, a distance of 1,646 feet, more or less, to an iron pin on the east line of Roslyn Street; thence north 5 degrees 14 minutes west, along and with the east line of Roslyn Street, and with a fence, a distance of 1,550 feet, more or less, to a stake corner; thence continuing with the east line of Roslyn Street, north 16 degrees 44 minutes west, a distance of 105.3 feet to a stake corner; thence north 87 degrees 30 minutes east, along and with a fence, a distance of 1,770 feet, more or less, to a stake corner on the original east line of Land Lot No. Seven (7); thence south 1 degree 25 minutes east, with the line dividing Land Lots Seven (7) and Eight (8), in said District and Section, a distance of 127.9 feet to a stone; thence north 87 degrees 23 minutes east, along and with a fence, a distance of 952.1 feet to an iron pipe; thence south 2 degrees 22 minutes east, a distance of 545 feet to an iron pipe; thence north 87 degrees 23 minutes east, a distance of 79 feet to an iron pipe; thence south 2 degrees 22 minutes east, along and with a fence, a distance of 1,172.6 feet to the point of beginning.

BEING a part of the lands described in a deed from J. A. McFarland to John L. Hutcheson, Trustee for Peerless Woolen Mills, by instrument dated May 31, 1905, and recorded in Book 19, Page 370, and Warranty Deed from J. R. McFarland, et al. to Peerless Woolen Mills, dated December 19, 1922, and recorded in Deed Book 41, Page 557; Warranty Deed from John L. Hutcheson, Trustee, to Peerless Woolen Mills, dated May 1, 1942, and recorded in Deed Book 59, Page 324, and Warranty Deed from Milligan Reynolds to Peerless Woolen Mills, dated August 27, 1940, and recorded in Deed Book 83, Page 202, all of Walker County Deed Records.

TRACT NO. 5

Parts of Original Land Lots Nos. Nine (9) and Ten (10), in the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, and being a part of Original Land Lots Nos. Nine (9) and Ten (10) aforesaid, and being a certain tract or parcel of land described as follows:

BEGINNING at the southeast intersection of McFarland Avenue and Lake Avenue; thence eastwardly, along and with the South side of Lake Avenue (Lakeside Drive) to the northwest corner of Lot No. 15, Chief John Ross Addition; thence south 35 degrees 59 minutes East, 107.3 feet along the west line of said Lot No. 15 to a stake in the west line of Lot No. 25 thence South a distance of 568.2 feet along the West side of Lots Nos. 25 to 35 inclusive of Chief John Ross Addition; thence west 352.5 feet; thence north 100 feet; thence West 90 feet; thence North 50 feet; thence West 70.9 feet; thence North 50 feet; thence West 150

feet to Andrews Avenue; thence due West along the North side of Andrews Avenue to the East sied of McFarland Avenue or Governemnt Road; thence due North, along the East side of McFarland Avenue or Govenmment Road to the point of beginning, said property being bounded on the North by Lake Side Drive (Lake Avenue); on the East by Lots Nos. 25 to 36 inclusive of Chief John Ross Addition, as shown by Plat #F-1199, of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; on the South by a street known as Wilson Street and by another street known as Andrews Avenue, and on the West by the Government Road or McFarland Avenue, said property being the property heretofore conveyed to the Peerless Woolen Mills by a deed from J. R. McFarland and J. L. Rowland, dated October 11, 1927, and being of record in Deed Book 52, Page 475, of the Office of the Clerk of the Superior Court of Walker County, Georgia, and andther part of said property being conveyed to the Peerless Woolen Mills by a certain deed from J. L. Rowland, of record in Deed Book 65, Page 496, of the Offied of the Clerk of the Superior Court of Walker County, Georgia, and another part of said property being conveyed to the Peerless Woolen Mills by the heirs of J. R. McFarland, deceased, by a deed recorded in Deed Book 65, Page 495, of the Office of the Clerk of the Superior Court, of Walker County, Georgia, and by another deed of record in Deed Book 64, Page 458, of the Office of the Clerk of the Superior Court of Walker County Georgia, and by another deed of redord in Deed Book 71, Page 101, of the Office of the Clerk of the Superior Court of Walker County, Georgia, and by another deed of record in Deed Book 57 in Deed Book 57, Page 217, of the Office of the Clerk of the Superior Court of Walker County, Georgia.

Plats F-1199, F-1066 and other plats fully describing the property herein conveyed are of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

AND ALSO, a tract of land conveyed by M. L. Holcombe, Administrator of the Est te of M. W. Murphy, deceased, to Peerless Woolen Mills, dated October 3, 1944, and recorded in Deed Book 96, Page 225, of the Office of the Clerk of the Superior Court of Walker County, Georgia.

The foregoing five (5) tracts of land are conveyed subject to the rights of the public or third persons in and to all roads, streets, and alleys. SUBJECT also, to electric lines, water lines, and all other utility lines running under, over, or across said premises.

TO HAVE AND TO HOLD the above described premised, together with all and singular, the rights, members, and appurtenances thereof, to the same being, belonging, or in anywise appertaining to the only proper use, benefit, and behoof of John L. Hutcheson, Jr. and S. Lewis Hutcheson, the parties of the second part, their heirs and assigns, forever, in fee simple.

IN WITNESS WHEREOF, the party of the first part has, by and through its duly authorized officers, caused its corporate name to be hereunto subscribed and its corporate seal affixed on the day and year first above written.

PEERLESS WOOLEN MILLS (SEAL)
(Corporate Seal Impressed)

By J. L. Hutcheson, Jr. (SEAL)

Attest C. V. McPhail (SEAL)
Secretary

Signed, Sealed, and Delivered by
Peerless Woolen Mills, by and
through its duly authorized officers,
in the presence of:

Paul W. Painter

[illegible] Lamb
Notary Public (Seal Impressed)

My Commission expires Sept. 10, 1956.

The above Instrument bears $51.70 in Documentary Stamps, properly cancelled.

Filed in Office December 12, 1952, 3:15 P.M.

Recorded in Office, December 18, 1952.

Thos. W. Bryan, Clerk.

(-----------------------------------------)