# EXHIBIT F-2

full satisfaction and settlement for all claims of damages incident thereto.

The party of the second part shall have the right to place or replace any of the said poles, wires or eables, etc., at any time, it may desire, and shall have the right to enter upon the easement herein conveyed for the purpose of maintaining said line at any time it may desire.

IN WITNESS WHEREOF the parties of the first part have hereunto set their hands and affixed their seals, on the day and date first above written.

Signed, sealed and delivered
in the presence of:

John K.Chambliss (SEAL)
Margaret S.Chambliss (SEAL)

Carl F. Varnell

W.A. Campbell Notary Public (Seal Impressed)

Filed in office January 27th, 1954. 9 A.M.

Recorded January 27th, 1954.

Harold Clements,Clerk.

(****************************************)

THIS INDENTURE MADE AND ENTERED INTO on this the 14th day of January, 1953, by and between J. L. HUTCHESON, JR. AND S. LEWIS HUTCHESON, of the City of Rossville, Walker County,Georgia, herein called the parties of the first part and ROY H. ANDERSON, of the City of Chattanooga, Hamilton County, Tennessee herein called the party of the second part:

W I T N E S S E T H:

THAT, WHEREAS, on the first day of December, 1952, a certain partnership agreement was executed between the parties hereto; and

WHEREAS, by the terms thereof, an undivided one-fifth (1/5) interest in and to the property hereinafter described was to be conveyed to the party of the second part herein:

NOW, THEREFORE, FOR AND IN CONSIDERATION of the sum of One ($1.00) Dollar, and other good and valuable considerations, cash in hand paid, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, the parties of the first part have granted, bargained, sold, and conveyed, and do by these presents grant, bargain, sell, and convey unto the party of the second part, his heirs and assigns, AN UNDIVIDED ONE-FIFTH (1/5) INTEREST In and to the following described real estate to-wit:

TRACTS Nos. One (1), Two (2), Three (3), Four (4), and Five (5), all the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, as described in a deed from Peerless Woolen Mills, a Corporation, organized and existing under and by virtue of the laws of the State of Georgia, with its office and principal place of business in the City of Rossville, Walker County,Georgia, to J.L.Hutcheson, Jr. and S. Lewis Hutcheson, said deed being dated December 3, 1952, and recorded in Deed book 152, Page 589, of the Office of the Clerk of the Superior Court of Walker County,Georgia, reference to which deed is hereby made for a more complete description of the property hereby conveyed.

SUBJECT, however, to the rights of the public or third persons in and to all roads streets, and alleys. SUBJECT, also, to electric lines, water lines, and all other utility lines running over, under, or across said premises.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights, members, and appurtenances thereof, to the same being, belonging, or in any-wise appertaining to the only proper use, benefit, and behoof of Roy H.Anderson, the party

of the second part, his heirs and assigns, forever, in fee simple.

And the parties of the first part, for themselves, their heirs, executors, and administrators, the said bargained premises unto the party of the second part, his heirs, executors, and administrators and all and every other person, or persons, shall and will warrant and forever defend by virtue of these presents.

IN WITNESS WHEREOF, the parties of the first part have hereunto set their hands and affixed their seals on the day and year first above written.

Signed, Sealed, and Delivered in the presence of:

J. L. Hutcheson Jr. (SEAL)

S. Lewis Hutcheson (SEAL)

M. R. Ingel

Cortez Lamb
Notary Public, Georgia State at Large
My commission expires Sept 10, 1956. (Seal Impressed)

The above instrument bears $10.70 in documentary stamps, properly cancelled.

Filed in office January 28th, 1954. 9 A.M.

Recorded January 28th, 1954. Harold Clements, Clerk.

(*****************************)

GEORGIA, WALKER COUNTY.

FOR AND IN CONSIDERATION of the payment of the sum of FIVE HUNDRED SEVENTY FIVE AND NO/100 DOLLARS ($575.00), the receipt whereof is hereby acknowledged, the undersigned, Jeff Thomas, does hereby grant, bargain, sell and convey unto John F. Smith, his heirs and assigns, all of the merchantible oak saw timber and all of the merchantible pine timber which measures eight (8) inches or more one foot above the ground growing upon the following described property, to-wit:

Lying and being in the 9th District and 4th Section and being parts of land lots 241 and and 264 in Walker County, Georgia and being more particularly described as follows: Being that timber lying and growing on the north and west side of grantor's house down to the hedge row, said hedge row running a westwardly direction to the grantor's house.

The said John F.Smith, his heirs and assigns, shall have three (3) months from date to remove said timber from said land, and all such timber not so removed by the termination hereof shall revert to said undersigned, his heirs and assigns.

Grantee, his heirs and assigns, shall have the right of ingress and egress and shall have the right to move machinery and equipment, to erect shacks, to build roads, and locate the saw mill upon said property for the purpose of sawing said timber into lumber, and shall have the right to remove the said from said property within 30 days after the right to remove said timber has hereunder terminated.

The said undersigned hereby warrants that he has a good and sufficient title to said property and the right to sell the same and will forever defend same title and the rights, herein granted against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the said undersigned has hereunto set his hand and affixed his seal this 26th day of January, 1954.

Jeff Thomas

[illegible] Chambers

Wm. L.Abney N.P.
WALKER COUNTY, GEORGIA, (Seal Impressed)