# EXHIBIT G

516

STATE OF GEORGIA)

COUNTY OF WALKER)

FOR AND IN CONSIDERATION of the sum of One Dollar ($1.00) cash in hand paid, the receipt whereof is hereby acknowledged, and other good and valuable considerations, We, JOHN L. HUTCHESON, JR. and S. LEWIS HUTCHESON, hereinafter referred to as parties of the first part, who covenant that they are the owners of eighty per cent of the hereinafter described property, do hereby sell, transfer and convey, and have by these presents sold, transferred and conveyed unto THE ROSSVILLE MEMORIAL CENTER, hereinafter referred to as party of the second part, the following described property, to-wit:

All that tract or parcel of land lying and being in Original Land Lot No. Nine (9) in the Ninth (9th) District and Fourth (4th) Section of Walker County, Georgia, being the 5.16 acre tract being the east part of the property between Lake Avenue and Wilson Street and Lots 15 and 16, Chief John Ross Addition, Rossville, Walker County, Georgia, described as follows: BEGINNING at a fence corner post, said point being south 62 degrees 00 minutes east 188.9 feet from the east line of Andrews Avenue; thence north 41 degrees 33 minutes east 133.6 feet to an iron pipe in a fence line eastwardly from driveway now running between Andrews and Lake Avenue; thence in a northeastwardly direction along a fence 190 feet, more or less, to a point; thence continuing along the fence line north 89 degrees 30 minutes east 209.9 feet to a fence post corner; thence south 30 degrees 29 minutes East 14.2 feet to a point in the north line of McLemore Street, now closed; thence along the south line of Lots 12, 13 & 14 of Chief John Ross Addition and being the north line of McLemore Street, now closed, north 53 degrees 23 minutes east 108.7 feet to a point; thence crossing McLemore Street and continuing along the east line of Lot 16, Chief John Ross Addition south 30 degrees 39 minutes east 125.1 feet to a point on the southeastward corner of Lot 16, Chief John Ross Addition; thence along the south lineof Lots 16 and 15 and continuing beyond west line of Lot 15, south 53 degrees 23 minutes west 104.92 feet to an iron pipe; this being also the center line of transmission line; thence along the center line of transmission line and being the rear of Lots 25 to 35 of Chief John Ross Addition, south 11 degrees 25 minutes west 568.2 feet to an iron pipe corner; thence along the fence line, the north line of Wilson Street and being also the south line of Chief John Ross Addition, Lots 37 through 46 and part of Lot 47, north 59 degrees 44 minutes west 334.5 feet to a fence corner post; thence continuing along a fence through Lot 47, north 20 degrees 57 minutes east 104.1 feet to a corner post; thence continuing through Lot 48 and part of 49 along a fence, north 61 degrees 25 minutes west 89.7 feet; thence continuing along a fence north 26 degrees 32 minutes east 49.2 feet; thence north 58 degrees 45 minutes west 51.4 feet to a corner post; thence continuing along fence north 06 degrees 09 minutes east 58 feet to the POINT OF BEGINNING and containing 5.16 acres, more or less. All as shown on Betts Engineering Co., Inc. Dwg. 5562-2-81, dated August 8, 1962. It will be noted that the fence is not built on the line as shown by deed from Wilson Street to the beginning point.

517

Reference is made to plat of record in Plat Book 5, Page 144, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

TO HAVE AND TO HOLD the aforesaid premises, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise pertaining, to the only use, benefit, and behoof of The Rossville Memorial Center, the said party of the second part, its assigns, forever, in fee simple.

And the said parties of the first part, their heirs, executors, administrators and assigns, the said bargained premises unto the said party of the second part, its assigns, and all and every person or persons shall and will warrant and forever defend by virtue of these presents, EXCEPT that no warranty of title is made to the said party of the second part as to any portion of Lots Nos. 14 and 52, Chief John Ross Addition, a portion of which lots are embraced in the above description and which the parties of the first part do not own.

The parties of the first part do hereby retain unto themselves, their heirs and assigns, all water rights, together with rights of ingress and egress to the use of same, from various springs located on the above described property; and this instrument is made subject to any and all rights to the said water, which have been heretofore conveyed, either by the parties of the first part, or their predecessors in title.

IT IS UNDERSTOOD AND AGREED between the parties hereto that the aforesaid Rossville Memorial Center will execute a certain lease agreement unto the Chief John Ross House Association, and will incorporate in said lease agreement a certain provision to the effect that said Association agrees to maintain in good repair a house located on the aforesaid premises known as "The Chief John Ross House", and will keep said "House" open to the public, and in the event said Association should cease to keep said "House" in good condition, or should cease to keep said "House" open to the public, all of the aforesaid premises shall revert to the Rossville Memorial Center.

IT IS UNDERSTOOD AND AGREED between the parties hereto, that in the event it becomes necessary, for the peaceful use and enjoyment, by the party of the second part, or their lessee, of the above described property, for the parties of the first part to grant an easement across other property of the party of the first part for purposes of ingress and egress, the said parties of the

578 first part reserves unto themselves, or their heirs and assigns, the right to designate the location and dimensions of any necessary easement.

IN WITNESS WHEREOF, the parties of the first part have hereunto set their hands and affixed their seals, this 26 day of November 1962.

John L. Hutcheson Jr. (SEAL)
JOHN L. HUTCHESON, JR.

S. Lewis Hutcheson (SEAL)
S. LEWIS HUTCHESON

Signed, Sealed, and Delivered
and Delivered in the presence of:

Helen J. Howell
WITNESS

Betty Lamb
NOTARY PUBLIC

Filed 22 Jan 63 11 am.
Recorded 22 day of Jan 63
Harold Clements, Clerk