# EXHIBIT H

# LEASE AGREEMENT

THIS INDENTURE OF LEASE, made and entered into as of the 1st day of January , 1963, by and between Rossville Memorial Center, a non-profit trust organized and existing under the laws of the State of Georgia (hereinafter referred to as the Lessor), and the CHIEF JOHN ROSS HOUSE ASSOCIATION, a non-profit corporation organized and existing under the laws of the State of Georgia (hereinafter referred to as the Lessee).

W I T N E S S E T H:

THAT FOR AND IN CONSIDERATION of the mutual covenants herein contained,

1. The Lessor does hereby lease, demise and let unto the Lessee, and the Lessee does hereby hire and take from the Lessor:

> All that tract or parcel of land lying and being in Original Land Lot No. nine (9) in the ninth (9th) District and fourth (4th) Section of Walker County, Georgia, being the 5.16 acre tract being the East part of the property between Lake Avenue and Wilson Street and Lots 15 and 16, CHIEF JOHN ROSS ADDITION, Rossville, Walker County, Georgia. All as shown on Betts Engineering Company, Inc., Drawing #5562-2-81, dated August 8, 1962.

2. The term of thes lease shall be for fifty (50) years with an option in the Lessee to lease for forty-nine (49) additional years under the same terms and conditions of this lease, at the expiration of fifty (50) years. No rental payments shall be required from the Lessor on the first fifty (50) years pr pn the additional forty-nine (49) years, if they shall exercise their option, and that as part of the consideration of this lease the Lessee shall keep said CHIEF JOHN ROSS HOUSE open to the public, as hereinafter set out.

3. The Lessee agrees to maintain in good repair a house located on the aforesaid premises known as "THE CHIEF JOHN ROSS HOUSE", and shall keep said "House" open to the public, and

in the event Lessee should cease to keep said "House" in good condition, or should cease to keep said "House" open to the public, all of the aforesaid premises shall revert to the Lessor. The Lessor's opinion shall be conclusive concerning a determination as to whether or not the Lessee has violated any of the aforesaid conditions. Should the Lessee violate any term, condition, or covenant of this lease and not cease such violation within a reasonable time after written notice by the Lessor, or if the Lessee should abandon or vacate the premises, or if the Lessee should be adjudicated bankrupt or insolvent according to law, or should make an assignment for the benefit of creditors, or if a receiver, trustee or liquidator of its property shall be appointed, and not discharged within sixty (60) days, then the occurrence of such act or omission shall, at the Lessor's option, forfeit this lease,. Upon any forfeiture, no demand shall be necessary to a recovery of possession of the premises, and the Lessor may enter the premises, or any part, in the name of the whole, and take possession and expel the Lessee and any person or corporation claiming under and through it, without being deemed guilty of any trespass.

4. The Lessor warrants and covenants that it is lawfully seized and possessed of good fee simple title to the premises and that the Lessee, on performing the covenants and conditions herein contained, shall have quiet and peaceful possession of the premises during the lease term.

5. The Lessee is acquainted with the entire premises and accepts the same in their present condition. The Lessee assumes responsibility for the safety of the premises and the suitability of the premises for the Lessee's use.

6. The Lessee, at its own expense, shall carry adequate public liability insurance for personal injuries and property damage, and the Lessee shall at all times protect and indemnify the Lessor against any claim for personal injury or

property damage arising in connection with the premises. The Lessee shall carry fire and other property insurance in adequate amounts on all structures which at the date of this lease or in the future are located on the property which is the subject of this lease.

7. The Lessee shall not sublease or assign the premises, in whole or in part, without first obtaining the written consent of Lessor.

8. If for any reason this lease is terminated, the Lessee shall be permitted to remove the said CHIEF JOHN ROSS HOUSE, and all other property belonging to the Lessee, provided that removal of such property can be effected without damage to the premises.

9. The Lessee is subject to all water right restrictions which the Lessor became subject to in the deed which conveyed the property to the Lessor from John L. Hutcheson, Jr. and S. Lewis Hutcheson.

10. The Lessee shall abide by all United States, State, Municipal and other laws, ordinances, rules and regulations pertaining to nuisance or relating in any way to the use of the premises, and the Lessee shall pay all fees, claims, or other costs relating to such use.

11. Should the Lessor be forced to resort to litigation to enforce any provision of this Lease Agreement, the Lessee shall pay to Lessor all Court costs and a reasonable Attorney's fee.

12. The covenants, stipulations, agreements and conditions herein shall inure to the benefit of and shall be binding upon the successors and assigns of the respective parties hereto, subject to all the terms, conditions and contingencies herein set forth.

13. This lease contains the entire agreement of the parties hereto and no representations, inducements, promises or

agreements, oral or otherwise, between the parties not embodied herein, shall be of any force or effect.

14. This is a contract under the laws of the State of Georgia, and the validity and applicability of its provisions shall be governed by the laws of that State.

IN TESTIMONY WHEREOF, the Lessor and the Lessee have executed this Lease Agreement on this the 1st day of January, 1963.

LESSOR, ROSSVILLE MEMORIAL CENTER,

BY(Orig. Sgd.) John L. Hutcheson, III, Trustee

ATTEST:

(Orig. Sgd.) John L. Hutcheson, Jr.

ATTEST:

(Orig. Sgd.) H. L. Brotherton

(Orig. Sgd.) Wm. M. Campbell

(Orig. Sgd.) Cortez Lamb
Notary Public

My commission expires
8-29-64

LESSEE, THE CHIEF JOHN ROSS HOUSE ASSOC.

BY(Orig. Sgd.) Louis J. Williams

ATTEST:

(Orig. Sgd.) Margaret Ann Hixon

ATTEST:

(Orig. Sgd.) Richard A. Clarke

(Orig. Sgd.) Wm. M. Campbell

(Orig. Sgd.) Cortez Lamb
Notary Public

My commission expires
8-29-64