# EXHIBIT J

Return To: City of Rossville
P O Box 159
Rossville, GA 30741

NO TT
Paid
271

# QUIT CLAIM DEED

THIS INDENTURE, made and entered into on this the 29 day of December, 2003, by and between SunTrust Bank, Chattanooga, Tennessee and Thomas R. Hutcheson as Co-Trustees under Trust Agreement of John L. Hutcheson, Jr. Dated December 18, 1963, and First Tennessee National Bank Association of Trust under Agreement of John C. Walline dated June 7, 1993, and James Olan Hutcheson, and Henry Lee Hutcheson, and Carol Walline Gardell and Katharine Walline Brumfield, as "Grantor", and City of Rossville, Georgia, as "Grantee".

WITNESSETH: Grantor desiring to make a charitable contribution to Grantee does this day quitclaim, grant and bargain, and does by these presents transfer and convey unto Grantee, its successors and assigns, the following described Real Estate:

Schedule A, Attached

Taxes for the Year 2004 are assumed by the Grantee.

Grantee acknowledges that RDC, Inc., its successors and assigns has the right to use the water from the conveyed property.

Grantee agrees to maintain any structures on the conveyed property in good condition in accordance with The Secretary of Interior's Standards for Rehabilitation (36 CFR part 67) and not to move the houses on the conveyed property from the conveyed property. A violation of this provision shall cause title to the conveyed property to revert to Grantor.

TO HAVE AND TO HOLD the said described Real Estate, with all and singular the rights, members and appurtenances thereunto belonging, or in anywise appertaining, unto the only proper use, benefit and behoof of the Grantee, its successors and assigns, forever in fee simple.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal, on this the day and year first above written.

SUNTRUST BANK, CHATTANOOGA, TENNESSEE, as
Co-Trustee under Trust Agreement with
John L. Hutcheson, Jr., dated December 18, 1963

By: Rhea Ann Weaver
Title: Vice President + Trust Officer

Signed, sealed and delivered in the presence of:
[signature]
(Witness)
[signature]
(NOTARY PUBLIC)
Hamilton County, ~~Georgia~~ Tennessee
My Commission expires: My Commission Expires July 23, 2006

Walker County, GA
Filed and Recorded in this office 1-5 2004 3:00 pm
Recorded in Deed Book 1222 Page 271-274
Bill McDaniel, Clerk

Prepared by:
John C. Mooney
Attorney at Law
651 East 4th Street, Suite 100
Chattanooga, Tennessee 37403

273

*FIRST TENNESSEE BANK NATIONAL ASSOCIATION, as Trustee under Agreement of John C. Walline dated June 7, 1993

By: Mary L. Drazich
Title: Vice President ... Trust Officer

Signed, sealed and delivered in the presence of:
John C. Mooney
(Witness)
[illegible]
(NOTARY PUBLIC)
[illegible] County, ~~Georgia~~ TENNESSEE
My Commission expires:
[illegible] 2006

James Olan Hutcheson
* by W. Fred Hutcheson P/A
(JAMES OLAN HUTCHESON)

Signed, sealed and delivered in the presence of:
J.C. Mooney
(Witness)
Pat Jackson
(NOTARY PUBLIC)
Walker County, Georgia
My Commission expires:

Henry Lee Hutcheson
* by W. Fred Hutcheson P/A
(HENRY LEE HUTCHESON)

Signed, sealed and delivered in the presence of:
J.C. Mooney
(Witness)
Pat Jackson
(NOTARY PUBLIC)
Walker County, Georgia
My Commission expires:

PAT JACKSON NOTARY PUBLIC WALKER CO. GA.

*All collectively doing business as Green Fields Properties Company, a general partnership.

273

Thomas R. Hutcheson
by W. Fred Hutcheson P/A

THOMAS R. HUTCHESON, as Co-Trustee under Trust Agreement with John L. Hutcheson, Jr., dated December 18, 1963

Signed, sealed and delivered in the presence of:

(Witness)

Pat Jackson

(NOTARY PUBLIC)

Walker County, Georgia

My Commission expires:

NOTARY PUBLIC WALKER CO

Carol Walline Gardell
by W. Fred Hutcheson P/A

(CAROL WALLINE GARDELL)

Signed, sealed and delivered in the presence of:

(Witness)

Pat Jackson

(NOTARY PUBLIC)

Walker County, Georgia

My Commission expires:

NOTARY PUBLIC

Katharine Walline Brumfield
by W. Fred Hutcheson P/A

(KATHARINE WALLINE BRUMFIELD)

Signed, sealed and delivered in the presence of:

(Witness)

Pat Jackson

(NOTARY PUBLIC)

Walker County, Georgia

My Commission expires:

PAT JACKSON NOTARY PUBLIC WALKER CO

274

## EXHIBIT "A"

Being parts of Original Land Lot Nos. 9 and 10, in the 9th District and 4th Section of Walker County, Georgia, and being a certain tract or parcel of land described as follows: BEGINNING at the southeast intersection of McFarland Avenue and Lake Avenue; thence Eastwardly, along and with the south side of Lake Avenue (Lakeside Drive) to the northwest corner of Lot No. 15, Chief John Ross Addition; thence South 36 degrees 59 minutes East 107.3 feet along the west line of said Lot No. 15 to a stake in the west line of Lot No. 25; thence South a distance of 568.2 feet along the west side of Lot Nos. 25 to 36 inclusive of Chief John Ross Addition; thence West 352.5 feet; thence North 100 feet; thence West 90 feet; thence North 50 feet; thence West 70.9 feet; thence North 50 feet; thence West 160 feet to Andrews Avenue; thence due West along the north side of Andrews Avenue to the east side of McFarland Avenue or Government Road; thence due North, along the east side of McFarland Avenue or Government Road to the POINT OF BEGINNING. Said property being bounded on the north by Lake Side Drive (Lake Avenue); on the east by Lot Nos. 25 to 36 inclusive of Chief John Ross Addition, as shown by Plat #F-1199, of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; on the south by a street known as Wilson Street and by another street known as Andrews Avenue, and on the west by the Government Road or McFarland Avenue. Plats F-1199, F-1986 and other plats fully describing the property herein conveyed are of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

Being Tract No. 5 described in Deed Book 465, Page 488, and in Deed Book 595, Page 699, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

LESS AND EXCEPT that property described in Deed Book 252, Page 516 and in Deed Book 561, Page 744, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING:

Subject to rights of the public or third parties in and to all roads, streets and alleys.

Subject to electrical lines, water lines and all other utility lines running under, over or across said property.