# EXHIBIT P

**Sharon J. Evans**
**Walker County Tax Commissioner**
**PO Box 510**
**Rock Spring, GA 30739**

IF TAXES ARE PAID BY YOUR MORTGAGE COMPANY SEND THEM THIS PORTION

| Bill # | Due Date | Total Due |
|---|---|---|
| 2025-16444 | 12/31/2025 | $0.00 |

**Map/Parcel:** 2003 055BO1 **Location:** 212 ANDREWS ST

JOHN ROSS ASSOCIATION
P O BOX 159
ROSSVILLE, GA 30741

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
**Walker County Tax Commissioner**
PO Box 510
Rock Spring, GA 30739

*DETACH BOTTOM PORTION TO KEEP FOR YOUR RECORDS AND RETURN THE TOP PORTION WITH PAYMENT.*

**Sharon J. Evans**
**Walker County Tax Commissioner**
**PO Box 510 • Rock Spring, GA 30739**
Phone: 706-638-2929

# 2025 Property Tax Statement

**Bill Type:** Real Bill
**Map/Parcel:** 2003 055BO1
**Location:** 212 ANDREWS ST
**District:** 02 CITY OF ROSSVILLE

| Property Owners | Location | | Billing Date | | Bill # | Billing Good Through |
|---|---|---|---|---|---|---|
| JOHN ROSS ASSOCIATION | | | 10/17/2025 | | 16444 | **1/1/0001** |
| | **Building Value** | **Land Value** | **Total Fair Market Value** | **Acres** | **Exemptions** | **Due Date** |
| | $55,790 | $0 | $55,790 | | | **12/31/2025** |

| Description | Entity | Market Value | Assessed Value | Exemptions | Taxable Value | Millage Rate | Net Tax |
|---|---|---|---|---|---|---|---|
| LT 46 PT 48 & 49 | COUNTY M&O | $55,790 | $0 | | $0 | 6.6450 | $0.00 |
| | SCHOOL M&O | $55,790 | $0 | | $0 | 14.4180 | $0.00 |
| **TOTAL** | | | | | | **21.0630** | **$0.00** |

The COUNTY M&O Sales Tax Rollback of 2.3090 Mills has saved you $0.00 on your bill.

| | | |
|---|---|---|
| | Current Taxes Due | $0.00 |
| | Interest | $0.00 |
| | Penalty | $0.00 |
| | Other Fees | $0.00 |
| | Previous Payments | $0.00 |
| | Back Taxes | $0.00 |
| Bill No: 2025-16444 | TOTAL DUE | $0.00 |