# EXHIBIT Q

# Application: 0000000142

Mark Harris - mharris@rossvillega.gov
Improving Neighborhood Outcomes in Disproportionally Impacted Communities

**Summary**

**ID:** 0000000142
**Last submitted:** Mar 13 2023 08:38 AM (EDT)

## Application

**Completed** - Nov 17 2022

# Application

## Organization Information

**Organization Information**

**Organization Name:**

City of Rossville

**Address:**

| | |
|---|---|
| Street: | 400 McFarland Ave |
| City: | Rossville |
| State: | Georgia |
| Zip Code: | 30741 |
| County | Walker |

**Organization Website:**

https://www.rossvillega.gov/

**Application Contact Person:**

| | |
|---|---|
| Full Name: | Mark |
| Title: | Harris |
| Email: | mharris@rossvillega.gov |
| Phone: | 423-355-3312 |

**Organization Authorized Representative:**

(person with authority to execute grant agreement)

| | |
|---|---|
| Same as above | ✖ |
| Full Name: | Russanna Jenkins |
| Title: | City Clerk |
| Email: | rjenkins@rossvillega.gov |
| Phone: | 706-866-1325 |

**Organization's SAMS Number/ Unique Entity Identifier (UEI):**

[redacted]

**SAM.gov expiration date:**

Mar 6 2023

**Please enter the Tax Identification Number (TIN)/ Employer Identification Number (EIN)**

[redacted]

**How many years has the organization conducted the program for which it is requesting funding?**

100

**What percentage of the organization's budget is grant funded?**

0

## Project Information

**Project Information**

**Which project type best describes your project?**

Development of or improvements/maintenance to parks or recreational facilities in Qualified Census Tracts in Georgia.

**Zip Code Location of project performance**

Enter zip code of primary project location

30741

**What is the QCT of the proposed project area?**

Applicants must use the Georgia QCT Tract Dashboard here to verify that the project proposed resides within a QCT in the state. Applications received that are not within a QCT will not be eligible for review.

QCT Verification Steps

1. Go to the QCT Dashboard
2. Select County Name, hit apply
3. Select Zip Code, hit apply
4. Zoom in to view the QCT by street level to see if the proposed address falls within the QCT
5. Click Home to reset your map view if you want to start over

202

**Zip codes for the target neighborhood/project boundaries, population of the target area. Please separate each zip code with a comma.**

30741

**Dollar amount of ARPA grant funds requested**

$ 387,000

**Is this project new or a continuation of an existing project?**

New

**How many program staff persons are dedicated to this project?**

3

**Does the organization have administrative staff (ie. Accountants, Executive Director, Grant Administration) dedicated to this grant?**

Yes

**Has the organization secured funding for administrative staff for this project?**

Yes

**How does your organization intend to sustain this program/project after initial grant funds expire?**

Parks and Recreation Budget

# Proposal Narrative

**Proposal Narrative**

**Proposal Title:**

Please input the title of your project

John Ross Commons Playground

**Project Start Date:**

Nov 30 2022

**Anticipated Completion Date: (Please note that projects that will extend beyond the program deadline will not be considered for funding)**

Oct 31 2026

**Proposal Summary**

A proposal summary (no more than 400 words) summarizing the proposed project including the purpose of the project, primary activities, expected outcomes, the service area, intended beneficiaries. This summary should be written in the third person and will be made publicly available on the OPB website if the project is awarded.

The City of Rossville will facilitate physical activity through the development of the John Ross Commons Playground project. The City of Rossville is requesting $387,000 to develop a park at the John Ross Commons, located near downtown Rossville and across from the historic John Ross House and Museum.

The purpose of this project is to facilitate physical activity opportunities in Rossville's John Ross Commons area. This will be achieved through installation of a fence, ADA- compatible restroom, construction of an ADA accessible sidewalk, leading to the playground to allow for increased access to nature, increased opportunities for physical activity, and economic opportunity.

The service area for the project is the City of Rossville and the project is specifically located in the downtown area and within walking distance of residential and low-moderate income communities. The City of Rossville has a 2019 poverty rate of 30.4%; adjusted income limit of $34,708; and average median income of $32,708. The John Ross Commons Playground Project is located in Qualified Census Tract 202 and the average tract median household income is estimated at $32,804.

Beneficiaries of the John Ross Commons Playground are the residents of Rossville, tourists, and outdoor recreation users. This project is needed to create a sense of place for the community which allows for more active and passive recreational opportunities. Once the project is complete, benefits will include a safe and ADA accessible playground area for kids of various mobility to play. Short term benefits of the project include improved recreational activities for all persons in the community and adjacent neighborhood. Children will benefit from more creative play, lowered stress levels, increased active imagination during play, a stronger immune system, and increased respect for themselves and the environment. Additional benefits will include increased visitors to the Commons and downtown Rossville, creating economic vitality.

This project will also promote equitable use of the placemaking project for all of Rossville's residents. Improving pedestrian entry to the site will improve access for the community's often overlooked populations, specifically lower income families and persons with limited mobility. Often, lower income families cannot afford an automobile and, with the lack of public transportation in Rossville, can only utilize community resources that are within safe walking distances. Additionally, providing ADA compliant pathways to the John Ross Commons will allow persons with limited mobility better access to the park and greater independence.

**Description of the Issue**

All Categories:

- Describe the type of proposed neighborhood feature to promote improved health and safety outcomes.
- Describe and quantify the types of resources and features of or on the property
- Describe the current uses (if any) or disposition of the property to be acquired or developed, if uses will need to be discontinued, or the site rehabilitated. If there are any existing non-outdoor recreation or other non-public uses that are intended to continue on the property on an interim or permanent basis and/or proposed in the future, these should be explained.
- Describe constraints of the property (e.g., existing development; easements, rights-of-way, above ground/underground utilities; etc.).
- Applicants requesting funds for increased repair or maintenance needs to respond to significantly greater use of public facilities during the pandemic must describe the significant increase in use of the facility to be repaired or maintained with requested funds.

The City of Rossville will promote improved health and safety outcomes through the John Ross Commons Playground project through the construction of a playground, sidewalk, fencing, and prefabricated restroom. In completing the project, the City of Rossville will have a facility that allows for more active and passive recreation for the community and visitors. Once the project is completed, long term benefits will include a playground that includes recreation activities for children and adults of various ages and mobilities.

Features of the project include ADA compliant access to a conventional playground with slides, swings, and tunnels for children to enjoy physical activity. A concrete sidewalk will be constructed on the outside perimeter of the fencing along Andrews Street to provide safety to families and children who are accessing the area. A sidewalk will also be constructed from the restroom facility to the mulched playground area. Other features include fencing to go around the perimeter of the project side to provide safety to families and children who are accessing the area, as well as a prefabricated restroom to allow visitors to spend more time at the Commons. The project, which is adjacent to a residential neighborhood, will provide opportunities to promote improved health by providing a space where children can safely access and play while family members enjoy the grassed area around the playground or rest on the benches. The John Ross Commons Playground will not only create a sense of place for the community and provide opportunity for health and safety, but the project is also an extension to and implementation of the John Ross Vision Plan which is meant to develop the Commons and create connection to downtown Rossville.

The John Ross Vision Plan was a partnership between the Rossville Redevelopment Workshop group and the University of Georgia's Carl Vinson Institute of Government. The plan is meant as a guide to create walking paths, improve connections to the downtown and surrounding neighborhoods, and connect to Rossville's Cherokee

history and origins. The John Ross House was constructed in 1797 by Ross's father and grandfather.

Currently the project site consists of trees, dirt, and a concrete pad. The project site is located on Andrews Street, which is connected to a residential neighborhood and the John Ross Commons. One of the major features of the Commons is the John Ross House, which was home to John Ross, the leader of the Cherokee Nation at the time of the Trail of Tears. Informational signage is located outside of the house and includes a voice recording which provides the community and visitors with a brief history of the house. Fencing has been installed around the perimeter of the house to prevent unauthorized entrance into the house. Other resources currently on the property include a duck pond with fencing and a walking track in front of the house, as well as a sitting area for visitors to the Commons, and a parking lot. The City of Rossville was just awarded an Appalachian Regional Commission grant which will allow the city to add sidewalks and other streetscaping features to the Commons, which will connect the John Ross Commons to downtown Rossville and create economic vitality.

The John Ross Commons is used throughout the year by residents and visitors as a place to walk and learn more history of the John Ross House. The City of Rossville and the Downtown Development Authority uses the property to host multiple events throughout the year. Annual events include open-air markets, the Mayor's Fishing Rodeo, and other festivities have taken place at the Commons to draw residents and visitors to the area. The open-air market includes approximately 25 vendors who sell food and craft items. The market attracts 300 – 400 visitors. The fishing rodeo consists of a children's event and a senior event. The kids fishing rodeo attracts 400 plus participants, while the senior fishing rodeo attracts approximately 50 participants. Other annual events include a military band concert (250 participants), Christmas at the Commons (200 participants), and Easter at the Commons (250 to 300 participants), which is hosted by a local church.
Multiple active recreational users utilize the Commons to walk, run, or fish. Historical tourists also utilize the Commons to learn more about the John Ross House.

Currently, the property is owned by Rossville's Downtown Development Authority (DDA). If the project is funded, the DDA has agreed to give the property to the city. Please see the attached letter from the DDA.

**Description of the Issue**

*Development Only:*

Describe the planned physical improvements and/or facilities, and the reason(s) such development is needed. Explain whether the work involves new development or rehabilitation or replacement of existing recreation facilities.

Physical improvements to the John Ross Commons Playground project include construction of a playground, installation of a prefabricated restroom, fencing, and a walking path. The playground walkways and restroom will be ADA accessible to allow for more residents and visitors to enjoy the amenities of the Commons. The playground will consist of slides, swings, and blend with the natural surroundings of the Commons. Other improvements include fencing around the proposed playground area. The project area is located adjacent to Andrews Street, which is the entry to a residential neighborhood and connected to the John Ross Commons. Fencing will match the existing fencing that surrounds the John Ross House to create continuity. A paved walking path will provide accessibility to the prefabricated restroom, as well as connect to the future sidewalk, allowing for safe access to the Commons and downtown Rossville. Finally, the prefabricated restroom will improve the visitor experience for families and other visitors.

Over the years Rossville has lost many of the resources that provide a community with a sense of place. Mills closed where residents once worked together. Downtown declined and commercial mainstays, with which residents identified, closed. The local high school and middle school were both moved out of the city. Now Rossville residents often travel to downtown Chattanooga or Fort Oglethorpe to dine, shop, and relax. To draw residents back to downtown, Rossville needs to reconnect its citizens with the community.

Rossville began a groundbreaking placemaking project for the community in 2017 by transforming the “city duck pond” and area around the historic Cherokee cabin into the John Ross Commons. According to the Historic John Ross Commons Park: 2017 Community and Vision Plan, "the community envisions activating the site with walking paths and venues for local arts and cultural performances, improving connections to the remainder of downtown and surrounding neighborhoods, preserving the safety and integrity of the historic house, and connecting to Rossville's Cherokee history and origins." (p 3). Please find the John Ross Commons Park Community and Vision Plan with the Letters of Support.

The project will include new development of recreation facilities. The project site consists of trees, grass, and a concrete slab. The John Ross Commons Playground will bring residents greater opportunities to enjoy a safe and accessible place for their children to play outside and add a needed recreational asset to the downtown Rossville area at John Ross Commons.

The City of Rossville sits just south of the Tennessee State line. Using a radius of 0.5 miles from the project location, the "Coronavirus Impact Planning Report" details a population of 1,244 and with 504 households. Of those households, 201 are households with a disability, 244 have residents aged 65 or older, and 58 households without a vehicle.

This project is needed to create a sense of place for the community which allows for more active and passive recreational opportunities. Once the project is complete, benefits will include a safe and ADA accessible playground area for kids of various mobility to play. Short term benefits of the project include improved recreational activities for all persons in the community and adjacent neighborhood. Other benefits will include increased visitation to the John Ross Commons, increased health benefits for adults and youth which will include weight management, controlled blood pressure, decreased risk of heart attack, increased life span, lowered stress levels, and a sense of well-being. Children will benefit from more creative play, lowered stress levels, increased active imagination during play, a stronger immune system, and increased respect for themselves and the environment. Additional benefits will include increased visitors to the Commons and downtown Rossville, creating economic vitality.

**Description of the Issue**

Combination Projects:

**If your project does not propose acquisition, please enter "N/A" in the box below and continue to the next section.**

*Development:*

- Describe the planned physical improvements and/or facilities, and the reason(s) such development is needed. Explain whether the work involves new development or rehabilitation or replacement of existing recreation facilities.

*Acquisition:*

- Provide a description of the property (including the current ownership) and an explanation of the need for its acquisition.
- State whether the acquisition would create a new public park/recreation area or if it will expand an existing site, and if so, by how much.
- Describe the plans for developing the property for recreation purposes after acquisition and the timeframe for the start and completion of development and when it will be open for public use.
- Describe the status of the acquisition, including negotiations with the landowner and development of due diligence materials such as title work and appraisal.

The property will be deeded to the City of Rossville by the local Development Authority. Please see Letters of Support attachments to locate the letter from the Development Authority.

**Project Design and Implementation**

Provide a description of the proposed activities and how the activities will engage with the community and any community partners that will be involved, if applicable. Applicants should identify the program objectives and ensure each objective is measurable and identify strategies to achieve the objectives. Applicant must describe how the organization will ensure project completion by October 31, 2026,

Additionally, applicants must include a comprehensive timeline (as an attachment in the supporting documentation section) that identifies milestones, the funding source for each milestone, numerically lists deliverables, and indicates who is responsible for each activity.

The John Ross Commons Playground project will be designed by CTI Engineers, who have extensive experience with similar projects and experience with improvements associated with the John Ross Commons. If funded, the city will work closely with CTI to bid out the project and select a contractor to begin construction once all environmental reviews are complete and approved within the first three months after award. The city, CTI Engineers, and the selected contractor will implement the project through a start-up meeting within 30 days from bid award/selection and contract. The contractor will stay in constant contact with the city and CTI to provide updates on the progress of the project at 2-month quarterly intervals to discuss progress and any delays that may be expected and how to address those delays. Finally, the city will provide required reports to OPB to detail the progress of the project.

Working with the Lyndhurst Foundation, Thrive 2055, Rossville Redevelopment Workshop, and the Carl Vinson Institute of Government, the City of Rossville adopted the Historic John Ross Commons Community Park community vision and plan in 2017 with the assistance of The Georgia Downtown Renaissance Partnership. These partnerships were instrumental in creating the Commons area. The streetscape project enjoys wide ranging public support including the Rossville Downtown Development Authority, residents, elected officials, and local merchants.

As the Commons has developed multiple activities such as open-air markets, the Mayor's Fishing Rodeo, and other festivities have taken place at the Commons to draw residents and visitors to the area. The Commons is close to downtown Rossville where residents and visitors can dine and shop.

**Capabilities and Competencies**

Applicants should demonstrate their capabilities to implement the project and the competencies of the staff assigned to the project to include the financial management of funding. The applicant should detail the level of support for the project, as well as the expertise of the individual(s) who will be responsible for managing the project. Applicants should also demonstrate their experiencing managing projects with federal funding.

The City of Rossville will be responsible for overseeing the John Ross Commons Playground
project and grant funds. Rossville staff has extensive experience overseeing similar construction projects, as well as experience working with federal grant projects, including Appalachian Regional Commission grants.

If awarded, the John Ross Commons Playground project will be managed by the Director of Public Works, Mark Harris and the Director of Finance, Russanna Jenkins. Mark Harris has been with the City of Rossville 16 years and has managed grants alongside the City Clerk. Russanna Jenkins has been with the City of Rossville for 19 years. Both have experience with managing federal grants, including ARC, ARPA, and public works grants. CTI Engineering will provide all engineering services for this project.

Once completed, the Rossville Public Works Department will manage and maintain the playground, fencing, and restrooms as part of their routine maintenance.
The City of Rossville has extensive experience in managing federal funds. The city has received grant funding from the Appalachian Regional Commission, ARPA, and public work grants.

The John Ross Commons Playground Project has wide ranging public support including the City of Rossville, the Walker County Board of Commissioners, and Senator Jeff Mullis. Teddy Harris, Mayor of Rossville, writes “The old city playground at our recreational facility reached its life expectancy of nearly twenty years and has now been removed.” Mayor Harris goes on to write, “The John Ross Commons Playground Project would facilitate many positive health opportunities in Rossville’s John Ross Common area.” Writing in support of the project, Shannon Whitfield, Chairman and CEO of the Walker County Board of Commissioners writes, “The playground project proposed by the city at this location has the potential to be a major benefit to families that struggle with access to basic outdoor recreation.” Senator Jeff Mullis writes, “The John Ross Commons Playground commits to maintaining excellent public health standard” he goes on to say, “the addition of the sidewalk will allow for greater access to nature and more opportunities for physical activity.” Please see attached letters of support.

**Plan for Collecting the Data Required**

Applicants should describe the process for measuring project performance, identify who will collect the data, who is responsible for performance measurement, and how the information will be used to guide and assess the program. Successful applicants will demonstrate understanding of performance data to be collected and reported.

For each project goal, applicants should identify the criteria that will determine how and if the objectives have been successfully met and one or more specific measurable outcome(s) and the data sources that will be used to determine whether the outcome was accomplished.

The process for measuring project performance will include meeting milestones in the project and timeline, addressing any unforeseen delays, and having frequent meetings to ensure progress. The City of Rossville, the Public Works Department, engineer, and selected contractor will meet regularly to discuss updates to the project and any unforseen delays and how to address those delays quickly. Project performance milestones will include on time completion of project scope of work steps, permits, erosion and sediment control, demolition and construction of various phases, inspections, and finishing steps.

The resident project representative will collect data from the engineer and contractor on how well the project is proceeding. This will includes developing daily reports during the life of the project. The city will host public meetings to share information regarding the project, as well as use social media platforms to keep the community informed to project status.

Project performance will be measured in multiple ways. The City of Rossville, the engineer, and the selected contractor will follow a timeline in which milestones will be built in. This will include bidding and procurement, permits, public notice, site preparation, erosion and sediment controls, and signage.

**Budget**

Applicants should submit a budget that is complete, reasonable, cost effective, and is an allowable use of the funding under the chosen category.

The budget must be based on quoted estimates and calculations, not rounded guestimates. (All budget totals will require validation based on the calculation provided in the uploaded version so please ensure that you retain the documentation for the basis of all calculations in the requested budget.

| Budget Category | Amount |
|---|---|
| 1. Personnel | $X |
| 2. Fringe | $X |
| 3. Travel | $X |
| 4. Equipment | $X |
| 5. Supplies | $X |
| 6. Contracts/Consultants/Subawards | $X |
| 7. Other | $X |
| **Total** | **$X** |

Note: The application will also require a detailed budget breakdown using our detailed budget worksheet. Please download the detailed budget worksheet here and upload in the document section of the application. Instructions for the detailed budget worksheet can be found here: https://opb.georgia.gov/document/document/budget-worksheet/download.

**Please complete each budget line item below, where applicable.**

**Personnel**

0.00

**Fringe**

0.00

**Travel**

0.00

**Equipment**

130000.00

**Supplies**

0.00

**Contracts/Consultants/Subawards**

189500.00

**Other**

66500.00

**Budget Total**

386000.0

**Budget Narrative A**

A Budget narrative that explains the estimated costs by line item or category in the budget. Budget narratives should explain how the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted. Budget narratives must explain how the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted. If your proposal contains multiple projects or sub-awards, you can provide a breakdown per project as well in your budget narrative. Budget narratives must respond to the following: Provide a description of the position, equipment, supply, travel, etc. requested on each line and how it is related to carrying out the objectives and goals of the project. Your narrative must provide granular detail on what the proposal will fund and how it aligns to your project. (Minimum 250 words, Maximum 500 words)

If funded, OPB funds will be used to complete the John Ross Commons Playground project, which will be a component of the community's downtown revitalization strategy. The project cost is estimated at $387,000. The City of Rossville is requesting $387,000 in funding from OPB to complete the project. Funds will be managed by Rossville staff and the City intends to hire a grant administrator to assist with the project, who have extensive experience with utilizing local, state, and federal funds. No in-kind funds are proposed for this project. The project will not require any land, right-of-way, or easement acquisitions. A line-item budget of estimated costs is provided in the attachments.

OPB funds awarded will assist the City of Rossville with project administration of the project. Administration will include bid advertisements, legal counsel, grant administration, and environmental review. CTI and the City of Rossville will complete an Environmental Review before dirt will be moved. CTI has extensive experience with helping cities with compiling Environmental Review requests to be distributed to appropriate state and federal agencies. Once all reviews come back and there is no further action to be taken, CTI will provide that information to OPB and request a Notice to Proceed. While the Environmental Review is taking place, CTI will assist the city in bidding out the project to multiple construction firms. If awarded, CTI and the selected contractor will stay in constant contact and provide updates to the project in order for the city to complete required reports to OPB.

OPB funds will be used to pay for the costs of engineering the project. This will include preliminary engineering, design, bidding assistance, and construction administration.

OPB funds will be used to purchase the prefabricated restroom and playground equipment needed for the project.

Finally, OPB funds will be used to pay for the costs of construction. This will include preparing the site for

development, which will include clearing and grading the land. Other items in the construction budget are mulch, the concrete pad for the restroom, installation of plumbing and electricity, fencing, crushed stone, and other line items as noted in the attached budget.

The City of Rossville will be responsible for clearing and grading of the land, while working with the selected contractor to carry out the rest of the project to completion.

**Budget Narrative B**

In addition to the narrative response to your budget categories for personnel, fringe, travel, equipment, supplies, contracts/consultants/subawards, and other, please provide costs and a narrative breakdown for the categories below in the order below, where applicable.

