# EXHIBIT R

Walker County Historical Preservation Commission

Lafayette-Walker County Library

February 20, 2023

6 pm

Chairman Culpepper called meeting to order at 6:04pm

Public notice of meeting emailed to Walker County Messenger and Walker County Facebook Page ( 3/15/2023), posted at meeting location.

Commissioners present: Chair John Culpepper, Vice Chair Alan Slaven, Secretary Renee Griffin, Commissioners, Theresa Dorsey, Frances Cobb, Randal Pittman and Eddie Upshaw.

A quorum was established.

Guest, Leon East and Walker County Commissioner Robert Stultz were visitors and the Commissioners made introductions.

Commissioner Upshaw made motion to approve the agenda, Commissioner Pittman seconded, motion carried.

Commissioner Dorsey made motion to approve the February 20, 2023, meeting minutes, Vice Chair, Slaven seconded, motion carried.

Old Business:

Commissioner Pittman made motion to have a work session on February 23, 2023, at 5:30pm at Lucky Eye Bar B. Q to review the Walker County Board Commissioner's Activity Report to be presented at the Walker Board of Commissioners Board Meeting beginning at 7:00 pm. Vice Chair Slaven seconded, motion carried.

Chairman Culpepper advised Commissioner Stultz, the commission had sent a request to Chairman Whitfield asking for authorization to apply for a grant for a updated Walker County Historic Resources Survey thru the Georgia Department of Historic Preservation. Survey must be completed for Walker County can be certified as a Georgia Local Certified Government, Walker County will then be eligible for historic preservation grants

Roof for the John Ross House. Commissioner Pittman moved to table any further discussion of assisting in securing funding for roof repair of the Chief John Ross House indefinitely at the request of the Chief John Ross House Association. Commissioner Upshaw seconded, and the motion was carried unanimously.

Courthouse Renovations: Walker County is developing request for proposals for the renovation of the Court House in hopes local contractors will bid on the project Updates will be made available as they become available.

Durham Mining Community Interpretive Sign: The Walker County Historical Preservation Commission has created and completed the text and graphics for the sign, received a quote in the amount of

1,580.00 from Pannier Graphics for the manufacture and delivery of sign. Letter requesting Walker County fund sign has been sent to Chairman Whitfield.

Dedication of the Napier AME Church and Cemetery Interpretive Sign will be held on Saturday February 25, 2023, at 1pm. at the site. The Georgia Civil War Commission funded the sign.

160th Battle of Chickamauga Reenactment: The Commission will have a booth and have a Walker Rocks brochure. The Commission will attempt to have an educational event for children.

New Business:

Commission addressed items in Chairman Whitfield's letter 2/4/2023.

1. Chairman Culpepper will work with Walker County Rocks to provide an inventory of existing Wayside Markers in Walker County and high-resolution photos for each marker for their website.
2. Provide a priority listing of additional wayside markers. Proposed additional markers.
    A. Estelle Iron Ore Mines and Cemetery.
    B. Mineral Springs Summer Resort.
    C. Rosenwald schools that were in Walker County, Oak Grove Log Cabin School.
    D. McLemore Cove: Daughtery Plantation, Civil War History, Native American History.
    E. Oak Grove School
    F. Budget will be set when text and graphics completed and quote for manufacture and delivery of signs received.
3. Provide Priority Listing of Projects.
    A. Develop Oak Grove One Room School into Educational Interpretive Center.
4. City of Chickamauga-to-Chickamauga Battlefield Connector Trail.
    A. The proposed trail follows the route of the war time Dry Valley Road( Crawfish Springs Road), Federal Forces used the road for movement of troops to the Battle of Chickamauga and to transport the wounded to the Federal Field Hospital Complex located at the Gordon Mansion ( Gordon-Lee Mansion) and grounds. Commission will develop signage along trail explaining history of road.

Commissioners Comments:

Vice Chair Slaven shared his passion for the Durham Mines and Community Wayside Marker and its significance to his family history.

Secretary Griffin discussed getting additional information on Fort Cummings in Lafayette. Fort served a holding facility during Cherokee removal in 1838.

Commissioner Upshaw suggested sharing Walker County history on the local access television and doing a segment on the Durham Mines.

Commissioner Dorsey revisited the Chattooga Academy ( John B. Gordon Hall) repair funding. Chairman Culpepper stated the City of Lafayette had not contacted him concerning funds available thru the Georgia Civil War Commission . She also discussed the Marsh House clean up, developing a speaking event for elementary aged children and winners of the African History and Cultural Center student mural contest will be on Beverly's Historical Monuments.

Walker County Commissioner Robert Stultz spoke at the High Point Community Center about the work of the Historical Commission. He shared the love for rural America is currently very popular.

Next meeting will be March 20,2023 at 6 pm at the Lafayette-Walker County Library.

Commissioner Pittman made motion to adjourn, seconded by Commissioner Upshaw. Motion carried.

Adjourned at 8:11 pm.

,