# EXHIBIT S

# Resolution # 740

**A Resolution to designate a monument and memorial**

**Whereas,** the Chief John Ross House is located on City Property between Lake Avenue and Andrews Street, and;

**Whereas,** the City Council of Rossville, Georgia knowing that the Chief John Ross House has social and political significance and is listed in the National Register of Historical places, hereby designates the Chief John Ross House as a historical structure of interest, and a monument and a memorial to the life of Chief John Ross who was the Principal Chief of the Cherokee Nation.

**Be It Resolved** that this resolution shall take effect this ______ day of April, 2022.

| | |
|---|---|
| ______________________________ | ______________________________ |
| Teddy Harris, Mayor | Attest: Russanna Jenkins, City Clerk |
| ______________________________ | ______________________________ |
| Todd Franklin, Councilmember | Hal Gray, Councilmember |
| ______________________________ | ______________________________ |
| Michael Hicks, Councilmember | Jonathan Lassetter, Councilmember |