**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| **Plaintiff,** | ) | **Case No.__________________** |
| **v.** | ) | **JURY DEMAND** |
| **CITY OF ROSSVILLE, GEORGIA, c/o MAYOR JONATHAN LASSETTER,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JANET FOREMAN-GREEN**

I, Janet Foreman-Green, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct. Unless otherwise indicated, the statements in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these matters.

1. I am over eighteen years of age and competent to make this declaration. I have volunteered with JRHA since 1982 and joined as a member of the John Ross House Association, Inc. ("JRHA") in 2019. On April 1, 2026, I was appointed President of the JRHA. I am authorized to submit this declaration on JRHA's behalf.

2. JRHA was established in 1958 to receive the Chief John Ross House (the "House"), relocate it to a suitable site, restore and preserve it, maintain public

access, and educate the public about Chief John Ross and the Cherokee Nation. The House stands on property located at the intersection of 212 Andrews Street and 200 East Lake Avenue in Rossville, Georgia.

3. As JRHA's President, my responsibilities include filing, securing, and archiving JRHA's records; securing the House and its contents; maintaining the lawn and landscaping immediately around the House; and opening the House for tours, lectures, and volunteers who assist with housekeeping, minor repairs, and landscaping.

4. My family has generational ties to the Ross family. According to my family's history, five of my Foreman ancestors married members of Chief John Ross's family during the nineteenth century. My great-grandmother, Christina Haglund Foreman, married Reverand John Ross Jr., Chief Ross's son. The Reverend Ross became my grandfather's stepfather.

5. I attended the House's dedication and grand opening on May 29, 1963, with my family. I was nine years old. I have visited the House throughout my life since it was moved to the property at 212 Andrews Street and 200 East Lake Avenue in 1963.

6. According to my family's history, in the Spring of 1963, my grandfather and father brought a mahogany bed, dining table and chairs, corner table, and other objects from the Murrell House in Park Hill, Oklahoma, for placement in

the John Ross House before the dedication. The Murrell House was the home of Chief Ross's niece, Minerva Ross. These heirlooms were donated to JRHA for exhibition in the House.

7. Since the lease expired in 2013, JRHA has continuously, openly, and exclusively possessed and owned the House and the property inside it. JRHA has continued its obligations under the ground lease and the City of Rossville, Georgia (the "City") accepted JRHA's continued occupancy of the House under the lease terms. The City has provided no notice of termination or demand for possession of the House, a removable structure. To my knowledge, the JRHA has not authorized a conveyance of the House or the property inside it to the City at any time.

8. The furnishings and historical objects kept at the House have included a mahogany bed, a dining table and chairs, a corner table, a washstand, spinning wheels, a loom, framed pictures, china, and Civil War relics (the furnishings, historical objects, and interpretative materials maintained by the JRHA at the House are collectively referred to as the "Collection").

9. The Collection includes donations from members of the Ross family, the Hermitage, the Eastern Band of Cherokee Indians, the Chief John Ross House Chapter of the National Society Daughters of the American Revolution, Gertrude Ruskin, and other donors.

10. From March 9 through March 12, 2026, JRHA members began to inventory the House's contents and secure them. These steps were taken because of concerns about vandalism by unhoused people who would breach the fence to use the porch as shelter, and also in an effort to organize House contents in consideration of a future move of the House to the Cherokee Reservation in Oklahoma, where the House and contents would receive unparalleled protection and preservation for posterity and provide education to the public of the several states as to the important history of Chief John Ross and the Cherokee Nation.

11. Before the City restricted JRHA's entry to the House, the JRHA had its own locks and keys to all locks on the gates and doors. JRHA did not have to seek the City's permission or approval to enter the House, which sits on City land under a ground lease with JRHA.

12. On or after March 12, 2026, I personally observed City-controlled chains and padlocks on the gates and House doors blocking JRHA's access to the House. I also observed signs on the gates and fence prohibiting entry and warning that violators would be prosecuted.

13. Before the obstructions were erected as described above, I did not receive notice that the City intended to take or exclude JRHA or otherwise claim the House, and I was not given an opportunity to address that proposed municipal action.

14. At or around that same time in March, City of Rossville Detective David Scroggins called my home and told me that the City's attorney had instructed him that the City owns the House and its contents. Detective Scroggins could not provide the basis for the City's claimed ownership.

