IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**John Ross House Association, Inc.,**

Plaintiff(s),

v.

**City of Rossville, Georgia**

Defendant(s).

CIVIL ACTION FILE
NO. 4:26-cv-300-WMR

**NOTICE OF HEARING**

Notice is hereby given that the Court sets a hearing on the Motion for Preliminary Injunction [Doc 2] in this case for Tuesday, November 17, 2026, at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 300 of the Harold L. Murphy Federal Building and United States Courthouse located at 600 East First Street, Rome, Georgia 30161.

**Each side shall submit prior to the start of the hearing, a proposedorder which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 9th day of October, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE