# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 4:26-CV-00300-WMR

Plaintiff: **John Ross House Association Inc**
vs.
Defendant: **City of Rossville, Georgia**

For:
Melissa Kirby
Husch Blackwell LLP
736 Georgia Ave
Ste 300
Chattanooga, TN 37402

Received by Ancillary Legal Corporation on the 7th day of October, 2026 at 5:25 pm to be served on **City Of Rossville, Georgia c/o Jonathan Lassetter - Mayor, 400 McFarland Ave, Rossville, GA 30741**

I, Jennifer Hollifield, being duly sworn, depose and say that on the **8th day of October, 2026** at **12:19 pm, I:**

served City Of Rossville, Georgia c/o Jonathan Lassetter - Mayor by delivering a true copy of the **Summons, Complaint for Violation of Civil Rights, Declaratory Judgment, and Injunctive Relief, Exhibits, Motion with Brief and Declaration, Certificate of Interested Persons** to: **Russanna Jenkins** as **Authorized To Accept** for **City Of Rossville, Georgia**, at the address of: **400 McFarland Ave, Rossville, GA 30741**.

**Additional Information pertaining to this Service:**
10/8/2026 12:19 pm Perfected corporate service: Met with Ms. Jenkins, City Clerk, who advised that the Mayor was out of the office and that she could accept the documents in his absence.

**Description** of Person Served: Age: ~52, Sex: F, Race/Skin Color: White, Height: ~5'2", Weight: 160, Hair: -, Glasses: -

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 14th day of Oct, 26 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC
My comm. Expires: 7.16.29

WENDI SLOOP
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY

[signature]
**Jennifer Hollifield**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2026018467
Ref: 511232-3

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

Case 4:26-cv-00300-WMR Document 4 Filed 10/07/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-300-WMR

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Russanna Jenkins, City Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* City of Rossville GA
______________________ on *(date)* 10/8/2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/14/26

Jennifer Hollifield
*Server's signature*

Jennifer Hollifield
*Printed name and title*

PO Box 44 Graysville GA 30726
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| JOHN ROSS HOUSE ASSOCIATION, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:26-cv-300-WMR |
| C | ) | |
| CITY OF ROSSVILLE, GEORGIA | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CITY OF ROSSVILLE, GEORGIA
c/o Mayor Jonathan Lassetter
City Hall, 400 McFarland Ave.
Rossville, GA 30741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa M. Kirby
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
(423) 266-5500-Telephone
Melissa.Kirby@huschblackwell.com

Ryan Burke
Husch Blackwell LLP
3550 Lenox Rd NE, Suite 2100
Atlanta, GA 30326
(404) 850-5317-Telephone
Ryan.Burket@huschblackwell.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 10-7-2026

s/Jill Ayers
*Signature of Clerk or Deputy Clerk*