**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 20 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | **4:26-cv-00300-WMR** |
| **v.** | ) | |
| | ) | |
| **CITY OF ROSSVILLE, GEORGIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO INTERVENE AS INTERVENOR-PLAINTIFF**
**PURSUANT TO FED. R. CIV. P. 24**
**AND PROPOSED CLAIM FOR EQUITABLE RELIEF**

**COMES NOW,** Robin Carter Mayes, appearing pro se as a direct lineal descendant of Principal Chief John Ross and personal property donor to the historic landmark collection, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b) for leave to intervene as an Intervenor-Plaintiff in the above-captioned action.

## I. STATEMENT OF INTEREST & GROUNDS FOR INTERVENTION

1. Lineal Heritage Interest & Historic Precedent:

Applicant Robin Carter Mayes is a direct lineal descendant of Principal Chief John Ross. The historic log home at issue—originally built in 1797 by John McDonald and subsequently inhabited by Chief John Ross—was dispossessed during the forced Cherokee Removal of 1838, a historic taking recognized and compensated in part by the federal government under the Treaty of 1846 (9 Stat. 871). As a direct lineal heir, Applicant maintains an inherent equitable and cultural interest in protecting the physical structure and determining its ultimate disposition.

2. Personal Property Interest (The Brainerd Mission War Club Artifact):

Applicant maintains an active personal property interest inside the subject premises. Applicant hand-crafted a traditional Cherokee war club carved from fallen timber originating from the historic Brainerd Mission grounds, marked with Applicant's Cherokee syllabary brand, and entrusted it directly to the late caretaker Larry Rose for public display inside the cabin. By executing a municipal lockout and seizing control of the structure, Defendant City of Rossville has unlawfully converted, restricted, and impaired Applicant's personal property rights.

3. Precedent for Relocation & Municipal Neglect:

The subject log structure is not fixed; it has already been physically relocated on multiple occasions in modern history to protect it from urban encroachment and environmental degradation. Furthermore, records and incident reports maintained by late caretaker Larry Rose demonstrate a recurring pattern of municipal security lapses, unauthorized access, and failure to preserve the structure.

4. Necessity of Independent Intervention for Equitable Remedy:

Existing parties do not adequately represent Applicant's specific prayer for equitable relief. Applicant asserts that because municipal stewardship has failed to protect this irreplaceable landmark, the appropriate equitable remedy is to authorize the structure to be carefully dismantled, preserved, and relocated to historic Cherokee family land near Park Hill, Oklahoma, adjacent to the Ross Cemetery.

## II. PRAYER FOR RELIEF

WHEREFORE, Applicant Robin Carter Mayes respectfully requests that this Court:

A. GRANT this Motion to Intervene as Intervenor-Plaintiff pursuant to Fed. R. Civ. P. 24;

B. ORDER Defendant City of Rossville to secure, protect, and grant full access for inventory and retrieval of all personal property inside the structure, including Applicant's hand-crafted war club;

C. ORDER that any final injunctive decree or court-supervised settlement include a structured plan allowing the log home to be relocated and preserved at Park Hill, Oklahoma.

Respectfully submitted this 15TH day of October, 2026.

[signature]

Robin Carter Mayes, Pro Se
3016 Groveland Terrace
Denton, TX 76210
(940) 206-0537
mayes1839@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | **4:26-cv-00300-WMR** |
| **v.** | ) | |
| | ) | |
| **CITY OF ROSSVILLE, GEORGIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION OF ROBIN CARTER MAYES IN SUPPORT OF MOTION TO INTERVENE**

I, Robin Carter Mayes, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am over the age of 18 and fully competent to make this declaration.
2. I am a direct lineal descendant of Principal Chief John Ross.
3. On October 28, 2019, following written communications with the late caretaker Larry Rose regarding fallen timber from the historic Brainerd Mission grounds, I received a timber section and hand-crafted a traditional Cherokee war club, branded with my Cherokee syllabary mark.
4. I mailed the finished war club to Mr. Rose for placement and display inside the John Ross House in Rossville, Georgia, where it currently resides. Contemporaneous message records, photographic documentation of the raw timber, the completed artifact, and delivery logs remain in my possession.
5. Over several years, Mr. Rose communicated regularly with me concerning security issues, break-ins, unauthorized fires, and municipal neglect surrounding the cabin property.
6. As a direct descendant and donor, I seek to intervene to protect my personal property interest and to propose the relocation of Chief John Ross's historic cabin to family-held grounds near the Ross Cemetery in Park Hill, Oklahoma.

Executed on this 15TH day of October, 2026.

[signature]
Robin Carter Mayes

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I served a true and correct copy of the foregoing Motion to Intervene and Supporting Declaration upon the following parties by depositing same in the United States Mail, First Class Postage Prepaid / USPS Certified Mail, addressed as follows:

Ryan Chorkey Burke, Esq.
Husch Blackwell LLP
3550 Lenox Rd NE, Suite 2100
Atlanta, GA 30326
Counsel for Plaintiff John Ross House Association, Inc.

City of Rossville, Georgia
Attn: Mayor & City Clerk
400 McFarland Avenue
Rossville, GA 30741
Defendant

Robin Mayes

Robin Carter Mayes, Pro Se