CERTIFIED MAIL®

Robin Mayes, Pro Se
3016 Groveland Terrace
Denton, Texas 76210

9589 0710 5270 4059 5365 24

Retail

UNITED STATES POSTAL SERVICE®

30161

RDC 99

U.S. POSTAGE PAID
FCM LETTER
DENTON, TX 76205
OCT 15, 2026

$6.37

S2324D500903-2

CLEARED DATE

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 20 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

U.S. Marshals Service
Rome, GA 30161

Clerk of Court
U.S. District Court, Northern District of Georgia
600 East First Street, Room 325
Rome, GA 30161

30161-318775