**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JOHN ROSS HOUSE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSSVILLE, GEORGIA,<br><br>Defendant. | Case No. 4:26-cv-00300-WMR |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, with the consent of Plaintiff, respectfully moves the Court for a six-day extension of time, through and including November 4, 2026, to answer or otherwise respond to Plaintiff's Complaint and to respond to Plaintiff's Motion for Preliminary Injunction. In support of this Motion, Defendant shows the Court as follows:

1. Plaintiff John Ross House Association, Inc. ("Plaintiff") filed the Complaint in this action on October 7, 2026. [Doc. 1.]

2. That same day, Plaintiff filed a Motion for Preliminary Injunction. [Doc. 2.]

3. Defendant City of Rossville, Georgia ("Defendant") was served with the Complaint on or about October 8, 2026. [Doc. 9.] Sometime thereafter, the Defendant received Plaintiff's Motion for Preliminary Injunction.

4. Defendant's answer or other response to the Complaint is currently due on October 29, 2026. Defendant's deadline to respond to the Motion for Preliminary Injunction is on or about the same date.

5. Counsel for Plaintiff has consented to extend Defendant's deadlines up to and including November 4, 2026 to answer or otherwise respond to the Complaint and to respond to the Motion for Preliminary Injunction. All defenses which might or could have been raised within the original time to answer, move, or otherwise respond are preserved by such an extension.

6. Defendant is requesting this extension in good faith and to allow it to consider its most cogent positions and arguments responsive to the Complaint. This is Defendant's first request for an extension of this deadline. The extension is not being sought for purposes of delay, and no party will be prejudiced by the requested extension.

For the foregoing reasons, Defendant City of Rossville, Georgia respectfully requests that the Court extend the deadline for its responsive pleading and for its response to the Motion for Preliminary Injunction from

October 29, 2026 until and including November 4, 2026. A proposed Order is attached for the Court's consideration.

* * *

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared in Century Schoolbook, 13-point font, in compliance with Local Rule 5.1(C).

Respectfully submitted this 21st day of October, 2026.

DAVIS LUCAS CARTER LLP

*/s/ Lee B. Carter*
Georgia Bar No. 595903
J. Anderson Davis
Georgia Bar No. 211077

*Attorneys for Defendant City of Rossville, Georgia*

210 East 2nd Ave., Suite 301
Rome, Georgia 30161
Phone: 706.842.7555
lcarter@davislucascarter.com
adavis@davislucascarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Lee B. Carter*
Lee B. Carter
Georgia Bar No. 595903

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JOHN ROSS HOUSE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSSVILLE, GEORGIA,<br><br>Defendant. | Case No. 4:26-cv-00300-WMR |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Having considered the Consent Motion for Extension of Time for Defendant City of Rossville, Georgia to answer or otherwise respond to Plaintiff's Complaint and to respond to Plaintiff's Motion for Preliminary Injunction, and finding that Plaintiff consents to the extension sought,

1. The Consent Motion for Extension of Time is GRANTED;

2. The time for Defendant City of Rossville, Georgia to answer or otherwise respond to Plaintiff's Complaint is extended up to and including Wednesday November 4, 2026; and

3. The time for Defendant City of Rossville, Georgia to respond to Plaintiff's Motion for Preliminary Injunction is extended up to and including Wednesday November 4, 2026.

SO ORDERED, this 27th day of October, 2026.

William M. Ray II

The Honorable William M. Ray, II
United States District Judge