**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:46-cv-00300-WMR** |
| **v.** | ) | |
| **CITY OF ROSSVILLE, GEORGIA,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JANET FOREMAN-GREEN**

I, Janet Foreman-Green, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct. Unless otherwise indicated, the statements in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these matters.

1. I am familiar with the replica Cherokee war club described in Robin Carter Mayes's Motion to Intervene.

2. Upon information and belief, the replica war club was made by Mr. Mayes, is his interpretation of a Cherokee war club, and was a generous gift to the late, former John Ross House Association President, Larry Rose.

3. The club is not presently located inside the Chief John Ross House.

4. The John Ross House Association is willing to make the club available to Mr. Mayes for pickup or coordinate delivery of it to him. His receipt of the club need not await resolution of this lawsuit.

Dated: 11/2/2026

Signed by:
Janet Foreman-Green
B86924613946408...

Janet Foreman-Green
President, John Ross House Association