**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JOHN ROSS HOUSE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSSVILLE, GEORGIA,<br><br>Defendant. | Case No. 4:26-cv-00300-WMR |

**DEFENDANT CITY OF ROSSVILLE, GEORGIA'S**
**PARTIAL MOTION TO DISMISS**

Defendant City of Rossville, Georgia (the "City") moves under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts VI and VIII of the Complaint [Doc. 1] filed by Plaintiff John Ross House Association, Inc. (the "Association").[1] Those counts seek a declaration that the City violated the Georgia Constitution's due process and search-and-seizure provisions, and injunctions enforcing them. (Compl. ¶¶ 110, 118.) Such claims, however, are barred by sovereign immunity. As further explained in the City's

[1] The City is not filing an answer on the remaining claims because courts in this district have consistently held that a defendant's time to file an answer is tolled until 14 days after a partial motion to dismiss is decided. *See* City's Brief ISO Partial Motion to Dismiss at 2, n.1 (providing case citations from this district).

Brief in Support, which is filed contemporaneously herewith, the Complaint should be narrowed to comply with Georgia law.

1. A Georgia municipality is immune from suit unless the General Assembly has waived its immunity, and the party seeking to benefit from a waiver bears the burden of establishing it. *Gatto v. City of Statesboro*, 312 Ga. 164, 166–67 (2021); O.C.G.A. § 36-33-1(a). The only waiver that could reach Counts VI and VIII is the 2021 amendment to the Georgia Constitution, Ga. Const. Art. I, § II, ¶ V (the "Amendment"). Absent the Amendment, sovereign immunity bars claims for declaratory and injunctive relief against a Georgia municipality. *Lathrop v. Deal*, 301 Ga. 408, 444 (2017); *City of Hapeville v. Sylvan Airport Parking, LLC*, 359 Ga. App. 448, 451 (2021).

2. The Amendment waives sovereign immunity only for "actions in the superior court." Ga. Const. Art. I, § II, ¶ V(b)(1). This action was not filed in a Georgia superior court, so the Amendment does not apply—meaning that the Court does not have subject-matter jurisdiction over Counts VI and VIII and/or those counts fail under Rule 12(b)(6). *See Crisp v. Georgia*, No. 21-14190, 2022 WL 3589673, at *3 (11th Cir. Aug. 23, 2022).

3. Alternatively, if the Amendment applies here, it limits the available relief. First, a court may enjoin the challenged acts "only after awarding declaratory relief." Ga. Const. Art. I, § II, ¶ V(b)(1). No declaratory relief has been awarded, so these counts cannot support a preliminary injunction. (*See*

Doc. 2.) Second, no "damages, attorney's fees, or costs of litigation shall be awarded" in the action. *Id.* ¶ V(b)(4). Because "action" refers to the entire lawsuit, *State v. SASS Grp., LLC*, 315 Ga. 893, 901 (2023), the Association cannot proceed under the Amendment and also recover damages on its state-law claims in Counts VII, IX, and X. (*See* Compl. ¶¶ 114, 121, 125.)

WHEREFORE, the City respectfully requests that the Court dismiss Counts VI and VIII of the Complaint. Alternatively, the City requests that the Court hold that no injunction may issue on those counts before declaratory relief is awarded, and that the Association may not recover damages, attorney's fees, or costs on its state-law claims in this action.

* * *

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared in Century Schoolbook, 13-point font, in compliance with Local Rule 5.1(C).

Respectfully submitted this 4th day of November, 2026.

DAVIS LUCAS CARTER LLP

*/s/ Lee B. Carter*
Georgia Bar No. 595903
J. Anderson Davis
Georgia Bar No. 211077

*Attorneys for Defendant City of Rossville, Georgia*

210 East 2nd Ave., Suite 301
Rome, Georgia 30161
Phone: 706.842.7555
lcarter@davislucascarter.com
adavis@davislucascarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed the foregoing **Defendant City of Rossville Georgia's Partial Motion to Dismiss** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Lee B. Carter*
Lee B. Carter
Georgia Bar No. 595903