IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**John Ross House Association, Inc.,**

Plaintiff(s),

v.

**City of Rossville, Georgia**

Defendant(s).

CIVIL ACTION FILE
NO. 4:26-cv-300-WMR

**SECOND AMENDED NOTICE OF HEARING**

Notice is hereby given that the Court **ADDS** the Motion to Dismiss [Doc 18] to the hearing scheduled for Thursday, November 18, 2026, in addition to the Motion for Preliminary Injunction [Doc 2] and Motion to Intervene [Doc 10] previously scheduled to occur on **Thursday, November 19, 2026, at 9:30 a.m.** before the Honorable William M. Ray, II. The hearing will take place in Courtroom 300 of the Harold L. Murphy Federal Building and United States Courthouse located at 600 East First Street, Rome, Georgia 30161. **Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.**

**Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 5th day of November, 2026.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE