RECEIVED IN CLERK'S OFFICE
U.S.D.C. – Rome

NOV 09 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Date, 11, 3, 2026

Clerk of Court
U.S. District Court, Northern District of Georgia
Rome Division
Harold L. Murphy Federal Building & U.S. Courthouse
600 East First Street, Room 300
Rome, GA 30161-3149

RE: John Ross House Association, Inc. v. City of Rossville, Georgia
Civil Action No. 4:26-cv-00300-WMR

Dear Clerk:

Enclosed for filing in the above-referenced action, please find:

1. Intervenor-Applicant's Motion for Leave to Appear Remotely via Video Conference or Teleconference;
2. Intervenor-Applicant's Reply Brief in Support of Motion to Intervene; and
3. Certificate of Service confirming service upon counsel of record via Certified Mail.

Please file the original motion on the docket and forward a copy to the Honorable William M. Ray, II / Chambers.

Thank you for your assistance.

Sincerely,

Robin Carter Mayes, Pro Se
3016 Groveland Terrace
Denton, TX 76210
Phone: (940) 208-0537
Email: mayes1839@gmail.com