Robin Mayes, Pro Se
3016 Groveland Terrace
Denton, Texas 76210

Retail

U.S. POSTAGE PAID
FCM LG ENV
DENTON, TX 76205
NOV 03, 2026

UNITED STATES POSTAL SERVICE

30161

$7.53

RDC 99 0 Lb 2.00 Oz S2324H503880-10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 4059 5409 58

CLEARED DATE
NOV 09 2026
U.S. Marshals Service
Rome, GA 30161

Clerk of Court
U.S. District Court, Northern District of Georgia, Rome Division
Harold L. Murphy Federal Building & U.S. Courthouse
600 East First Street, Room 300
Rome, GA 30161-3149