**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| **Plaintiff** | ) | **4:26-CV-00300-WMR** |
| **v.** | ) | |
| **CITY OF ROSSVILLE, GEORGIA,** | ) | |
| **Defendant** | ) | |

**ORDER DENYING MOTION TO APPEAR REMOTELY**

The Court hereby DENIES the Intervenor's Motion for Leave to Appear Remotely [Doc 32]. All testimony and appearances must be in person.

This 10th day of November, 2026.

UNITED STATES DISTRICT JUDGE