**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JOHN ROSS HOUSE ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **4:26-cv-00300-WMR** |
| | ) | |
| **CITY OF ROSSVILLE, GEORGIA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **ROBIN CARTER MAYES,** | ) | |
| | ) | |
| **Intervenor-Applicant.** | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV 13 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**INTERVENOR-APPLICANT'S NOTICE OF HEARING CONTENTION**

Comes now Robin Carter Mayes, Intervenor-Applicant pro se, and respectfully files this Notice of Hearing Contention to clarify his standing and position prior to the November 19, 2026 hearing:

1. Inherent Lineal Title: Intervenor-Applicant is a direct lineal descendant of Principal Chief John Ross and holds federal documentation of his Cherokee heritage. The John Ross House and its ancestral estate carry inherent family title that precedes municipal oversight or local association stewardship.

2. Heir vs. Caretaker Status: While local civic organizations have served as permissive caretakers of the structure, routine maintenance does not divest the Ross family of its underlying heritage or legal interest. Caretakers cannot lock the direct descendants out of proceedings concerning the long-term disposition of ancestral property.

3. Right to Intervene: Neither Plaintiff nor Defendant adequately represents the inherent ancestral title and historical stewardship rights of Chief John Ross's direct bloodline. Intervention under Fed. R. Civ. P. 24 is necessary to protect the complete, unfragmented legacy of the house and its associated cultural artifacts.

Respectfully submitted this 9TH day of November, 2026.

[signature]

Robin Carter Mayes, Pro Se
3016 Groveland Terrace
Denton, TX 76210 Email:
mayes1839@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9TH day of November, 2026, I served a true and correct copy of the foregoing Intervenor-Applicant's Notice of Hearing Contention via United States Postal Service Certified Mail, properly addressed and postage prepaid, to:

Melissa M. Kirby / Daniel J. Esquivel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Counsel for Plaintiff John Ross House Association, Inc.

Jesse Anderson Davis / Lee B. Carter
Davis Lucas Carter LLP
210 E. 2nd Ave., Suite 301
Rome, GA 30161
Counsel for Defendant City of Rossville

Robin Mayes

Robin Carter Mayes, Pro Se