# EXHIBIT A


NO TRESPASSING
PRIVATE PROPERTY


NO
TRESPASSING
PRIVATE PROPERTY
VIOLATORS WILL BE
PROSECUTED


NO
TRESPASSING
PRIVATE PROPERTY
VIOLATORS WILL BE
PROSECUTED
PLEASE
DO NOT
CLIMB OR
ENTER FENCE
VIOLATORS WILL
BE PROSECUTED