Land and Structures: $X , detailed explanation of the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted

Architectural and Engineering Fees: $X, detailed explanation of the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted

Site Work: $X, detailed explanation of the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted

Demolition and Removal: $X, detailed explanation of the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted

Construction: $X, detailed explanation of the costs associated with each line item or category relate to the implementation of the project as outlined in the proposal being submitted

(Minimum 250 words, Maximum 500 words)

Below is a breakdown of costs associated with the John Ross Commons Playground Project. Each line item provided in the budget will allow for successful implementation and completion of the project.

Land Improvements and Structures: $130,000 , The project calls for a prefabricated restroom structure to be placed at the John Ross Commons. This structure will allow residents and visitors to spend more time at the John Ross Commons increase the visitor experience. Note that the prefabricated building will be bid separately from the construction bids to reduce the time required to order and ship the structure.

Architectural and Engineering Fees: $62,000, This project calls for engineering and project administration. Engineering fees will consist of preliminary engineering, two design contracts, two bidding assistance contracts, and two construction administration contracts. Engineering costs will ensure the project is properly designed and construction stays on task. Project administration costs will consist of two bid advertisement contracts, legal fees, grant administration, and environmental review work. These costs will ensure bid advertisements are properly developed and posted, the environmental review is conducted by professionals, and required reports are complete and done in a timely manner.

Site Work: 79,300, Site work costs consist of mobilization, clearing, grading, playground site mulch, site re-seed and mulch, and crushed stone. These line items will allow the City of Rossville to prepare the land for construction of the project and beautify the project site after construction is complete.

Demolition and Removal: $0, Demolition and removal costs do not pertain to this grant.

Construction: $185,000, Construction costs will consist of bonding and insurance, mulch, restroom pad, concrete slab, crushed stone, sidewalk, fencing, playground equipment, contingency, and miscellaneous costs. Line items listed will be used to assist the city and engineers to adequately complete the project.

**Match Funds**

Applicants plan for leveraging funds, if any, from other sources to maximize impact. Please include details regarding the total project costs if match is a part of the proposal, the amount of match, and how match funds will be used and a breakdown of grant funds to be used versus total project costs. ***If no match is provided, please enter $0.***

Example:

OPB Grant Request: $2,000,000

Local Match: $1,000,000

Total Project Costs: $3,000,000

Explanation: Local match will be made up of $1,000,000 funds from the city's general fund.

OPB Grant Request: $386,000

Local Match: $0

Total Project Costs: $386,000

Explanation: Requested grant funds will be used to complete the John Ross Commons Playground project.

**Signature**

General expectations include but are not limited to understanding and following the rules and regulations outlined for CSFRF in:

- Department of US Treasury Final Rule;
- Department of US Treasury Final Rule FAQs;
- Policy Requirements including 2CFR 200 ;
- OPB's Program, Reporting, and Compliance Requirements as well as the Terms & Conditions Agreement for the respective grant award; and
- The grantee's own organizational policies and procedures.

Additionally, as a grantee, you are required to:

- Fulfill the project expectations of your award;
- Ensure financial and performance benchmarks are met; and
- Strictly adhere to your project's objective, budget, and timeline.

By submitting this application, I understand that I am submitting a proposal for a grant that is structured as a reimbursement method of payment. Additionally, I attest that I understand the responsibility to comply with applicable state, local, and federal policy requirements including 2 CFR 200 subpart D competitive procurement requirements.

Please click below to sign.



## Tool for Assessing Risk

**Completed** - Nov 16 2022

Please download, complete, and upload the tool for assessing risk found here. (https://opb.georgia.gov/document/document/tool-assessing-risk/download)

Please ensure that you upload a completed version.

**Tool for Assessing Risk**

**Filename:** Tool_for_Assessing_Risk_FWDaAPj.pdf **Size:** 5.4 MB

# SAM.gov/UEI

**Completed** - Nov 6 2022

Please upload a screenshot (or pdf file using print to pdf) of your SAM.gov registration with UEI. All applicants are required to be registered in SAM.gov at the time of application.

**Registered Organizations**

If your organization is currently registered in SAM.gov with either an active or inactive registration, you have already been assigned a UEI. Your UEI is viewable on your entity's registration record in SAM.gov. To learn how to view your UEI, see this guide: How can I view my Unique Entity ID?.

**Create a New Registration**

If you are not registered in SAM.gov, create a new registration by clicking on the "Get Started" link under the "Register Your Entity…" heading in SAM.gov. Grantees, and other entities wanting to do business with the Office of Planning and Budget (e.g., entities applying for a grant or receiving an award), that are not already registered in SAM.gov must complete the "Register Entity" registration option and NOT the "Get a Unique Entity ID" option. The "Get a Unique Entity ID" option, which is not a full registration, is only available to entities for reporting purposes. **Failing to complete the "Register Entity" option may result in an incomplete grant application, loss of funding, loss of applicant eligibility, and/or delays in receiving a grant award.**

## SAM

**Filename:** SAM.Gov_UEI.pdf **Size:** 55.8 kB

# Budget Detail Worksheet

**Completed** - Nov 17 2022

Applicants must download the Detailed Budget Worksheet template here: https://opb.georgia.gov/document/document/budget-worksheet/download and upload the completed worksheet before submitting the application

**Instructions for the template can be found here:** https://opb.georgia.gov/document/document/budget-worksheet-example-infrastructure-or-capital-projects/download.

## Detailed Budget Worksheet

**Filename:** Detailed_Budget_Worksheet_.xlsx **Size:** 52.3 kB

# Financials

**Completed** - Nov 6 2022

Please upload your most recent External Audit or Financial Report (ACFR, audit opinion, and management letter)

## Audit Report 2021

**Filename:** Audit_Report_2021.pdf **Size:** 1.4 MB

# Project Timeline

**Completed** - Nov 15 2022

Please upload a comprehensive timeline that identifies milestones, the funding source for each milestone, numerically lists deliverables, and indicates who is responsible for each activity.

## Timeline

**Filename:** Timeline_q5Xo6mO.pdf **Size:** 464.0 kB

## Letters of Support

**Completed** - Nov 17 2022

Letters of support must be submitted at the time of your application. Letters received by mail, email, or any other method other than as an upload to your application will not be accepted or reviewed.

### LOS and JRH Plans

**Filename:** LOS_and_JRH_Plans.pdf **Size:** 18.8 MB

## Project Images and Photos

**Completed** - Nov 14 2022

Photos should show current site conditions, immediate needs, surrounding environment, and planned areas of work.

### Project Images and Photos

**Filename:** Project_Images_and_Photos.pdf **Size:** 8.0 MB

## Plan or Sketch of the Site Features and Improvements

**Completed** - Nov 16 2022

Please upload plans or sketch of site features and improvements Identifying the location of planned recreational improvements or other features such as where the public will access the site, parking, etc. This may include a plan layout or design from a qualified architectural or design professional.

### JOHN ROSS COMMONS PLAYGROUND

**Filename:** JOHN_ROSS_COMMONS_PLAYGROUND.pdf **Size:** 619.7 kB

## Recreation Area Map

**Completed** - Nov 14 2022

Please upload a map showing the location of the project and the surrounding vicinity within the QCT.

### Recreation Map

**Filename:** Recreation_Map.pdf **Size:** 3.9 MB

## Names of the qualified firms

**Completed** - Nov 15 2022

Please upload a word document or pdf with the names of the qualified firms the applicant intends to use, has used in the past, or has partnered together on for the project (General Contractors, maintenance contractors, fixture and equipment suppliers or firms, design and engineering firms, etc. )

If you have not bid any engineering or any phase of the project, please indicate as such and provide information on the factors that you will consider for evaluations of proposals under 2 CFR 200 competitive procurement guidelines.

### Qualified Firms

**Filename:** Qualified_Firms.pdf **Size:** 470.7 kB

## Consolidated Application PDF- OPB OFFICIAL USE ONLY

**Incomplete**

This section is for official OPB use only. Applicants should proceed without action here.

## QCT Eligibility

**Completed** - Dec 6 2022

Based on initial review, there was a wide variety of responses to the QCT question. To facilitate the eligibility review of your project location, please complete the questions below as soon as possible but no later than 5pm on December 7, 2022. Projects who are non-responsive will not be considered.

# Application Follow-up

QCT Eligibility Application Follow-up.

**Please complete all questions below regarding the project location.**

**Please enter the QCT ID. If your project crosses over QCT IDs please list each separated by a comma.**

This number can be found by searching your location here. Please do not use the census tract number. You will enter that in the following question.

132950202000

**Please enter the census tract number of the qualified census tract. If your project crosses over census tract IDs, please list each separated by a comma.**

202

**Does your project location (proposed facility or park, etc.) have a street address?**

No

**Is your proposed project on a vacant lot without a physical address?**

Yes

**Please enter the address for the project location. (street, city, zip, state). If your proposed project is on a vacant lot, enter "Vacant Lot."**

This should be the address for your proposed park, recreational facility, etc. Please do not enter your organization address.

Vacant Lot

**For proposed projects without a street address, please enter the nearest intersection/cross section.**

If you provided an address above, type, "N/A"

Andrews Street/Richmond Avenue

## Improving Neighborhood Outcomes in Disproportionately Impacted Communities Applicant Follow-Up

**Completed** - Mar 13 2023

# Form for "Improving Neighborhood Outcomes in Disproportionat

**Affordability/Community Accessibility**

**1. Does your project support a program or activity requiring a user fee?**

No

**2. If you answered Yes to number 1, please describe the user fee.**

N/A

**3. What is the amount of the user fee described above? If there is no fee, please type N/A.**

N/A

**4. Does the program or activity provide a more affordable/accessible option? (If you answer yes, please provide a detailed response in the text box.)**

No

**Sustainability**

**1. Does the project require unsecured local match or additional fundraising for implementation?**

No

**2. If you answered yes to above question 1, provide the amount of funds raised to date. If you answered no to above question 1, please type N/A.**

N/A

**3. If you answered yes to above question 1, describe how the funds are being raised. If you answered no to above question 1, please type N/A.**

N/A

**4. If you answered yes to above question 1, describe the alternative funding source(s) you will use if fundraising goals are not met. If you answered no to above question 1, please type N/A.**

N/A

**Project Initiation**

**1. Has your project already started?**

No

**2. Is your project considered a single phase of a larger multi-step project?**

Yes

**3. If your project has already started, what has been already procured and was it procured in accordance with 2 CFR 200? If your project has not already started, please type N/A.**

N/A

**4. If your project has already started, will you be seeking reimbursement for these costs?**

N/A

**5. If your project has already started, what is the total dollar amount associated with project costs to date? If this does not apply to you, please type N/A.**

N/A

**6. For projects with multiple phases, where does the INODIC proposal fit into the overall project, and when did the project break ground? If this does not apply to you, please type N/A.**

N/A

**7. Does your proposal contain multiple projects?**

No

**8. If you answered Yes to question 7 above, create a new detail budget worksheet for each separate project. Ensure the new budget worksheets collectively total to your original grant request total.**

**9. Provide justification by showing how construction contingency fund was calculated. If you are basing costs on projects of a similar scope, provide example with detail:**

N/A

**Budget Review**

Budget Review Instructions: Please review and resubmit your DBW to ensure it only reflects cost that will be applied towards ARPA funds. Any cost to be paid by local match or other funding outside the ARPA funds need to be removed from the worksheet. The final budget request total on the worksheet should match the amount of total grant funds requested. If you have any questions regarding whether your budget needs to be modified and resubmitted, please contact a Grant Specialist through office hours to discuss.

**1. If no original vendor estimate was provided in support of the submitted budget narrative and budget worksheet, applicants must submit the following:**

**(A) A copy of the corresponding vendor estimate which supports the budget narrative and worksheet provided.**

John Ross Commons Playground Opinion of Cost.pdf

**Filename:** John Ross Commons Playground Opinion of Cost.pdf **Size:** 191.0 kB

**(B) If your budget is based on a different methodology provide the appropriate supporting documentation with as much granular detail as possible.**

**Budget Total Discrepancy Review**

Please review your application to ensure the below sections reflect the same amount. If not, please resubmit the Detail Budget Worksheet in the file upload section below and provide an updated budget narrative that explains each line item and how it relates to the goals of the program.

a. Dollar amount of ARPA grant funds requested on application field

b. Budget total (under budget breakdown section)

c. Detailed budget worksheet

d. Risk Assessment

---

**Upload new Detail Budget Worksheet Here**

Follow-Up Documents.pdf

**Filename:** Follow-Up Documents.pdf **Size:** 18.7 MB

**Unallowable Costs**

Please review your application for unallowable costs. Examples of unallowable costs include personnel and administrative expenses, and equipment and supplies not directly related to the objective of the grant program.

---

**1. If your application contains unallowable costs and you would like to be considered for funding, please remove the unallowable costs and resubmit your DBW and provide a brief narrative outlining your budget**

GOVERNOR'S OFFICE *of* PLANNING *and* BUDGET

RSM

# TOOL FOR ASSESSING PROJECT RISK
## AMERICAN RESCUE PLAN ACT (ARPA) FUNDS

**Applicability**: This tool is applicable to assessing risk of proposed American Rescue Plan Act (ARPA) projects granted by the State of Georgia Governor's Office of Planning and Budget.

| | | | |
|---|---|---|---|
| **Organization Name:** | City Of Rossville | | |
| **Amount of Requested Funding:** | $386,000.00 | | |
| **Organization Primary Contact Information (Name, email, phone)** | Russanna Jenkins<br>rjenkins@rossvillega.gov 423-309-2711 | | |
| **Date:** | 11-16-2022 | **Monitor:** FOR STATE USE | |

| QUESTION | RESPONSE |
|---|---|
| 1. Has the organization been subjected to an audit of its financial statements in the past 3 years?<br><br>If so, please attach your latest Annual Comprehensive Financial Report (ACFR), and a copy of the Certfied Public Accountant's audit opinion. If managment letter comments were issued, please attach the management letter, and / or describe the current status of observations and findings included therein. | Yes |
| 2. Has the organization been subjected to audits or monitoring by any agencies, departments, or divisions of the Federal government in the past 3 years. If so, please provide the following information:<br>• Name of the Federal agency, department, or division<br>• General description of how the funds were used<br>• Summary or report of findings or observations identified by Federal monitors / auditors | No |
| 3. Has the organization been subjected to a Single Audit of its federally funded activity in the past 3 years? If so, please provide the following information:<br>• What time period was covered by the latest audit?<br>• Who was the auditor?<br>• Where management letter comments issued? If so, please attach the management letter, and / or describe the observations and findings included therein<br>• Were any questioned costs identified? If so, please describe. | No |
| 4. If this project is being funded by multiple sources, in addition to the Governor's Office of Planning and Budget's ARPA award, please provide the funding sources and amounts. | None |
| 5. Does the organization have documented policies and procedures related to procurement of contractors and payment of expenditures? If so, please provide a copy, or link thereto. Have these policies and procedures been mapped by the subrecipient to conform to 2 CFR 200 guidance? | Attached purchase policy. Follow State procurement |

| | |
|---|---|
| 6. Please use the following options to describe the organization's processing environment for the procurement of contractors to be paid for with ARPA funds:<br>• Manual – process is managed largely with paper forms, paper proposal submissions, and through handwritten evaluations and approvals<br>• Electronic – use of electronic solicitation and procurement systems and/or websites, including application-based workflow approval of contracts and purchase orders<br>• Partially Electronic – a combination of the above, i.e., paper proposals and/or approvals with electronic document retention, etc. Please describe. | Manual |
| 7. Please identify key technology applications that are used in the procurement of contractors to be paid with ARPA funds. (Advertisement, document control, proposal submission, etc.) | Walker County Messenger |
| 8. Have procurement activities already occurred for contractors that the organization intends to pay with ARPA funds? If so, please provide a listing of all commitments made to date, including the contractor's name, date, and contract / PO value. | No |
| 9. Please use the following options to describe the organization's processing environment for the payment of contractors with ARPA funds:<br>• Manual - paper invoices, emailed invoices, and handwritten reviews and approvals<br>• Electronic – web-based contractor requests for payment, use of electronic workflow approval for payments<br>• Partially Electronic – a combination of the above, please describe | Manual |
| 10. Please identify the primary technology applications used in the payment of contractors with ARPA funds. | Manual Checks are written then processed by journal entry to Harris computer systems |
| 11. Have payments already been made to contractors that the subrecipient intends to reimburse through ARPA funds? If so, please provide a listing of all payments made to date, including the contractor's name, date, and payment amount. | No |
| 12. Has the organization identified any incidents of fraud, and / or litigation activity specifically related to the project being funded by ARPA? If so, please describe. | No |

# Ordinance No. 513

**An Ordinance for the purpose of amending the City's Code of Ordinance to Adopt Spending Limits and Bidding requirement; Repealing Conflicting Provisions and for Other Purposes.**

**Whereas,** the Mayor and City Council wish to adopt and abide by sound financial policies that govern expenditures by the City when those amounts are less than the amounts governed by Georgia general law;

Now Therefore Be It Ordained, and it hereby is ordained, by virtue of the authority vested in the Mayor and City Council of the City of Rossville, Georgia, as follows:

SECTION ONE

There is hereby adopted as part of Article V, Finances, of Chapter 2 of the City Code pertaining to Administration, a new section 2-236, governing Purchasing and Contracting, which shall state as follows:

Sec. 2-236 – Purchasing and Contracting

(a) For purposes of this ordinance, expenditure shall mean any purchase or contract using City funds, regardless of the fund source.

(b) Expenditures up to $5,000 may be approved by the Mayor upon determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget.

(c) Expenditures between $5,000 and $10,000 may be approved by the Mayor upon a determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget, provided that for purchases and new contracts, three quotation or informal bids shall be first obtained.

(d) Expenditures greater than $10,000 shall require formal bidding or request for proposal, and shall be approved by the City Council upon determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget. Notwithstanding the foregoing, the City Council may waive the bidding or request for proposal requirement where not required by Georgia general law upon a finding that just cause exists.

(e) An expenditure may be approved or a contract may be awarded without formal bidding or request for proposal, when not required by Georgia general law, when the City Council determines, after conducting a good faith review of available sources, that there is only one source for the required supply, service or construction item and the expenditure is within the approved City budget.

(f) An existing contract may be renewed, extended or renegotiated without undergoing the bidding or request for proposal process when the City Council determines that the existing service provider has performed acceptably under the terms of the existing service provider.

SECTION TWO

A. Severability Clause. It is the express intention of the Mayor and City Council that each independent provision of this ordinance and the zoning ordinance should be adopted, and the Mayor and City Council would have adopted each such independent provision even if the others had not been adopted. Therefore, in the event that a court of competent jurisdiction finds any provision of this ordinance to be unlawful, invalid or unenforceable, it is the intent of the Mayor and City Council that the offending provision be severed, and all lawful provisions remain in force. In the event that any provision of this ordinance is found to be overly broad by a court of competent jurisdiction, it is the intent of the Mayor and City Council that the court apply the broadest legally permissible interpretation of such provision.

B. General Repealer. Any ordinance not expressly addressed by this ordinance that is inconsistent with the provisions of this ordinance is expressly repealed to the extent that it conflicts with this ordinance.

C. Effective Date. The public welfare demanding, this ordinance shall be effective immediately after its adoption.

**SO ADOPTED** this 10th day of February, 2020

| | |
|---|---|
| Teddy Harris, Councilmember | Attest: Sherry Foster, City Clerk |
| Richard A Buff, Councilmember | Hal Gray, Councilmember |
| Michael Hicks, Councilmember | Jonathan Lassetter, Councilmember |

# ROSSVILLE, CITY OF

This entity record is only available FOR OFFICIAL USE ONLY.

Unique Entity ID
[redacted]

CAGE/NCAGE
**7C0V8**

| *Registration Status* | *Expiration Date* |
|---|---|
| Active Registration | Mar 6, 2023 |

Purpose of Registration
**Federal Assistance Awards Only**

Physical Address
**400 Mcfarland AVE**
**Rossville, Georgia**
**30741-1293, United States**

Mailing Address
**P O Box 159**
**Rossville, Georgia**
**30741, United States**

# CITY OF ROSSVILLE, GEORGIA

# ANNUAL FINANCIAL REPORT

**For the Fiscal Year**

**Ended September 30, 2021**

By Authority of the Mayor
and City Council

**CITY OF ROSSVILLE, GEORGIA**
Annual Financial Report
Year Ended September 30, 2021

## Table of Contents

**FINANCIAL SECTION**


Independent Auditor's Report ........ 1

**Basic Financial Statements:**

Government Wide Financial Statements:

Statement of Net Position ........ 7

Statement Of Activities ........ 8

Fund Financial Statements:

Balance Sheet - Governmental Funds ........ 11

Statement of Revenues, Expenditures, and Changes in Fund Balances - Governmental Funds ........ 12

Reconciliation of the Statement of Revenues, Expenditures and Changes in Fund Balances to the Statement of Activities ........ 13

Statement of Revenues, Expenditures, and Changes in Fund Balances - Budget and Actual - General Fund ........ 14

Statement of Net Position - Proprietary Fund - Sewer Utility ........ 15

Statement of Revenues, Expenses, and Changes in Net Position - Proprietary Fund - Sewer Utility ........ 16

Statement of Cash Flows - Proprietary Funds - Sewer Utility ........ 17

Notes to the Financial Statements ........ 19

**Required Supplementary Information:**

Schedule of Changes in Net Pension Liability and Related Ratios ........ 40

Schedule of Contributions - Pension Plan ........ 41

**Budgetary Comparisons:**

Schedule of Revenues, Expenditures, and Changes in Fund Balance - Budget and Actual - Capital Projects Fund ........ 44

Schedule of Revenues, Expenditures, and Changes in Fund Balance - Budget and Actual - T-SPLOST Fund ........ 45

Schedule of Revenues, Expenditures, and Changes in Fund Balance - Budget and Actual - Special Revenue Seizure Fund ........ 46

Schedule of Revenues, Expenditures, and Changes in Fund Balance - Budget and Actual - Special Revenue American Rescue Plan Fund ........ 47

**COMPLIANCE SECTION**

Report on Internal Control Over Financial Reporting and on Compliance and on Other Matters Based on an Audit of Financial Statements Performed in Accordance With Government Auditing Standards ........ 51

Schedule of Special Purpose Local Option Sales Tax Expenditures - 2014 SPLOST ........ 53

Schedule of Special Purpose Local Option Sales Tax Expenditures - 2020 SPLOST ........ 54

Schedule of Transportation Special Purpose Local Option Sales Tax Expenditures ........ 55

P.O. BOX 473
CARTERSVILLE, GA 30120
(770) 382-3361
FAX (770) 386-8382
WWW.WCPAS.COM

WILLIAMSON & CO., CPA's
CERTIFIED PUBLIC ACCOUNTANTS AND ADVISORS

LLOYD WILLIAMSON
CHRISTIAN HATCH

# INDEPENDENT AUDITOR'S REPORT

To the Mayor and Council
Of the City of Rossville, Georgia

## Report on the Financial Statements

We have audited the accompanying financial statements of the governmental activities, the business-type activities, each major fund, and the remaining fund information of the City of Rossville, Georgia, as of and for the year ended September 30, 2021, and the related notes to the financial statements, which collectively comprise the City's basic financial statements as listed in the table of contents.

## Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

## Auditor's Responsibility

Our responsibility is to express opinions on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion of the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinions.



MEMBER OF THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND GEORGIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

**Opinions**

In our opinion, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, each major fund, and the remaining fund information of the City of Rossville, Georgia as of September 30, 2021, and the respective changes in financial position and, where applicable, cash flows, thereof and the respective budgetary comparison for the General Fund for the year then ended in accordance with accounting principles generally accepted in the United States of America.

**Other Matters**

*Required Supplementary Information*

Management has omitted Management's Discussion and Analysis that accounting principles generally accepted in the United States of America require to be presented to supplement the basic statements. Such missing information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. Our opinion on the basic financial statements is not affected by this missing information.

Accounting principles generally accepted in the United States of America require that the Schedule of Changes in Net Pension Liability and Related Ratios on page 40 and the Schedule of Contributions – Pension Plan on page 41 be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Other Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the City of Rossville's basic financial statements. The budgetary comparisons on pages 44-46, the Schedule of Special Purpose Local Option Sales Tax Expenditures on page 51, and the Schedule of Transportation Special Purpose Local Option Sales Tax Expenditures on page 52 are presented for purposes of additional analysis and are not a required part of the basic financial statements. The budgetary comparisons are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain limited procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the individual fund budgetary comparisons are fairly stated in all material respects in relation to the basic financial statements as a whole. The Schedule of Special Purpose Local Option Sales Tax Expenditures and the Schedule of Transportation Special Purpose Local Option Sales Tax Expenditures are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain limited procedures, including comparing and reconciling

such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the Schedule of Special Purpose Local Option Sales Tax Expenditures and the Schedule of Transportation Special Purpose Local Option Sales Tax Expenditures are fairly stated in all material respects in relation to the basic financial statements as a whole.

**Other Reporting Required by *Government Auditing Standards***

In accordance with Government Auditing Standards, we have also issued our report dated March 30, 2022 on our consideration of the City of Rossville, Georgia's internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements and other matters. The purpose of that report is to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with Government Auditing Standards in considering the City of Rossville, Georgia's internal control over financial reporting and compliance.

Williamson and Company
Certified Public Accountants
March 30, 2022

# BASIC FINANCIAL STATEMENTS

# CITY OF ROSSVILLE, GEORGIA

Statement of Net Position

September 30, 2021

| | Primary Government | | |
|---|---|---|---|
| | Governmental Activities | Business Type Activities | Total |
| **Assets** | | | |
| Cash and Cash Equivalents | $ 2,674,931 | $ 577,852 | $ 3,252,783 |
| Receivables, Net | 682,249 | 214,812 | 897,061 |
| Capital Assets: | | | |
| Land and Improvements | 208,581 | - | 208,581 |
| Other Capital Assets, Net | 2,973,277 | 301,798 | 3,275,075 |
| Total Capital Assets | 3,181,858 | 301,798 | 3,483,656 |
| Total Assets | 6,539,038 | 1,094,462 | 7,633,500 |
| **Deferred Outflows of Resources** | | | |
| Pension Plan | 145,691 | - | 145,691 |
| Total Deferred Outflows of Resources | 145,691 | - | 145,691 |
| Total Assets and Deferred Outlows of Resources | 6,684,729 | 1,094,462 | 7,779,191 |
| **Liabilities** | | | |
| Accounts Payable | 63,286 | 290,634 | 353,920 |
| Other Payables | 15,698 | - | 15,698 |
| Net Pension Liability | 595,580 | - | 595,580 |
| Noncurrent Liabilities: | | | |
| Due In One Year | 32,339 | - | 32,339 |
| Due In More Than One Year | - | - | - |
| Total Liabilities | 706,903 | 290,634 | 997,537 |
| **Deferred Inflows of Resources** | | | |
| Pension Plan | 39,798 | - | 39,798 |
| Total Deferred Inflows of Resources | 39,798 | - | 39,798 |
| Total Liabilities and Deferred Inflows of Resources | 746,701 | 290,634 | 1,037,335 |
| **Net Position** | | | |
| Investment In Capital Assets | 3,181,858 | 301,798 | 3,483,656 |
| Restricted For: | | | |
| Capital Projects | 726,764 | - | 726,764 |
| Road Maintenance and Improvements | 220,579 | - | 220,579 |
| Law Enforcement Activities | 51,419 | - | 51,419 |
| Federal Programs | 748,400 | - | 748,400 |
| Unrestricted | 1,009,008 | 502,032 | 1,511,040 |
| Total Net Position | $ 5,938,028 | $ 803,830 | $ 6,741,858 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA

Statement of Activities

For The Year Ended September 30, 2021

| | | Program Revenues | | |
|---|---|---|---|---|
| **Functions/Programs** | **Expenses** | **Charges for Services** | **Operating Grants and Contributions** | **Capital Grants and Contributions** |
| **Primary Government** | | | | |
| Governmental Activities: | | | | |
| General Government | $ 522,595 | $ 76,760 | $ 862,439 | $ 588,639 |
| Police | 990,835 | 299,447 | - | - |
| Fire | 271,048 | - | 500 | - |
| Streets | 1,359,330 | - | 511,817 | - |
| Culture and Recreation | 70,862 | - | 13,847 | - |
| Sanitation | 233,498 | 136,804 | - | - |
| Sewer and Drainage Improvements | 5,235 | - | - | - |
| Total Governmental Activities | 3,453,402 | 513,011 | 1,388,603 | 588,639 |
| Business-type Activities: | | | | |
| Sewer Utility | 1,178,485 | 1,214,168 | - | - |
| Total Primary Government | $ 4,631,887 | $ 1,727,179 | $ 1,388,603 | $ 588,639 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA

Statement of Activities

For The Year Ended September 30, 2021

| | Net (Expense) Revenue and Changes in Net Position | | |
|---|---|---|---|
| | Primary Government | | |
| **Functions/Programs** | **Governmental Activities** | **Business-type Activities** | **Total** |
| **Primary Government** | | | |
| Governmental Activities: | | | |
| General Government | $ 1,005,243 | $ | $ 1,005,243 |
| Police | (691,388) | | (691,388) |
| Fire | (270,548) | | (270,548) |
| Streets | (847,513) | | (847,513) |
| Recreation | (57,015) | | (57,015) |
| Sanitation | (96,694) | | (96,694) |
| Sewer and Drainage Improvements | (5,235) | | (5,235) |
| Total Governmental Activities | (963,149) | | (963,149) |
| Business-type Activities: | | | |
| Sewer Utility | | 35,683 | 35,683 |
| Total Primary Government | | | (927,466) |
| General Revenues: | | | |
| Property Taxes, Levied For General Purposes | 757,113 | - | 757,113 |
| Motor Vehicle Taxes | 84,708 | - | 84,708 |
| Franchise Taxes | 72,147 | - | 72,147 |
| Alcoholic Beverage Excise Taxes | 91,768 | - | 91,768 |
| Occupational Taxes | 384,487 | - | 384,487 |
| Local Option Sales Tax | 548,291 | - | 548,291 |
| Intangible Taxes | 14,163 | - | 14,163 |
| Transfer Tax | 7,907 | - | 7,907 |
| Investment Earnings | 290 | 41 | 331 |
| Miscellaneous | 30,014 | - | 30,014 |
| Total General Revenues | 1,990,888 | 41 | 1,990,929 |
| Transfers | 18,351 | (18,351) | - |
| Change In Net Position | 1,046,090 | 17,373 | 1,063,463 |
| Net Position - Beginning | 4,891,938 | 786,457 | 5,678,395 |
| Net Position - Ending | $ 5,938,028 | $ 803,830 | $ 6,741,858 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA

## Balance Sheet
## Governmental Funds
## September 30, 2021

| | General Fund | Capital Projects Fund | TSPLOST Fund | American Rescue Plan Fund | Other Governmental Funds | Total Governmental Funds |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and Cash Equivalents | $ 1,074,758 | $ 614,961 | $ 185,393 | $ 748,400 | $ 51,419 | $ 2,674,931 |
| Receivables, Net | 535,260 | 111,803 | 35,186 | - | - | 682,249 |
| Total Assets | 1,610,018 | 726,764 | 220,579 | 748,400 | 51,419 | 3,357,180 |
| **Liabilities and Fund Balances** | | | | | | |
| Liabilities | | | | | | |
| Accounts Payable | 63,286 | - | - | - | - | 63,286 |
| Other Payables | 15,698 | - | - | - | - | 15,698 |
| Total Liabilities | 78,984 | - | - | - | - | 78,984 |
| Fund Balances | | | | | | |
| Restricted: | | | | | | |
| Capital Projects | - | 726,764 | - | - | - | 726,764 |
| Law Enforcement | - | - | - | - | 51,419 | 51,419 |
| Road Maintenance and Improvements | - | - | 220,579 | - | - | 220,579 |
| Federal Programs | - | - | - | 748,400 | - | 748,400 |
| Assigned | | | | | | |
| Recreational Activities | 17,731 | - | - | - | - | 17,731 |
| Fountain | 620 | - | - | - | - | 620 |
| Unassigned | 1,512,683 | - | - | - | - | 1,512,683 |
| Total Fund Balances | 1,531,034 | 726,764 | 220,579 | 748,400 | 51,419 | 3,278,196 |
| Total Liabilities and Fund Balances | $ 1,610,018 | $ 726,764 | $ 220,579 | $ 748,400 | $ 51,419 | $ 3,357,180 |

**Reconciliation of the Balance Sheet to the Statement of Net Position**

| | | |
|---|---|---|
| Total Fund Balances - Governmental Funds | | $ 3,278,196 |
| Amounts reported for governmental activities in the Statement of Net Position are different because: | | |
| Capital assets used in governmental activities are not financial resources and therefore are not reported in the governmental funds. | | |
| Governmental Capital Assets | 8,546,954 | |
| Less Accumulated Depreciation | (5,365,096) | 3,181,858 |
| A portion of the pension plan components are for future use and are considered deferred outflows of resources. | | 145,691 |
| Differences in projections and assumptions regarding the City's pension plan are considered deferred inflows of resources. | | (39,798) |
| Long-term liabilities are not due and payable in the current period and therefore are not reported in the governmental funds. | | |
| Compensated Absences | (32,339) | |
| Net Pension Liability | (595,580) | (627,919) |
| Net Position of Governmental Activities | | $ 5,938,028 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA

## Statement of Revenues, Expenditures, and Changes in Fund Balances
## Governmental Funds
## For the Year Ended September 30, 2021

| | General Fund | Capital Projects Fund | T-SPLOST Fund | American Rescue Plan Fund | Other Governmental Funds | Total Governmental Funds |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Taxes | $ 1,960,585 | $ - | $ - | $ - | $ - | $ 1,960,585 |
| Licenses and Permits | 76,580 | - | - | - | - | 76,580 |
| Charges For Services | 136,984 | - | - | - | - | 136,984 |
| Fines and Forfeitures | 294,025 | - | - | - | 5,417 | 299,442 |
| Intergovernmental | 209,811 | 588,607 | 412,345 | 748,553 | - | 1,959,316 |
| Investment Earnings | 290 | 32 | 31 | 16 | 5 | 374 |
| Miscellaneous Income | 47,860 | - | - | - | - | 47,860 |
| Total Revenues | 2,726,135 | 588,639 | 412,376 | 748,569 | 5,422 | 4,481,141 |
| **Expenditures** | | | | | | |
| Current: | | | | | | |
| General Government | 525,822 | 1,347 | - | 169 | - | 527,338 |
| Police | 1,001,993 | 1,302 | - | - | 3,459 | 1,006,754 |
| Fire | 278,091 | - | - | - | - | 278,091 |
| Streets | 454,147 | 7,920 | 680,951 | - | - | 1,143,018 |
| Culture and Recreation | 66,457 | 4,405 | - | - | - | 70,862 |
| Sanitation | 233,498 | - | - | - | - | 233,498 |
| Sewer and Drainage Improvements | - | 5,235 | - | - | - | 5,235 |
| Capital Outlay: | | | | | | |
| Police | - | 56,817 | - | - | - | 56,817 |
| Fire | - | 2,083 | | | - | 2,083 |
| Streets | - | 28,237 | - | - | - | 28,237 |
| Total Expenditures | 2,560,008 | 107,346 | 680,951 | 169 | 3,459 | 3,351,933 |
| Excess (Deficiency) of Revenues Over (Under) Expenditures | 166,127 | 481,293 | (268,575) | 748,400 | 1,963 | 1,129,208 |
| **Other Financing Sources (Uses)** | | | | | | |
| Transfers In | 18,351 | - | - | - | - | 18,351 |
| Total Other Financing Sources (Uses) | 18,351 | - | - | - | - | 18,351 |
| Net Change in Fund Balances | 184,478 | 481,293 | (268,575) | 748,400 | 1,963 | 1,147,559 |
| Fund Balances - Beginning | 1,346,556 | 245,471 | 489,154 | - | 49,456 | 2,130,637 |
| Fund Balances - Ending | $ 1,531,034 | $ 726,764 | $ 220,579 | $ 748,400 | $ 51,419 | $ 3,278,196 |

The accompanying notes are an integral part of this financial statement.

## CITY OF ROSSVILLE, GEORGIA

Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances to the Statement of Activities
For the Year Ended September 30, 2021

| | | |
|---|---|---|
| Net Change in Fund Balances | | $ 1,147,559 |
| Amounts reported for governmental activities in the Statement of Activities are different because: | | |
| Governmental funds report capital outlays as expenditures while governmental activities report depreciation expense to allocate those expenditures over the life of the assets. This is the amount by which depreciation exceeded capital outlays in the current period: | | |
| Expenditures for Capital Assets | 98,537 | |
| Less Current Year Depreciation | (229,241) | (130,704) |
| Changes in the value of the deferred inflows of resources associated with the net pension liability are not reflected in the governmental funds, however they are accounted for in the governmental activities. | | 10,546 |
| Changes in the value of the deferred outflows of resources associated with the net pension liability are not reflected in the governmental funds, however they are accounted for in the governmental activities. | | (22,253) |
| Some expenses reported in the Statement of Activities do not require the use of current financial resources and therefore, are not reported as expenditures in the governmental funds. | | |
| Net Change in Net Pension Liability | 41,097 | |
| Net Change in Compensated Absences | (155) | 40,942 |
| Change In Net Position of Governmental Activities | | $ 1,046,090 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA

Statement of Revenues, Expenditures, and Changes in Fund Balance
Budget and Actual - General Fund
For the Year Ended September 30, 2021

| | Budget | | | |
|---|---|---|---|---|
| | Original | Final | Actual | Variance With Final Budget |
| **Revenues** | | | | |
| Taxes | $ 1,959,708 | $ 1,959,708 | $ 1,960,585 | $ 877 |
| Licenses And Permits | 50,700 | 50,700 | 76,580 | 25,880 |
| Charges For Services | 274,226 | 274,226 | 136,984 | (137,242) |
| Fines And Forfeitures | 288,000 | 288,000 | 294,025 | 6,025 |
| Intergovernmental | 139,780 | 139,780 | 209,811 | 70,031 |
| Investment Earnings | 1,000 | 1,000 | 290 | (710) |
| Miscellaneous Income | 2,500 | 2,500 | 47,860 | 45,360 |
| Total Revenues | 2,715,914 | 2,715,914 | 2,726,135 | 10,221 |
| **Expenditures** | | | | |
| General Government | 547,889 | 547,889 | 525,822 | 22,067 |
| Police | 1,069,968 | 1,069,968 | 1,001,993 | 67,975 |
| Fire | 293,736 | 293,736 | 278,091 | 15,645 |
| Streets | 511,776 | 511,776 | 454,147 | 57,629 |
| Culture And Recreation | 66,457 | 66,457 | 66,457 | - |
| Sanitation | 233,888 | 233,888 | 233,498 | 390 |
| Total Expenditures | 2,723,714 | 2,723,714 | 2,560,008 | 163,706 |
| Excess (Deficiency) Of Revenues Over (Under) Expenditures | (7,800) | (7,800) | 166,127 | 173,927 |
| **Other Financing Sources** | | | | |
| Transfers In | - | - | 18,351 | 18,351 |
| Proceeds From Disposal Of Capital Assets | 7,800 | 7,800 | - | (7,800) |
| Total Other Financing Sources | 7,800 | 7,800 | 18,351 | 10,551 |
| Net Change In Fund Balances | - | - | 184,478 | 184,478 |
| Fund Balances - Beginning | 1,346,556 | 1,346,556 | 1,346,556 | - |
| Fund Balances - Ending | $ 1,346,556 | $ 1,346,556 | $ 1,531,034 | $ 184,478 |

The accompanying notes are an integral part of this financial statement.

**CITY OF ROSSVILLE, GEORGIA**
Statement of Net Position
Proprietary Fund - Sewer Utility
September 30, 2021

| | Sewer Utility |
|---|---|
| **Assets** | |
| Current Assets: | |
| Cash And Cash Equivalents | $ 577,852 |
| Receivables, Net | 214,812 |
| Total Current Assets | 792,664 |
| | |
| Noncurrent Assets: | |
| Capital Assets: | |
| Lines And Improvements | 320,920 |
| Equipment | 245,360 |
| Less Accumulated Depreciation | (264,482) |
| Total Noncurrent Assets | 301,798 |
| Total Assets | 1,094,462 |
| | |
| **Liabilities** | |
| Current Liabilities: | |
| Accounts Payable | 290,634 |
| Total Currrent Liabilities | 290,634 |
| Total Liabilities | 290,634 |
| | |
| **Net Position** | |
| Investment In Capital Assets | 301,798 |
| Unrestricted | 502,032 |
| Total Net Position | $ 803,830 |

The accompanying notes are an integral part of this financial statement.

**CITY OF ROSSVILLE, GEORGIA**
Statement of Revenues, Expenses, and Changes in Net Position
Proprietary Fund - Sewer Utility
For the Year Ended September 30, 2021

| | Sewer Utility |
|---|---|
| **Operating Revenues** | |
| Charges For Services | $ 1,214,168 |
| Total Operating Revenues | 1,214,168 |
| **Operating Expenses** | |
| Costs Of Sales And Services | 1,149,081 |
| Depreciation | 29,404 |
| Total Operating Expenses | 1,178,485 |
| Operating Income | 35,683 |
| **Nonoperating Revenues** | |
| Interest Revenue | 41 |
| Total Nonoperating Revenues | 41 |
| Income Before Transfers | 35,724 |
| Transfers Out | (18,351) |
| Change In Net Position | 17,373 |
| Total Net Position - Beginning | 786,457 |
| Total Net Position - Ending | $ 803,830 |

The accompanying notes are an integral part of this financial statement.

# CITY OF ROSSVILLE, GEORGIA
## Statement of Cash Flows
## Proprietary Fund - Sewer Utility
## For the Year Ended September 30, 2021

| | Sewer Utility |
|---|---|
| **Cash Flows From Operating Activities** | |
| Receipts From Customers | $ 1,222,202 |
| Payments To Suppliers | (919,757) |
| Net Cash Provided By Operating Activities | 302,445 |
| **Cash Flows From Noncapital Financing Activities** | |
| Transfers to Other Funds | (18,351) |
| **Cash Flows From Capital and Related Financing Activities** | |
| No Capital or Related Financing Activities | - |
| **Cash Flows From Investing Activities** | |
| Interest Earned | 41 |
| Net Increase In Cash | 284,135 |
| Cash Balances - October 1, 2020 | 293,717 |
| Cash Balances - September 30, 2021 | $ 577,852 |
| **Reconciliation Of Operating Income To Net Cash Provided By Operating Activities** | |
| Operating Income | $ 35,683 |
| Adjustments To Reconcile Operating Income To Net Cash Provided By Operating Activities: | |
| Depreciation Expense | 29,404 |
| (Increase)/Decrease In Accounts Receivable | 8,034 |
| Increase/(Decrease) In Accounts Payable | 229,324 |
| Net Cash Provided By Operating Activities | $ 302,445 |

The accompanying notes are an integral part of this financial statement.

## Note 1. Summary of Significant Accounting Policies

The City of Rossville was incorporated in 1905 and operates under a Mayor/Council form of government. The City provides the following services: General and Administrative Services, Public Safety (Police and Fire), Public Utilities (Sewer), and Public Works (which includes Streets and Sanitation).

The financial statements of the City have been prepared in conformity with generally accepted accounting principles (GAAP) as applicable to the governmental units. The Governmental Accounting Standards Board (GASB) is the accepted standard-setting body for establishing governmental accounting and financial reporting principles. The more significant of the government's accounting policies are described below.