15. Detective Scroggins further stated that he had audio and video footage of JRHA board members entering the House, captured on a newly installed audio and video camera positioned directly in front of the House. He indicated that entry without City authorization constituted criminal trespass and that removing property from the House could constitute criminal theft.

16. Since March 2026, the City has controlled JRHA's entry to the House and required JRHA to coordinate entry of the House through the City Clerk. The City's aggressive actions and threat of prosecution, communicated by a City detective, has created a chilling effect on JRHA's ability to continue its work in the House. As of the date of this declaration, JRHA has not regained the ability to independently enter and use its House with its own keys without obtaining City approval or without being audio and video recorded by the City. JRHA was provided no notice or opportunity to be heard on these issues.

17. Before his death on December 7, 2025, former JRHA President, Larry Rose, Jr., provided educational tours of the House regularly. Visitors included Trail of Tears Association groups, school field trips, Cherokee Nation, Eastern Band of

Cherokee Indians, and Muscogee groups, members of federally recognized tribes, descendants of Chief John Ross, and others.

18. Before the lockout, JRHA's officers, members, and volunteers inspected and maintained the House, performed housekeeping and minor repairs, cared for the surrounding landscaping, and secured the gates and doors. The City's restrictions have interrupted that work. Housekeeping and inspection of the Collection require entry, and maintaining security requires the ability to check the House and respond when a problem is discovered.

19. The City's asserted ownership of the House and aggressive actions have prevented JRHA from independently opening the House for educational tours for members of the public as it did before the lockout in March. JRHA seeks to resume its educational work and tours inside the House for the benefit of the public.

20. A House tour allows visitors to walk through history in the House's rooms and see the furniture, tools, and household objects used during the nineteenth century, or significant to the history of the House and the Chief Ross lineage, in their physical setting. That experience brings history to life and helps visitors understand how our ancestors lived and to appreciate the story and culture of the Cherokee people.

21. After Larry Rose, Jr.'s death in December 2025, unauthorized persons damaged the fence surrounding the House and JRHA became concerned that

unhoused people may sleep on the porches and light small fires near the House, as has occurred in the past.

22. On September 9, 2026, a City jail inmate crew performed lawn care, landscaping, and weed trimming inside the fence around the House. That crew cut the Cherokee horsetail growing in the left front garden down to the soil and also cut down the native flowers in the garden along the right side of the House.

23. Since the City's lockout, JRHA has not regained the regular independent access needed to inspect, maintain, and secure the House and Collection. Moreover, as a result of the City's lockout, I cannot verify the present condition and location of all items and artifacts inside the House.

24. I am concerned about vandalism, theft, fire, and the handling or removal of items from the House while JRHA lacks independent access and control. Those concerns arise from the security incidents described above and our inability to monitor the Collection regularly, as a property owner rightfully would. I do not currently know whether any item left inside the House after the City's lockout has been removed or damaged.

25. The House and Collection allow the JRHA to preserve and teach the history of Chief John Ross and the Cherokee people through the place and objects connected with that history. A replacement building or modern reproduction of an object would not carry the same historical or cultural significance and connection.

Lost ownership access also prevents JRHA from offering visitors the educational experience described above while the City's taking and interference of JRHA's House ownership continues.

26. JRHA seeks removal of the City's locks on the gates and at the House, removal of the intrusive City police-monitored audio/video camera at the front of the House, removal of the City-installed "No Trespassing" signage, and injunction against the criminal prosecution of JRHA members and JRHA-designated volunteers accessing the House and maintaining the items therein for trespass or theft.

27. Further, JRHA seeks the restoration of its ownership rights of access and control exercised before March 2026 so that it may fulfill its mission, including the ability to use its own keys to enter and secure the House, care for the immediate grounds inside the fence and for the Collection inside the House, assembling and directing volunteers in furtherance of this work, conducting educational visits and tours, and protecting these Cherokee artifacts from further government intrusion. Restoring JRHA's independent access would allow it to resume the ongoing care and educational work described in this declaration for the benefit of the public and the Cherokee Nation.

Dated 10/7/2026.

Signed by:
Janet Foreman-Green
B86924613946408...

Janet Foreman-Green
President, John Ross House Association