### A. Reporting Entity

The financial statements of the reporting entity include those of the City (the primary government) and its component units. In evaluating how to define the government for financial reporting purposes, management has considered all potential component units. As required by generally accepted accounting principles, certain potential component units are considered for inclusion in the reporting entity because of the significance of their operational or financial relationships with the City. Blended component units, although legally separate entities, are in substance, part of the government's operations. Each discretely presented component unit is reported in a separate column in the government-wide financial statements (see note below for description) to emphasize that it is legally separate from the government.

### B. Government-wide and Fund Financial Statements

The basic financial statements include both government-wide and fund financial statements, each of which present different views of the City. The government-wide and fund financial statements categorize primary activities as either governmental or business type. Fiduciary funds are not included in the government-wide statements.

The government-wide financial statements (i.e., the Statement of Net Position and the Statement of Activities) report information on all of the non-fiduciary activities of the primary government and its component units. For the most part, the effect of inter-fund activity has been removed from these statements. *Governmental activities*, which normally are supported by taxes, intergovernmental revenues, permits and fines, are reported separately from *business-type activities*, which rely to a significant extent on fees and charges for support. Likewise, the *primary government* is reported separately from certain legally separate component units for which the primary government is financially accountable.

In the government-wide Statement of Net Position, governmental and business type activities are presented on a consolidated basis and reflect full accrual, economic resources basis, which includes long-term assets and receivables as well as long-term debt and obligations.

The government-wide Statement of Activities demonstrates the degree to which the direct expenses of a given function are offset by program revenues. *Direct expenses* are those that are clearly identifiable with a specific function. *Program revenues* include 1) charges to customers or applicants who purchase, use, or directly benefit from goods, services, or privileges provided by a given function and 2) grants and contributions that are restricted to meeting the operational or capital requirements of a particular function. Taxes and other items not properly included among program revenues are reported instead as *general revenues*.

Fund financial statements emphasize major funds in either the governmental or business-type category. Non-major governmental funds (if any) are reported as a separate column in the fund financial statements.

**C. Measurement Focus, Basis of Accounting and Financial Statement Presentation**

The financial transactions of the City are recorded in individual funds which provide a separate set of self-balancing accounts that are comprised of assets, liabilities, fund equity, revenues and expenditures. The City applies all relevant FASB pronouncements and APB opinions issued on or prior to December 1, 1989 to the extent that those standards do not conflict with or contradict guidance of the Governmental Accounting Standards Board. The City does not apply FASB pronouncements and APB opinions issued after November 30, 1989.

The government-wide financial statements are reported using the *economic resources measurement focus* and the *accrual basis of accounting*, as are the proprietary fund financial statements. Revenues are recorded when earned and expenses are recorded when a liability is incurred, regardless of the timing of related cash flows. Property taxes are recognized as revenues in the year for which they are levied. Grants and similar items are recognized as revenue as soon as all eligibility requirements imposed by the provider have been met.

Governmental fund financial statements are reported using the *current financial resources measurement focus* and the *modified accrual basis of accounting.* Revenues are recognized as soon as they are both measurable and available. Revenues are considered to be available when they are collectible within the current period or soon enough thereafter to pay liabilities of the current period. For this purpose, the government considers revenues to be available if they are collected within 60 days of the end of the current fiscal period. Expenditures generally are recorded when a liability is incurred, as under accrual accounting. However, debt service expenditures, as well as expenditures related to compensated absences and claims and judgments, are recorded only when payment is due.

Taxes, licenses, and interest associated with the current fiscal period are all considered to be susceptible to accrual and so have been recognized as revenues of the current fiscal period. Only the portion of special assessments receivable due within the current fiscal period is considered to be susceptible to accrual as revenue of the current period. All other revenue items are considered to be measurable and available only when the government receives the cash. In applying the susceptible to accrual concept, non-exchange transactions are recognized in accordance with GASB Statement 33.

## D. Fund Types and Major Funds

The City reports the following major governmental funds:

The *General Fund* is the government's primary operating fund. It accounts for all financial resources of the general government, except those required to be accounted for in another fund.

The *Capital Projects Fund* accounts for the receipts and disbursements of resources that are to be used to finance the acquisition and/or construction of capital assets.

The *T-SPLOST Fund* accounts for the receipts and disbursements of resources that are received from the imposition of the transportation special purpose local option sales tax that are to be used for maintaining and improving the City's transportation infrastructure.

The City reports the following major proprietary fund:

The *Sewer Utility Fund* accounts for those operations of the City which involve sewage pumping stations and collection systems. A fee is charged to external users for the use of the system and the activity is intended to be self-supporting.

Operating revenues and expenses generally result from providing services and producing and delivering goods in connection with a proprietary fund's principal ongoing operations. The principal operating revenues of the sewer enterprise fund are charges to customers for sales and services. The sewer fund also recognizes as operating revenue the portion of tap fees intended to recover the cost of connecting new customers to the system. Operating expenses for enterprise funds include the cost of sales and services, administrative expenses, and depreciation on capital assets. All revenues and expenses not meeting this definition are reported as non-operating revenues and expenses.

Amounts reported as program revenues include 1) charges to customers or applicants for goods, services, or privileges provided, 2) operating grants and contributions, and 3) capital grants and contributions, including special assessments. Internally dedicated resources are reported as general revenues rather than as program revenues. Likewise, general revenues include all taxes.

When both restricted and unrestricted resources are available for use, it is the government's policy to use restricted resources first, and unrestricted as needed.

## E. Cash and Investments

The government's cash and cash equivalents are considered to be cash on hand, demand deposits, and short-term investments with original maturities of three months or less from the date of acquisition, and must be by law insured or collateralized, and investments, if any, are limited by law and bond ordinances, to federal and state securities and stated at fair value.

**F. Receivables and Payables**

During the course of operations, numerous transactions occur between individual funds for goods provided or services rendered. The balances which represent receivables and payables between governmental and business-type activities are reported as internal balances. As a general rule the effect of inter-fund activity has been eliminated from the government-wide financial statements. Exceptions to this general rule are administrative charges between the General Fund and the Sewer Utility Fund. Elimination of these charges would distort the direct costs and revenues reported for the two funds.

Property tax receivables is presented net of uncollectible allowance and is comprised of all taxes unpaid from current and prior years.

**G. Restricted Cash**

The Capital Projects Fund, T-SPLOST Fund, and the Special Revenue Confiscated Asset Fund contain demand and time deposits set aside for the purchase and/or renovation of capital assets or for law enforcement expenditures are classified as restricted on the balance sheet because their use is limited by applicable voter approved legislation for the sales tax which provides those funds.

**H. Capital Assets**

Capital assets that cost more than $1,000 with an estimated useful life of more than one year are capitalized and depreciated. Capital assets, including property, plant, vehicles, equipment and infrastructure (streets, bridges, curbs and gutters, sidewalks, drainage and lighting systems) are reported in the applicable governmental or business-type activities columns in the government-wide statements. All purchased capital assets are valued at cost where historical records are available and at an estimated historical cost where no historical records exist. Donated capital assets are valued at their estimated fair value on the date of acquisition. Depreciation is computed on the straight-line basis over the estimated useful life of the asset.

The costs of normal maintenance and repairs that do not add to the value of the asset or materially extend asset lives are not capitalized. Improvements are capitalized and depreciated over the remaining useful lives of the related capital assets, as applicable.

Interest is capitalized on proprietary fund assets acquired with debt. The amount of interest to be capitalized is calculated by offsetting interest expense incurred from the date of the borrowing until completion of the project with interest earned on invested proceeds over the same period.

**I. Compensated Absences**

Vested or accumulated vacation leave is recorded as an expense and a liability when incurred in the proprietary fund financial statements and as a liability in the governmental funds only in the government-wide financial statements.

**J. Long-term Obligations**

Long-term debt and other obligations are reported as a liability in the government-wide financial statements and the proprietary fund types in the fund financial statements.

**K. Fund Equity**

Fund equity at the governmental fund reporting level is classified as "fund balance". Fund equity for all other reporting is classified as "net position".

Fund Balance - represents the difference between current assets and current liabilities. In the fund financial statements, governmental funds report fund balance classifications based on the extent to which the City is bound to honor constraints on the specific purposes for which amounts in those funds can be spent. Fund balances are classified as follows:

- *Nonspendable* – fund balances are reported as nonspendable when amounts cannot be spent because they are either (a) not in spendable form (for example, items that are not expected to be converted to cash) or (b) legally or contractually required to be maintained intact.

- *Restricted* – fund balances are reported as restricted when there are limitations imposed on their use either through the enabling legislation adopted by the City or through external restrictions imposed by creditors, grantors or laws or regulations of other governments.

- *Committed* – fund balances are reported as committed when they can be used only for specific purposes pursuant to constraints imposed by formal action of the City Council through the adoption of a resolution. Only the City Council may modify or rescind the commitment.

- *Assigned* – fund balances are reported as assigned when amounts are constrained by the City's intent to be used for specific purposes, but are neither restricted nor committed. The City Council itself can assign fund balance or the Council can delegate the authority to assign fund balance to management. There is no formal policy in regards to assigned fund balance.

- *Unassigned* – fund balances are reported as unassigned as the residual amount when the balances do not meet any of the above criteria. The City reports positive unassigned fund balance only in General Fund. Negative unassigned fund balance may be reported in all funds.

When restricted and unrestricted amounts of fund balance are available for use for expenditures incurred, it is the City's policy to use restricted amounts first and then unrestricted amounts as they are needed. For unrestricted fund balance, it is the City's policy to use fund balance in the following order: committed, assigned and unassigned.

Net Position – represents the different between assets and liabilities. Net position invested in capital assets, net of related debt consists of capital assets, net of

accumulated depreciation, reduced by the outstanding balances of any unspent borrowings for the acquisition, construction of capital assets. Net position may be reported as restricted or unrestricted.

### L. Inventory

Inventory (where applicable) is valued at lower of cost (first-in, first-out) or market.

### M. Tax Abatements

The City has adopted Governmental Accounting Standards Board (GASB) Statement No. 77, Tax Abatement Disclosures. This statement requires governments that enter into tax abatement agreements to disclose the following information; (1) brief descriptive information, such as the tax being abated, the authority under which tax abatements are provided, eligibility criteria, the mechanism by which taxes are abated, provisions for recapturing abated taxes, and the types of commitments made by tax abatement recipients; (2) the gross dollar amount of taxes abated during the period; and (3) commitments made by a government, other than to abate taxes, as part of a tax abatement agreement. For the audit period, the adoption of this statement does not have a significant impact on the City's financial statements.

## Note 2. Stewardship, Compliance and Accountability

### Budgets

Georgia Law requires an annual balanced budget for the general fund, special revenue fund and a project length budget for each capital project fund. Budgets are adopted on a basis consistent with generally accepted accounting principles. All departments of the City submit requests for appropriation to the City Clerk so that a budget may be prepared. The budget is prepared by fund, function (department), and activity, and includes information on the past year, current year estimates and requested appropriations for the next fiscal year.

No later than 45 days prior to the beginning of the fiscal year, the proposed budget is presented to the Mayor and Council for review. The Council holds public hearings and may add to, subtract from, or change appropriations, but may not change the form of the budget. Department heads may make transfers of appropriations within a department. The legal level of budgetary control is at the department level. Transfers of appropriations between departments must be approved by an affirmative vote of a majority of the Council, except for emergencies as defined by the charter and unanimously voted by Council.

## Note 3. Deposits and Investments

Cash includes amounts in demand and time deposits that must be by law insured or collateralized, and investments, if any, are limited by law and bond ordinances, to federal and state securities.

At year end the government's carrying amount of deposits in financial institutions was $3,252,584 and the bank balance was $3,265,790. The bank balance was covered by $250,000 federal depository insurance and the remaining $3,015,790 was collateralized with securities held by the pledging financial institution's trust department or agent in the government's name. This represents a category 2 level of risk.

Cash as of September 30, 2021 is as follows:

Statement of Net Position

| | |
|---|---|
| Cash | $ 1,074,758 |
| Restricted Cash | 1,600,173 |
| Cash on Hand | 200 |
| Total | $ 2,675,131 |

The City has no investments other than cash.

## Note 4. Receivables

Receivables consist of unpaid property taxes and amounts due from customers for charges related to providing water/sewer services. Receivables as of year-end for the government's individual major funds, including the applicable allowances for uncollectible accounts, are as follows:

| Receivables | General Fund | SPLOST Fund | T-SPLOST Fund | Sewer Utility |
|---|---|---|---|---|
| Accounts | $ 28,981 | $ - | $ - | $ 214,812 |
| Taxes | 443,308 | - | - | - |
| Fines | 7,529 | - | - | - |
| Intergovernmental | 56,243 | 111,803 | 35,186 | - |
| Total | 536,061 | 111,803 | 35,186 | 214,812 |
| Less Allowance for Uncollectibles | (801) | - | - | - |
| Total Receivables | $ 535,260 | $ 111,803 | $ 35,186 | $ 214,812 |

Property Tax

Property tax is levied upon receipt of the digest from Walker County and based upon the assessed value on January 1. Taxes were billed September __, 2020, and due by December __, 2020. The billings are considered past due 60 days after the tax billing date, at which time the applicable property is subject to lien and penalties and interest begins to accrue. Assessed values are established by the Walker County Board of Tax Assessors and are currently calculated at 40% of market value. The assessed value of property at January 1, 2020 was $__________.

Based on the 2020 millage levy of 10.96, a property owner would pay $10.96 per $1,000 of assessed valuation. Current tax collections of $716,328 were 97.97% of the tax levy.

All property taxes are recognized in compliance with NCGAI-3 (Revenue Recognition-Property Taxes) which states that such revenue is recorded when it becomes measurable and available. Available means due, or past due, and receivable within the current period and collected no longer than 60 days after the close of the current period.

## Note 5. Interfund Receivables, Payables, and Transfers

**Due To/From Other Funds:**

The City had no interfund receivables or payables as of September 30, 2021

**Transfers and Payments:**

Routine transfers and payments between funds are to subsidize operations, fund capital projects, pay for capital asset acquisition and to re-allocate special revenues. The City's interfund operating transfers at the fund level for the fiscal year ended September 30, 2021 were as follows:

| Source Fund | Transfer Fund | Amount |
|---|---|---|
| Sewer Utility | General Fund | $ 18,351 |

## Note 6. Capital Assets

The following is a summary of the primary government capital asset activity during the fiscal year:

| Governmental Activities | Beginning Balance | Additions | Deletions/ Transfers | Ending Balance |
|---|---|---|---|---|
| *Nondepreciable Capital Assets* | | | | |
| Land | $ 208,581 | $ - | $ - | $ 208,581 |
| Total Nondepreciable Capital Assets | 208,581 | - | - | 208,581 |
| *Depreciable Capital Assets* | | | | |
| Buildings and Improvements | 2,666,689 | 22,779 | - | 2,689,468 |
| Machinery and Equipment | 3,503,307 | 67,727 | - | 3,571,034 |
| Infrastructure | 2,077,871 | - | - | 2,077,871 |
| Total Depreciable Capital Assets | 8,247,867 | 90,506 | - | 8,338,373 |
| Less Accumulated Depreciation For: | | | | |
| Buildings and Improvements | (1,780,833) | (46,061) | - | (1,826,894) |
| Machinery and Equipment | (2,732,907) | (131,198) | - | (2,864,105) |
| Infrastructure | (622,116) | (51,982) | - | (674,098) |
| Total Accumulated Depreciation | (5,135,856) | (229,241) | - | (5,365,097) |
| Total Depreciable Capital Assets, Net | 3,112,011 | (138,735) | - | 2,973,276 |
| Total Capital Assets, Net | $ 3,320,592 | $ (138,735) | $ - | $ 3,181,857 |

All fiscal 2020 capital additions were paid from SPLOST funds.

**CITY OF ROSSVILLE, GEORGIA**
Notes to the Financial Statements
September 30, 2021

| *Business-type Activities* | Beginning Balance | Additions | Deletions/ Transfers | Ending Balance |
|---|---|---|---|---|
| *Depreciable Capital Assets* | | | | |
| Lines and Extensions | 314,518 | - | - | 314,518 |
| Equipment | 251,762 | - | - | 251,762 |
| Total Depreciable Capital Assets | 566,280 | - | - | 566,280 |
| Less Accumulated Depreciation For: | | | | |
| Lines and Extensions | (96,994) | (8,675) | - | (105,669) |
| Equipment | (138,084) | (20,729) | - | (158,813) |
| Total Accumulated Depreciation | (235,078) | (29,404) | - | (264,482) |
| Total Depreciable Capital Assets, Net | 366,355 | (29,404) | - | 301,798 |
| Total Capital Assets, Net | $ 366,355 | $ (29,404) | $ - | $ 301,798 |

Depreciation expense was charged to functions/programs of the primary government as follows:

| | |
|---|---|
| Governmental Activities: | |
| General Government | $ 26,958 |
| Police | 54,141 |
| Fire | 43,420 |
| Public Works | 99,202 |
| Culture and Recreation | 5,520 |
| Total Depreciation Expense - Governmental Activities | $229,241 |
| Business-type Activities: | |
| Sewer Utility | $ 29,404 |

The following estimated useful lives are used to compute depreciation (straight-line method):

| | |
|---|---|
| Equipment | 3-10 Years |
| Buildings | 20-50 Years |
| Infrastructure | 30 Years |
| System | 20-75 Years |

## Note 7. Long-term Debt

Long-term debt activity for the fiscal year ended September 30, 2021 is as follows:

| Governmental Activities: | Beginning Balance | Additions | Deductions | Ending Balance | Due Within One Year |
|---|---|---|---|---|---|
| Compensated Absences | $ 29,082 | $ 33,822 | $ (30,720) | $ 32,184 | $ 30,720 |
| Total Long-term Liabilities | $ 29,082 | $ 33,822 | $ (30,720) | $ 32,184 | $ 30,720 |

All City employees are located in the General Fund and therefore all compensated absences are liquidated within the General Fund.

## Note 8. Pension Plan

Plan Description. The City has a non-contributory defined benefit plan covering all full time employees. The plan, the City of Rossville Retirement Plan, is administered by the Georgia Municipal Employees Benefit System (GMEBS), a statewide, agent multiple-employer type plan. GMEBS policy direction and oversight for the fund is provided by a 15 member board comprised of elected and appointed officials from the fund's membership. GMEBS handles all administrative and investment functions relative to the plan. The authority to establish, amend or discontinue the plan remains with the City. The plan provides pension benefits and death and disability benefits for all employees that have been employed full time for one year. Members may retire at 65 years of age with 5 years of service. Early retirement is possible at age 55 with 10 years of service.

The Georgia Municipal Employees Benefit System issues a publicly available annual financial report that includes financial statements and required supplementary information. This report may be obtained by contacting the Georgia Municipal Employees Benefit System, C/O Georgia Municipal Association – Risk Management and Employee Benefit Services, 201 Pryor Street, SW, Atlanta, Georgia 30303.

As of January 1, 2020, employee membership data related to the fiscal 2020 plan membership was as follows:

| | |
|---|---|
| Retirees and beneficiaries currently receiving benefits | 22 |
| Terminated employees entitled to benefits but not yet receiving them | 9 |
| Vested active participants | 10 |
| Nonvested participants | 13 |
| Total | 54 |

Funding Policy and Annual Contributions. The funding policy for the plan is to contribute an amount equal to the recommended contribution in each year. These contributions are determined under the projected unit credit actuarial cost method and the asset valuation method for developing the actuarial value of assets. The period, and related method, for amortizing the initial unfunded actuarial accrued liability is 30 years from 1982 and current changes in the unfunded actuarial accrued liability over 15 years for actuarial gains and losses, 20 years for plan provisions and 30 years for actuarial assumptions and cost methods as a level dollar amount. These amortization periods, if applicable, are closed for this plan year.

The Plan is subject to the minimum funding standards of the Public Retirement Systems Standards Law (Georgia Code Section §47-20-10). According to the actuarial valuation for fiscal 2021 dated January 1, 2020, the estimated minimum annual contribution under these funding standards for the fiscal year ended September 30, 2021 was $87,321.

According to the annual plan valuation dated January 1, 2020, the recommended contribution to the plan for fiscal 2021 was $121,630 ($0 employee and $121,630 employer; 0% employee and 12.36% employer of expected covered payroll respectively), and for fiscal 2020 was $117,308 ($0 employee and $117,308 employer, 0% employee and 13.67% employer of expected covered payroll). Expected covered payroll for 2021 and 2020 was $967,928 and $840,824, respectively.

**Net Pension Liability**

The City's Net Pension Liability (NPL) was measured as of September 30, 2020, along with the Total Pension Liability (TPL) and Fiduciary Net Position (FNP) used to calculate the NPL. These actuarial assumptions are based on the results of an actuarial measurement date of September 30, 2020.

Actuarial Assumptions: The total pension liability in the January 31, 2021 actuarial valuation was determined using the following actuarial assumptions, applied to all periods included in the measurement:

| | |
|---|---|
| Inflation | 2.25% |
| Salary Increases | 2.25%, plus service based merit increases |
| Investment Rate of Return | 7.375%, |
| Cost of Living Adjustment | 0.00% |

The mortality tables (other than the one used for the plan termination basis) are adjusted from 2012 to future years using sex-distinct generational projection under scale SSA2019-2D to reflect expected mortality improvement.

Actuarial Methods:

| | |
|---|---|
| Actuarial Cost Method | Projected Unit Credit Cost Method |
| Amortization Method | Closed level dollar for remaining unfunded liability |

| | |
|---|---|
| Remaining Amortization Period | Varies with the bases, with a net effective amortization period of 11 years. |
| Asset Valuation Method | Sum of the actuarial value at the beginning of the year and the cash flow during year plus the assumed investment return, adjusted by 10% of the amount that the value exceeds or is less than the market value at the end of the year. The actuarial value is adjusted, if necessary, to be within 20% of market value. |

Discount Rate: The discount rate used to measure the total pension liability was 7.375 percent. The projection of cash flows used to determine the discount rate assumed that employee contributions will be made at the current contribution rate and that City contributions will be made at rates equal to the difference between actuarially determined contribution rates and the employee rate. Based on those assumptions, the pension plan's fiduciary net position was projected to be available to make all projected future benefit payments of current active and inactive employees. Therefore, the long term expected rate of return on pension plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

The long-term expected rate of return on pension plan investments was determined using a building-block method in which best-estimate ranges of expected future real rates of return (expected returns, net of pension plan investment expense and inflation) are developed for each major asset class. These ranges are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation. Best estimates of arithmetic real rates of return for each major asset class included in the pension plan's target asset allocation as of March 31, 2020 are summarized in the following table:

| Asset Class | Target Allocation | Long-term Expected Real Rate of Return |
|---|---|---|
| Domestic Equity | 45.00% | 6.41% |
| International Equity | 20.00% | 7.05% |
| Real Estate | 10.00% | 4.50% |
| Global Fixed Income | 5.00% | 1.25% |
| Domestic Fixed Income | 20.00% | 1.15% |
| Cash | 0.00% | |
| Total | 100.00% | |

**Changes in Net Pension Liability**

| | (a) (TPL) Total Pension Liability | (b) (FPL) Fiduciary Net Position | (a)-(b) (NPL) Net Pension Liability |
|---|---|---|---|
| Balances at September 30, 2019 | $2,195,560 | $1,558,883 | $ 636,677 |
| Changes for the Year | | | |
| Service Cost | 39,342 | - | 39,342 |
| Interest | 160,455 | - | 160,455 |
| Differences Between Expected and Actual Experience | 9,663 | - | 9,663 |
| Contributions - Employer | - | 107,532 | (107,532) |
| Net Investment Income | - | 150,578 | (150,578) |
| Benefit Payments, Including Refunds of Employee Contributions | (118,473) | (118,473) | - |
| Administrative Expense | - | (7,553) | 7,553 |
| Other | - | - | - |
| Net Changes | 90,987 | 132,084 | (41,097) |
| Balances at September 30, 2020 | $2,286,547 | $1,690,967 | $ 595,580 |

Sensitivity of the Net Pension Liability to Changes in the Discount Rate: The following presents the net pension liability of the City, calculated using the discount rate of 7.375 percent, as well as what the City's net pension liability would be if it were calculated using a discount rate that is 1 percentage point lower (6.375 percent) or 1 percentage point higher (8.375 percent) than the current rate:

**Sensitivity of the NPL to Changes in Discount Rate**

| | 1% Decrease (6.375%) | Current Discount Rate (7.375%) | 1% Increase (8.375%) |
|---|---|---|---|
| Total Net Pension Liability | $ 863,752 | $ 595,580 | $ 369,599 |

For the year ended September 30, 2021, the City recognized pension expense of $82,464. At September 30, 2021, the City reported deferred inflows and outflows of resources related to the pension plan from the following sources:

| | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|
| Differences Between Expected and Actual Experience | $ 24,061 | $ 18,602 |
| Pension Contributions for Future Periods | 121,630 | - |
| Changes of Assumptions | - | 1,080 |
| Net Difference Between Projected and Actual Earnings on pension plan investments. | - | 20,116 |
| Total as of September 30, 2021 | $ 145,691 | $ 39,798 |

The City contributions subsequent to the measurement date of $121,630 are reported as deferred outflows of resources and will be recognized as a reduction of the net pension liability in the year ended September 30, 2022. Other amounts reported as deferred outflows of resources and deferred inflows of resources related to pensions will be recognized in pension expense as follows:

| Year Ended September 30 | Amount |
|---|---|
| 2022 | $(17,880) |
| 2023 | 2,814 |
| 2024 | 6,587 |
| 2025 | (7,258) |
| 2026 and After | - |

The required Schedule of Changes in the City's Net Pension Liability and Related Ratios and the Schedule of City Contributions immediately follow the notes to the financial statements.

The City's policemen are also covered by the State of Georgia Peace Officers' Annuity and Benefit Fund. The City makes no contribution to this plan. Contributions are collected by the City as the agent for this fund through its municipal court system. For the net pension liability measurement date of June 30, 2019, the State recognized $3,676 in pension expense on behalf of City employees. As of the measurement date, the State of Georgia's proportionate share of the net pension asset of the Peace Officers' Annuity and Benefit Fund that is associated with the City of Rossville was $4,230. This plan is administered through the Peace Officers' Annuity and Benefit Fund of Georgia located at 1210 Greenbelt Parkway in Griffin, Georgia where separate financial statements may be obtained.

The City's firefighters are covered by the Georgia Firefighter's Pension Fund. The City makes no contribution to this plan. Contributions are made to the plan on behalf of the City by the State of Georgia. For the net pension liability measurement date of June 30, 2019, the State contributed $2,976 to the fund on behalf of City employees. As of the measurement date, the State of Georgia's proportionate share of the net pension liability of the Georgia Firefighter's Pension Fund that is associated with the City of Rossville was $16,095. This plan is administered through the Georgia Firefighter's Pension Fund. Financial information concerning the City of Rossville's allocable amounts relative to the plan can be located at www.gfpf.org.

## Note 9. Net Position Restrictions

Restrictions are used to indicate that a portion of the net position is not appropriable for expenditure or is legally segregated for a specific future use. The City uses the following restrictions:

Governmental Activities:

Restricted for Capital Projects – Created to segregate monies received from federal, state, or local sources that restrict use for specific capital projects only. These are accounted for in the Capital Projects Fund.

Restricted for Road Maintenance and Improvements – Created to segregate monies received from transportation special purpose local option sales tax (T-SPLOST) collections to be used for maintenance and improvement of the City's transportation infrastructure such as roads, streets, bridges, utility relocation, and property purchases. These are accounted for in the T-SPLOST Fund.

Restricted for Law Enforcement Activities - Created to segregate money received from sale or seizure of property acquired through confiscations. These are accounted for in the Seizure Fund.

Restricted for Federal Programs – Used to separate funds received and unspent for the American Rescue Plan

Business-type Activities:

As of September 30, 2020, there were no limits on the Sewer Utility Fund's net position that required any restrictions.

## Note 10. Other Information

Vacation and Sick Leave

City employees are granted vacation and sick leave in varying amounts. At year end employees are paid for ½ of unused sick leave. Unused vacation leave, 48 hours maximum, can be carried forward by employees. Any amounts exceeding the 48 hour threshold are lost.

## Note 11. Risk Management

The City is exposed to various risks of loss related to torts, theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. The City has joined together with other municipalities in the state as part of the Georgia Interlocal Risk Management Agency Property and Liability Insurance Fund and the Georgia Municipal Association Group Self-Insurance Workers Compensation Fund, a public entity risk pool currently operating as a common risk management and insurance program for member local governments.

As part of these risk pools, the City is obligated to pay all contributions and assessments as prescribed by the pools, to cooperate with the pool's agents and attorneys, to follow loss reduction procedures established by the funds, and to report as promptly as possible, and in accordance with any coverage descriptions issued, all incidents which could result in the funds being required to pay any claim of loss. The City is also to allow the pool's agents and attorneys to represent the City in investigation, settlement discussions and all levels of litigation arising out of any claim made against the City within the scope of loss protection furnished by the funds.

The funds are to defend and protect the members of the funds against liability or loss as prescribed in the member government contract and in accordance with the worker's compensation law of Georgia. The funds are to pay all cost taxed against members in any legal proceeding defended by the members, all interest accruing after entry of judgment, and all expenses incurred for investigation, negotiation or defense.

During the past three years, the costs of any settlements have not exceeded insurance coverage.

## Note 12. Joint Venture

The City of Rossville is a member of the Northwest Georgia Regional Commission (NWGRC). The NWGRC was created under the laws of the State of Georgia and cities and counties in the area served by the NWGRC are required to be members. The membership of the NWGRC includes 10 counties and 35 municipalities. The City has no equity interest in the NWGRC nor does the City materially contribute to the continued existence of the NWGRC. The Official Code of Georgia Annotated Section §50-8-39.1 states that in the event the NWGRC ceases operation, the membership can be assessed for any debt or obligation of the NWGRC. Separate financial statements may be obtained from: Northwest Georgia Regional Commission, P.O. Box 1793, Rome, Georgia 30162.

## Note 13. Contingencies

Amounts received or receivable from grantor agencies are subject to audit and adjustment by grantor agencies, principally the federal government. Any disallowed claims, including amounts already collected, may constitute a liability of the applicable funds. The amount, if any, of expenditures which may be disallowed by the grantor cannot be determined at this time although the government expects such amounts, if any, to be immaterial.

## Note 14. Restricted Assets

As of September 30, 2021, the City's restricted asset account balances were comprised of the following:

Governmental Activities:

| | |
|---|---|
| Cash - Capital Projects | $ 614,961 |
| Cash and Receivable - Road Maintenance and Improvements | 185,393 |
| Cash - American Rescue Plan | 748,400 |
| Cash - Law Enforcement | 51,419 |
| Total Restricted Asset Balances | $1,600,173 |

## Note 15. Special Assessments

In June of 2013, Walker County voters approved a referendum to impose a special one percent sales and use tax in Walker County for a period of time not to exceed 24 calendar quarters. Actual collection of the tax began November 1, 2014. The City of Rossville's distributive share of the revenue was projected to be $1,282,825 and used for water, sewer, and storm water improvements; acquisition, construction, and renovation of recreation facilities; technology and books for the library; road, street, and bridge improvements; and the acquisition of equipment for various governmental departments.

In November of 2017, Walker County voters approved a referendum to impose a transportation special one percent sales and use tax in Walker County for a period of time not to exceed 20 calendar quarters. Actual collection of the tax began April 1, 2018. The City of Rossville's distributive share of the revenue was projected to be $1,575,000 and used for transportation infrastructure maintenance and improvements.

## Note 16. Other Post Retirement Benefits

The City does not offer any post retirement benefits other than the pension plan described in Note 8.

## Note 17. Deferred Outflows/Inflows of Resources

In addition to assets, the Entity-wide Statement of Net Position reports a separate section for deferred outflows of resources. This separate financial statement element represents contributions to the pension plan and certain changes in pension plan components that are to be recognized as pension expense in future periods.

In addition to liabilities, the Entity-wide Statement of Net Position reports a separate section for deferred inflows of resources. This separate financial statement element represents certain changes in the calculation of the pension plan's value that are not recognized as City income for the fiscal year ended September 30, 2021.

# REQUIRED SUPPLEMENTARY INFORMATION

# CITY OF ROSSVILLE, GEORGIA

## Required Supplementary Information
## Schedule of Changes in the Net Pension Liability and Related Ratios
## For the Previous Ten Fiscal Periods

| | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2018 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Pension Liability** | | | | | | | | | | |
| Service Cost | $ 39,342 | $ 36,406 | $ 32,358 | $ 36,153 | $ 34,085 | $40,055 | $ 34,525 | * | * | * |
| Interest | 180,456 | 161,757 | 152,141 | 145,830 | 139,197 | 130,537 | 125,335 | * | * | * |
| Benefit Changes | - | - | - | - | - | - | - | * | * | * |
| Differences Between Expected and Actual Experience | 9,663 | (55,807) | 70,477 | 37,358 | 36,063 | 63,206 | 42,778 | * | * | * |
| Changes of Assumptions | - | - | - | - | - | - | (17,473) | * | * | * |
| Benefit Payments, Including Refunds | (118,473) | (127,817) | (133,813) | (124,300) | (123,221) | ######### | (115,205) | * | * | * |
| Other Costs | - | (3,240) | - | 24,231 | - | - | - | | | |
| **Net Change in Total Pension Liability** | 90,987 | 11,299 | 121,163 | 119,272 | 86,124 | 112,914 | 69,960 | * | * | * |
| **Total Pension Liability - Beginning** | 2,184,261 | 2,184,261 | 2,063,098 | 1,943,826 | 1,857,702 | 1,744,788 | 1,674,828 | * | * | * |
| **Total Pension Liability - Ending** | $ 2,275,248 | $ 2,195,560 | $ 2,184,261 | $ 2,063,098 | $ 1,943,826 | $1,857,702 | $1,744,788 | * | * | * |
| | | | | | | | | | | |
| **Plan Net Position** | | | | | | | | | | |
| Contributions - Employer | $ 107,532 | $ 107,763 | $100,078 | $ 93,726 | $ 87,517 | $80,021 | $ 71,994 | * | * | * |
| Contributions - Member | - | - | - | - | - | - | - | * | * | * |
| Net Investment Income | 150,578 | 45,321 | 141,503 | 191,533 | 131,814 | 15,565 | 129,563 | * | * | * |
| Benefit Payments, Including Refunds | (118,473) | (127,817) | (133,813) | (124,300) | (123,221) | ######### | (115,205) | * | * | * |
| Administrative Expense | (7,553) | (7,418) | (8,018) | (8,716) | (4,284) | (5,057) | (4,010) | * | * | * |
| Other | - | - | - | - | - | - | - | * | * | * |
| **Net Change in Plan Net Position** | 132,084 | 17,849 | 99,750 | 152,243 | 91,826 | (30,357) | 82,342 | * | * | * |
| **Plan Net Position - Beginning** | 1,541,034 | 1,541,034 | 1,441,284 | 1,289,041 | 1,197,215 | 1,227,572 | 1,145,230 | * | * | * |
| **Plan Net Position - Ending** | $ 1,673,118 | $ 1,558,883 | $ 1,541,034 | $ 1,441,284 | $ 1,289,041 | $1,197,215 | $1,227,572 | * | * | * |
| | | | | | | | | | | |
| **Net Pension Liability - Ending** | $ 602,130 | $ 636,677 | $ 643,227 | $ 621,814 | $ 654,785 | $ 660,487 | $ 517,216 | * | * | * |
| | | | | | | | | | | |
| Total Pension Liability | $ 2,275,248 | $ 2,195,560 | $ 2,184,261 | $ 2,063,098 | $ 1,943,826 | $1,857,702 | $1,744,788 | * | * | * |
| Plan Net Position | 1,673,118 | 1,558,883 | 1,541,034 | 1,441,284 | 1,289,041 | 1,197,215 | 1,227,572 | * | * | * |
| Net Pension Liability | 602,130 | 636,677 | 643,227 | 621,814 | 654,785 | 660,487 | 517,216 | * | * | * |
| Ratio of Plan Net Position to Total Pension Liability | 73.54% | 71.00% | 70.55% | 69.86% | 66.31% | 64.45% | 70.36% | * | * | * |
| Covered Employee Payroll | $ 972,782 | $ 967,928 | $ 840,824 | $ 758,303 | $ 812,367 | $ 774,630 | $ 800,603 | * | * | * |
| Net Pension Liability as a Percentage of Covered Employee Payroll | 61.90% | 65.78% | 76.50% | 82.00% | 80.60% | 85.26% | 64.60% | * | * | * |

This schedule is to be built prospectively. Historical information prior to 2015 is not required.

# CITY OF ROSSVILLE, GEORGIA

Required Supplementary Information
Schedule of Contributions - Pension Plan
For the Previous Ten Fiscal Periods

| | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Actuarially Determined Contribution | $ 121,630 | $117,308 | $107,763 | $100,078 | $ 93,726 | $ 87,515 | $ 80,021 | * | * | * |
| Contributions in Relation to the Actuarially Determined Contribution | 121,630 | 117,308 | 107,763 | 100,078 | 93,726 | 87,515 | 80,021 | * | * | * |
| Contribution Deficiency (Excess) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | * | * | * |
| Covered Employee Payroll | $ 967,928 | $840,824 | $758,303 | $812,367 | $774,630 | $800,603 | $785,185 | * | * | * |
| Contributions As a Percentage of Covered Employee Payroll | 12.57% | 13.95% | 14.21% | 12.32% | 12.10% | 10.93% | 10.19% | * | * | * |

* Historical information prior to implementation of GASB 67/68 not required.

**Notes to Schedule:**

Valuation Date: January 1, 2019

***Methods and Assumptions Used to Determine Contribution Rates***

| | |
|---|---|
| Actuarial Cost Method | Projected Unit Credit |
| Amortization Method | Closed level dollar for remaining unfunded liability |
| Remaining Amortization Period | Remaining amortization period varies for the bases, with a net effective amortization period of 12 years. |
| Asset Valuation Method | Sum of actuarial value at beginning of year and the cash flow during the year plus the assumed investment return, adjusted by 10% of the amount that the value exceeds or is less than the market value at the end of the year. The actuarial value is adjusted if necessary to be within 20% of market value. |
| Salary Increases | 2.75% plus age and service based merit increases |
| Net Investment Rate of Return | 7.50% net pension plan investment expense, including inflation |
| Retirement Age | Normal - 65; Early - 55 |
| Mortality | The RP-2000 mortality tables were determined to contain sufficient provision appropriate to reasonably reflect future mortality improvement based on a four-year appropriate to reasonably reflect future mortality improvement, based on a four year review of mortality experience for the period January 1, 2010 to June 30, 2014. |
| Other Information | This schedule is presented to illustrate the requirement to show information for 10 years. However, a full 10 year trend is not available. The actuarially determined contribution rate was determined as of January 1, 2017, with an interest adjustment to the fiscal year. |

# BUDGETARY COMPARISONS

# CITY OF ROSSVILLE, GEORGIA

## Schedule of Revenues, Expenditures, and Changes in Fund Balance
## Budget and Actual - Capital Projects Fund
## From Inception and For the Year Ended September 30, 2021

| | Acutal | | | |
|---|---|---|---|---|
| | Prior Years | Current Year | Total to Date | Project Authorization |
| **Revenues** | | | | |
| Intergovernmental | $ 2,912,226 | $ 588,607 | $ 3,500,833 | $ 3,676,825 |
| Investment Earnings | 10,350 | 32 | 10,382 | - |
| Total Revenues | 2,922,576 | 588,639 | 3,511,215 | 3,676,825 |
| **Expenditures** | | | | |
| Current: | | | | |
| General Government | 25,144 | 1,347 | 26,491 | 23,559 |
| Police | 38,692 | 1,302 | 39,994 | 36,997 |
| Fire | 28,658 | - | 28,658 | 14,561 |
| Streets | 132,185 | 7,920 | 140,105 | 332,644 |
| Culture and Recreation | 124,238 | 4,405 | 128,643 | 121,125 |
| Sewer and Drainage Improvements | 174,416 | 5,235 | 179,651 | 154,105 |
| Capital Outlays: | | | | |
| General Government | 33,613 | - | 33,613 | 107,246 |
| Police | 465,283 | 56,817 | 522,100 | 605,001 |
| Fire | 688,008 | 2,083 | 690,091 | 318,120 |
| Streets | 589,092 | 28,237 | 617,329 | 1,365,589 |
| Culture and Recreation | 100,080 | - | 100,080 | 115,179 |
| Sewer and Drainage Improvements | 331,297 | - | 331,297 | 482,699 |
| Debt Service: | | | | |
| Principal | 33,100 | - | 33,100 | - |
| Interest | 199 | - | 199 | - |
| Total Expenditures | 2,764,005 | 107,346 | 2,871,351 | 3,676,825 |
| Excess of Revenues Over Expenditures | 158,571 | 481,293 | 639,864 | - |
| **Other Financing Sources** | | | | |
| Transfers In | 77,100 | - | 77,100 | - |
| Proceeds From Disposal of Capital Assets | 9,800 | - | 9,800 | - |
| Total Other Financing Sources | 86,900 | - | 86,900 | - |
| Net Change in Fund Balance | $ 245,471 | 481,293 | $ 726,764 | $ - |
| Fund Balance - Beginning of Year | | 245,471 | | |
| Fund Balance - End of Year | | $ 726,764 | | |

# CITY OF ROSSVILLE, GEORGIA

Schedule of Revenues, Expenditures, and Changes in Fund Balance
Budget and Actual - T-SPLOST Fund
From Inception and For the Year Ended September 30, 2021

| | Acutal | | | |
|---|---|---|---|---|
| | Prior Years | Current Year | Total to Date | Project Authorization |
| **Revenues** | | | | |
| Intergovernmental | $ 822,398 | $ 412,345 | $ 1,234,743 | $ 1,575,000 |
| Investment Earnings | 471 | 31 | 502 | - |
| Total Revenues | 822,869 | 412,376 | 1,235,245 | 1,575,000 |
| **Expenditures** | | | | |
| Current: | | | | |
| Streets | 286,226 | 680,951 | 967,177 | 1,527,511 |
| Capital Outlays: | | | | |
| Streets | 47,489 | - | 47,489 | 47,489 |
| Total Expenditures | 333,715 | 737,768 | 1,071,483 | 1,575,000 |
| Excess of Revenues Over Expenditures | 489,154 | (325,392) | 163,762 | - |
| Net Change in Fund Balance | $ 489,154 | (325,392) | $ 163,762 | $ - |
| Fund Balance - Beginning of Year | | 489,154 | | |
| Fund Balance - End of Year | | $ 163,762 | | |

**CITY OF ROSSVILLE, GEORGIA**
Schedule of Revenues, Expenditures, and Changes in Fund Balance
Budget and Actual - Special Revenue Seizure Fund
For the Year Ended September 30, 2021

| | Budgeted Amounts | | | |
|---|---|---|---|---|
| | Original | Final | Actual | Variance With Final Budget |
| **Revenues** | | | | |
| Fines and Forfeitures | $ - | $ - | $ 5,417 | $ 5,417 |
| Investment Earnings | - | - | 5 | 5 |
| Total Revenues | - | - | 5,422 | 5,422 |
| **Expenditures** | | | | |
| Current - Police | - | - | 3,459 | (3,459) |
| Total Expenditures | - | - | 3,459 | (3,459) |
| Excess of Revenues Over Expenditures | - | - | 1,963 | 1,963 |
| Net Change in Fund Balance | - | - | 1,963 | 1,963 |
| Fund Balance - Beginning of Year | 49,456 | 49,456 | 49,456 | - |
| Fund Balance - End of Year | $ 49,456 | $ 49,456 | $ 51,419 | $ 1,963 |

# CITY OF ROSSVILLE, GEORGIA

## Schedule of Revenues, Expenditures, and Changes in Fund Balance
## Budget and Actual - Special Revenue American Rescue Plan Fund
## For the Year Ended September 30, 2021

| | Budgeted Amounts | | | |
|---|---|---|---|---|
| | Original | Final | Actual | Variance With Final Budget |
| **Revenues** | | | | |
| Intergovernmetal | $ - | $ - | $ 748,553 | $ 748,553 |
| Investment Earnings | - | - | 16 | 16 |
| Total Revenues | - | - | 748,569 | 748,569 |
| **Expenditures** | | | | |
| Current - General Government | - | - | 169 | (169) |
| Total Expenditures | - | - | 169 | (169) |
| Excess of Revenues Over Expenditures | - | - | 748,400 | 748,400 |
| Net Change in Fund Balance | - | - | 748,400 | 748,400 |
| Fund Balance - Beginning of Year | - | - | - | - |
| Fund Balance - End of Year | $ - | $ - | $ 748,400 | $ 748,400 |

## COMPLIANCE SECTION

P.O. BOX 473
CARTERSVILLE, GA 30120
(770) 382-3361
FAX (770) 386-8382
WWW.WCPAS.COM

WILLIAMSON & CO., CPA's
CERTIFIED PUBLIC ACCOUNTANTS AND ADVISORS

LLOYD WILLIAMSON
CHRISTIAN HATCH

**INDEPENDENT AUDITOR'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING AND ON COMPLIANCE AND OTHER MATTERS BASED ON AN AUDIT OF FINANCIAL STATEMENTS PERFORMED IN ACCORDANCE WITH *GOVERNMENT AUDITING STANDARDS***

To the Mayor and City Council
Rossville, Georgia

We have audited, in accordance with the auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in Government Auditing Standards issued by the Comptroller General of the United States, the financial statements of the governmental activities, the business-type activities, each major fund, and the remaining fund information of the City of Rossville, Georgia, as of and for the year ended September 30, 2021, and the related notes to the financial statements, which collectively comprise the City of Rossville, Georgia's basic financial statements and have issued our report thereon dated March 30, 2022.

**Internal Control Over Financial Reporting**

In planning and performing our audit of the financial statements, we considered the City of Rossville, Georgia's internal control over financial reporting (internal control) to determine the audit procedures that are appropriate for the circumstances for the purpose of expressing our opinions on the financial statements, but not for the purpose of expressing an opinion on the effectiveness of the City of Rossville, Georgia's internal control. Accordingly, we do not express an opinion on the effectiveness of the City of Rossville, Georgia's internal control.

A *deficiency in internal control* exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct misstatements on a timely basis. A *material weakness* is a deficiency, or a combination of deficiencies, in internal control such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected on a timely basis. A *significant deficiency* is a deficiency, or a combination of deficiencies, in internal control that is less severe than a material weakness, yet important enough to merit attention by those charged with governance.

Our consideration of internal control over financial reporting was for the limited purpose described in the first paragraph of this section and was not designed to identify all deficiencies in internal control over financial reporting that might be material weaknesses or significant deficiencies. Given these limitations, during our audit we did not identify any deficiencies in internal control that we consider to be material weaknesses. However, material weaknesses may exist that have not been identified.



MEMBER OF THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND GEORGIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

**Compliance and Other Matters**

As part of obtaining reasonable assurance about whether the City of Rossville, Georgia's financial statements are free of material misstatement, we performed tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements, noncompliance with which could have a direct and material effect on the determination of financial statement amounts. However, providing an opinion on compliance with those provisions was not an objective of our audit, and accordingly, we do not express such an opinion. The results of our tests disclosed no instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards.*

**Purpose of This Report**

The purpose of this report is solely to describe the scope of our testing of internal control and compliance and the results of that testing, and not to provide an opinion of the effectiveness of the entity's internal control or on compliance. This report is an integral part of an audit performed in accordance with Government Auditing Standards in considering the entity's internal control and compliance. Accordingly, this communication is not suitable for any other purpose.

Williamson and Company
Certified Public Accountants
March 30, 2022

# CITY OF ROSSVILLE, GEORGIA

## Schedule of Special Purpose Local Option Sales Tax Expenditures - 2014 SPLOST
Year Ended September 30, 2021

| | Estimated Costs | | Expenditures | | |
|---|---|---|---|---|---|
| Project Description | Original | Current | Prior Years | Current Year | Total |
| **2014 SPLOST** | | | | | |
| Acquisition, Construction, Renovation and Installation of Street Department Facilities | $ 64,184 | $ 64,184 | $ - | $ 7,999 | $ 7,999 |
| Acquisition, Construction, Renovation of Sewer System and Storm Water System | 239,304 | 239,304 | 390,840 | 5,235 | 396,075 |
| Acquisition, Construction, Renovation and Installation of Recreation Facilities and Equipment | 43,804 | 43,804 | 33,294 | - | 33,294 |
| Acquisition of Equipment and Vehicles for Fire and Police | 313,679 | 313,679 | 322,101 | 7,918 | 330,019 |
| Acquisition of Equipment and Vehicles for Street Department | 419,495 | 419,495 | 225,461 | 17,731 | 243,192 |
| Acquisition of Technology Equipment and Books for Library | 42,500 | 42,500 | 35,552 | 4,405 | 39,957 |
| Acquisition, Construction, Repair and Improvements to Roads, Streets, and Bridges** | 99,054 | 99,054 | 260,050 | - | 260,050 |
| Acquisition of Equipment for Administration Offices | 60,805 | 60,805 | 53,231 | 2,609 | 55,840 |
| Total | $ 1,282,825 | $ 1,282,825 | $ 1,320,529 | $ 45,897 | $ 1,366,426 |

This schedule of SPLOST expenditures is prepared on the modified accrual basis of accounting.

# CITY OF ROSSVILLE, GEORGIA

## Schedule of Special Purpose Local Option Sales Tax Expenditures - 2020 SPLOST
## Year Ended September 30, 2021

| | Estimated Costs | | Expenditures | | |
|---|---|---|---|---|---|
| Project Description | Original | Current | Prior Years | Current Year | Total |
| **2020 SPLOST** | | | | | |
| Acquisition, Construction, Renovation and Installation of Public Facilities | $ 500,000 | $ 500,000 | $ - | $ - | $ - |
| Acquisition, Construction, Renovation of Sewer System and Storm Water System | 850,000 | 850,000 | - | - | - |
| Acquisition, Construction, Renovation and Installation of Recreation and Historical Facilities | 409,600 | 409,600 | - | - | - |
| Acquisition of Equipment for Fire and Police | 550,000 | 550,000 | - | 37,504 | 37,504 |
| Acquisition of Street Department Equipment and Transportation Improvements | 1,370,000 | 1,370,000 | - | - | - |
| Acquisition of Technology Equipment and Books for Library | 60,000 | 60,000 | - | - | - |
| Acquisition, Construction, Renovation and Installation of Economic Development Projects | 810,000 | 810,000 | - | 86 | 86 |
| Total | $ 4,549,600 | $ 4,549,600 | $ - | $ 37,590 | $ 37,590 |

This schedule of SPLOST expenditures is prepared on the modified accrual basis of accounting.

## CITY OF ROSSVILLE, GEORGIA
Schedule of Transportation Special Purpose Local Option Sales Tax Expenditures
Year Ended September 30, 2021

| | Estimated Costs | | Expenditures | | |
|---|---|---|---|---|---|
| Project Description | Original | Current | Prior Years | Current Year | Total |
| **T-SPLOST** | | | | | |
| Acquisition, Construction, Renovation and Installation of Street Department Facilities | $ 1,575,000 | $ 1,575,000 | $ 333,715 | $ 680,951 | $ 1,014,666 |
| Total | $ 1,575,000 | $ 1,575,000 | $ 333,715 | $ 680,951 | $ 1,014,666 |

This schedule of T-SPLOST expenditures is prepared on the modified accrual basis of accounting.

**John Ross Commons Playground**

**Project Timeline**

| Milestones | Funding Source | Responsible Party | Start Date | Completion Date |
|---|---|---|---|---|
| 1. Preliminary Engineering & Design Development | OPB | CTI | April 2022 | July 2022 |
| 2. Grant Application Process | OPB | City of Rossville | September 2022 | November 2022 |
| 3. Grant Award | OPB | OPB | December 2022 | January 2023 |
| 4. Environmental Review | OPB | CTI | February 2023 | April 2023 |
| 5. Bidding Phase | OPB | CTI / City of Rossville | February 2023 | April 2023 |
| 6. Bid Evaluation and Award | OPB | CTI / City of Rossville | April 2023 | May 2023 |
| 7. Notice to Proceed | OPB | OPB | June 2023 | June 2023 |
| 8. Construction | OPB | CTI / City of Rossville / Contractor | June 2023 | May 2026 |
| 9. Project Closeout | OPB | CTI / City of Rossville / Contractor | May 2026 | October 2026 |

P.O. Box 159 · Rossville, GA 30741

The Home of Chief John Ross
City of Rossville

(706) 866-1325 · Fax (706) 861-0765

November 10, 2022

Governor's Office of Planning and Budget
2 Capital Square
Atlanta, Georgia 30334

Dear Sir or Madam,

The City of Rossville looks forward to investing in positive impacts on our resident's health by promoting outdoor physical activities through the John Ross Commons Playground Project. The old city playground at our recreational facility reached its life expectancy of nearly twenty years and has now been removed. The community made it clear to the city and county leaders that now they want a new playground for our residents. The John Ross Commons Playground Project would facilitate many positive health opportunities in Rossville's John Ross Common area. This would be achieved though the installation of a fence, ADA restroom, an ADA accessible playground, and sidewalks to allow increased access to nature, outdoor physical activity, and economic opportunity. As an avid walker, I know this would be a wonderful addition for our residents giving them a peaceful place to walk, spend time with children, grandchildren, pets, and more as they enjoy the beauty of the John Ross Commons area.

Promoting exercise and outdoor activities is essential to a healthy population. We look forward to hearing about the successful outcomes for our residents with this grant opportunity. As Mayor, I ask for your kind consideration in funding this city project.

Sincerely,

Teddy Harris

Mayor Teddy Harris

City of Rossville Georgia

P.O. Box 445
LaFayette, GA 30728
walkercountyga.gov

Office: 706.638.1437
commissioner@walkerga.us

**Shannon K. Whitfield**
*Chairman/CEO*
*Board of Commissioners*
**Walker County, GA**

Governor's Office of Planning and Budget
2 Capital Square
Atlanta, Georgia 30334

Dear Sir or Madame,

I am pleased to support the application submitted by the City of Rossville for an "Improving Neighborhood Outcomes in Disproportionally Impacted Communities" grant. I strongly support the city's effort to make improvements to the John Ross Commons area to improve the health and wellbeing of children in our community.

Despite being in disrepair, the Commons area remained a location that people visited. Working with various organizations, the city has proven its ability to breathe new life into this once aging asset. Recent improvements include new landscaping and fencing, installation of park benches and tables, plus the programming of community events, like music and monthly fishing opportunities. These efforts have been rewarded by increased public use and an environment that builds confidence in the safety of the community.

The location of this urban green space will soon be walkable from other parts of the city, with new sidewalk connections planned. The playground project proposed by the city at this location has the potential to be a major benefit to families that struggle with access to basic outdoor recreation. Parks with playground features help children move more, combating diseases like obesity and hypertension.

The continued revitalization of this public space will promote healthier outcomes for city residents, who are also county residents, and thus has my full support.

With warm regards,

Shannon Whitfield
Chairman/CEO
Walker County Board of Commissioners

**District 53**

**Capitol Office**
453 State Capitol
Atlanta, Georgia 30334
Tel: (404) 656-0057
Fax: (404) 651-6768

**District Office**
10052 North Highway 27
Rock Spring, GA 30739
E-mail: jeffmullis@comcast.net

**SENATOR JEFF MULLIS**

**COMMITTEES:**

Rules, Chairman
Appropriations – Subcommittee Chairman,
Economic Development
Regulated Industries and Utilities
Economic Development and Tourism
Ethics, Ex-Officio
Reapportionment and Redistricting, Ex-Officio

**SPECIAL APPOINTMENTS:**

Georgia Music Hall of Fame, Chairman
Georgia Film, Music and Digital Entertainment Commission
Sportsman's Caucus, Chairman Emeritus

15 November 2022

Governor's Office of Planning and Budget
2 Capitol Square
Atlanta, Georgia 30334

Dear Sir or Madam,

It is with great enthusiasm and pleasure that I support the John Ross Commons Playground Project in Rossville, Georgia in receiving the Improving Neighborhoods grant due to their continued investment in community development.

The John Ross Commons Playground Project commits to maintaining excellent public health standards via the addition of a fence, an ADA restroom, an ADA playground, and sidewalk to the John Ross Commons in order to provide an environment in which facilitates physical activity. The addition of the sidewalk will allow for greater access to nature and more oppertinities for physicl activity for Rossville citizens.

The city of Rossville, Georgia, demonstrated its dedication to community development in 2017 by undertaking a communal peacemaking project of transforming the local duck pond into the John Ross Commons. Such project provided the public with a beautiful new park and restored the natural habitat belonging to many species. The city would like to expand upon this project in providing more pedestrian facilities for citizens of all ages.

It would be an honor for the city of Rossville and my constituents to receive the Improving Neighborhoods grant as a means to continue community investment. I look forward to observing the success of the John Ross Commons Playground and the Rossville Department of Public Works.

I appreciate your commitment to the great state of Georgia and its people.

Sincerely,

Jeff Mullis

Senator Jeff Mullis
53rd District

# Rossville Downtown Development Authority

**Executive Director:** Tobey Hill | **Board Chairperson:** Michael Hicks

---

To whom it may concern:

The Rossville Downtown Development Authority (hereafter 'RDDA') Board of Directors convened on November 1, 2022 at a regularly scheduled meeting and voted unanimously to convey to the Municipal City of Rossville, Georgia a parcel of real property that is currently deeded to RDDA for the intention of establishing a community playground and public restroom facility on said parcel. The parcel of interest is located on Andrews Street in the city limits of Rossville, Georgia and is recorded as parcel 2003 106 with a legal description of LT 5 6 7 RICH HTS.

Director Tobey Hill is currently in the process of completing all required paperwork and due diligence required to complete and have recorded this transfer of real property.

Respectfully yours,

Tobey A. Hill
Executive Director
RDDA

*Historic*

# JOHN ROSS COMMONS COMMUNITY PARK

— 2017 COMMUNITY VISION AND PLAN —



# CREDITS

## Lyndhurst Foundation

*This project was made possible by the generous support of the Lyndhurst Foundation. Thank you to the Lyndhurst Foundation for their continued efforts and steadfast commitment to improving communities across the metropolitan Chattanooga region.*

Benic "Bruz" Clark III, President, Treasurer
Macon C. Toledano, Associate Director
Kathleen Nolte, Program Officer
Catherine C. Cox, Executive Assistant



## City of Rossville

Mayor Teddy Harris
Mayor Pro Tem Rick Buff
Council Member Joyce Wall
Council Member Michael Hicks
Council Member Brad Buff
City Clerk Sherry Foster

## Thrive 2055

Bridgett Massengill, Executive Director
Ruth Thompson, Communications & Outreach Manager

## Rossville Redevelopment Workshop

*Co-Founders:*
Sally Morrow
Margaret Smith
Elizabeth Wells
Susan Wells

## Special Thanks

Special thanks to Sally, Elizabeth, and the Rossville Redevelopment Workshop for all their hard work making this plan a reality. Thanks to Larry Rose for providing access to the grounds of the John Ross House and to the John Ross House Association for the group's continued commitment to preserving this treasure.



## Carl Vinson Institute of Government

T. Clark Stancil, Landscape and Urban Designer, Principal Investigator
Danny Bivins, Public Service Associate
Kaitlin McShea, Senior Designer
Langford Holbrook, Public Service Associate

## The Georgia Downtown Renaissance Partnership

Bringing together a diverse mix of public institutions, nongovernmental organizations, and private foundations, the Georgia Downtown Renaissance Partnership assists communities and local governments with revitalizing downtown areas. The Partnership combines the skills and resources of the Lyndhurst Foundation, the Georgia Municipal Association, the Georgia Cities Foundation, and the University of Georgia's Carl Vinson Institute of Government to redevelop downtowns across Georgia.



# Introduction

For over two centuries, the historic John Ross House has occupied a prominent site in downtown Rossville and an outsized role in Chattanooga's regional history. Home to the leader of the Cherokee Nation at the time of the Trail of Tears, the Ross House serves as the legendary point of origin for Rossville, modern Chattanooga, and Northwest Georgia. Formerly known as Poplar Springs, for two centuries the John Ross House has defined Rossville and born witness to the city's growth and evolution. From a Cherokee homestead in the early 1800s to a place of refuge for wounded soldiers in blue and gray, the John Ross House has long stood as a testimony to survival and the solid character of the people of Rossville and Northwest Georgia.

For generations Rossville grew and changed all around the city's historic place of origin. With the establishment of Peerless Woolen Mills in 1905 and the advent of the automobile, Rossville boomed as a company town and growing suburb of Chattanooga. Following urban encroachment during the city's mill town heyday, sprawl increasingly hemmed in and threatened the Ross House, a structure increasingly desperate for repair. Answering the call, local preservationists led by Gertrude Ruskin banded together in the early 1960s to restore and relocate the Ross House to a new public park, forever protected from development. From this downtown site, the John Ross House continues to serve as the center and cultural heart of Rossville and the surrounding community.



## ABOUT JOHN ROSS

Born in 1790 to a Cherokee mother and prominent Scots trader Daniel Ross, John Ross rose to distinction in the Cherokee Territory of the early 1800s. Following the development of the Cherokee Constitution in 1827, John Ross was elected the first Principal Chief of the Cherokee Nation. In this role, Ross negotiated with the American government over the following decade to preserve the historic borders of the Cherokee and fight encroachment. Ross continued to fight removal until 1838, when he accompanied a contingent of Cherokee on the Trail of Tears. His wife Quatie died on the journey. Ross struggled to rebuild his fractured nation following removal but remained a consistent advocate for democratic government, education, and the advancement of the Cherokee.

*Left:* McKenney & Hall Portrait of John Ross, c. 1836. Library of Congress




## OVER THE YEARS

Included in the National Park Service and John Ross House Association's *Myth and History: The John Ross House through Time*, these c. 1950s images show increasing urban encroachment and degrading conditions at the Ross House's original location. In 1962 the John Ross House was moved approximately 100 yards south to the home's present site.



**IN 2016,** the local community once again came together to protect and preserve the John Ross House for future generations. As part of the Thrive 2055 citizen-led regional planning process, the Rossville Redevelopment Workshop (Redev) was formed in February 2016. Members initiated a yearlong training and public engagement process to develop economic development strategies that take advantage of local cultural assets. Repeatedly in conversations with community members, improving the park surrounding the John Ross House emerged as a top priority. Voices from throughout Rossville expressed the desire to open and celebrate the John Ross House and surrounding landscape as the center of a revived local community. The community envisions activating the site with walking paths and venues for local arts and cultural performances, improving connections to the remainder of downtown and surrounding neighborhoods, preserving the safety and integrity of the historic house, and connecting to Rossville's Cherokee history and origins. With this vision in mind, the Rossville Redev Workshop began working with the University of Georgia's Carl Vinson Institute of Government to plan and re-imagine the site of the John Ross House as the heart of a revitalized and thriving downtown Rossville.





**COMMUNITY TREASURE:**

The John Ross House is Rossville's point of origin and a community point of pride. Organized by the Rossville Redev Workshop and the John Ross Garden Club in April of 2017, community members turned out in force on Earth Day to refresh plantings and spread mulch around the John Ross House site.

# Current Conditions

Moved less than 200 yards from the original home site to the base of Missionary Ridge, the John Ross House currently serves as the centerpiece of a six-acre public park just south of Rossville's downtown core. Roughly half of the park's acreage is steeply sloped and heavily wooded with both native and invasive species, rendering this portion of the site largely unusable to potential visitors. Much of the remainder of the park is dedicated to two ponds that occupy roughly a third of the total acreage. Now serving as duck ponds, these spring-fed pools once fed operations at Rossville's Peerless Woolen Mills and have existed in some form since at least 1916. The largest of these ponds dominates the landscape. This pond once featured an aerating fountain water feature and also contains a duck island with a crude stone shelter. In addition to the fenced ponds, a perimeter fence near the house site divides the remainder of the park roughly in half, further limiting usable space and prohibiting visitors from enjoying an unobstructed view of this historic treasure. Much of the remainder of the usable grounds near the house site are devoted to a one-way asphalt access road and an informal parking area. Concentrated to the north and east of the main pond, turf areas interspersed with concrete pads with picnic tables, large field stones, benches, and other landscape elements comprise the limited usable park grounds. While the site was partially wooded for decades, currently three mature oaks provide the only significant shade on the usable portion of the site. With the exception of four hemlocks suffering from a woolly adelgid infestation, crape myrtles and other non-native ornamentals make up the bulk of the remaining landscape plantings.



Although the park is located at a prominent and well-traveled site downtown, currently no sidewalks connect the park to the remainder of downtown or surrounding neighborhoods. Additionally, the park's lack of screening and general absence of vegetation emphasize the hodgepodge of downtown warehouses, parking lots, commercial buildings, and surrounding residences that ring the site. These contribute little to the character or historical integrity of one of Northwest Georgia and Metropolitan Chattanooga's cultural treasures.




## CURRENT CONDITIONS:

*Above:* Here unwelcoming signage, asphalt paving, broken concrete, and a declining oak greet visitors to Rossville's community focal point. Limited shade or plantings exist to soften the harsh landscape.

*Right:* Throughout the site, unsightly chain link fencing impedes visibility of the John Ross House and surrounding landscape. Signs and visual clutter distract from this historic showpiece.



# *Planning for the* FUTURE

In March 2016, the Wilson Road Neighborhood Group and the Rossville Redev Workshop held a community meeting to garner input from Rossville citizens about their priorities for improving the city and the site of the John Ross House. More than one hundred Rossville citizens participated, sharing their priorities for this community landmark. Through asset mapping and citizen input, members of the Redev Workshop compiled the following key priorities that were incorporated into the site masterplan:

- **HONOR THE SITE'S HISTORY & THE ROLE OF THE JOHN ROSS HOUSE AS ROSSVILLE'S ORIGIN**
- **CREATE A VENUE FOR LOCAL ARTS & CULTURAL EVENTS**
- **EXPAND ACCESS TO PARK WHILE PRESERVING THE SAFETY OF THE JOHN ROSS HOUSE**
- **CONNECT THE SITE TO THE REMAINDER OF DOWNTOWN & SURROUNDING NEIGHBORHOODS**
- **PROVIDE MORE SHADE & PEDESTRIAN ACCOMMODATIONS**

With these priorities at the forefront, members of the Rossville Redev Workshop began to develop a plan for the site in the summer of 2016. The plan is designed to address community priorities while planning for the long-term future of the site. With continued perseverance and hard work, the community can enact these recommendations to help return the John Ross House to the site's rightful role as the cultural hub and center of the community.
















## A COMMUNITY VISION:

At a February 12th, 2017 meeting of the Rossville Redev Workshop, over a hundred local citizens worked to develop priorities and share ideas to ensure a brighter future for Rossville. Embracing local visions for the John Ross House site is critical to restore this community showpiece.

# JOHN ROSS HOUSE COMMUNITY PARK

## *Conceptual Masterplan*




Based upon the community priorities that emerged from the Rossville Redev Workshop's initial yearlong engagement, training, and public input process, the following plan restores the John Ross House site to its place as Rossville's hub and cultural point of origin. The following major design elements help to address community priorities outlined previously and return this local landmark to Rossville's citizenry.

### HONOR THE HISTORY OF THE SITE & THE ROLE OF THE JOHN ROSS HOUSE AS ROSSVILLE'S ORIGIN:

- Throughout the site and surrounding downtown streetscape, the plan proposes a planting palette of native large canopy, street, evergreen, and specimen trees of particular interest to the Cherokee. (See planting plan for detailed descriptions.)
- Adjacent to the John Ross House, a productive landscape featuring a heritage garden and small orchard connects visitors to life on a 19th century Cherokee homestead.
- New walking paths and multi-use trails of decomposed granite emphasize the native stone found throughout the site and used in the chimneys and foundation walls of the John Ross House.
- Historically appropriate split rail fencing honors the built environment of the house while protecting the immediate grounds of the house site.
- Removing or replacing existing fencing reestablishes visibility of existing historic markers and monuments.
- An improved northeast entry highlights the stone c. 1950 historic marker.




## JOHN ROSS HOUSE COMMUNITY PARK MASTERPLAN:

Shown above, the conceptual masterplan for the John Ross House site returns the grounds to the public. Revived landscaping, improved entryways, generous shade, a performance pavilion, and new multiuse paths help activate this community hub.

# JOHN ROSS HOUSE COMMUNITY PARK

## Conceptual Design



BEFORE



### E. LAKE AVENUE ENTRY:

*Before:* Dominated by asphalt and fencing, the John Ross house site fails to live up to the historic beauty of the Ross House. Barbed wire fencing sends a hostile message to visitors and the community.

*After:* Planting trees, removing asphalt, replacing fencing, and refreshing the landscape restores the John Ross House as a community focal point. With asphalt replaced with a decomposed granite multiuse path, locals now have a safe and attractive place to bike and jog. Where necessary, replacing chain link with historically-appropriate split rail fencing creates a safety barrier while not defacing the landscape.



AFTER

## CREATE A VENUE FOR

# LOCAL ARTS *and* CULTURAL EVENTS

The plan includes a proposed location for a cultural events pavilion on the John Ross House grounds. Using the sloping topography of the site, this pavilion preserves views to the John Ross House from East Lake Avenue and allows users to interact with the existing duck pond to take full advantage of these assets. After replanting with native Tulip Poplars and ornamental trees, the sloping ground to the north of the new pavilion becomes a shaded informal event lawn shaded for overflow seating. An existing concrete overlook has been preserved and improved to serve as a teaching pavilion for students and visitors. This overlook could accommodate additional seating for performances and events across the pond.

**BEFORE:**

While currently underutilized, the landscaped setting of the John Ross House contains many assets and striking vantage points that could be highlighted.







**AFTER:**

This rendering illustrates the location of a new event and performance pavilion on the north end of the existing pond. Removing unnecessary fencing and visual clutter, restoring native trees, and removing paving allows users to fully enjoy unfettered views of the John Ross House in a more scenic and inviting setting.

# ACCESS *and* SAFETY

## EXPAND ACCESS TO THE PARK WHILE PRESERVING THE SAFETY OF THE JOHN ROSS HOUSE

- Replacing the existing asphalt access road with new multi-use trails and turf expands pedestrian access and creates a significantly larger recreational area and park-like atmosphere.
- Sidewalks throughout the site encourage activity and open the site to more visitors.
- Sidewalks in the park and in the surrounding downtown have been improved and landscaped to connect the site to the remainder of downtown.
- The existing one-way asphalt access road has been removed and replaced with an 8–10' multi-use trail to encourage physical activity while preserving access for emergency vehicles.
- The plan proposes new flood lighting to illuminate the John Ross House at night, creating a community focal point and improving safety.
- A new locust split-rail fence provides an attractive visual barrier around the perimeter of the John Ross House site.
- Existing chain-link fencing around the perimeter of the pond has been removed and replaced where necessary with more open cable fencing to preserve views of the John Ross House.
- Existing parking has been screened and a new parking lot has been proposed on an adjacent property owned by the Downtown Development Authority.




## CURRENT FENCING:

Found throughout the John Ross House site, unsightly chain link fencing prevents local citizens from utilizing much of the existing public grounds. Fencing also restricts views and sends an unwelcoming message to visitors.



## CABLE FENCING:

While most of the existing ponds are too shallow to necessitate a barrier, fencing is likely necessary around a portion of the pools on the John Ross House site. Where required along the pond edge, replacing chain link with options like cable fencing would help to preserve views of the water. Tall native grasses like *Panicum virgatum* 'Shenandoah' could further soften areas where fencing is required.

## SPLIT RAIL FENCING:

Shown here in the early 1900s, split rail fencing complemented views and provided protection at the John Ross House for decades. Replacing tall chain link fencing immediately surrounding the house site with historically-appropriate split rail fencing would restore an authentic appearance to the house site and help address safety concerns.



# SHADE *and* PATHWAYS

## PROVIDE MORE SHADE & ACCOMMODATIONS FOR PEDESTRIANS

- Throughout the site, large canopy street trees have been prioritized to add more shade to the park.
- Black gum street trees line new sidewalks along Richmond Avenue and Andrews Street, shading pedestrians and visually connecting the site to the remainder of downtown.
- The impressive mature height of primary large canopy trees (tulip poplars, willow oaks, and shagbark hickory) preserve views into the site while creating a wide canopy of shade.
- The existing one-way asphalt road has been replaced with a multi-use path, and new paths around the perimeters of pools open the site to pedestrians and create opportunities for physical activity.






## JOHN ROSS HOUSE COMMUNITY PARK PLANTING PALETTE:

Intended to connect Rossville to the history of the John Ross House and the role of John Ross in Cherokee history, all plantings proposed on site are native to the Southeast. Many trees specified are of particular relevance to the Cherokee. Plants proposed for the John Ross House site make up four broad categories, shown in rows at left: large canopy shade trees, medium canopy street trees, ornamental trees, and evergreen screening trees.

# JOHN ROSS HOUSE COMMUNITY PARK
# PLANTING SCHEDULE

| KEY | SYMBOL | SCIENTIFIC NAME | COMMON NAME | SIZE | QTY | PRICE | AVAILABILITY |
|---|---|---|---|---|---|---|---|
| LARGE DECIDUOUS TREES | | | | | | | |
| AR | | Acer rubrum | Red Maple | 6-8' HT B&B | 4 | $23.00-$30.00 | Widely available<br>Tennessee Bush Farm (McMinnville, TN)<br>Little River Nursery (McMinnville, TN) |
| CO | | Carya ovata | Shagbark Hickory | 24-48" HT<br>2 GAL | 2 | $1.50-$22.00 | Limited availability beyond seedlings<br>Go Native Tree Farm (Online, Lancaster, PA)<br>Little River Nursery (McMinnville, TN) |
| LT | | Liriodendron tulipifera | Tulip Poplar | 6-8' HT B&B | 9 | $30.00 | Little River Nursery (McMinnville, TN)<br>Black Fox Nursery (Cleveland, TN) |
| QP | | Quercus phellos | Willow Oak | 6-8' HT B&B | 9 | $30.00 | Widely available<br>Little River Nursery (McMinnville, TN) |
| MEDIUM DECIDUOUS & STREET TREES | | | | | | | |
| NS | | Nyssa sylvatica | Black Tupelo, Black Gum | 6-8' HT B&B | 14 | $40.00 | Little River Nursery (McMinnville, TN)<br>Lake Womack Nursery (Manchester, TN)<br>Go Native Tree Farm (Online, Lancaster, PA) |
| OA | | Oxydendrum arboreum | Sourwood | 6-8' HT B&B | 3 | $65.00 | Myers Cove Natives (McMinnville, TN)<br>Pleasant Cove Nursery (Rock Island, TN)<br>Go Native Tree Farm (Online, Lancaster, PA) |
| RP | | Robinia pseudoacacia | Black Locust | 6-8' HT B&B | 1 | $30.00 | Limited availability<br>Little River Nursery (McMinnville, TN)<br>Go Native Tree Farm (Online, Lancaster, PA) |
| SMALL DECIDUOUS & STREET TREES | | | | | | | |
| AC | | Amelanchier canadensis | Serviceberry | 6-8' HT B&B | 11 | $40.00-$60.00 | Tennessee Bush Farm (McMinnville, TN)<br>Little River Nursery (McMinnville, TN)<br>Go Native Tree Farm (Online, Lancaster, PA) |
| CC | | Cercis Canadiensis | Redbud | 6-8' HT B&B | 7 | $22.00-$30.00 | Widely available<br>Tennessee Bush Farm (McMinnville, TN)<br>Little River Nursery (McMinnvile, TN) |
| CF | | Cornus florida | Dogwood | 5-6' HT B&B | 8 | $29.00-$40.00 | Widely available<br>Tennessee Bush Farm (McMinnville, TN)<br>Little River Nursery (McMinnvile, TN) |
| EVERGREEN TREES | | | | | | | |
| IV | | Ilex vomitoria 'Pendula' | Weeping Yaupon Holly | 5-7 GAL | 3 | $35.00-$50.00 | Limited local availibility<br>Kinsey Family Farm (Gainesville, GA)<br>Cofer's Home & Garden (Athens, GA) |
| JV | | Juniperus virginiana | Eastern Red Cedar | 6-8' HT B&B | 6 | $50.00-$60.00 | Little River Nursery (McMinnvile, TN)<br>Lake Womack Nursery (Manchester, TN) |
| JVB | | J. virginiana 'Brodie' | Brodie Eastern Red Cedar | 6-8' HT B&B | 9 | $50.00-$84.00 | Limited local availibility<br>Pattillo Tree Farm (Griffin, GA) |

# Streetscape Improvements

## CONNECT THE SITE TO THE REMAINDER OF DOWNTOWN & SURROUNDING NEIGHBORHOODS:

- New landscaped sidewalks downtown create and improve pedestrian connections to the John Ross House site.
- New black gum street trees downtown reflect the plant palette of the John Ross House site, visually connecting the park with the remainder of downtown.
- Repairing and illuminating the aerating fountain in the primary pond creates a focal point for Howard Street downtown, drawing the eye and visitors to the park.
- Four new and improved concrete entries at major access points welcome visitors into the site.
- Materials like decomposed granite paths throughout the site reflect historically and regionally appropriate choices that mimic the surrounding landscape.
- Existing parking on surrounding streets and lots has been screened and improved.
- A new parking lot has been proposed on an adjacent property owned by the Downtown Development Authority to expand access to the site.




## HOWARD STREET & SURROUNDING AREAS:

If fully implemented, restoring the John Ross House site as an active and attractive community focal point could spur greater activity throughout downtown Rossville. The plan at top right proposes revitalizing areas adjacent to the site by implementing streetscape improvements and attracting downtown infill development.

Carl Vinson
Institute of Government
UNIVERSITY OF GEORGIA

## Qualified contractors/partners to be used

- City of Rossville Road Department
- Talley Construction
- CTI Engineering
- Playcore
- Gametime
- Active Play

CTIENGINEERS

1122 Riverfront Parkway
Chattanooga, TN 37402
423-267-7613
www.ctiengr.com

**ENGINEER'S OPINION OF COST**
**JOHN ROSS COMMONS PLAYGROUND**
**ROSSVILLE, GEORGIA**

| Description | Units | Est. No. Units | Estimated Unit Price | Total Price |
|---|---|---|---|---|
| **Equipment Purchase** | | | | |
| Prefabricated Rest Room | LS | 1 | $130,000 | $130,000 |
| | | | **Subtotal Equipment Cost** | **$130,000** |
| **Construction** | | | | |
| Bonding and Insurance (3%±) | LS | 1 | $4,500 | $4,500 |
| Mobilization (4%±) | LS | 1 | 5,500 | 5,500 |
| Clearing | LS | 1 | 4,500 | 4,500 |
| Grading | LS | 1 | 7,500 | 7,500 |
| Playground Site Mulch (3-inch Hardwood Nuggets) | SY | 300 | 15 | 4,500 |
| Site Re-seed and Mulch | SY | 400 | 6 | 2,400 |
| Restroom Pad (Compacted Soil, Gravel) | LS | 1 | 10,000 | 10,000 |
| Concrete Slab on Grade (12 ft. x 25 ft. x 6 in.) | CY | 6 | 500 | 3,000 |
| Plumbing | LS | 1 | 10,000 | 10,000 |
| Electrical | LS | 1 | 10,000 | 10,000 |
| Crushed Stone | LS | 1 | 3,000 | 3,000 |
| Sidewalk (120 ft. x 5 ft. x 4 in.) | LF | 120 | 55 | 6,600 |
| Fencing | LS | 1 | 16,000 | 16,000 |
| Miscellaneous | LS | 1 | 13,500 | 13,500 |
| Playground Equipment (Allowance) | LS | 1 | 80,000 | 80,000 |
| Construction Contingency (10%±) | LS | 1 | 13,000 | 13,000 |
| | | | **Subtotal Construction Cost** | **$194,000** |
| **Project Administration** | | | | |
| Bid Advertisements (2 Contracts) | EA | 2 | $5,000 | $10,000 |
| Legal | LS | 1 | 2,000 | 2,000 |
| Grant Administration | LS | 1 | 10,000 | 10,000 |
| Environmental Review | LS | 1 | 5,000 | 5,000 |
| | | | **Subtotal Administration** | **$27,000** |
| **Engineering** | | | | |
| Preliminary Engineering | LS | 1 | $3,000 | $3,000 |
| Design (2 Contracts) | LS | 1 | 17,000 | 17,000 |
| Bidding Assistance (2 Contracts) | LS | 2 | 3,000 | 6,000 |
| Construction Administration (2 Contracts) | LS | 2 | 4,500 | 9,000 |
| | | | **Subtotal Engineering** | **$35,000** |
| | | | | |
| | | | **Total Estimated Project Cost** | **$386,000** |
| | | | | |

GOVERNOR'S OFFICE *of* PLANNING *and* BUDGET

RSM

# TOOL FOR ASSESSING PROJECT RISK
## AMERICAN RESCUE PLAN ACT (ARPA) FUNDS

**Applicability**: This tool is applicable to assessing risk of proposed American Rescue Plan Act (ARPA) projects granted by the State of Georgia Governor's Office of Planning and Budget.

| | | | |
|---|---|---|---|
| **Organization Name:** | City Of Rossville | | |
| **Amount of Requested Funding:** | $386,000.00 | | |
| **Organization Primary Contact Information (Name, email, phone)** | Russanna Jenkins<br>rjenkins@rossvillega.gov 423-309-2711 | | |
| **Date:** | 11-16-2022 | **Monitor:** FOR STATE USE | |

| QUESTION | RESPONSE |
|---|---|
| 1. Has the organization been subjected to an audit of its financial statements in the past 3 years?<br><br>If so, please attach your latest Annual Comprehensive Financial Report (ACFR), and a copy of the Certfied Public Accountant's audit opinion. If managment letter comments were issued, please attach the management letter, and / or describe the current status of observations and findings included therein. | Yes |
| 2. Has the organization been subjected to audits or monitoring by any agencies, departments, or divisions of the Federal government in the past 3 years. If so, please provide the following information:<br>• Name of the Federal agency, department, or division<br>• General description of how the funds were used<br>• Summary or report of findings or observations identified by Federal monitors / auditors | No |
| 3. Has the organization been subjected to a Single Audit of its federally funded activity in the past 3 years? If so, please provide the following information:<br>• What time period was covered by the latest audit?<br>• Who was the auditor?<br>• Where management letter comments issued? If so, please attach the management letter, and / or describe the observations and findings included therein<br>• Were any questioned costs identified? If so, please describe. | No |
| 4. If this project is being funded by multiple sources, in addition to the Governor's Office of Planning and Budget's ARPA award, please provide the funding sources and amounts. | None |
| 5. Does the organization have documented policies and procedures related to procurement of contractors and payment of expenditures? If so, please provide a copy, or link thereto. Have these policies and procedures been mapped by the subrecipient to conform to 2 CFR 200 guidance? | Attached purchase policy. Follow State procurement |

GOVERNOR'S OFFICE *of* PLANNING *and* BUDGET

**TOOL FOR MONITORING SUBRECIPIENT(S) OF AMERICAN RESCUE PLAN ACT (ARPA) FUNDS**

RSM

| | |
|---|---|
| 6. Please use the following options to describe the organization's processing environment for the procurement of contractors to be paid for with ARPA funds:<br>• Manual – process is managed largely with paper forms, paper proposal submissions, and through handwritten evaluations and approvals<br>• Electronic – use of electronic solicitation and procurement systems and/or websites, including application-based workflow approval of contracts and purchase orders<br>• Partially Electronic – a combination of the above, i.e., paper proposals and/or approvals with electronic document retention, etc. Please describe. | Manual |
| 7. Please identify key technology applications that are used in the procurement of contractors to be paid with ARPA funds. (Advertisement, document control, proposal submission, etc.) | Walker County Messenger |
| 8. Have procurement activities already occurred for contractors that the organization intends to pay with ARPA funds? If so, please provide a listing of all commitments made to date, including the contractor's name, date, and contract / PO value. | No |
| 9. Please use the following options to describe the organization's processing environment for the payment of contractors with ARPA funds:<br>• Manual - paper invoices, emailed invoices, and handwritten reviews and approvals<br>• Electronic – web-based contractor requests for payment, use of electronic workflow approval for payments<br>• Partially Electronic – a combination of the above, please describe | Manual |
| 10. Please identify the primary technology applications used in the payment of contractors with ARPA funds. | Manual Checks are written then processed by journal entry to Harris computer systems |
| 11. Have payments already been made to contractors that the subrecipient intends to reimburse through ARPA funds? If so, please provide a listing of all payments made to date, including the contractor's name, date, and payment amount. | No |
| 12. Has the organization identified any incidents of fraud, and / or litigation activity specifically related to the project being funded by ARPA? If so, please describe. | No |

# Ordinance No. 513

**An Ordinance for the purpose of amending the City's Code of Ordinance to Adopt Spending Limits and Bidding requirement; Repealing Conflicting Provisions and for Other Purposes.**

**Whereas,** the Mayor and City Council wish to adopt and abide by sound financial policies that govern expenditures by the City when those amounts are less than the amounts governed by Georgia general law;

Now Therefore Be It Ordained, and it hereby is ordained, by virtue of the authority vested in the Mayor and City Council of the City of Rossville, Georgia, as follows:

SECTION ONE

There is hereby adopted as part of Article V, Finances, of Chapter 2 of the City Code pertaining to Administration, a new section 2-236, governing Purchasing and Contracting, which shall state as follows:

Sec. 2-236 – Purchasing and Contracting

(a) For purposes of this ordinance, expenditure shall mean any purchase or contract using City funds, regardless of the fund source.

(b) Expenditures up to $5,000 may be approved by the Mayor upon determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget.

(c) Expenditures between $5,000 and $10,000 may be approved by the Mayor upon a determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget, provided that for purchases and new contracts, three quotation or informal bids shall be first obtained.

(d) Expenditures greater than $10,000 shall require formal bidding or request for proposal, and shall be approved by the City Council upon determination that it is appropriate for the proper operation of the City and where funding is provided in the approved City budget. Notwithstanding the foregoing, the City Council may waive the bidding or request for proposal requirement where not required by Georgia general law upon a finding that just cause exists.

(e) An expenditure may be approved or a contract may be awarded without formal bidding or request for proposal, when not required by Georgia general law, when the City Council determines, after conducting a good faith review of available sources, that there is only one source for the required supply, service or construction item and the expenditure is within the approved City budget.

(f) An existing contract may be renewed, extended or renegotiated without undergoing the bidding or request for proposal process when the City Council determines that the existing service provider has performed acceptably under the terms of the existing service provider.

SECTION TWO

A. Severability Clause. It is the express intention of the Mayor and City Council that each independent provision of this ordinance and the zoning ordinance should be adopted, and the Mayor and City Council would have adopted each such independent provision even if the others had not been adopted. Therefore, in the event that a court of competent jurisdiction finds any provision of this ordinance to be unlawful, invalid or unenforceable, it is the intent of the Mayor and City Council that the offending provision be severed, and all lawful provisions remain in force. In the event that any provision of this ordinance is found to be overly broad by a court of competent jurisdiction, it is the intent of the Mayor and City Council that the court apply the broadest legally permissible interpretation of such provision.

B. General Repealer. Any ordinance not expressly addressed by this ordinance that is inconsistent with the provisions of this ordinance is expressly repealed to the extent that it conflicts with this ordinance.

C. Effective Date. The public welfare demanding, this ordinance shall be effective immediately after its adoption.

**SO ADOPTED** this 10th day of February, 2020

| | |
|---|---|
| Teddy Harris, Councilmember | Attest: Sherry Foster, City Clerk |
| Richard A Buff, Councilmember | Hal Gray, Councilmember |
| Michael Hicks, Councilmember | Jonathan Lassetter, Councilmember |

The City of Rossville will facilitate physical activity through the development of the John Ross Commons Playground project. The City of Rossville is requesting $386,000 to develop a park at the John Ross Commons, located near downtown Rossville and across from the historic John Ross House and Museum.

The City of Rossville procured CTI Engineers in November 2021. If awarded OPB funds, the city will work with CTI to procure for construction in order to complete the project. A resolution from November 8, 2021; CTI Letter; and minutes from the City of Rossville Regular Council Meeting have been provided to show CTI was procured through an open and fair process.

# Governor's Office of Planning and Budget

v4

## BUDGET DETAIL WORKSHEET

| | |
|---|---|
| Grantee Name: | City of Rossville |
| Grant ID: | CFDA 210.27 |
| Submitted By (Budget POC): | Mark Harris |
| Contact: | Mark Harris |
| Grant Program: | Improving Neighborhood Outcomes in Disproportionally Impacted Communities |
| Program Area: | |
| Budget Year: | FY 2022 |

**This Budget Detail Worksheet is used to verify all Payment Requests (PA) and to determine whether costs are allowable for reimbursement. All required information must be present in the budget narrative, regardless of format.**

**Federal Uniform Guidance rules are applicable.**

**Uniform Guidance can be found at https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200#200.325 (2 CFR Part 200) and it establishes uniform administrative, cost principles, and audit requirements for federal awards to non-federal entities.**

**1. Personnel**-- List each position by title and name of employee, if available. In order to calculate the budget enter the annual salary and the percentage of time to be devoted to the program. Compensation of employees engaged in program activities must be consistent with that for similar program acitivities.

| Title | First and Last name | Salary Rate | % Time to Project | Select Pay Period Frequency | Cost |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| Title | First and Last name | Hourly wage | Hours per week on project | Weeks worked annually | Select Pay Period Frequency | Cost |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | PERSONNEL TOTAL | | $0 |

**2. Fringe Benefits**-- Amounts should be based on actual costs or a formula for personnel listed above, utilizing the percentage of time devoted to the program. Fringe benefits on overtime hours are limited to FICA, Worker's Compensation and State Unemployment Compensation. Costs included within this category are: FICA (employer's portion of Social Security and Medicare taxes), employer's portion of retirement, employer's portion of insurance (health, life, dental, etc.), employer's portion of Worker's Compensation and State Unemployment Compensation.

| Title | First and Last name | Total annual salary or wages | Select fringe type | Enter rate of each fringe benefit as a pecentage of salary or wages | % Time to Project | Cost |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | FRINGE TOTAL | $0.00 |

| PERSONNEL GRAND TOTAL | $0 |
|---|---|

**3. Travel--** Funds must be budgeted in compliance with State of Georgia Statewide Travel Regulations. Itemize travel expenses of program personnel by category (e.g. mileage, meals, lodging, incidentals, and airfare) and purpose (e.g. training, field interviews, and advisory group meetings) and identify the location, if known. For training programs, list travel and meals for participants separately. Show the budget calculation (e.g. six people attending three-day training at $X airfare, $X lodging, $X meals/ incidentals). **If selecting "airfare" enter 1 in the nights/days field and use the round-trip costs.** Please note that the maximum reimbursement rate is $0.585 per mile, but if your agency's reimbursement rate is lower you must use that rate instead.

**Trainings and Conferences** ***All trainings and conferences must be pre-approved by OPB and must include an agenda submitted to your OPB Program Specialist.*

| Purpose of Travel | Staff member | Item | Cost | # Individuals | # Nights/Days | # Trips | Cost |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |

**Mileage**

| Purpose of Travel | Staff member | Location or Coverage Area | Cost per mile | Miles per grant year | Total Cost |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | TRAVEL TOTAL | | $0.00 |

**4. Equipment--** List non-expendable items to be purchased. Applicants should analyze the benefit of purchased versus leased equipment, especially high cost and electronic or digital items. Explain how the equipment is necessary for the success of the program. Show the budget calculation. Attach a narrative describing the procurement method to be used. Please note that all items must be at least $5,000 per unit to be considered equipment. Otherwise please list items in "Supplies."

| Equipment Item | Cost per Unit | # Items | Vendor | Cost |
|---|---|---|---|---|
| Prefabricated Restroom | $130,000.00 | 1.00 | TBD | $130,000.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | EQUIPMENT TOTAL | $130,000.00 |

**5. Supplies--** List items by type (e.g. office supplies, postage, copier usage, training supplies, publications, audio/video (batteries, film, CD/DVD's, etc.), office furniture, computer software, educational/therapeutic supplies, uniforms, weapons (law enforcement and prosecution units only). Show budget calculation. For example, where an item is office supplies, enter $100 for cost per unit; "month" for define unit; 12 for # units, and ABC Company for Vendor. Leave "define unit" blank if not applicable.

| Item | Cost per unit | # Units | Vendor | Cost |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | SUPPLY TOTAL | $0.00 |

**Construction-Please list approved contructions costs under Contracts/Consultants/Subawards. Where equipment and supplies will be purchased for approved construction activity, please place them under the appropriate equipment or supply category and include your justification.**

**6. Contracts/Consultants/Subawards**: Provide a description of the product or service to be procured by contract and a cost estimate. Applicants are strongly encouraged to use a competitive procurement process in awarding contracts. A separate justification must be provided for sole source contracts in excess of $100,000. Consultant Fee: Enter the name, if known, and service to be provided. Show the budget calculation; for example, the hourly or daily rate (8 hours) multiplied by the estimated number of units (eg., 1 hour of therapy).

| Name of Consultant | Service Provided | Cost per unit | Define Unit of Service | # Units | Cost |
|---|---|---|---|---|---|
| Mobilization (4%±) | Construction - Site Prep | $5,500.00 | LS | 1.00 | $5,500.00 |
| Clearing | Construction - Site Prep | $4,500.00 | LS | 1.00 | $4,500.00 |
| Grading | Construction - Site Prep | $7,500 | LS | 1.00 | $7,500.00 |
| Playground Site Mulch (3-in Hardwood N | Construction - Playground Project | $300.00 | SY | 15.00 | $4,500.00 |
| Site Re-seed and Mulch | Construction - Playground Project | $400.00 | SY | 6.00 | $2,400.00 |
| Restroom Pad (Compacted Soil | Construction - Site Prep | $10,000 | LS | 1.00 | $10,000.00 |
| Concrete Slab on Grade (12 ft. x | Construction - Site Prep | $500.00 | CY | 6.00 | $3,000.00 |
| Plumbing | Construction - Site Prep | $10,000.00 | LS | 1.00 | $10,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Electrical | Construction - Site Prep | $10,000 | LS | 1.00 | $10,000.00 |
| Crushed Stone | Construction - Site Prep | $3,000 | LS | 1.00 | $3,000.00 |
| Sidewalk (120 ft. x 5 ft. x 4 in.) | Construction - Playground Project | $120.00 | LF | 55.00 | $6,600.00 |
| Fencing | Construction - Playground Project | $16,000.00 | LS | 1.00 | $16,000.00 |
| Miscellaneous | Construction - Playground Project | $13,500 | LS | 1 | $13,500 |
| Playground Equipment (Allowanc | Construction - Playground Project | $80,000.00 | LS | 1.00 | $80,000.00 |
| Construction Contingency (10%± | Construction - Playground Project | $13,000.00 | LS | 1.00 | $13,000.00 |
| | | | | | $0.00 |
| | | | C/C/S TOTAL | | $189,500.00 |

**7. Other-- List items by type (e.g. rent, repairs/maintenance, utilities, copier rental/lease, postage meter, insurance & bonding, dues & subscriptions, advertising, registration fees, film processing, notary services. Show budget calculation.**

| Item | Cost per unit | # of Units | % Charged to Grant | Vendor | Cost |
|---|---|---|---|---|---|
| Bonding and Insurance (3%±) | $4,500.00 | 1.00 | 100.00% | CTI | $4,500.00 |
| Bid Advertisements (2 Contracts) | $5,000.00 | 2.00 | 100.00% | CTI | $10,000.00 |
| Legal | $2,000.00 | 1.00 | 100.00% | CTI | $2,000.00 |
| Grant Administration | $10,000.00 | 1.00 | 100.00% | CTI | $10,000.00 |
| Environmental Review | $5,000.00 | 1.00 | 100.00% | CTI | $5,000.00 |
| Preliminary Engineering | $3,000.00 | 1.00 | 100.00% | CTI | $3,000.00 |
| Design (2 Contracts) | $17,000.00 | 1.00 | 100.00% | CTI | $17,000.00 |
| Bidding Assistance (2 Contracts) | $3,000.00 | 2.00 | 100.00% | CTI | $6,000.00 |
| Construction Administration (2 Contracts) | $4,500.00 | 2.00 | 100.00% | CTI | $9,000.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | OTHER TOTAL | $66,500.00 |

**Budget Summary**--When you have completed this budget worksheet, the totals for each category will transfer to the spaces below. The total costs and total project costs will be computed via Excel formula. Indicate the amount of grant funds requested and the amount of non-grant funds that will support the project.

| Budget Category | Amount |
|---|---|
| 1. Personnel | $0 |
| 2. Fringe Benefits | $0 |
| 3. Travel | $0 |
| 4. Equipment | $130,000 |
| 5. Supplies | $0 |
| 6. Contracts/Consultants/Subawards | $189,500 |
| 7. Other | $66,500 |
| TOTAL | $386,000 |

Budget Narrative

If funded, OPB funds will be used to complete the John Ross Commons Playground project, which will be a component of the community's downtown revitalization strategy. The project cost is estimated at $386,000. The City of Rossville is requesting $386,000 in funding from OPB to complete the project. Funds will be managed by Rossville staff and the City intends to hire a grant administrator to assist with the project, who have extensive experience with utilizing local, state, and federal funds. No in-kind funds are proposed for this project. The project will not require any land, right-of-way or easement acquisitions.

CTIENGINEERS

1122 Riverfront Parkway
Chattanooga, TN 37402
423-267-7613
www.ctiengr.com

**ENGINEER'S OPINION OF COST**
**JOHN ROSS COMMONS PLAYGROUND**
**ROSSVILLE, GEORGIA**

| Description | Units | Est. No. Units | Estimated Unit Price | Total Price |
|---|---|---|---|---|
| **Equipment Purchase** | | | | |
| Prefabricated Rest Room | LS | 1 | $130,000 | $130,000 |
| | | **Subtotal Equipment Cost** | | **$130,000** |
| **Construction** | | | | |
| Bonding and Insurance (3%±) | LS | 1 | $4,500 | $4,500 |
| Mobilization (4%±) | LS | 1 | 5,500 | 5,500 |
| Clearing | LS | 1 | 4,500 | 4,500 |
| Grading | LS | 1 | 7,500 | 7,500 |
| Playground Site Mulch (3-inch Hardwood Nuggets) | SY | 300 | 15 | 4,500 |
| Site Re-seed and Mulch | SY | 400 | 6 | 2,400 |
| Restroom Pad (Compacted Soil, Gravel) | LS | 1 | 10,000 | 10,000 |
| Concrete Slab on Grade (12 ft. x 25 ft. x 6 in.) | CY | 6 | 500 | 3,000 |
| Plumbing | LS | 1 | 10,000 | 10,000 |
| Electrical | LS | 1 | 10,000 | 10,000 |
| Crushed Stone | LS | 1 | 3,000 | 3,000 |
| Sidewalk (120 ft. x 5 ft. x 4 in.) | LF | 120 | 55 | 6,600 |
| Fencing | LS | 1 | 16,000 | 16,000 |
| Miscellaneous | LS | 1 | 13,500 | 13,500 |
| Playground Equipment (Allowance) | LS | 1 | 80,000 | 80,000 |
| Construction Contingency (10%±) | LS | 1 | 13,000 | 13,000 |
| | | **Subtotal Construction Cost** | | **$194,000** |
| **Project Administration** | | | | |
| Bid Advertisements (2 Contracts) | EA | 2 | $5,000 | $10,000 |
| Legal | LS | 1 | 2,000 | 2,000 |
| Grant Administration | LS | 1 | 10,000 | 10,000 |
| Environmental Review | LS | 1 | 5,000 | 5,000 |
| | | **Subtotal Administration** | | **$27,000** |
| **Engineering** | | | | |
| Preliminary Engineering | LS | 1 | $3,000 | $3,000 |
| Design (2 Contracts) | LS | 1 | 17,000 | 17,000 |
| Bidding Assistance (2 Contracts) | LS | 2 | 3,000 | 6,000 |
| Construction Administration (2 Contracts) | LS | 2 | 4,500 | 9,000 |
| | | **Subtotal Engineering** | | **$35,000** |
| | | | | |
| | | **Total Estimated Project Cost** | | **$386,000** |

**Resolution # 718**

**A Resolution Approving CTI Engineers, Incorporated as the Engineering Firm for the City of Rossville, Georgia.**

**WHEREAS** the City of Rossville sent a Request for Qualifications for an engineering firm for consultation services; and

**WHEREAS** the qualifications were opened, reviewed, and graded on October 19, 2021; and

**WHEREAS** the City of Rossville only received one proposal from CTI Engineers, Incorporated and it was determined that CTI met all the qualifications and it was recommended that they be accepted.

**THEREFORE, BE IT RESOLVED** this 8 day of November, 2021.

[signature]
Teddy Harris, Mayor

[signature]
Attest: Lori Carver, Deputy City Clerk

Absent
Rick Buff, Councilmember

[signature]
Michael Hicks, Councilmember

[signature]
Hal Gray, Councilmember

[signature]
Jonathan Lassetter, Councilmember

ENGINEERS, INC.

CTI Engineers, Inc.
1122 Riverfront Parkway
Chattanooga, TN 37402
Phone 423.267.7613
Fax 423.267.0603
www.ctiengr.com

October 18, 2021

Mr. Mark Harris
Public Works Director
City of Rossville
P.O. Box 159
Rossville, GA 30741

Subject: On-Demand Engineering Services
City of Rossville, Georgia

Dear Mr. Harris:

CTI Engineers greatly appreciates the opportunity to submit a Statement of Qualifications for your consideration in making CTI a part of your continued efforts toward city-wide improvements.

As the proposed Client manager, I am particularly qualified in all of the aspects outlined in the RFQ. Feedback from some of my clients includes being known for expertise in stormwater and wastewater and for timely responsiveness. I currently provide services as project manager to 11 North Georgia clients (Catoosa County, Walker County, Walker County Water & Sewerage Authority, LaFayette, Fort Oglethorpe, Ringgold, Chickamauga, Rossville, Lake Winnepesaukah, Bartow County, and Tunnel Hill). Several of these entities have been trusted clients for more than two decades.

If you have any questions, feel free to contact me.

Sincerely,

Philip R. Schofield, P.E.
Vice President

Attachments

RECEIVED

OCT 18 2021

OFFICE OF CITY CLERK
ROSSVILLE, GA

U:\CHATTANOOGA EMPLOYEES\Philip\CTI Data Files\2021\Harris Ltr.wpd

**Minutes**
**City of Rossville, Georgia**
**Regular Council Meeting**
**Monday November 8, 2021**
**6:00PM**
**Rossville Civic Center**

**Attended by:** Mayor Harris, Council Members, Hal Gray, Michael Hicks, Jonathan Lassetter and Deputy City Clerk Lori Carver

**Call to Order:** Mayor Harris
**Invocation:** Mayor Harris
**Pledge:** Council Member Hal Gray

**AGENDA**

I. **Approval of Minutes Regular Council Meeting October 11, 2021**
Motion was made by Council Member Michael Hicks and seconded by Council Member Hal Gray to approve the minutes from the Regular Council Meeting October 11, 2021. Motion was approved by Mayor Harris, and Council Members Michael Hicks, Jonathan Lassetter, and Hal Gray. Motion carried 4-0.

II. **Old Business**
**No old business**

III. **New Business**

1. **Resolution # 717 Moratorium on Tobacco, CBD & Vapor Products**
Motion was made by Hal Gray and seconded by Michael Hicks to approve Resolution # 717 for the Moratorium on Tobacco, CBD & Vapor Products. Council Member Jonathan Lassetter asked why the city was voting on the moratorium. Mayor Harris explained that a hookah lounge recently applied for a business license in the city limits and the city would like to set a moratorium in order to develop ordinances regarding these types of business. Motion was approved by Mayor Harris, and Council Members Michael Hicks, Jonathan Lassetter, and Hal Gray. Motion carried 4-0.

2. **Resolution #718 Approval of Engineering Firm**
Motion was made by Hal Gray and seconded by Jonathan Lassetter to approve Resolution #718 approving CTI Engineering, INC as the engineering firm for the City of Rossville, Georgia. Mayor Harris suggested that Public Works Director Mark Harris explain the process of selecting the engineering firm. Mark Harris explained that he mailed out 16 RFQ packets for various engineers and received one from CTI. He also explained that the city has used CTI in the past and we have established positive rapport with them. Motion was approved by Mayor Harris, and Council Members Michael Hicks, Jonathan Lassetter, and Hal Gray. Motion carried 4-0.

3. **Resolution #719 Election Results**
   Motion was made by Council Member Michael Hicks and seconded by Hal Gray to approve Resolution #719 to certify the municipal election held on November 2, 2021. Council Member Jonathan Lassetter abstained from voting due to being a candidate of the November 2, 2021 election. Motion was approved by Mayor Harris, and Council Members Michael Hicks and Hal Gray. Motion Carried 3-0.

## IV. Comments

**1. Comments / Reports / Announcements from Department Heads**

Public Works Director Mark Harris announced that Carthel Rodgers is having an event on Sunday November 19th at 2:00pm. He also announced that the Rossville Christmas Parade will take place Friday December 3rd with line up beginning at 5:00pm and the parade beginning at 6:00pm. Mark Harris introduced a streetscape plan for McFarland Avenue that includes sidewalks around the Peerless mill connecting to the Rossville duck pond, landscaping, and lighting. Council member Jonathan Lassetter agreed that if the project improved the area, he would be for it. Mark Harris also introduced an idea of building the Rossville playground on the old Hoover Clinic lot across from the duck pond. He explained that this would position the playground in a residential area close to the duck pond where community members could access both areas. He explained it could also be monitored easier and this would cut down on vandalism and the relatively smaller size would cut down on building and maintenance costs. Council Member Hal Gray agreed that the new area would cut down on vandalism with its close proximity to the police station. Council Member Michael Hicks explained that he had spoken with the county and it was not a good idea to build the playground in the same place it had been before. Mayor Harris agreed that the county has plans to create an area similar to Camp Jordan where the previous playground was built and that the city should keep an open mind to what the county will present as their plans for the future. Council Member Hal Gray suggested that the county might even create a playground in the plans themselves and asked if it was known if the ball fields would be doubled in size. Mayor Harris advised that we do not know what the plans are at this time.

**2. Comments / Reports / Announcements from Council Members**

Council member Michael Hicks announced that there will be an event with Santa located at the John Ross House on November 28, 2021 from 6:00pm-8:00pm. Council member Jonathan Lassetter suggested an idea of placing a large 25-30ft Christmas tree in the downtown area across from the post office near the Veteran's Memorial fountain. Council member Michael Hicks suggested placing the tree in other areas of the city such as the John Ross house or the monument area. Mayor Harris advised that there might not be electricity available for lighting at the John Ross house due to fencing being put up and the power being unavailable at this time. Council Member Hal Gray suggested instead of placing one large tree downtown the city could use multiple smaller trees around the whole city. Council Member Michael Hicks asked if electricity would be available behind the Veteran's Memorial fountain. Mayor Harris advised that power was available there. Council Member Michael Hicks explained

that during the holidays the City of Lafayette has music, lights, and events with grants for businesses that he would like to see in Rossville. Council member Jonathan Lassetter explained that this year we could start with a tree and move towards those ideas in the future. Council Member Hal Gray explained that he would begin looking for a 30ft tall tree for the city.

**3. Comments /Audience Pertaining to the Agenda**

**4. Comments / Reports / Announcements from the Mayor**

Mayor Harris read aloud a letter by Ms. Susan Wells explaining her choice to resign from her position as Director of the Rossville Downtown Development Authority effective December 31, 2021 and shared that the city appreciates all that she has done. He also announced that the city's new webpage is up and running and that we have already started receiving feedback from the community through online contact forms. He explained that the community can provide comments and report issues on our website and those are sent to the appropriate departments when they are received. Council Member Jonathan Lassetter recognized Toby Hill for his great job in creating the website for the city.

Council member Hal Gray asked to clarify if the city would like one large tree or several small trees and asked the audience their suggestions.

Ms. Marilyn Schanley from the audience suggested that the city invest in an artificial tree and place it in front of the post office where it would be visible.

Mayor Harris announced that he and Public Works Director Mark Harris were recognized by Northwest Georgia Regional Commission and received a $600,000 check that will be used for the sewer systems.

Ms. Marilyn Schanley from the audience spoke again and mentioned that at the end of Leinbach road there was construction equipment and she contacted Council Member Jonathan Lassetter about it. She explained that she was thankful that the equipment was moved after speaking with him and that the equipment was actually lost at the time.

**5. Adjournment**

Motion was made by Council Member Hal Gray to adjourn the meeting.