# EXHIBIT B

# WALKER COUNTY
# Joint Comprehensive Plan 2012-2032

## Part II
## Community Agenda

**Prepared for:**
**Walker County and the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Prepared by:**
**Northwest Georgia Regional Commission**
**P. O. Box 1798**
**Rome, Georgia 30162-1798**

**February 2012**

# Table of Contents

**Adoption Resolutions ........................................................................ ii**

**1. Introduction ....................................................................................... 1**

**2. Unincorporated Walker County ........................................................ 3**

**3. City of Chickamauga ....................................................................... 41**

**4. City of LaFayette ............................................................................. 68**

**5. City of Lookout Mountain ............................................................ 103**

**6. City of Rossville ............................................................................. 122**

**Appendix A: Summary of Community Participation ...................... 146**

**Appendix B: Quality Community Objectives .................................. 151**

# Adoption Resolutions

*Bebe Heiskell*
*Walker County Commissioner*

Post Office Box 445
LaFayette, Georgia 30728

**RESOLUTION**
**TO ADOPT THE**
**WALKER COUNTY & CITIES JOINT COMPREHENSIVE PLAN, 2012-2032**

**FOR WALKER COUNTY, AND CITIES OF**
**LAFAYETTE, ROSSVILLE, CHICKAMAUGA, AND LOOKOUT MOUNTAIN**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the Community Agenda 2012-2032 for Walker County and the cities of LaFayette, Rossville, Chickamauga, and Lookout Mountain has been completed to establish a future development vision, policies and implementation strategies to guide growth and development for the county and its cities; and

**Whereas**, such Community Agenda, 2012-2032, the final component of the Comprehensive Plan, has been approved by the Georgia Department of Community Affairs and the Northwest Georgia Regional Commission as meeting Georgia's Minimum Planning Standards and Procedures;

**Now Therefore Be It Resolved**, that Walker County, Georgia hereby officially approves and adopts the Walker County & Cities Joint Comprehensive Plan, 2012-2032 as a general guide for future growth, change, development, and progress.

**Adopted**, this 16th day of February, 2012.

Bebe Heiskell
Bebe Heiskell, Sole Commissioner
Walker County, Georgia

Briggitt Garrett
Attest: Briggitt Garrett, County Clerk

12012310.005 CEDS PLANS WALKER

**RESOLUTION 2012-051**
**TO ADOPT THE**
**WALKER COUNTY & CITIES JOINT COMPREHENSIVE PLAN, 2012-2032**

**FOR WALKER COUNTY, AND CITIES OF**
**LAFAYETTE, ROSSVILLE, CHICKAMAUGA, AND LOOKOUT MOUNTAIN**

**Whereas,** the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas,** the Community Agenda 2012-2032 for Walker County and the cities of LaFayette, Rossville, Chickamauga, and Lookout Mountain has been completed to establish a future development vision, policies and implementation strategies to guide growth and development for the county and its cities; and

**Whereas,** such Community Agenda, 2012-2032, the final component of the Comprehensive Plan, has been approved by the Georgia Department of Community Affairs and the Northwest Georgia Regional Commission as meeting Georgia's Minimum Planning Standards and Procedures;

**Now Therefore Be It Resolved,** that the City of Chickamauga, Georgia hereby officially approves and adopts the Walker County & Cities Joint Comprehensive Plan, 2012-2032 as a general guide for future growth, change, development, and progress.

**Adopted,** this 15th day of February, 2012.

Ray Crowder, Mayor
City of Chickamauga

ATTEST:
City Clerk, City of Chickamauga

(SEAL)

# RESOLUTION OF
# CITY OF LAFAYETTE

## TO ADOPT THE
## WALKER COUNTY & CITIES JOINT COMPREHENSIVE PLAN, 2012-2032
## FOR WALKER COUNTY, AND CITIES OF
## LAFAYETTE, ROSSVILLE, CHICKAMAUGA, AND LOOKOUT MOUNTAIN

**Whereas,** the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas,** the Community Agenda 2012-2032 for Walker County and the cities of LaFayette, Rossville, Chickamauga, and Lookout Mountain has been completed to establish a future development vision, policies and implementation strategies to guide growth and development for the county and its cities; and

**Whereas,** such Community Agenda, 2012-2032, the final component of the Comprehensive Plan, has been approved by the Georgia Department of Community Affairs and the Northwest Georgia Regional Commission as meeting Georgia's Minimum Planning Standards and Procedures;

**Now Therefore Be It Resolved,** that the City of LaFayette, Georgia hereby officially approves and adopts the Walker County & Cities Joint Comprehensive Plan, 2012-2032 as a general guide for future growth, change, development, and progress.

**Adopted,** this 16th day of February, 2012.

H Neal Florence

Neal Florence, Mayor
City of LaFayette, Georgia

**ATTEST:**

Brenda Snyder

Brenda Snyder, City Clerk

[SEAL]

**RESOLUTION**
**TO ADOPT THE**
**WALKER COUNTY & CITIES JOINT COMPREHENSIVE PLAN, 2012-2032**

**FOR WALKER COUNTY, AND CITIES OF**
**LAFAYETTE, ROSSVILLE, CHICKAMAUGA, AND LOOKOUT MOUNTAIN**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the Community Agenda 2012-2032 for Walker County and the cities of LaFayette, Rossville, Chickamauga, and Lookout Mountain has been completed to establish a future development vision, policies and implementation strategies to guide growth and development for the county and its cities; and

**Whereas**, such Community Agenda, 2012-2032, the final component of the Comprehensive Plan, has been approved by the Georgia Department of Community Affairs and the Northwest Georgia Regional Commission as meeting Georgia's Minimum Planning Standards and Procedures;

**Now Therefore Be It Resolved**, that the City of Lookout Mountain, Georgia hereby officially approves and adopts the Walker County & Cities Joint Comprehensive Plan, 2012-2032 as a general guide for future growth, change, development, and progress.

**Adopted**, this 22nd day of February, 2012.

Attest: City Clerk

Bill Glascock, Mayor
City of Lookout Mountain, Georgia

(SEAL)

# Resolution # 596

**A RESOLUTION TO ADOPT THE WALKER COUNTY & CITIES JOINT COMPREHENSIVE PLAN, 2012-2032 FOR WALKER COUNTY, AND CITIES OF LAFAYETTE, ROSSVILLE, CHICKAMAUGA, AND LOOKOUT MOUNTAIN.**

**Whereas,** the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas,** the Community Agenda 2012-2032 for Walker County and the cities of LaFayette, Rossville, Chickamauga, and Lookout Mountain has been completed to establish a future development vision, policies and implementation strategies to guide growth and development for the county and its cities; and

**Whereas,** such community Agenda 2012-2032, the final component of the Comprehensive Plan, has been approved by the Georgia Department of Community Affairs and the Northwest Georgia Regional Commission as meeting Georgia's Minimum Planning Standards and Procedures;

**Now Therefore Be It Resolved,** that the City of Rossville, Georgia hereby officially approves and adopts the Walker County & Cities Joint Comprehensive Plan, 2012-2032 as a general guide for future growth, change, development, and progress.

**Adopted,** this 14th day of February, 2012.

Teddy Harris, Mayor

Attest: Sherry Foster, City Clerk

Richard A Buff, Councilmember

Cindy Bradshaw, Councilmember

Hal D Gray, Jr., Councilmember

Joyce H Wall, Councilmember

# Chapter 1

# Introduction

***Introduction to the Community Agenda for Unincorporated Walker County and the municipalities of Chickamauga, LaFayette, Lookout Mountain, and Rossville***

The 1989 Georgia Planning Act requires that each community and county in Georgia prepare and adopt a local comprehensive plan. The requirements for a comprehensive plan are established by the Georgia Department of Community Affairs' (DCA) "Standards and Procedures for Local Comprehensive Planning," effective May 1, 2005. A comprehensive plan meeting these requirements must include three main components: the Community Assessment, Community Participation Plan, and Community Agenda. This document is the *Community Agenda* portion of the Joint Comprehensive Plan for Walker County, Georgia, which includes the four incorporated cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville. The City of Fort Oglethorpe extends into the northeast corner of Walker County. Based on criteria set by the state, however, Fort Oglethorpe planning occurs with the published comprehensive plan update schedule for Catoosa County, where Fort Oglethorpe's city hall is located.

The purpose of the *Community Agenda* is to lay out a road map for the community's future, developed through a public process of involving community leaders, stakeholders, and the public. The *Community Agenda* is the most important part of the plan, as it includes the community's vision for the future, key issues and opportunities it chooses to address during the planning period, and its implementation program for achieving this vision and addressing the identified issues and opportunities. The *Community Agenda* is intended to generate local pride and enthusiasm about the future of the community, thereby enhancing the likelihood of the plan being implemented.

The *Community Agenda* is comprised of the following three components:

1. Community Vision, which includes the:
   - Vision Statement (optional)
   - Future Development Map

  - Defining Narrative
2. Community Issues & Opportunities
3. Implementation Program, which includes the:
   - Short Term Work Program
   - Policies

Also included in the Implementation Program is the Report of Accomplishments, an assessment of the 2007-2011 Short Term Work Program. Each component is described in the *Community Agenda* as it pertains to unincorporated Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville. Chapters 2 through 6 of this document organize this information by jurisdiction.

The *Community Agenda* was prepared with public and stakeholder involvement as specified in the *Community Participation Program*. A Summary of Community Participation can be found in Appendix A of this document.

# Unincorporated Walker County

***Presenting the Community Vision, Community Issues & Opportunities, and the Implementation Program for Unincorporated Walker County***

## Community Vision

The Community Vision is intended to paint a picture of what the community desires to become, providing a complete description of the development patterns to be encouraged within the jurisdiction. It includes the following components: (1) a general vision statement of the overall goals and desired future the community seeks to achieve; (2) a future development map, delineating boundaries of major character areas covering the jurisdiction; and (3) defining narrative (i.e., a specific vision) for each character area shown on the future development map.

### General Vision Statement

***Walker County Government will take the lead in creating a quality of life unparalleled in the southeast. Stewardship of the manmade and natural resources will be the foundation of every decision. Government will be progressive in providing infrastructure and services that support residential, commercial, and industrial development. Government will be sensitive and responsive to issues of local and community concerns and be proactive in identifying and planning for emerging opportunities and preserving those core values which are the foundations of the past and our hope for the future.***

We will realize our vision by supporting these goals: A strong operational and management infrastructure; downtown revitalization; greenspace and natural resources preservation and development; balance between residential, commercial, and industrial development; quality growth management; quality education; community and economic development; a clear county-wide vision and agreed-on goals; and regional collaboration.

## Future Development Map & Defining Narrative

A key component of the comprehensive planning process is the creation of a Future Development Map that reflects the county's vision for growth and development for the next 20 years. This vision, which was developed with a public visioning process, is expressed in unique "character areas." The following pages present the Future Development Map and Defining Narrative for each character area shown on the Future Development Map for unincorporated Walker County.

Character area planning focuses on the way an area looks and how it functions. Tailored development strategies are applied to each area, with the goal of enhancing the existing character/function or promoting a desired character for the future. The character areas shown on the Future Development Map define areas that:

- Presently have unique or special characteristics that need to be preserved
- Have potential to evolve into unique areas
- Require special attention because of unique development issues

The character areas narratives that follow present an overall vision for future growth and development for each character area and include the following information:

- Description
- Land use(s)
- Quality Community Objectives
- Implementation measures

The description is intended to clarify the types, forms, styles, and patterns of development that are to be encouraged in the character area. The land uses are those to be allowed in the character area. The Quality Community Objectives (QCO) identifies the QCOs that will be pursued in the area. These objectives were adopted by the Georgia Department of Community Affairs (DCA) to measure how communities preserve their unique resources while accommodating future development. The Quality Community Objectives can be found in Appendix B. Finally, the implementation measures identify strategies the county can take to help achieve the desired development patterns for the area.


FUTURE DEVELOPMENT MAP
WALKER COUNTY, GEORGIA
LEGEND
INCORPORATED CITY LIMITS
CHARACTER AREAS
RESIDENTIAL
RURAL RESIDENTIAL
INDUSTRIAL
GREENSPACE/CONSERVATION AREA
MIXED USE
AGRICULTURE/FORESTRY
MCLEMORE COVE HISTORIC DISTRICT
SCENIC_HIGHWAY
MAJOR_HIGHWAY
GATEWAY_CORRIDOR
CROSSROAD COMMUNITY
N
S
E
W
LOOKOUT MOUNTAIN
FAIRVIEW
FORT OGLETHORPE
LYTLE
SHIELDS CROSSROAD
CHICKAMAUGA
HIGH POINT
POND SPRING
ROCK SPRINGS
COOPER HEIGHTS
KENSINGTON
NOBLE
DAVIS CROSSROAD
CATLETT
CHESTNUT FLAT
REO
CEDAR GROVE
PATTON
LAFAYETTE
KLOOKOUT
CENTER POST

## Residential



Residential development in the Mountain View area

### Description

Post WWII housing. Area where typical types of suburban residential subdivision development have occurred. Are within proximity to a public water network. Low pedestrian orientation, little or no transit, high open space, high to moderate degree of building separation, predominantly residential. Post- WWII.

**Development Strategies/Policies:**

- Retrofit to meet traditional neighborhood development principles.
- Creating walkable neighborhood focal points by locating schools, community centers, commercial activity centers at suitable locations
- Use traffic calming improvements, sidewalks, interconnections
- Accessory housing units, or new well-designed, small-scale infill multifamily residences to increase density and income diversity.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Housing opportunities

### Land Uses

Residential
Commercial
Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Tree preservation, rehabilitation, infill guidelines and emphasis, recommend conservation subdivision and walkable communities

Incentives:

- Homestead Exemptions

Public Investments:

- Walker County Transit, beautification projects, community center, recreation areas, playgrounds.

Infrastructure Improvements:

- Improve existing water and sewer, provide high speed internet

## Rural Residential



Chamberlain Road, west of LaFayette

### Description

Rural, undeveloped land likely to face development pressures for lower density (one unit per one+ acres) residential development. Typically will have low pedestrian orientation and access, very large lots, open space, pastoral views, high degree of building separation.

**Development Strategies/Policies:**

Maintain rural atmosphere with new residential development by:

- Permitting rural cluster or conservation subdivision design that incorporate significant amounts of open space.
- Encourage compatible architecture styles that maintain regional rural character, without “franchise” or “corporate” architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Housing opportunities

### Land Uses

Residential
Agriculture/Forestry
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Preserve rural features and limit residential development to lot sizes of one (Residential-Agricultural Zoning District) to five acres (Agricultural Zoning District).

New or revised local development regulations:

- Require preservation of open space, trees, limit commercial and residential development

Incentives:

- Allow design variances for conservation subdivisions and individual homes

Public Investments:

- Public parks and greenspace/ trails to connect Residential and areas of interest such as general stores, churches, or community centers.

Infrastructure Improvements:

- Improve water and sewer, extend where practical, road resurfacing and repairing when and where necessary

## Industrial




Industrial site on GA Hwy 193, near the Tennessee state line

### Description

Land used in higher intensity manufacturing, assembly, processing activities where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, or other nuisance characteristics are not contained on-site.

**Development Strategies/Policies:**

- Encourage greater mix of uses (such as retail and services to serve industry employees) to reduce automobile reliance/use on site.

### Quality Community Objectives

- Infill development
- Regional identity
- Appropriate businesses
- Employment options

### Land Uses

Industrial
Commercial

### Implementation Measures

More detailed sub-area planning:

- Use industrial and small industry parks; have mix of small and large industry, develop incentive package for potential industry and evaluate the need for support industry.

New or revised local development regulations:

- Require percentage of openspace on site

Incentives:

- Tax breaks for incubators and small business for reuse and site cleanup
- Reusing existing industrial sites – adaptive reuse

Public Investments:

- Install high-speed internet, provide alternative access roads, Participate in funding Northwest Georgia Joint Development Authority, signage

Infrastructure Improvements:

- Maintain and upgrade roads, install traffic lights, improve sewer/water

## Greenspace/Conservation



Old Mineral Springs Road

### Description

Primarily undeveloped natural lands and environmentally sensitive areas not suitable for development, e.g. scenic views, steep slopes, floodplains, wetlands, watersheds, wildlife management areas and other environmentally sensitive areas.

**Development Strategies/Policies:**

Maintain natural, rural character by:

- No new development
- Promote conservation easements
- Widen only when absolutely necessary
- Promote passive-use tourism and recreation destinations.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Open space preservation:
- Environmental protection
- Growth preparedness
- Regional cooperation

### Land Uses

Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Highlight areas with environmental significance. Utilize GIS system to document what properties already participate in the conservation programs available to them.

New or revised local development regulations:

- Certain amount of area in development to be preserved as greenspace

Incentives:

- Land in conservation easements would provide rental payment

Public Investments:

- Park maintenance, patrols

Infrastructure Improvements:

- Access Roads to areas such as Rocky Lane and the Pigeon Mountain Wildlife Areas.

## Mixed Use




Fieldstone Farms Mixed Use Planned Unit Development – Phase I

### Description

- A mix of office, housing, and commercial uses
- Walkable
- Improves sense of community

**Suggested Development Plan:**

- Design Guidelines for Stores and Offices (Types, Appearance) includig connectivity guidelines, landscaping design, setbacks, greenspace requirements and stormwater plan.
- Encourage compatible architecture styles that maintain regional rural character, without "franchise" or "corporate" architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Residential
Commercial
Park/Recreation/Conservation
Public/Institutional
Mixed Use

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas. Stormwater Management Plan for the Rock Spring Creek Watershed. Wetland and Spring Protection Plan for the historic Rock Spring.

New or revised local development regulations:

- Design guidelines, infill use restrictions, update and enhance wetland protection ordinance.

Incentives:

- Walker County funded Stormwater Plan available for participation by landowners.

Public Investments:

- Stormwater Management Plan, Community Recreational Areas, Walker County Transit

Infrastructure Improvements:

- Create wifi hotspots, improve water and sewer services to accommodate creative designs

## Agricultural/Forest


Hwy 193 near Nickajack Rd.

### Description

Lands in open, cultivated state or sparsely settled, woods, farms.

**Development Strategies/Policies:**

Maintain rural character by:

- Strictly limiting new development.
- Protecting farmland and open space
- Promoting use of conservation easements by land owners
- Limit residential subdivisions, require cluster or conservation subdivision design, architecture that maintains rural character.
- Widen roadways only when absolutely necessary.
- Carefully design the roadway alterations to minimize visual impact
- Promote these areas as passive-use tourism, recreation
- Help young farmers to develop organic, agriculture and protect the land.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness

### Land Uses

Agriculture/Forestry

### Implementation Measures

More detailed sub-area planning:

- Identify lands that participate in land trusts, conservation easements and the conservation covenant program

New or revised local development regulations:

- Restrict commercial and residential development

Incentives:

- Conservation Covenants for Agricultural Lands

Public Investments:

- Public land as open space, recreation areas

Infrastructure Improvements:

- Use utility siting to control growth

## McLemore Cove Historic District



Part of McLemore Cove viewed from Lookout Mtn.

### Description

National Register Registration Form (7/27/94), 'the McLemore Cove Historic District is significant as a geographically well-defined rural area reflecting the patterns of agricultural and rural development in Northwest Georgia for more than a century'…

Threats to historic integrity:

- Changes in land use or management practices that alter vegetation, change the size or shape of fields, erase boundary demarcations, or flatten the contours of the land;
- Abandonment, realignment, widening, or resurfacing of historic roadways;
- Introduction of non-historic land uses such as quarries, open-pit mining, tree farms, sanitary landfill, recreational areas, public utilities, and subdivision for residential, commercial, or industrial development;
- Deterioration, abandonment, relocation, demolition, or substantial alteration of historic buildings and structures;
- Construction of new buildings and structures; and
- Loss of boundary demarcations, and small-scale landscape features; and disturbance of archaeological sites.

National Register listing does little to protect the pastoral and agricultural character of a rural historic landscape or the qualities, characteristics, or features that contribute to its eligibility. Protection must involve a strategy that integrates natural resource protection, scenic protection, farmland retention, and historic preservation.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection

### Land Uses

Park/Recreation/Conservation
Agriculture/Forestry
Residential
Commercial
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Identify the agricultural lands within the district using our GIS Technology. Identify all lands under conservation covenants and land trust using GIS Technology.

New or revised local development regulations:

- Consider new McLemore Cover Historic Overlay District with associated land development regulations.

Incentives:

- Incentives for use of Conservation Subdivision design.

Public Investments:

- Mountain Cove State Park and Resort for Tourism of the Cove, Pigeon Mountain Wildlife Reserve, Cloudland Canyon State Park Area, etc.

Infrastructure Improvements:

- Water and Sewer in coordination with the State Park and Resort

## Scenic Corridor



Hwy 136 west of LaFayette

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that has significant natural, historic, or cultural features, and scenic or pastoral views.

**Development Strategies/Policies:**

- Establish guidelines on development to protect the characteristics deemed to have scenic value.
- Guidelines for new development that enhances the scenic value of the corridor and addresses landscaping, architectural design.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Provide pedestrian linkages to residential or commercial districts.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Agriculture/Forestry
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Historical assessments

New or revised local development regulations:

- Tree conservation

Incentives:

- Planned developments receive variances for alternative access
- Developers receive smaller lot size requirements or additional lots for more protect greenspace.

Public Investments:

- Beautification projects, Transit

Infrastructure Improvements:

- Planning pedestrian and bike trails beyond traffic barriers, water and sewer service where practical.

## Major Highway Corridor


U.S. 27 in southern Walker County

### Description

Developed or undeveloped land on both sides of designated high-volume transportation facility, such as arterial roads and highways.

**Development Strategies/Policies:**

- Maintain a natural vegetation buffer (at least 50 feet in width).
- All new development should be set-back behind this buffer, with alternate access roads, shared driveways or inter-parcel roads
- Encourage landscaped, raised medians.
- Provide pedestrian facilities behind drainage ditches or curb.
- Provide paved shoulders for bike lanes or emergency lanes.
- Coordinate land uses, bike/pedestrian facilities w/ transit stops.
- Manage access to keep traffic flowing; using directory signs.
- Unacceptable uses: new billboards.

### Quality Community Objectives

- Transportation alternatives
- Appropriate businesses
- Employment options
- Regional cooperation

### Land Uses

Commercial
Transportation/Communication/Utilities
Agriculture/Forestry
Industrial

### Implementation Measures

More detailed sub-area planning:

- Traffic studies

Incentives:

- In return for developers having alternative access roads, other variances could be allowed.

Public Investments:

- Beautification projects, Transit

Infrastructure Improvements:

- Planning pedestrian and bike trails beyond traffic barriers, water and sewer service lines

## Gateway Corridor



Lee Clarkson Road, east of Chickamauga

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

**Development Strategies/Policies:**

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Retrofit or mask existing strip development or other unsightly features as necessary.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Heritage preservation
- Appropriate businesses
- Employment options

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Agriculture/Forestry
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Inter-model Transportation Plan evaluation

New or revised local development regulations:

- Landscape requirements for new or re-development, tree preservation regulations

Incentives:

- Developer variances for preserving trees or protection/enhancement of greenspace

Public Investments:

- Beautification projects

Infrastructure Improvements:

- Water and sewer to help encourage commercial growth.

## Crossroads Community



Villanow community

### Description

Rural historic communities, unincorporated, at intersection of main thoroughfares. Typically automobile focused with a mixture of uses to serve passers-by, rural and agricultural areas.

**Development Strategies/Policies:**

Maintain rural atmosphere while accommodating new residential or commercial development by:

- Permitting rural cluster or conservation subdivision design that incorporate and protect significant amounts of open space.
- Encourage compatible architecture styles that maintain and reflect the regional rural character, and should not include "franchise" or "corporate" architecture.
- Connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians for both tourism and recreational purposes.
- Design for greater pedestrian orientation and access, more character with clustering of buildings within the center, leaving open space surrounding the center.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation

### Land Uses

Commercial
Residential
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Traffic study at intersections

New or revised local development regulations:

- Traditional neighborhood development principles, encourage neighborhood commercial development in nodes, landscaping requirements

Incentives:

- For infill, rehabilitation, development around major intersections

Public Investments

- Beautification projects, signage

Infrastructure Improvements

- Public technology, High speed internet, water and sewerage when in close proximity.

# Community Issues and Opportunities

This section provides an updated version of the list of issues and opportunities for Unincorporated Walker County that was identified in the *Community Assessment* portion of the Comprehensive Plan. This updated version reflects public comments gained from the community participation activities as well as other input gathered during the review of the *Community Assessment.* It is the final, locally agreed upon, list of issues and opportunities the community intends to address. The following list is organized by the major topics defined in the DCA Local Planning Requirements:

- Population
- Economic Development
- Housing
- Natural and Cultural Resources
- Community Facilities and Services
- Intergovernmental Coordination
- Transportation

## *Population*

- Local governments deal with a broad spectrum of issues that are important to citizens and many times, alternatives need to be discussed.

## *Economic Development*

- Walker County lacks high-end commercial development, such as a four-star hotel and restaurant.
- U.S. Highway 27 is not receiving adequate recognition as the most important business corridor for Walker County, and the Cities of LaFayette, Chickamauga, and Rossville.
- Walker County, Chickamauga, and Rossville should unify their economic efforts with Tennessee and the City of Chattanooga to create an alternate “Gateway to Georgia.”
- Streetscape improvements, where appropriate, are needed to stimulate small business activities.

- The Tennessee Valley Railroad Museum's excursion train services could be expanded to attract more tourists to Walker County, Rossville, and LaFayette.

- Business recruitment activities are not active enough in creating social gathering places for young people.

- Facilities for arts activities and performances are lacking in Walker County.

- Marketing efforts for both recreational amenities and economic development opportunities in Walker County can be improved.

- Walker County is not taking full economic advantage of the visitation to the Chickamauga and Chattanooga National Military Park.

- Cultural heritage artists, writers, and craftsman need to be embraced, encouraged, and included in economic development strategies.

- The county's equestrian industry is not being adequately promoted and developed.

## *Housing*

- Safe, affordable, and mixed housing for all age groups and family types is needed in appropriate locations.

- Sustainable and walkable communities are needed.

- There is a lack of upscale apartment complexes and alternative housing options.

## *Natural and Cultural Resources*

- Walker County's scenic, park, recreation, and conservation areas are not adequately promoted.

- Multiple waterways have potential to create blueway opportunities.

- The county lacks a master plan for its Mountain Cove Farm property in McLemore Cove.

- More needs to be done toward the preservation of agricultural land, which provides a large portion of the tax base.

- Land development projects need to consider historically significant features.

## *Community Facilities and Services*

- The impacts of residential development on the school system are not being adequately considered.

- Strategies need to be developed for cost-effective implementation of water and sewer plans in the Villanow and Lookout Mountain areas.

- Infrastructure expansions could direct growth and redevelopment to desired areas and avoid impacts on sensitive areas.

- The age, capacity, function, safety, efficiency, and maintenance needs of the community's public facilities have not been inventoried.

- Plans for passive recreation and the encouragement of healthy living and wellness are lacking or inadequate.

- Neo-traditional development is needed as an alternative to "cookie-cutter development.

## *Intergovernmental Coordination*

- The Service Delivery Strategy needs to be updated.

- In concert with other local governments, the possibility of implementing development impact fees should be explored.

***Transportation***

- Improvements to the Walker County transit system need to be explored.
- Our pedestrian and bicycle paths are not well-linked with those of neighboring communities and the region.
- Our streets and streetscape improvements do not encourage traffic calming and pedestrian/bike activity.
- People lack transportation options for access to housing, jobs, services, goods, and recreation.
- Walker County needs to implement transportation projects to relieve congestion and improve the efficiency and safety of its road network and to provide connectivity to an interstate highway.

# Implementation Program

The Implementation Program outlines the overall strategy for achieving the Community Vision and for addressing the Community Issues and Opportunities. It identifies specific measures to be undertaken by Walker County to implement the comprehensive plan. The Implementation Program includes the following sections:

- Report of Accomplishments
- 2012-2016 Short Term Work Program
- Policies

## Report of Accomplishments

The Report of Accomplishments (ROA) that follows provides a status of each work item identified in the county's 2007-2011 Short Term Work Program. For each activity, the ROA identifies whether it is completed, underway, postponed, or dropped. Reasons are provided for activities that were dropped or postponed.

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Community Facilities and Services** | | | | | |
| Armuchee Valley [Water Project] | | X | | | |
| Lookout Mountain [Water Project] | | X | | | |
| Mountain View Subdivision [Water Project] | X | | | | |
| West Cove Road [Water Project] | X | | | | |
| Coke Oven to Chattanooga Valley Contact Water Line | | | | X | The need for this activity was met by other means. |
| Dry Valley Road [Sewer Project] | X | | | | |
| Lail Road [Sewer Project] | X | | | | |
| Evaluate other areas of the County to determine future [sewer] needs and include on the next SPLOST. | | X | | | |
| New [Sewer] Project TBD and completed | X | | | | |
| Expand Civic Center (Parking & Storage) | | | | X | With assistance from the North Georgia Animal League, Dog Park was completed instead of this item. |
| Recreational Facilities | X | | | | |
| Recreational Facilities – County Sports Complex – Community Center and Athletic | X | | | | |
| Continue to pursue an Equestrian/Sports Complex at the Old Barwick Mill | | | | X | Barwick Mill is being considered for another use at this time. |
| Explore opportunities for a new and larger Agricultural Facility in order to expand use. | | X | | | |
| Walker County Primary Health Care | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Road Re-striping Program | | X | | | |
| County-wide Utility Plan | | X | | | |
| Explore options for 4 year college programs perhaps using Northwestern Technical College location | | | | X | Northwestern Technical College merged with Coosa Valley Technical College in 2009 as Georgia Northwestern Technical College, operating campuses in four counties; but no four-year programs are offered. |
| Participate in the Work Force Development Program through the Department of Community Affairs | X | | | | |
| Implement Hazard Mitigation Plan | | X | | | |
| Continue to work toward Class 3 ISO Rating | | X | | | |
| Construction of New East Armuchee Fire Hall and Community Center | X | | | | |
| Construction of Highway 136 & 157 Fire Hall | | | | X | No agreement could be reached with property owners at this intersection, but negotiations are underway for a nearby location on Hwy 157. |
| Construction of Old Mineral Springs Rd Fire Hall | X | | | | |
| Update Communities Facilities Element of Comprehensive Plan | | X | | | |
| **Economic Development** | | | | | |
| Increase participation and utilization of economic development services available by participating in the North Georgia Development Authority | | X | | | |
| Develop standard incentive package to encourage industrial and commercial businesses to locate in Walker County. | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Develop an inventory of vacant sites and buildings that are available for new or redevelopment and/or infill development | X | | | | |
| Develop a business development strategy based on our community's strengths, assets, and weaknesses. | X | | | | |
| Consider the types of businesses already in our community and our available workforce and create a plan to recruit business/industry that will be compatible. | | X | | | |
| Using the business plans and participating in the NGJDA, encourage new jobs for skilled and unskilled labor, as well as professional and managerial jobs. | | X | | | |
| Develop Comprehensive Tourism Plan | | X | | | |
| Develop Hwy 27 and Hwy 2 Tourism Corridor – including frontage roads | | X | | | |
| State Park Lodge on Pigeon Mountain with trails | | | | X | Lack of funding |
| Equestrian Center – redevelopment of brownfields | | | | X | Site targeted for an equestrian center is currently being considered for another use |
| Industrial Park Development/Re-development in Rossville Area | X | | | | |
| Ongoing exploration of new industrial development and use of Industrial Revenue Bonds | | X | | | |
| Embrace and encourage cultural heritage (i.e. artists, writers, etc.) in economic development by hosting art exhibits and other activities. | | X | | | |
| Downtown re-development Rossville, Chickamauga, and Lafayette | | | | X | County is not involved in downtown development activities in the municipalities |
| Encourage new development of hotels, bed & breakfast, and other overnight accommodations to allow for overnight tourist to our area | | X | | | |
| Pursue sit down restaurants to locate in areas of Walker County to add to tourism plan. | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Shields Crossroads Hotel and Welcome Center | | | | X | Property targeted for the Welcome Center was sold and developed for other purposes. |
| Market Walker County as a location for filming for Motion Picture Industry | | X | | | |
| Pursue opportunities for Broadband in Walker County | | X | | | |
| Pursue opportunities to locate a sports complex such as YMCA or other similar organization. | | X | | | |
| Update Economic Development Element of Comprehensive Plan | | X | | | |
| **Housing** | | | | | |
| Encourage mixed use developments to meet need of affordable, safe housing for all age groups and family types in communications with potential developers. | | X | | | |
| Encourage mixed use developments to meet need of affordable, safe housing for all age groups and family types by providing information on the Department of Community Affairs funding opportunities for these types of projects. | | X | | | |
| Update Housing Element of Comprehensive Plan | | X | | | |
| **Land Use** | | | | | |
| Amend Walker County Land Development Regulations to be more comparable to Better Site Design Standards and to better protect existing farmland. | | X | | | |
| Update County's Official Code Section Manual (Annually) | | X | | | |
| Have all Land Development Regulations available on CD for sale to the public. | | | X | | Waiting for codes to be updated before providing on CD |
| Continue to review and update Land Development Regulations as appropriate. | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Update Websites on a regular basis for most current information including codes on municode.com, flagshipgis.com and on walker.co.ga.us. | | X | | | |
| Add additional information to flagshipgis.com as it becomes available (e.g., flood maps, zoning updates, storm drainage structures, etc.). | | X | | | |
| Rock Spring – Stormwater Management Study and Community Plan including wetland protection project with community park/educational area | | X | | | |
| Continue to Implement the New Stormwater Management Program | | X | | | |
| Implement the TMDL Implementation Plan | | X | | | |
| Explore the Opportunity for an Overlay District in McLemore Cove Area | | | X | | An overlay district ordinance was drafted, but further action has been postponed until district boundary concerns can be resolved. |
| Updating and developing ordinances to manage growth – including incentives to attract unique housing developments | | X | | | |
| Make GIS capabilities available in all County offices that can benefit from the system. | | X | | | |
| Add the Cities' information to the County GIS system and website, including zoning, flood maps, etc. | | X | | | |
| Update Walker County Comprehensive Plan | | X | | | |
| **Natural and Cultural Resources** | | | | | |
| Indian Artifacts Museum at Barwick Mill or other appropriate location. | | | | X | Barwick Mill is being considered for another use, and no other suitable location has been identified. |
| Civil War Historical Marker Trails | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>WALKER COUNTY 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| County trails system – extension of greenspace throughout county for connectivity | | X | | | |
| Publish map of countywide parks and recreation resources | | X | | | |
| Create and continue to update the Walker County Water Resources Map using our GIS system and use it to help protect our natural resources. | | X | | | |
| Take steps toward revising the land development regulations in order to protect steep slopes and the bluff. | | X | | | |
| Work with TVA and other organizations within the Quality Growth Readiness Program. | X | | | | |
| Historic Preservation Plan for Walker Co. | | | | X | Lack of funding |
| **General Planning** | | | | | |
| Update Population Element of Comprehensive Plan | | X | | | |
| Update computer equipment, software and other technology in all County Offices as needed. | | X | | | |
| Strategize on incentives for preventing high school drop-out | | X | | | |
| Participate in the Safe routes to school program | | X | | | |

## 2012-2016 Short Term Work Program (STWP)

The Short-Term Work Program (STWP) identifies specific implementation actions the county government or other entities intend to take during the first five-year timeframe of the planning period. This includes ordinances, administrative systems, community improvements or investments, and financing arrangements or other programs/initiatives to be put in place to implement the comprehensive plan. For each listed activity, the STWP provides the following information:

- Brief description of the activity
- Timeframe for undertaking the activity
- Responsible party for implementing the activity
- Estimated cost (if any) of implementing the activity
- Funding source(s), if applicable

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Economic Development** | | | | | | | | |
| Increase participation and utilization of economic development services available by participating in the Northwest Georgia Joint Development Authority | X | X | X | X | X | City and County Officials | $1.5/capita/yr. | Participating county governments |
| Periodically review the standard incentive package used to encourage industrial and commercial businesses to locate in Walker County. Revise as needed. | X | X | X | X | X | Walker County Development Authority (WCDA) | $1,000 | Development Authority |
| Periodically review the inventory of vacant sites and buildings that are available for new or redevelopment and/or infill development. Update regularly. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and Northwest Georgia Joint Development Authority (NWGAJDA) | $1,000 | Development Authority |
| Develop a written business development strategy based on our community's strengths, assets, and weaknesses. Consider the types of businesses already in our community and our available workforce and create a plan to recruit business/industry that will be compatible. Using the business plans and participating in the NWGAJDA, encourage new jobs for skilled and unskilled labor, as well as professional and managerial jobs. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $5,000 | County; WCDA; NWGAJDA |
| Develop U.S. Hwy 27 Tourism Corridor – including frontage roads. Consider an overlay zoning district for the area to support the plan. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, NWGAJDA, and U.S. Hwy 27 Association | $1,000 | State grants; participating county governments |
| Develop a written comprehensive tourism plan for all of Walker County in addition to the U.S. Hwy 27 Tourism Corridor. Include in the plan mapping, advertising in print, with billboards, websites, TV, radio, etc. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $82,000 | Grants, Chamber, county, NWGAJDA |
| State Park Lodge or Private Hotel/Conference Center on Lookout Mountain or Pigeon Mountain | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $30 M | State; private funding |
| Actively participate in encouraging utilization and enhancement of the greenways trail system. Include maps of these trail systems on our GIS system and website. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA – State Agency & Land Trusts | $400,000 | Grants, state & local |
| Continue to pursue the possibility of an equestrian center somewhere in Walker County. | X | X | X | X | X | Walker County Government Officials, WCDA, and NWGAJDA | $5 M | Private |
| Actively work toward the redevelopment of brownfields as the opportunity arises. | X | X | X | X | X | Walker County Government Officials, WCDA, and NWGAJDA | $1,000 | Development Authorities |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Pursue redevelopment of the GA Hwy 2 corridor in Walker County, possibly incorporating a frontage road and Wilson Road interchange. | X | X | X | X | X | Walker County Government Officials, WCDA, and NWGAJDA | $1,000 | TIA, Private, County |
| Industrial Park Development on Hwy 27 & West Reed Road | X | X | X | X | X | Walker County Government Officials, WCDA, and NWGAJDA | $12.5 M | Private Investors, ARC, bonds |
| Ongoing exploration of new industrial development and use of Industrial Revenue Bonds | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | County |
| Embrace and encourage cultural heritage (i.e. artists, writers, etc.) in economic development by hosting art exhibits and other cultural activities. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, NWGAJDA, Art Guild, and private citizens | $1,000 | Cities of Chickamauga and LaFayette, private, Walker County, fundraisers |
| Encourage new development of hotels, bed & breakfast, and other overnight accommodations to allow for overnight tourist to our area. Possibly a Shields Crossroads Hotel and Welcome Center | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 ($31.5 M for facility construction) | Development Authorities; Welcome Center: private, public |
| Actively pursue sit-down restaurants to encourage them to locate in areas of Walker County in an effort to support the tourism plan. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | Development Authorities |
| Continue to actively market Walker County as a location for filming for Motion Picture Industry | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | NWGAJDA |
| Pursue opportunities for Broadband in Walker County | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | Grants |
| Pursue opportunities to locate a sports complex such as YMCA or other similar organization. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | County Government |
| Identify intersections with the highest volume of traffic and market those as points of interest for development. | X | X | X | X | X | Walker County Government Officials, Chamber, WCDA, and NWGAJDA | $1,000 | County Government |
| Incorporate a new business license program for the unincorporated area of Walker County. | X | X | X | X | X | Walker County Government | $5,000 | County Government |
| Install a new electronic sign at the Walker County Civic Center to better inform the public of special events at the Civic Center. | X | X | X | X | X | Walker County Government, Walker County Chamber, NWGAJDA | $15,000 | County Government, fundraisers, private donations. |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Housing** | | | | | | | | |
| Encourage mixed use developments to meet needs of affordable, safe housing for all age groups and family types in communications with potential developers. Provide information on the Department of Community Affairs funding opportunities for these types of projects as opportunities arise. | X | X | X | X | X | Walker County Government Officials | $1,000 | County |
| Update and develop ordinances to manage growth – including incentives to attract unique housing developments | X | X | X | X | X | Walker County Government | $1,000 | County |
| Update the County Building Code Ordinances to match the most updated version of the states codes. | | X | | | | Walker County Government | $1,000 | General Fund |
| **Natural and Cultural Resources** | | | | | | | | |
| Find an appropriate location for an Indian Artifacts Museum and take steps toward opening this type of facility. | X | X | X | X | X | County Government | $1,000 | County Government |
| County trails system – extension of greenspace throughout county for connectivity | X | X | X | X | X | County Government and State Agencies | $62,500 | County; GDOT TE funding; grants |
| Publish map of countywide parks and recreation resources on the website and in print. | X | | | | | County Development Authority (Larry Brooks) | $60,000 | County Development Authority |
| Create and continue to update the Walker County Water Resources Map using our GIS system and use it to help protect our natural resources. | X | X | X | X | X | County Government | $1,000 | General Fund |
| Update the areas requiring special attention Map and utilize it to help protect our natural resources and critical areas. | X | | | | | County Government & RDC | $1,000 | RDC<br>CO |
| Take steps toward revising the land development regulations in order to protect steep slopes and the bluff. | X | | | | | County Government | $1,000 | County |
| Develop a countywide Historic Preservation Plan | X | X | X | X | X | Hist. Pres. Comm. | $25,000 | County; grants |
| Amend Walker County Land Development Regulations to be more comparable to Better Site Design Standards and to better protect existing farmland. | X | X | X | X | X | Review as Needed CO. | $1,000 | County |
| Rock Spring – Utilize the Stormwater Management Study to develop a Community Plan, including wetland protection project with community park/educational area. | | | | | X | County Government | $100,000+ | Grants |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | **2012** | **2013** | **2014** | **2015** | **2016** | | | |
| Continue to Implement the Stormwater Management Program | X | X | X | X | X | County Government | $125,000 | General Fund, user fees, grants |
| Implement the TMDL Implementation Plan | X | X | X | X | X | County Government | $20,000 | General Fund, user fees, grants |
| Explore the Opportunity for an Overlay District in McLemore Cove Area | | | | | X | County Government | $1,000 | County |
| Explore ways to fund hydrology and hydraulic studies in areas where the National Flood Insurance Program's FEMA Flood Maps are incorrect and outdated in order to provide the most accurate information possible with regard to flood damage prevention. | X | X | X | X | X | County Government, FEMA | $500,000 | General Fund, user fees, grants, state or federal funding |
| Participate in the Water Partnership for our Region to continue to find ways to better protect our water resources and still be able to provide affordable water service. | X | X | X | X | X | Northwest Georgia Water Partnership and the Coosa Partnership | $1,000 | General Fund, Walker County Water & Sewer Authority. |
| Find ways to improve the county recycling program and environmental education in an effort to support the state's goal of 25% reduction to our landfills. | X | X | X | X | X | County Government | $10,000 | Annual donation from waste haulers. |
| Develop and implement an "Environmental" Court to address enforcement of certain County ordinances. | X | | | | | County Government | $5,000 | General Fund, user fees, court costs, etc. |
| **Community Facilities and Services** | | | | | | | | |
| Armuchee Valley Water Project | X | X | X | | | Walker County Water & Sewerage Authority, Walker County Governing Authority | $4 M | SPLOST, grants, and tap fees |
| Lookout Mountain Water Project | | | | | X | Walker County Water & Sewerage Authority, Walker County Governing Authority | $2 M | SPLOST, grants, and tap fees |
| Evaluate other areas of the County to determine future sewer needs. Include on the next SPLOST | X | X | X | X | X | Walker County Water & Sewerage Authority, Walker County Governing Authority | $1,000 | County; Walker County Water & Sewerage Authority |
| Explore options for expanding the Civic Center Facilities and Parking, and possibilities for the School System since their new property joins the Civic Center property. | | | | | X | Walker County | $1,000 (expansion TBD) | SPLOST, grants, General Fund, user fees |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Continue to pursue recreational opportunities throughout Walker County to enhance the quality of life. This could include all types of recreation, such as equestrian, sports, agricultural, community centers, athletics, etc. | | | | | X | Walker County; unincorporated communities | $1,000 (expansion TBD) | SPLOST, grants, General Fund, user fees |
| Participate in the Work Force Development Program through the Department of Community Affairs | X | X | X | X | X | Walker County Commissioner | $1,000 | General Fund |
| Implement Hazard Mitigation Plan | X | X | X | X | X | Walker County; Cities of Chickamauga, LaFayette, Lookout Mountain, & Rossville | $1,000 | General Fund, grants, Emergency Services fees |
| Continue to work toward Class 3 ISO Rating | X | X | X | X | X | Walker County | $1,000 | Emergency Services fees |
| Construction of a new Fire Hall on Hwy 157 south Walker County. | | | | | X | Walker County | $1.3 M | SPLOST, grants, General Fund, user fees |
| Construction of a new Fire Hall on Lula Lake Road north Walker County. | | | X | | | Walker County | $1.3 M | SPLOST, grants, General Fund, user fees |
| Update County's Official Code Section Manual (Annually) through municode.- County Website | X | X | X | X | X | Walker County | $5,000/yr | General Fund and fees collected |
| Have all Land Development Regulations available on CD for sale to the public. | X | | | | | Walker County | $1,000 | General Fund and fees collected |
| Continue to review and update Land Development Regulations as appropriate. | X | X | X | X | X | Walker County | $1,000 | General Fund and fees collected |
| Update Websites on a regular basis for most current information including codes on municode.com, mapping data on qpublic.com (www.walkerassessors.com), and on www.walkerga.us. | X | X | X | X | X | Walker County | $10,000 | General Fund and fees collected |
| Add additional information to qpublic.com (www.walkerassessors.com) as it becomes available, example flood maps, zoning updates, storm drainage structures, updated aerial photography, etc. | X | X | X | X | X | Walker County | $10,000 | General Fund and fees collected |
| Make GIS capabilities through the use of the ESRI software available in all County offices that can benefit from the system. | X | | | | | Walker County | $30,000 | General Fund and fees collected |
| Add the Cities' information to the County GIS system and website, including zoning, flood maps, etc. | | X | | | | Walker County | $2,000 | General Fund and fees collected |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Update computer equipment, software and other technology in all County Offices as needed. | X | X | X | X | X | Walker County | $100,000 | General Fund and fees collected |
| Annually review fees to ensure that the Planning & Development Office (including the Stormwater Program) and Inspections and Enforcement Offices are self supporting services provided to the citizens. | X | X | X | X | X | Walker County | $1,000 | General Fund and fees collected |
| Continue support of the Walker County Chamber of Commerce | X | X | X | X | X | Walker County | $24,000/yr. + facilities | General Fund and fees collected |
| Continue to maintain and operate the Walker County Civic Center making improvements as funding becomes available. | X | X | X | X | X | Walker County | $500,000 | General Fund and fees collected |
| Continue to provide Code Enforcement throughout Walker County (including animal control, county police, & building inspection). | X | X | X | X | X | Walker County | $300,000/yr. | General Fund and fees collected |
| Due to the redistricting of the State, evaluate the location of voting precinct in Walker County and make changes that are for the convenience of the voters in order to increase voter participation. | X | X | X | X | X | Walker County | $1,000 | General Fund and fees collected |
| **Intergovernmental Coordination** | | | | | | | | |
| Agricultural Services - Ag Center, Department of Agriculture, Etc. | X | X | X | X | X | Walker County; state & federal agencies | $200,000/yr. | General Fund, grants, private donations, user fees |
| Animal Shelter Improvements | | | | X | | Walker County | $50,000 | General Fund, grants, private donations, user fees |
| Archives/Records Updates of Equipment and Maintain Facility | X | X | X | X | X | Walker County | $50,000 | General Fund, grants |
| Beverage Control Board Review of Existing Permits to ensure continued compliance. | X | X | X | X | X | Walker County | TBD | General Fund, fees |
| Update technology as needed for the E911 center, the Sheriff's Department, and the Fire Department to provide the most effective emergency response possible. | X | | | | | Walker County | $1 M | Emergency Services fees, grants, SPLOST, General Fund |
| Continue to support the cities with services as needed and as available. | X | X | X | X | X | County and Cities | As needed | SPLOST, General Fund |

| WALKER COUNTY 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | **2012** | **2013** | **2014** | **2015** | **2016** | | | |
| **Transportation System** | | | | | | | | |
| Update list of all county maintained roads and prioritize the list for improvement purposes in an effort to better maintain the road system. | X | X | X | X | X | Walker County | $1,000 | TIA, General Fund, sales tax 1% |
| Develop standard operating procedures for maintenance of all county owned roads and drainage ways, including scheduled inspections of each. | X | | | | | Walker County | $1,000 | TIA, General Fund, sales tax 1% |
| Develop and implement more detailed record keeping procedures for all work scheduled and completed. | X | | | | | Walker County | $15,000/yr. | General Fund |
| Road Re-striping Program | X | X | X | X | X | Walker County | $20,000/yr. | General Fund |
| Continue to provide public transportation through the Walker County Transit. | X | X | X | X | X | Walker County, State | $300,000 | General Fund, grants, state funding, etc. |
| Implement the Transportation Investment Act of 2010 Projects | | X | X | X | X | Walker County | $35.8 M | TIA |

## Policies

Policies are adopted to provide ongoing guidance and direction to county officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the Walker County government:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- We will preserve the rural character of our community and provide the opportunity for agricultural and forestry activities to remain a vital part of the community.
- Our gateways and corridors will create a "sense of place" for our community.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We encourage mixed-use developments that are human-scale and less auto-oriented.

- We support increases in residential density in areas where community design standards, environmental constraints and available infrastructure capacities can satisfactorily accommodate the increased density.

- We support new land uses that contribute to protecting the environment and preserving meaningful open space.

- We support new land uses that enhance housing options in our community.

- We will encourage development of a rational network of commercial nodes (villages, or activity centers) to meet the service needs of citizens while avoiding unattractive and inefficient strip development along major roadways.

- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.

- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.

- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).

- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, public transit (if applicable) as well as local vehicular circulation.

- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).

- We support creation of a community-wide pedestrian/bike path network.

- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.

- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.

- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.

- We will work to redirect development pressure away from agricultural areas in order to conserve farmland to protect and preserve this important component of our community.

- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.

- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.

- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.
- We will limit development within our community to areas that can be reasonably served by public infrastructure.
- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.
- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.
- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.
- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.
- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.
- We will invest in parks and open space to enhance the quality of life for our citizens.
- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.
- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.
- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.
- We will take into account access to housing and impacts on transportation when considering economic development projects.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.
- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects
- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.
- We will eliminate substandard or dilapidated housing in our community.
- We will stimulate infill housing development in existing neighborhoods.
- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.
- We will encourage development of housing opportunities that enable residents to live close to their places of employment.
- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.
- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (home-ownership).
- We will increase opportunities for low-to-moderate income families to move into affordable owner-occupied housing.
- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.
- We will foster and preserve public health, safety, comfort and welfare, and aid in the harmonious, orderly, and aesthetically pleasing and socially beneficial development of our county.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)

- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions

- We will consult other public entities in our area when making decisions that are likely to impact them.

- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.

- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

Chapter 3

# City of Chickamauga

***Presenting the Community Vision, Community Issues & Opportunities, and the Implementation Program for the City of Chickamauga***

## Community Vision

The Community Vision is intended to paint a picture of what the community desires to become, providing a complete description of the development patterns to be encouraged within the jurisdiction. It includes the following components: (1) a general vision statement of the overall goals and desired future the community seeks to achieve; (2) a future development map, delineating boundaries of major character areas covering the jurisdiction; and (3) defining narrative (i.e., a specific vision) for each character area shown on the future development map.

### General Vision Statement

***A dynamic, historic community steeped in beauty and sense of place, with small town values guiding us toward progressively planned growth and a unique quality of life.***

The above vision statement was prepared as part of an inclusive, participatory community strategic planning process in 2005 named *Vision Chickamauga "Focusing on Quality Growth, Preservation, and Community Values."* It resulted from considerable thought and discussion regarding the desired characteristics and values of a prosperous and unified Chickamauga community.

## Future Development Map & Defining Narrative

A key component of the comprehensive planning process is the creation of a Future Development Map that reflects the city's vision for growth and development for the next 20 years. This vision, which was developed with a public visioning process, is expressed in unique "character areas." The following pages present the Future Development Map and Defining Narrative for each character area shown on the Future Development Map for the City of Chickamauga.

Character area planning focuses on the way an area looks and how it functions. Tailored development strategies are applied to each area, with the goal of enhancing the existing character/function or promoting a desired character for the future. The character areas shown on the Future Development Map define areas that:

- Presently have unique or special characteristics that need to be preserved
- Have potential to evolve into unique areas
- Require special attention because of unique development issues

The character areas narratives that follow present an overall vision for future growth and development for each character area and include the following information:

- Description
- Land use(s)
- Quality Community Objectives
- Implementation measures

The description is intended to clarify the types, forms, styles, and patterns of development that are to be encouraged in the character area. The land uses are those to be allowed in the character area. The Quality Community Objectives (QCO) identifies the QCOs that will be pursued in the area. These objectives were adopted by the Georgia Department of Community Affairs (DCA) to measure how communities preserve their unique resources while accommodating future development. The Quality Community Objectives can be found in Appendix B. Finally, the implementation measures identify strategies the city can take to help achieve the desired development patterns for the area.


N
W
E
S
FUTURE DEVELOPMENT MAP
CITY OF CHICKAMAUGA
WALKER COUNTY GEORGIA
NOVEMBER, 2011
LEGEND
CITY STREETS
CHARACTER AREAS
Traditional Residential
Mill Village
Historic Town Center
Industrial
Conservation/Preservation/Greenspace
Gateway Corridor
Redevelopment Area
3,250
1,625
0
3,250 Feet

## Traditional Residential




Residential subdivision on W. 12th Street

### Description

A neighborhood having relatively well-maintained housing, possess a distinct identity through architectural style, lot and street design, and has higher rates of home-ownership. Location near declining areas of town may cause this neighborhood to decline over time. Grid and curvilinear street patterns; built pre- and post WW II.

**Development Strategies/Policies:**

- Reinforce stability by encouraging homeownership and maintenance or upgrade of existing properties.
- Vacant properties in the neighborhood offer an opportunity for infill development of new, architecturally compatible housing.
- Include well-designed new neighborhood activity center at appropriate locations, which would provide a focal point
- Strong pedestrian and bicycle connections for residents

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Heritage preservation
- Housing opportunities

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Incentives

- Tax incentives or variances

Public Investments

- Sidewalks, beautification projects

Infrastructure Improvements:

- Improve existing water and sewer, provide high speed internet, transit

## Mill Village



Houses on East 10th Street

### Description

Mill village housing is generally pre-WWII housing around 800-900 sq. ft. in size located on small lots. Development is in a "cookie-cutter fashion; 2 bedrooms, 1 bath, kitchen, living room, front and back porches.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Housing opportunities
- Infill development

### Land Uses

Residential

### Implementation Measures

- More detailed sub-area planning
- New or revised local development regulations
- Incentives
- Public Investments
- Infrastructure Improvements

## Historic Town Center



A portion of the historic downtown area

### Description

This character area is the historic core of the city, containing the historic downtown commercial area as well as historic public/institutional and residential resources in and around the downtown, including features, community landmarks, and civic or cultural uses of historic interest. The area corresponds closely to the National Register-listed Chickamauga Historic District (7/20/2007), significant in the areas of architecture, commerce, and community planning and development.

**Development Strategies/Policies:**

- The area's historic development patterns should be respected and preserved.
- Historic properties should be protected from demolition, and rehabilitation should be encouraged with appropriate incentives.
- Historic properties should be maintained or rehabilitated / restored according to *The Secretary of the Interior's Standards* or local design guidelines.
- New development should be of appropriate scale and architectural compatibility to fit well into the area's historic fabric.
- Pedestrian access and open space should be maintained or enhanced.
- Linkages to regional greenspace/trail systems should be encouraged.

### Quality Community Objectives

- Sense of place
- Traditional neighborhood
- Housing opportunities
- Transportation alternatives
- Environmental protection
- Open space preservation
- Heritage preservation
- Educational opportunities
- Appropriate businesses
- Regional identity

### Land Uses

Commercial
Public/Institutional
Park/Recreational/Conservation
Residential

### Implementation Measures

- Protect historic resources and character of the area by designation of local historic districts and historic resources design standards.
- Promote use of appropriate state and federal tax incentives for rehabilitation of historic properties.

## Redevelopment Area



Manufactured home park on Lee Avenue

### Description

This character area currently consists of a manufactured home park. There is no home ownership in the area, and the manufactured housing is generally substandard. The vision for this area includes several acceptable redevelopment alternatives: (1) an improved/upgraded manufactured housing community with increased owner-occupied housing; (2) a subsidized rental housing development; (3) a recreational vehicle (RV) park to support area tourism; or (4) acquisition of the property by the city for park/greenspace use as part of the Crawfish Springs Nature Trail.

### Quality Community Objectives

- Growth preparedness
- Open space preservation
- Infill development
- Housing opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Park/Recreation/Conservation

### Implementation Measures

- Use manufactured home compatibility standards to ensure architectural compatibility of manufactured homes with adjacent single-family houses and according to applicable federal and manufacturer's requirements.
- Regulate the appearance, layout, and location of mobile home parks, manufactured home parks, and recreational vehicle parks.
- Revise local development regulations to make it easier to develop affordable housing.

## Industrial



Industrial site on U.S. 27

### Description

Land used in higher intensity manufacturing, assembly, processing activities where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, or other nuisance characteristics are not contained on-site.

**Development Strategies/Policies:**

- Encourage greater mix of uses (such as retail and services to serve industry employees) to reduce automobile reliance/use on site.

### Quality Community Objectives

- Infill development
- Sense of place
- Heritage preservation
- Environmental protection
- Appropriate businesses
- Employment options
- Open space preservation

### Land Uses

Industrial
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Use industrial and small industry parks; have mix of small and large industry

New or revised local development regulations:

- Require percentage of openspace on site

Incentives:

- Tax breaks for incubators and small business for reuse and site cleanup

Public Investments:

- Install high-speed internet, provide alternative access roads

Infrastructure Improvements:

- Maintain and upgrade roads, install traffic lights, improve sewer/water

## Greenspace/Conservation/Preservation



Coke Ovens Park

### Description

Primarily undeveloped natural lands and environmentally sensitive areas not suitable for development, e.g., scenic views, blueways, steep slopes, floodplains, wetlands, watersheds, wildlife management areas and other environmentally sensitive areas.

**Development Strategies/Policies:**

Maintain natural, rural character by:

- No new development
- Promotion of conservation easements
- Widen roadways in these areas only when absolutely necessary.
- Design roadway alterations to minimize visual impact.
- Promote as passive-use tourism and recreation destinations

### Quality Community Objectives

- Sense of place
- Regional identity
- Open space preservation
- Environmental protection

### Land Uses

Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Specify features to be preserved, highlighted

New or revised local development regulations:

- Minimal development

Incentives:

- Conservation easements in endangered areas receive higher rental payments

Public Investments:

- Maintenance, marketing as passive use recreation

Infrastructure Improvements:

- Road maintenance, alteration guidelines

## Gateway Corridor



Crittenden Avenue

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

**Development Strategies/Policies:**

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Wayfinding signage program

### Quality Community Objectives

- Infill development
- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Appropriate businesses
- Housing opportunities
- Regional cooperation

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning

- Overlay zoning district

New or revised local development regulations

- Sidewalk width, other streetscape elements

Incentives:

- Developer variances for preserving trees

Public Investments

- Beautification projects

Infrastructure Improvements

- Maintain sidewalks, street lamps

# Community Issues and Opportunities

This section provides an updated version of the list of issues and opportunities for the City of Chickamauga that was identified in the *Community Assessment* portion of the Comprehensive Plan. This updated version reflects public comments gained from the community participation activities as well as other input gathered during the review of the *Community Assessment.* It is the final, locally agreed upon, list of issues and opportunities the community intends to address. The following list is organized by the major topics defined in the DCA Local Planning Requirements:

- Population
- Economic Development
- Housing
- Natural and Cultural Resources
- Community Facilities and Services
- Intergovernmental Coordination
- Transportation

## *Population*

- The proportion of the population that is over 65 years of age will increase and this population group will require specialized housing and services.

## *Economic Development*

- Business recruitment and retention activities should target tourism-related businesses for the historic downtown area and other retail business types for the U.S. Highway 27 corridor.

- Our Community's economic development programs should be coordinated through the Walker County Chamber of Commerce, the Walker County Development Authority, and the Northwest Georgia Joint Development Authority.

- Chickamauga has limited space for industrial development/expansion; large scale industrial development, therefore, should be guided toward unincorporated Walker County.

## *Housing*

- The manufactured home parks on Lee Avenue are in need of redevelopment.

## *Natural and Cultural Resources*

- Educational programs are needed to emphasize the importance of storm water management and recycling.
- To protect community character, the Chickamauga Historic Preservation Commission can recommend historic districts for local designation and develop historic district design guidelines.
- A multi-use trail linking the city and the Chickamauga and Chattanooga National Military Park is underway.
- Efforts to enhance greenways and blueways should continue, including linkages to important historic preservation sites.

## *Community Facilities and Services*

- The Chickamauga Senior Center is in need of rehabilitation.
- All underground utilities are desirable for improved reliability, public safety, and aesthetics.

## *Intergovernmental Coordination*

- The city should coordinate with Walker County to ensure maintenance of roads, delivery of utility services, and efficient investment in schools and other public buildings.
- The city should continue to establish border agreements to address detailed questions of land use, access, property value, and annexation procedures.

### *Transportation*

- Transportation improvements are needed to relieve congestion and provide traffic calming in appropriate locations.

- Parking in the downtown area and in pedestrian-friendly retail districts needs evaluation for safety, adequacy, and availability.

- Speed limits on each of our community's streets need evaluation with consideration given to adjacent pedestrian activities.

- Schools and the downtown business area are within easy walking distances of neighborhoods, but the community's sidewalk system needs to be upgraded and expanded.

# Implementation Program

The Implementation Program outlines the overall strategy for achieving the Community Vision and for addressing the Community Issues and Opportunities. It identifies specific measures to be undertaken by the City of Chickamauga to implement the comprehensive plan. The Implementation Program includes the following sections:

- Report of Accomplishments
- 2012-2016 Short Term Work Program
- Policies

## Report of Accomplishments

The Report of Accomplishments (ROA) that follows provides a status of each work item identified in the city's 2007-2011 Short Term Work Program. For each activity, the ROA identifies whether it is completed, underway, postponed, or dropped. Reasons are provided for activities that were dropped or postponed.

| REPORT OF ACCOMPLISHMENTS<br>CITY OF CHICKAMAUGA 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Facilities and Services** | | | | | |
| Water line replacement and improvement | | X | | | |
| Sewer line replacement and improvement | | X | | | |
| Develop streetscaping plan for city downtown area - Phase I should be under construction by January 2007 | X | | | | |
| Develop and implement sidewalk plan for both residential and business district | | X | | | |
| Develop comprehensive recreation plan to include youth, adult, and senior recreation needs | | | | X | Lack of funding |
| Recreation improvements | X | | | | |
| Trolley car to shuttle visitors | | | | X | Dropped as a city initiative |
| Acquire historic properties currently in the hands of private landowners for protection and public access | X | | | | |
| Wayfinding signage | | | | X | Lack of funding |
| Street Improvements | | X | | | |
| **Economic Development** | | | | | |
| Market the community and recruit new businesses – affiliated with Chamber of Commerce | | X | | | |
| Hire professional team to market Chickamauga nationwide | | | | X | Lack of funding |
| Marketing our community to be a Heritage Tourism Destination | | X | | | |
| Facilitate building of new hotel/motel | X | | | | |

| **REPORT OF ACCOMPLISHMENTS**<br>**CITY OF CHICKAMAUGA 2007-2011 STWP** | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Market property for Victorian Hotel Complex | | X | | | |
| Local schools are working with industry to implement walk guides | | | | X | Not a city initiative |
| Local schools to partner with industry for Youth Apprenticeship opportunities | | | | X | Not a city initiative |
| WACOPEP – Business Partnerships with schools | | | | X | Not a city initiative |
| Submit proposal for participation in Georgia Department of Community Affairs Better Hometown Program | | | | X | No longer a priority |
| Develop plan for downtown revitalization | X | | | | |
| Implement downtown planning strategies | X | | | | |
| **Housing** | | | | | |
| Promotion of the development of residential housing units through zoning management | X | | | | |
| **Land Use** | | | | | |
| Adopt proper ordinances to enforce building codes | | X | | | |
| Using GPS technology, develop land resource and city infrastructure data bases (in conjunction with the county) | | X | | | |
| Develop a local greenway plan using Crawfish Springs Park and Coke Oven Park as anchor points in the city. Link with West Chickamauga Greenway Project | X | | | | |
| Conduct annual review and update all land use policies | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF CHICKAMAUGA 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Natural and Cultural Resources** | | | | | |
| Hold Quality Growth Workshops | X | | | | |
| Adopt proper ordinances for protection of community resources, for example, trees | | X | | | |
| Network with community civic organizations to provide beautification and clean-up | X | | | | |
| Develop plan for management of vacant mill village parcels acquired by city during flood mitigation project | | X | | | |
| City-wide stormwater runoff plan (NPDES Phase II) is complete. Continue implementation. $2/month stormwater fee for residents has been implemented | X | | | | |
| Currently working with Walker County to develop linkages between local trail systems, state designated bike routes, and existing trails in neighboring communities | | X | | | |
| Developing a bicycle trail | | X | | | |
| Develop trail from City of Chickamauga to the Chickamauga Battlefield | | X | | | |
| **Historic Resources** | | | | | |
| Nominate eligible districts and properties to the National and Georgia Register of Historic Places. Historic Downtown District has been sent to federal government. Nomination for Coke Ovens is underway | X | | | | |
| Purchase Gordon Lee Mansion to add to historic inventory | X | | | | |
| Develop heritage interpretive facility of Gordon Lee Mansion | X | | | | |
| Develop a comprehensive local historic preservation/landmark ordinance | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF CHICKAMAUGA 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Transportation** | | | | | |
| Develop a municipal parking lot | | X | | | |
| Safe routes to school program | X | | | | |

## 2012-2016 Short Term Work Program (STWP)

The Short-Term Work Program (STWP) identifies specific implementation actions the city government or other entities intend to take during the first five-year timeframe of the planning period. This includes ordinances, administrative systems, community improvements or investments, and financing arrangements or other programs/initiatives to be put in place to implement the comprehensive plan. For each listed activity, the STWP provides the following information:

- Brief description of the activity
- Timeframe for undertaking the activity
- Responsible party for implementing the activity
- Estimated cost (if any) of implementing the activity
- Funding source(s), if applicable

| CITY OF CHICKAMAUGA 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Economic Development** | | | | | | | | |
| Market the community and recruit new businesses in coordination with Chamber of Commerce, WCDA, NWGJDA, and SEIDA. | X | X | X | X | X | City of Chickamauga; Chamber of Commerce; WCDA; NWGJDA; SEIDA | $8,000/yr. | City; Chickamauga Electric System |
| Market Chickamauga as a heritage tourism destination. | X | X | X | X | X | City of Chickamauga; Chamber of Commerce | $50,000 | Local; state; federal; ARC |
| Market old city hall property for a "Victorian" hotel development. | X | X | X | X | X | Public; private | $25,000 | Local; state; private |
| **Housing** | | | | | | | | |
| Promote a full range of senior housing opportunities | X | X | X | X | X | City of Chickamauga | $1,000 | City |
| Apply for CDBG funds to revitalize the manufactured housing park areas. | X | X | X | X | X | City of Chickamauga | $500,000 | CDBG |
| **Natural and Cultural Resources** | | | | | | | | |
| Partner with volunteer groups for an annual waterway cleanup. | X | X | X | X | X | City of Chickamauga; civic organizations | $1,000 | City; donations; volunteer labor |
| Complete Chickamauga Creek blueway within city. | X | | | | | City of Chickamauga | $10,000 | City |
| Complete historic resources survey – Phase I. | X | X | | | | City of Chickamauga; Chickamauga HPC | $8,000 | City; HPF grant |
| Complete landscape plan for Gordon-Lee House. | | X | X | | | City of Chickamauga; Chickamauga HPC | $5,000 | City; donations; grants |
| Adopt proper ordinances for protection of community resources (e.g., trees). | X | X | X | X | X | City of Chickamauga | $1,000 | City |
| Develop plan for management of vacant mill village parcels acquired by city during flood mitigation project. | X | X | X | X | X | City of Chickamauga | $50,000 | City; state |
| Continue implementation of the stormwater management plan. | X | X | X | X | X | City of Chickamauga | $50,000 | City |
| **Community Facilities and Services** | | | | | | | | |
| Complete renovation of the Chickamauga Older Americans Center | X | X | X | X | X | City of Chickamauga | $1,000,000 | City; CDBG |

| CITY OF CHICKAMAUGA 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Underground placement of utilities – Phase I | X | X | X | X | X | City of Chickamauga | $5,000,000 | Electric system revenues; loans; grants |
| Implement a recycling education program. | X | X | X | X | X | City of Chickamauga; civic organizations | $3,000 | City; donations |
| Implement a stormwater education program. | X | X | X | X | X | City of Chickamauga; civic organizations | $3,000 | City; donations |
| Develop dressing room facilities on Gordon-Lee House property. | X | X | | | | City of Chickamauga | $50,000 | City; donations; grants |
| Implement water system improvements. | X | X | X | X | X | City of Chickamauga | $1M/yr. | City; CDBG |
| Implement sewer system improvements. | X | X | X | X | X | City of Chickamauga | $400,000 | Local; state; federal |
| Develop comprehensive recreation plan to include youth, adult and senior recreation needs. | X | X | X | X | X | City of Chickamauga | $50,000 | City; state |
| Recreation improvements | X | X | X | X | X | City of Chickamauga | $100,000 | City; state |
| Update land use regulations as needed. | X | X | X | X | X | City of Chickamauga ; Chickamauga Planning Commission | $10,000 | City |
| Using GPS technology, develop land resource and city infrastructure databases (in conjunction with Walker County) | X | X | X | X | X | City of Chickamauga ; Walker County | $75,000 | City; County |
| Adopt proper ordinances to enforce building codes | X | X | X | X | X | City of Chickamauga | $25,000 | City |
| **Intergovernmental Coordination** | | | | | | | | |
| Update the Service Delivery Strategy. | X | | | | | City of Chickamauga; Walker County: NWGRC | Staff time | City |
| **Transportation System** | | | | | | | | |
| Complete street improvements (resurfacing; traffic calming; intersection improvements) | X | X | X | X | X | City of Chickamauga | $79,000/yr. | TIA |
| Develop and implement a sidewalk plan for both residential and business districts. | X | X | X | X | X | City of Chickamauga | $500,000 | City; state |
| Develop and implement a wayfinding signage program. | X | X | X | X | X | City of Chickamauga | $50,000 | City; state |

| CITY OF CHICKAMAUGA 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Construct the Chickamauga Battlefield Multiuse Trail from the city to the Chickamauga and Chattanooga NMP (including a municipal parking lot). | X | X | X | X | X | City of Chickamauga; Walker County, GDOT | $460,000 | City; county; TE funds |
| Work with Walker County to develop linkages between local trail systems, regional bike routes, and existing trails in neighboring communities. | X | X | X | X | X | City of Chickamauga; Walker County | $100,000 | City; county; state; federal |

## Policies

Policies are adopted to provide ongoing guidance and direction to city officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the City of Chickamauga:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- Our gateways and corridors will create a "sense of place" for our community.
- We will encourage the development of downtown as a vibrant center of the community in order to improve overall attractiveness and local quality of life.
- We are committed to creating walkable, safe, and attractive neighborhoods throughout the community, where people have easy access to schools, parks, and necessary services (grocery store, drug store) without having to travel by car.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.

- We encourage mixed-use developments that are human-scale and less auto-oriented.

- We support increases in residential density in areas where community design standards, environmental constraints and available infrastructure capacities can satisfactorily accommodate the increased density.

- We support new land uses that contribute to protecting the environment and preserving meaningful open space.

- We support new land uses that enhance housing options in our community.

- We will strive to discourage unattractive and inefficient commercial strip development in our community.

- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.

- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.

- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).

- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, public transit (if applicable) as well as local vehicular circulation.

- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).

- We support creation of a community-wide pedestrian/bike path network.

- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.

- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.

- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.

- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.

- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.

- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

- We will limit development within our community to areas that can be reasonably served by public infrastructure.

- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.

- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.

- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.

- We will invest in parks and open space to enhance the quality of life for our citizens.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

- We will take into account access to housing and impacts on transportation when considering economic development projects.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.

- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects

- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.

- We will eliminate substandard or dilapidated housing in our community.

- We will stimulate infill housing development in existing neighborhoods.

- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.

- We will encourage development of housing opportunities that enable residents to live close to their places of employment.

- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.

- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (homeownership).

- We will increase opportunities for low-to-moderate income families to move into affordable owner-occupied housing.

- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)

- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions

- We will consult other public entities in our area when making decisions that are likely to impact them.

- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.

- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

**Chapter 4**

# City of LaFayette

***Presenting the Community Vision, Community Issues & Opportunities, and the Implementation Program for the City of LaFayette***

## Community Vision

The Community Vision is intended to paint a picture of what the community desires to become, providing a complete description of the development patterns to be encouraged within the jurisdiction. It includes the following components: (1) a general vision statement of the overall goals and desired future the community seeks to achieve; (2) a future development map, delineating boundaries of major character areas covering the jurisdiction; and (3) defining narrative (i.e., a specific vision) for each character area shown on the future development map.

### General Vision Statement

***The City of LaFayette, a progressive, rural community that is a gateway to the Appalachian Mountain chain, is committed to preserving and protecting its abundant natural and historic resources, while promoting residential, commercial and industrial growth, and supporting and encouraging education of its youth and workforce. In order to promote and maintain a superior quality of life, the City of LaFayette has identified the following areas to address: Redeveloping declining residential areas and idle commercial and industrial sites, improving aging infrastructure, expanding airport facilities and operations, promoting industrial and commercial retention and recruitment, preserving and promoting historic and natural resources.***

## Future Development Map & Defining Narrative

A key component of the comprehensive planning process is the creation of a Future Development Map that reflects the city's vision for growth and development for the next 20 years. This vision, which was developed with a public visioning process, is expressed in unique "character areas." The following pages present the Future Development Map and Defining Narrative for each character area shown on the Future Development Map for the City of LaFayette.

Character area planning focuses on the way an area looks and how it functions. Tailored development strategies are applied to each area, with the goal of enhancing the existing character/function or promoting a desired character for the future. The character areas shown on the Future Development Map define areas that:

- Presently have unique or special characteristics that need to be preserved
- Have potential to evolve into unique areas
- Require special attention because of unique development issues

The character areas narratives that follow present an overall vision for future growth and development for each character area and include the following information:

- Description
- Land use(s)
- Quality Community Objectives
- Implementation measures

The description is intended to clarify the types, forms, styles, and patterns of development that are to be encouraged in the character area. The land uses are those to be allowed in the character area. The Quality Community Objectives (QCO) identifies the QCOs that will be pursued in the area. These objectives were adopted by the Georgia Department of Community Affairs (DCA) to measure how communities preserve their unique resources while accommodating future development. The Quality Community Objectives can be found in Appendix B. Finally, the implementation measures identify strategies the city can take to help achieve the desired development patterns for the area.


FUTURE DEVELOPMENT MAP
CITY OF LAFAYETTE
WALKER COUNTY, GEORGIA
NOVEMBER, 2011
LEGEND
CITY STREET
CHARACTER AREAS
Traditional Neighborhood
Rural Residential
Downtown Business District
School
Downtown Mixed Use
Parks/Greenspace
Golf Course
Industrial
Airport
Gateway Corridor
Major Highway Corridor
Redevelopment Area
Feet
2,200 1,100 0 2,200 4,400 6,600

## Traditional Neighborhood



Azalea Drive – Laurel Drive

### Description

A neighborhood having relatively well-maintained housing, possess a distinct identity through architectural style, lot and street design, and has higher rates of home-ownership. Location near declining areas of town may cause this neighborhood to decline over time. Built on grid and curvilinear patterns, pre- and post-WWII housing, sidewalks, small yards.

**Development Strategies/Policies:**

- Reinforce stability by encouraging homeownership and maintenance or upgrade of existing properties.
- Vacant properties in the neighborhood offer an opportunity for infill development of new, architecturally compatible housing.
- Include well-designed new neighborhood activity center at appropriate locations, which would provide a focal point
- Strong pedestrian and bicycle connections for residents

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Housing opportunities
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use.

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Incentives:

- Tax incentives or variances

Public Investments:

- Sidewalks, beautification projects

Infrastructure Improvements:

- Improve existing utilities, provide high speed internet, transit

## Rural Residential



Hickory Creek Lane

### Description

Rural, undeveloped land likely to face development pressures for lower density (one unit per two+ acres) residential development. Typically will have low pedestrian orientation and access, very large lots, open space, pastoral views, high degree of building separation.

**Development Strategies/Policies:**

Maintain rural atmosphere with new residential development by:

- Permitting rural cluster or conservation subdivision design that incorporate significant amounts of open space.
- Encourage compatible architecture styles that maintain regional rural character, without “franchise” or “corporate” architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Housing opportunities
- Educational opportunities
- Regional cooperation

### Land Uses

Residential
Agriculture/Forestry

### Implementation Measures

More detailed sub-area planning:

- Preserve rural features and limit residential development

New or revised local development regulations:

- Require preservation of open space, trees, limit commercial and residential development

Incentives:

- Allow design variances for conservation subdivisions and individual homes

Public Investments:

- Public parks and greenspace/ trails to connect Residential and small stores

Infrastructure Improvements:

- Improve utilities, extend where practicable

## School



LaFayette High School campus

### Description

The School character area represents public school sites within the city limits of LaFayette. The area represents the primary school building(s) as well as associated outdoor space and facilities such as athletic fields and facilities, walkways, drives, and parking lots. Pedestrian connectivity between schools and neighborhoods is a goal for both existing and planned facilities.

The development pattern should seek to:

- Provide school sites that create neighborhood and regional focal points;
- Provide quality pedestrian infrastructure to encourage walking;
- Provide pedestrian linkages to adjacent neighborhoods, where possible.

### Quality Community Objectives

- Growth preparedness
- Educational opportunities
- Open space preservation
- Transportation alternatives
- Regional solutions

### Land Uses

Public/Institutional
Park/Recreational/ Conservation

### Implementation Measures

- Establish and maintain an effective working relationship with the Walker County Board of Education.
- Develop mutually beneficial locations for schools and appropriate land uses adjacent to and/or near school property.
- To the extent possible, locate schools in neighborhoods in order to allow children to walk to school, reduce transportation costs, serve existing neighborhoods, and use existing infrastructure.

## Parks/Greenspace



Queen City Lake

### Description

Area of protected open space that follows natural and manmade linear features for recreation, transportation and conservation purposes and links ecological, cultural and recreational amenities.

Greenways can provide safe, efficient pedestrian linkages and at the same time give users an opportunity to enjoy the natural environment. Properly designed greenways can serve as an alternative transportation network

**Development Strategies/Policies:**

- Linking greenspaces into a pleasant network of greenways where practical.
- Set aside land for pedestrian and bicycle connections between schools, churches, recreation areas, city centers, residential neighborhoods and commercial areas where practical.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Regional cooperation

### Land Uses

Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Highlight areas with historical significance

New or revised local development regulations:

- Certain amount of area in development to be preserved as greenspace

Incentives:

- Land in conservation easements would provide rental payment

Public Investments:

- Park maintenance, patrols; implement measures to protect cemetery to preserve history

Infrastructure Improvements:

- Renovating park equipment

## Golf Course



LaFayette Golf Course

### Description

Recreation area owned and maintained by City of Lafayette. Ongoing expansion of clubhouse. View of Pigeon Mountain. Sidewalks, play areas, trail connections to other areas included.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness

### Land Uses

Park/Recreation/Conservation

### Implementation Measures

- Preservation of greenspace
- Recreational usage and connectivity with downtown area, other green space areas, community centers, airport

## Downtown Mixed Use



Buildings fronting west and southwest sides of LaFayette's "square"

### Description

- A mix of office, housing, and commercial uses
- Walkable
- Improves sense of community

**Suggested Development Plan:**

- Design guidelines for stores and offices (types, appearance)
- Upstairs housing around square where practical

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Mixed Use

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Incentives:

- Tax incentives for downtown mixed use infill

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve utilities, public transit

## Downtown Business District



Walker County government buildings in LaFayette's Downtown Business District

### Description

A concentrated focal point with general retail, service commercial, professional office, higher-density housing, public and open space

**Development Strategies/Policies:**

- Relatively high-density mix of retail, office, services, employment and residential
- Higher density mixed income housing options next to the center
- Design for pedestrians with connections between uses
- Define road edges by locating buildings at roadside, rear parking
- Include direct connections to the greenspace and trail networks.
- Add sidewalks, pedestrian-friendly trail/bike routes to link to neighboring communities, libraries, schools, parks, health centers, etc.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Incentives:

- Tax incentives for downtown mixed use infill

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve utilities, public transit

## Industrial




Industrial site on GA Hwy. 337

### Description

Land used in higher intensity manufacturing, assembly, processing activities where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, or other nuisance characteristics are not contained on-site.

**Development Strategies/Policies:**

- Encourage carpooling.
- Assemble properties into one area.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Educational opportunities

### Land Uses

Industrial
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Use industrial and small industry parks; have mix of small and large industry

New or revised local development regulations:

- Require percentage of openspace on site

Incentives:

- Tax breaks for incubators and small business for reuse and site cleanup

Public Investments:

- Install high-speed internet, provide alternative access roads

Infrastructure Improvements:

- Maintain and upgrade roads, install traffic lights, improve utilities

## Airport




Barwick-LaFayette Airport (top is east)

### Description

- Municipal airport
- May be linked to nearby industry, commercial areas

**Suggested Development Plan:**

- Design guidelines similar to industrial, commercial, where practicable
- Linkage of airport to golf course, other sites where appropriate

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Regional cooperation

### Land Uses

Transportation/Communication/Utilities

### Implementation Measures

More detailed sub-area planning:

- Tie to commercial, industrial surroundings

New or revised local development regulations:

- Buffer requirements

Incentives

Public Investments:

- Market on county/city website

Infrastructure Improvements:

- Maintain roads

## Redevelopment Area



Southeast section of the Redevelopment Area

### Description

An area that has most of its original housing stock in place, but housing conditions are worsening due to low rates of homeownership and neglect of property maintenance. There may be a lack of neighborhood identity and gradual invasion of different type and intensity of use that may not be compatible with the neighborhood residential use.

**Suggested Development Plan:**

- Focus on strategic public investments to improve conditions, appropriate infill development on scattered vacant sites, and encouraging more homeownership and maintenance or upgrade of existing properties.
- Public assistance and investment should be focused where needed to ensure that the neighborhood becomes more stable, mixed-income community with a larger percentage of owner-occupied housing.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Housing choices opportunities
- Educational opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

New or revised local development regulations:

- Opportunity Zones, Enterprise Zones, Urban redevelopment area

Incentives:

- Tax incentives

Public Investments:

- Community Development Block Grant

Infrastructure Improvements:

- Sidewalks, Civic projects for beautification and pride, and utility improvements

## Gateway Corridor



South Main Street (U.S. 27/SR 1 Business)

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

**Development Strategies/Policies:**

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Retrofit or mask existing strip development or other unsightly features as necessary.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Environmental protection
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Historical overlay district

New or revised local development regulations:

- Sidewalk width, other streetscape elements, especially street lamps

Incentives:

- Developer variances for preserving trees, buffer vegetation, and vegetation islands in large parking lots

Public Investments:

- Beautification projects

Infrastructure Improvements

- Maintain sidewalks, street lamps

## Major Highway Corridor



U.S. Hwy 27 – LaFayette Bypass

### Description

Developed or undeveloped land on both sides of designated high-volume transportation facility, such as arterial roads and highways.

**Development Strategies/Policies:**

- Maintain a natural vegetation buffer (at least 50 feet in width).
- All new development should be set-back behind this buffer, with alternate access roads, shared driveways or inter-parcel roads
- Encourage landscaped, raised medians where appropriate.
- Provide pedestrian facilities behind drainage ditches or curb.
- Provide paved shoulders for bike lanes or emergency lanes.
- Manage access to keep traffic flowing; using directory signs.
- Unacceptable uses: new billboards.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Regional identity
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Housing opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Transportation/Communication/Utilities

### Implementation Measures

More detailed sub-area planning:

- Traffic studies

New or revised local development regulations:

- Restrict billboards

Incentives:

- In return for developers having alternative access roads, other variances could be allowed.

Public Investments:

- Beautification projects

# Community Issues and Opportunities

This section provides an updated version of the list of issues and opportunities for the City of LaFayette that was identified in the *Community Assessment* portion of the Comprehensive Plan. This updated version reflects public comments gained from the community participation activities as well as other input gathered during the review of the *Community Assessment.* It is the final, locally agreed upon, list of issues and opportunities the community intends to address. The following list is organized by the major topics defined in the DCA Local Planning Requirements:

- Population
- Economic Development
- Housing
- Natural and Cultural Resources
- Community Facilities and Services
- Intergovernmental Coordination
- Transportation

## *Economic Development*

- ➢ LaFayette will continue to support the development of new businesses and industrial growth.
- ➢ The Main Street and Certified Local Government programs, as well as other civic programs and groups, can provide support to existing businesses.
- ➢ Educational opportunities seek to match job availability.
- ➢ There are vacant and abandoned/contaminated properties and declining commercial areas in our community.

## *Housing*

- ➢ Mixed use development in appropriate locations should be encouraged.
- ➢ Redevelopment of substandard and special needs housing is not being adequately encouraged and some neighborhoods are in need of revitalization.

## *Natural and Cultural Resources*

- Citizens generally are unaware of natural and cultural resources, their significance, and the benefits of their conservation/preservation.
- Public and private sectors need to combine forces in the interest of natural and cultural resources.
- The Fort Cumming site has potential to become an interpretive site for the Trail of Tears National Historic Trail.
- A railroad park with rail cars and a museum would be a potential tourism attraction for our community.

## *Community Facilities and Services*

- The city's water treatment and distribution system needs to be upgraded and expanded.
- The city's sewer collection and treatment system needs to be upgraded and expanded.
- The city's recycling program needs to be expanded.
- Public safety and public works vehicles and equipment need to be on a replacement schedule.
- City recreation facilities need to be improved and expanded.
- Natural gas infrastructure is in need of upgrade and expansion.
- Our city hall is outdated and in bad repair.
- The city's ordinances need to be reviewed and updated.
- Land use and development regulations should encourage continuous streetscapes and pedestrian amenities, as well as infill development.

- The possibility of restablishing a 24-hour emergency health care facility in our community needs to be explored.

### *Intergovernmental Coordination*

- The Service Delivery Strategy should be updated and its use encouraged.

### *Transportation*

- Airport improvements should parallel local population and business growth.

- Transportation Enhancement funds for local transportation projects should be pursued.

- The feasibility of a west side corridor around LaFayette should be investigated.

# Implementation Program

The Implementation Program outlines the overall strategy for achieving the Community Vision and for addressing the Community Issues and Opportunities. It identifies specific measures to be undertaken by the City of LaFayette to implement the comprehensive plan. The Implementation Program includes the following sections:

- Report of Accomplishments
- 2012-2016 Short Term Work Program
- Policies

## Report of Accomplishments

The Report of Accomplishments (ROA) that follows provides a status of each work item identified in the city's 2007-2011 Short Term Work Program. For each activity, the ROA identifies whether it is completed, underway, postponed, or dropped. Reasons are provided for activities that were dropped or postponed.

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Population Change** | | | | | |
| Require utility expansion as expense responsibility of developers to manage growth | X | | | | |
| Zoning process to manage growth | | X | | | |
| Promote education through displays of different cultures and ethnicities | X | | | | |
| Promote housing development directed at low-to-moderate income, elderly and disabled | X | | | | |
| **Economic Development** | | | | | |
| Establish Historic Preservation Commission | X | | | | |
| Promote greenspace creation and management | | X | | | |
| Coordinate with and support Northwest Georgia Joint Development Authority. | X | | | | |
| Coordinate efforts with Northwestern Technical Inst., high school, Department of Labor, etc. | | X | | | |
| Promote Increased Job Training efforts with Northwestern Technical Inst. | | X | | | |
| Target industries, businesses that match skills to local workforce | | X | | | |
| Acquire additional property | X | | | | |
| In process of joining Main Street Downtown Revitalization Program; LaFayette Downtown Development Authority will initiate a community awareness program and act as a local preservation advocate. | | X | | | |
| Work with Walker County Chamber of Commerce to promote heritage tourism | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Natural Resources** | | | | | |
| Promote establishing enterprise zones, opportunity zones and redevelopment areas in brownfield/grayfield areas especially encouraging green development | | X | | | |
| Promote environmental aspects and potential of Main Street program | X | | | | |
| Promote protection and conservation of Queen City Lake. | X | | | | |
| Consider Greenway/ heritage corridor approach to link parks with historic resources from the Square North along N. Main Street including Fort Cumming. | | X | | | |
| Encourage good land management practices in flood prone areas, steep slopes, unsuitable soils and environmentally sensitive areas | X | | | | |
| **Facilities and Services** | | | | | |
| Coordinate with County and school system when considering offering incentives for redevelopment | | X | | | |
| Consider utility rate incentives where appropriate | | X | | | |
| Develop additional water source | | | X | | Lack of funding |
| Improve and expand existing water system | | X | | | |
| Install new tank at Swanson property | X | | | | |
| Renovate Dixon Springs Treatment Plant and Wells | | | X | | Lack of funding |
| Improve and upgrade wastewater infrastructure and treatment facilities | X | | | | |
| Convert drop-off recycling program to curb-side pickup and encourage citizens to participate | | | X | | Lack of funding |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Expand and upgrade natural gas infrastructure. | | X | | | |
| Establish a central public works center for all city crews. | X | | | | |
| **Housing** | | | | | |
| Pursue federal and state funding to develop a housing rehabilitation program for vacant or poorly maintained Historic Residence properties in West LaFayette and the Linwood area | | | | X | Lack of funding and have other higher community priorities |
| Encourage upstairs living in downtown business district | X | | | | |
| Encourage development of neighborhood stores | | | | X | Not a community priority |
| Demolish outdated LaFayette Housing Authority units at Foster Circle and rebuild | | X | | | |
| **Land Use** | | | | | |
| Review, update ordinances to encourage redevelopment of blighted areas, those encouraging infill, redevelopment of brownfields and greyfields. | | | X | | Lack of staff and economic climate |
| Review and update ordinances to establish multi-use development in downtown district | | X | | | |
| Review and update subdivision regulations | X | | | | |
| Review and update sign ordinances | X | | | | |
| Review and update building codes | X | | | | |
| Review and update ordinances to promote quality residential growth and development of new subdivisions | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Review and update ordinances to preserve stable neighborhoods throughout city and protect historic resources within the city including rehabilitation for vacant or poorly maintained Historic Residence properties in West LaFayette and the Linwood area | | X | | | Working first on local designation of historic business district; other areas planned for local historic district designation in the future. |
| Review and update ordinances for natural resources and environmental protection. | X | | | | |
| Review and update ordinances to encourage redevelopment of substandard and special needs housing. | X | | | | |
| Pursue a location study for open space and greenspace area to be linked within the city | | X | | | |
| Promote efforts to link historic land use elements within a greenway plan. | | X | | | |
| Incorporate best management practices in development. | X | | | | |
| Establish Historic Preservation Commission | X | | | | |
| Designate Historic Preservation districts | | X | | | |
| Nominate eligible properties to National Register | | X | | | |
| Coordinate preservation efforts with other governments | | X | | | |
| Develop annexation studies as needed for areas adjacent to existing city boundaries. | | | | X | Not a priority at this time |
| **Transportation** | | | | | |
| Link commercial, residential, historic and natural areas through system of trails | | | X | | Lack of funding and manpower; flood damage |
| Implement streetscape plan to encourage pedestrian traffic downtown | | X | | | |
| Promote restoration of historic square and conduct traffic study | | | | X | Activity promoted but dropped due to lack of public support |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Conduct parking study | | | | X | Not a current priority |
| Widen runway | X | | | | |
| Construct additional T-Hangars | | | X | | Land availability and poor economic climate |
| Fence around airport | | X | | | |
| Pursue Transportation Enhancement funds for local transportation projects. | | X | | | |
| Extend and straighten South Chattanooga Street and North Chattanooga Street. | | | | X | Lack of funding |
| **Intergovernmental Coordination** | | | | | |
| Coordinate land use efforts with other governments. | | X | | | |
| Avoid duplication of services. | X | | | | |
| Hold public meetings. | X | | | | |
| Submit news releases to local media. | X | | | | |
| **Cultural and Historic Resources** | | | | | |
| Expand existing recreational facilities. | X | | | | |
| Build new golf course clubhouse and continue upgrades at golf course. | X | | | | |
| Freedom Festival, fly-in, Scare on the Square, LaFayetteFest, Christmas parade, etc. | X | | | | |
| Restore and rehabilitate [Chattooga Academy] building and site. | X | | | | |
| Use [Chattooga Academy] building as Main Street/Economic Development office. | X | | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LAFAYETTE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Develop museum for local history [at Chattooga Academy]. | X | | | | |
| Coordinate rehabilitation [of Chattooga Academy] with Main Street program. | X | | | | |
| Coordinate programs with schools, businesses, civic groups, Downtown Development Authority, etc. | X | | | | |
| Support a Heritage Education Curriculum in the Walker County School System | X | | | | |
| Seek Downtown design assistance from Interagency Council on Community Design for restoration/rehabilitation of downtown buildings. | | | | X | The Interagency Council on Community Design no longer exists. |
| Develop park at Fort Cumming as interpretive site for Trail of Tears National Historic Trail. | | | X | | Lack of funding |
| Develop Sunrise Hosiery Mill property as multipurpose or civic center | | | | X | Building demolished by owner |
| Support the development of a County-wide preservation plan for Walker County | | | | X | Change in priorities; lack of funding |

## 2012-2016 Short Term Work Program (STWP)

The Short-Term Work Program (STWP) identifies specific implementation actions the city government or other entities intend to take during the first five-year timeframe of the planning period. This includes ordinances, administrative systems, community improvements or investments, and financing arrangements or other programs/initiatives to be put in place to implement the comprehensive plan. For each listed activity, the STWP provides the following information:

- Brief description of the activity
- Timeframe for undertaking the activity
- Responsible party for implementing the activity
- Estimated cost (if any) of implementing the activity
- Funding source(s), if applicable

| CITY OF LAFAYETTE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Economic Development** | | | | | | | | |
| Expand DDA area to add more businesses | X | | | | | City; LaFayette DDA | $500 | City |
| Promote the Main Street Program and maintain annual accreditation. | X | X | X | X | X | City; LaFayette DDA | Staff time | City |
| Promote greenspace creation and management (consider greenway/heritage corridor approach to link parks with historic resources from the Square North along N. Main Street including Fort Cumming). | X | X | X | X | X | City; private; nonprofits | $30,000 | General fund; grants; donations |
| Coordinate with and support Northwest Georgia Joint Development Authority and Walker County Development Authority. | X | X | X | X | X | City; Northwest Georgia Joint Development Authority; Walker County Development Authority | $1,000 | General fund |
| Promote Increased Job Training efforts with Georgia Northwestern Technical College and Georgia Dept. of Labor. | X | X | X | X | X | City; GNTC; NWGRC | $1,000 | WIA; GDOL |
| Target industries and businesses that match skills to the local workforce. | X | X | X | X | X | City; WCDA; NWGJDA; GDEcD; MEAG | $1,500 | General fund; grants; |
| Continue LaFayette DDA's community awareness program and local preservation advocacy. | X | X | X | X | X | City; LaFayette DDA | $1,000 | General fund; DNR-HPD (HPF grants) |
| Work with Walker County Chamber of Commerce to promote heritage tourism. | X | X | X | X | X | City; Walker County Chamber of Commerce | $1,000 | General fund; grants; donations |
| Promote establishing enterprise zones, opportunity zones and redevelopment areas in brownfield/grayfield areas. | X | X | X | X | X | City; LaFayette DDA; WCDA; NWGJDA | $1,000 | City; DCA; OneGeorgia Authority |
| **Housing** | | | | | | | | |
| Encourage infill housing and mixed-use development. | X | X | X | X | X | City; LaFayette DDA | $1,000 | City |
| Provide incentives for upstairs living in the downtown business district. | X | X | X | X | X | City; LaFayette DDA | $5,000 | General fund; DCA; GMA; grants |
| Review and update ordinances to encourage redevelopment of blighted areas, those encouraging infill, redevelopment of brownfields and greyfields. | X | X | X | X | X | City | $5,000 | City |

| CITY OF LAFAYETTE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Natural and Cultural Resources** | | | | | | | | |
| Designate downtown LaFayette as local historic district and adopt design guidelines. | X | X | | | | City; LaFayette HPC | $1,000 | City |
| Nominate LaFayette's historic business district to the National Register of Historic Places (NRHP). | | | X | X | | City; LaFayette HPC | $7,000 | City; HPF grant |
| Nominate historic residential areas north and south of the square to the NRHP and designate as local historic districts. | | | | X | X | City; LaFayette HPC | $15,000 | City; HPF grant |
| Promote public education on Fort Cumming and the Trail of Tears. | X | X | X | X | X | City; LaFayette HPC; Trail of Tears Assoc. | $1,000 | City; grants |
| Participate in Civil War 150th Anniversary activities by working with sites in the county and region. | X | X | X | X | | City; local event planning committee | $500/yr. | Local governments; fundraising; grants |
| Continue to promote historic and cultural resources with brochures and websites. | X | X | X | X | X | City; Lafayette HPC and DDA | $7,500 | City; grants |
| Support reopening of Foothills Art Gallery in downtown LaFayette. | X | X | X | X | X | City; Walker County; Northwest Georgia Arts Guild | Staff time | General fund |
| Move railroad car onto acquired property and develop as model railroad museum. | X | X | X | X | X | City; Tennessee Valley Railroad Museum; LaFayette HPC and DDA | $20,000 | Donations; private funds |
| Implement Stormwater Management Program | X | X | | | | City | $10,000 | User fees; city |
| Protect water quantity and quality of Queen City Lake. | X | X | X | X | X | City; property owners adjacent to Queen City Lake | $1,000 | General fund; user fees; grants |
| **Community Facilities and Services** | | | | | | | | |
| Replace force main from Shattuck Industrial Blvd. | | X | | | | City; Water and Sewer Enterprise Fund | $175,000 | City; GEFA; user fees; grants |
| Replace Shattuck Industrial Blvd. lift station | X | | | | | City; Water and Sewer Enterprise Fund | $150,000 | City; GEFA; user fees; grants |
| Replace Spring Creek interceptor and trunk lines | | | | X | | City; Water and Sewer Enterprise Fund | $1,000,000 | City; GEFA; user fees; grants |
| Phase II Town Creek interceptor from Rambler Road to Warren Road | | | | | X | City; Water and Sewer Enterprise Fund | $2,000,000 | City; GEFA; user fees; grants |
| Replace McArthur Street interceptor | | | X | | | City; Water and Sewer Enterprise Fund | $200,000 | City; GEFA; user fees; grants |

| CITY OF LAFAYETTE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Replace subsoiler | | X | | | | City; Water and Sewer Enterprise Fund | $200,000 | City; GEFA; user fees; grants |
| Replace sludge nurse truck | X | | | | | City; Water and Sewer Enterprise Fund | $200,000 | City; GEFA; user fees; grants |
| Sludge storage tank | | | X | | | City; Water and Sewer Enterprise Fund | $500,000 | City; GEFA; user fees; grants |
| Phosphorus chemical feed system for settlement sludge | | X | | | | City; Water and Sewer Enterprise Fund | $75,000 | City; GEFA; user fees; grants |
| New well and clear well at Lee School Road | | | | X | | City; Water and Sewer Enterprise Fund | $200,000 | City; GEFA; user fees; grants |
| Build treatment plant for Dixon Springs | | | X | X | | City; Water and Sewer Enterprise Fund | $2,000,000 | City; GEFA; user fees; grants |
| New well in Rock Spring area | | | | | X | City; Water and Sewer Enterprise Fund | $100,000 | City; GEFA; user fees; grants |
| Automated water meters and meter boxes | X | X | X | X | X | City; Water and Sewer Enterprise Fund | $25,000/yr | City; GEFA; user fees; grants |
| Replace 2-inch galvanized water lines (23.5 miles) | X | X | X | X | X | City; Water and Sewer Enterprise Fund | $20,000/yr | City; GEFA; user fees; grants |
| Replace water main on Coffman Springs Road (approx. 1.98 miles) | X | | | | | City; Water and Sewer Enterprise Fund | $130,000 | City; GEFA; user fees; grants |
| New 2 MG concrete water tank at Colerain Street | | X | | | | City; Water and Sewer Enterprise Fund | $750,000 | City; GEFA; user fees; grants |
| Fire flow improvements for Skyland Heights Subdivision | X | | | | | City; Water and Sewer Enterprise Fund | $500,000 | City; GEFA; user fees; grants |
| Build new city hall in downtown | | | | X | X | City | $2,000,000 | SPLOST |
| Convert drop-off recycling program to curb-side pickup and encourage citizens to participate | | X | X | X | | City | $30,000 | City; user fees |
| Expand the city's natural gas system. | X | X | | | | Gas Department | $1,000,000 | MGAG loan |
| Establish emergency connection to another natural gas source (AGL). | | | X | | | Gas Department | $100,000 | MEAG; GEFA; user fees |
| Create a capital improvement plan. | X | | | | | City | Staff time | General fund |

| CITY OF LAFAYETTE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Replace police vehicles | X | X | X | X | X | City | $400,000 | City; grants |
| Police equipment (new/replacement) | X | X | X | X | X | City | $30,000 | City; grants |
| Early warning system | | X | | | | City | $30,000 | City; grants |
| New fire trucks | | X | | | | City | $410,000 | City; SPLOST; grants (AFG) |
| Fire command vehicle | | | X | | | City | $36,000 | City; SPLOST; grants (AFG) |
| Fire, rescue, and haz-mat support equipment | X | X | X | X | X | City | $120,000 | City; SPLOST; grants (AFG) |
| New fire vehicle/equipment building | | X | | | | City | $300,000 | City; SPLOST; grants (AFG) |
| Repair/improve city swimming pool or replace with water park | | X | X | | | City | $200,000 | City; SPLOST; grants |
| Renovate Simmons, Joe Stock, Max Stoker, Lowell Greene, and Municipal Parks | | | X | X | X | City | $300,000 | City; grants |
| Renovate the Ross Abney Recreation Complex | X | X | X | | | City | $200,000 | City; SPLOST; grants |
| Finish construction of Presbyterian Memorial Park and maintain lease for public use. | X | X | X | X | X | City; LaFayette HPC and DDA; LaFayette Presbyterian Church | $2,500 | Donations |
| Street Department vehicles (Bobcat; 1-ton dump trucks; paving machine; backhoe; side-arm tractor; tandems; Gradall excavator) | X | X | X | X | X | City | $500,000 | City; grants; SPLOST |
| Cemetery improvements and Cemetery Department equipment | X | X | X | X | X | City | $125,000 | General fund |
| Mausoleum and cremation burial facilities | | | | X | X | City | $75,000 | General fund |
| Maintenance Department equipment (wash rack; heavy equipment lift) | X | X | X | | | City | $60,000 | |
| Sanitation Department equipment (front-end loader; knuckle booms) | | X | X | X | | City | $170,000 | User fees, general fund; grants; SPLOST |

| CITY OF LAFAYETTE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | **2012** | **2013** | **2014** | **2015** | **2016** | | | |
| Replace existing meters with electronic receiver/transmitter (ERT) meters | X | X | | | | City | $20,000 | Enterprise fees; MEAG; grants; SPLOST |
| Sub-station primary conversion (upgrade all 2.4 KV lines to 7.2 KV) | X | X | X | X | X | City | $250,000 | Enterprise fees; MEAG; grants; SPLOST |
| Establish two-way feeds to reduce outage time | X | X | X | X | X | City | $150,000 | Enterprise fees; MEAG; grants; SPLOST |
| Replace existing street lights with lower wattage sodium | X | X | X | X | X | City | $15,000 | Enterprise fees; MEAG; grants; SPLOST |
| Computer replacement | | X | X | X | | City | $30,000 | General fund |
| Update software for utility billing, taxes, and permits to a more efficient product. | | X | X | | | City | $50,000 | Enterprise f'unds, general fund |
| Update vehicle fuel system to allow use of I.D. cards for obtaining fuel. | | X | | | | City | $10,000 | General fund |
| Review and update city planning and zoning ordinances | X | X | X | X | X | City | Staff time | City |
| Explore the possibility of reestablishing a 24-hour emergency health care facility in our community. | X | X | X | X | X | City; private | $1,000 | City |
| **Intergovernmental Coordination** | | | | | | | | |
| Update Service Delivery Strategy | X | | | | | City; Walker County; NWGRC | Staff time | City |
| **Transportation System** | | | | | | | | |
| Build new airport terminal and demolish old terminal | X | | | | | City; volunteers | $700,000 | City; OneGeorgia; donated labor |
| Pursue Transportation Enhancement funds for additional streetscape phases or other local transportation projects. | | X | | X | | City | $500,000 | City; GDOT TE |
| Conduct a feasibility study of a west side corridor around LaFayette. | | X | X | | | City; Walker County; GDOT; private | $10,000 | City; Walker County; GDOT; private |

## Policies

Policies are adopted to provide ongoing guidance and direction to city officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the City of LaFayette:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- Our gateways and corridors will create a "sense of place" for our community.
- We will encourage the development of downtown as a vibrant center of the community in order to improve overall attractiveness and local quality of life.
- We are committed to creating walkable, safe, and attractive neighborhoods throughout the community, where people have easy access to schools, parks, and necessary services (grocery store, drug store) without having to travel by car.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We encourage mixed-use developments that are human-scale and less auto-oriented.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.

- We support new land uses that enhance housing options in our community.
- We will encourage development of a rational network of commercial nodes (villages, or activity centers) to meet the service needs of citizens while avoiding unattractive and inefficient strip development along major roadways.
- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.
- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.
- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).
- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.
- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, as well as local vehicular circulation.
- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.
- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.
- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.
- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.
- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.
- We will promote the protection and maintenance of trees and green open space in all new development.
- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.
- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.
- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.
- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.
- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.
- We will limit development within our community to areas that can be reasonably served by public infrastructure.
- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.
- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.
- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.
- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.
- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.
- We will invest in parks and open space to enhance the quality of life for our citizens.
- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.
- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.
- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.
- We will take into account access to housing and impacts on transportation when considering economic development projects.
- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.
- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects
- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.
- We will work toward eliminating substandard or dilapidated housing in our community.
- We will stimulate infill housing development in existing neighborhoods.
- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.
- We will encourage development of housing opportunities that enable residents to live close to their places of employment.
- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.
- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)

- We will consult other public entities in our area when making decisions that are likely to impact them.
- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.
- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

Chapter 5

# City of Lookout Mountain

***Presenting the Community Vision, Community Issues & Opportunities, and the Implementation Program for the City of Lookout Mountain***

## Community Vision

The Community Vision is intended to paint a picture of what the community desires to become, providing a complete description of the development patterns to be encouraged within the jurisdiction. It includes the following components: (1) a general vision statement of the overall goals and desired future the community seeks to achieve; (2) a future development map, delineating boundaries of major character areas covering the jurisdiction; and (3) defining narrative (i.e., a specific vision) for each character area shown on the future development map.

### General Vision Statement

***The City of Lookout Mountain Georgia's vision is to maintain the residential community status that we now enjoy with appropriate economic and residential development to maintain and enhance our services and tax base through controlled growth without disrupting the peaceful and beautiful residential nature of our community.***

### Future Development Map & Defining Narrative

A key component of the comprehensive planning process is the creation of a Future Development Map that reflects the city's vision for growth and development for the next 20 years. This vision, which was developed with a public visioning process, is expressed in unique "character areas." The following pages present the Future Development Map and Defining Narrative for each character area shown on the Future Development Map for the City of Lookout Mountain.

Character area planning focuses on the way an area looks and how it functions. Tailored development strategies are applied to each area, with the goal of enhancing the existing character/function or promoting a desired character for the future. The character areas shown on the Future Development Map define areas that:

- Presently have unique or special characteristics that need to be preserved
- Have potential to evolve into unique areas
- Require special attention because of unique development issues

The character areas narratives that follow present an overall vision for future growth and development for each character area and include the following information:

- Description
- Land use(s)
- Quality Community Objectives
- Implementation measures

The description is intended to clarify the types, forms, styles, and patterns of development that are to be encouraged in the character area. The land uses are those to be allowed in the character area. The Quality Community Objectives (QCO) identifies the QCOs that will be pursued in the area. These objectives were adopted by the Georgia Department of Community Affairs (DCA) to measure how communities preserve their unique resources while accommodating future development. The Quality Community Objectives can be found in Appendix B. Finally, the implementation measures identify strategies the city can take to help achieve the desired development patterns for the area.


N
S
W
E
Robinhood Trl
Princess Trl
Hardy Rd
Oberon Trl
Red Riding Hood Trl
Duran Dr
Wendy Trl
Rock City Trl
Patten Rd
Marvin Ln
Massey Ln
Henry Ln
Mother Goose Trl
Rainbow Dr
Scenic Hwy
Bagby Ln
Turnberry Ln
Woodnymph Trl
Lula Lake Rd
LEGEND
City Street
CHARACTER AREAS
Traditional Neighborhood
Rural Residential
Town Center
Regional Activity Center
FUTURE DEVELOPMENT MAP
LOOKOUT MOUNTAIN, GEORGIA
WALKER COUNTY
NOVEMBER, 2011

## Traditional Neighborhood




A portion of the original Fairyland Estates subdivision

### Description

A neighborhood having relatively well-maintained housing, possess a distinct identity through architectural style, lot and street design, and has higher rates of home-ownership. East of Lula Lake Road, the area consists of the Fairyland Estates subdivision, designed in 1924 around numerous natural features and built from the mid-1920s through the 1950s.

**Development Strategies/Policies:**

- Reinforce stability by encouraging homeownership and maintenance or upgrade of existing properties.
- Vacant properties in the neighborhood offer an opportunity for infill development of new, architecturally compatible housing.
- Include well-designed new neighborhood activity center at appropriate locations, which would provide a focal point
- Pursue strong pedestrian and bicycle connections for residents

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Public Investments:

- Sidewalks, beautification projects

Infrastructure Improvements:

- Improve existing water and sewer, provide high speed internet, transit

## Rural Residential



Bagby and Turnberry Lanes, west of Lula Lake Road

### Description

Rural, undeveloped land likely to face development pressures for lower density (one unit per two+ acres) residential development. Typically will have low pedestrian orientation and access, very large lots, open space, pastoral views, high degree of building separation.

**Development Strategies/Policies:**

Maintain rural atmosphere with new residential development by:

- Permitting rural cluster or conservation subdivision design that incorporate significant amounts of open space.
- Encourage compatible architecture styles that maintain regional rural character, without "franchise" or "corporate" architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve rural features and limit residential development.

New or revised local development regulations:

- Require preservation of open space, trees, limit commercial and residential development.

Incentives:

- Allow design variances for conservation subdivisions and individual homes.

Public Investments:

- Public parks and greenspace/ trails to connect residential and small stores

Infrastructure Improvements:

- Improve water and sewer, extend where practicable

## Town Center



City of Lookout Mountain, GA – Town Center area

### Description

A concentrated focal point with general retail, service commercial, professional office, public and open space

**Development Strategies/Policies:**

- Relatively high-density mix of retail, office, services, employment
- Design for pedestrians with connections between uses
- Define road edges by locating buildings at roadside, rear parking
- Include direct connections to the greenspace and trail networks.
- Add sidewalks, pedestrian-friendly trail/bike routes to link to neigh-boring communities, libraries, schools, parks, health centers, etc.

### Quality Community Objectives

- Transportation alternatives
- Regional identity
- Open space preservation
- Environmental protection
- Appropriate businesses
- Infill development
- Sense of place

### Land Uses

Commercial
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve water and sewer, public transit

## Regional Activity Center



Fairyland Golf Course

### Description

Concentration of sports and recreational complexes. These areas are characterized by high degree of access by vehicular traffic, and high transit use, including stops, shelters and transfer points; on-site parking; low degree of internal open space; large tracts of land, campus or unified development.

**Development Strategies/Policies:**

- Provide bike lanes or wide curb lanes to encourage bicycling and provide additional safety, provide conveniently located, preferably sheltered, bicycle parking at retail and office destinations and in multi-family dwellings.
- Encourage compatible architecture styles that maintain the regional character, and should not include "franchise" or "corporate" architecture.
- Design should be very pedestrian oriented, with strong, walkable connections between different uses.
- Include direct connections to nearby networks of greenspace or trails, available to pedestrians, bicyclists, and equestrians for both tourism and recreation purposes.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness

### Land Uses

Park/Recreation/Conservation
Commercial

### Implementation Measures

- New or revised local development regulations
- Maintenance and infrastructure improvements

# Community Issues and Opportunities

This section provides an updated version of the list of issues and opportunities for the City of Lookout Mountain that was identified in the *Community Assessment* portion of the Comprehensive Plan. This updated version reflects public comments gained from the community participation activities as well as other input gathered during the review of the *Community Assessment.* It is the final, locally agreed upon, list of issues and opportunities the community intends to address. The following list is organized by the major topics defined in the DCA Local Planning Requirements:

- Population
- Economic Development
- Housing
- Natural and Cultural Resources
- Community Facilities and Services
- Intergovernmental Coordination
- Transportation

## *Population*

- ➢ The population over 65 years of age is increasing and will require specialized housing and services in the future.

## *Economic Development*

- ➢ A town center needs definition and development, combining commercial service/retail, civic, cultural, and recreational activities.

## *Housing*

- ➢ Maintaining our community's residential character is a high priority.

## *Natural and Cultural Resources*

- ➢ Preserving and linking natural resources and views on the mountain needs both planning and public support.

### *Community Facilities and Services*

- Facilities housing the city hall, police, and fire services are inadequate and need replacement.
- Programs that will enhance neighborhood safety need to be expanded.

### *Intergovernmental Coordination*

- Certain governmental efficiencies may be possible through mutual agreements with Lookout Mountain, Tennessee.
- The Service Delivery Strategy needs to be updated.

### *Transportation*

- Sidewalks are needed on the city's main thoroughfare along Lula Lake Road.
- Street construction and maintenance in the community requires special consideration of winter safety issues.

## Implementation Program

The Implementation Program outlines the overall strategy for achieving the Community Vision and for addressing the Community Issues and Opportunities. It identifies specific measures to be undertaken by the City of Lookout Mountain to implement the comprehensive plan. The Implementation Program includes the following sections:

- Report of Accomplishments
- 2012-2016 Short Term Work Program
- Policies

## Report of Accomplishments

The Report of Accomplishments (ROA) that follows provides a status of each work item identified in the city's 2007-2011 Short Term Work Program. For each activity, the ROA identifies whether it is completed, underway, postponed, or dropped. Reasons are provided for activities that were dropped or postponed.

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LOOKOUT MOUNTAIN 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Population Change** | | | | | |
| Encourage housing for senior citizens and elderly. | | X | | | |
| **Economic Development** | | | | | |
| Identify types of small businesses (restaurants, coffee shops, tailor, spa) that would fit with Lookout Mountain's vision and contribute to the city's tax base. | | X | | | |
| Identify incentives for these types of businesses to locate in Lookout Mountain (upscale clientele, beautiful environment, etc.) | | X | | | |
| Maintain strong downtown commercial district without intrusion into existing residential and recreational areas | | X | | | |
| Support local tourism efforts. | | X | | | |
| **Natural Resources** | | | | | |
| Update map of natural resources on file with Coosa Valley Regional Development Center. | | | | X | Dropped as an activity of the mayor and city council |
| Continue development of the pedestrian pathway in the city limits. | | X | | | |
| Encourage good land management practices in areas with steep slopes, unsuitable soils & environmental areas | | X | | | |
| **Facilities and Services** | | | | | |
| Maintain and update recreational facilities | | X | | | |
| Create inventory of city properties and facilities to be rehabilitated/ repaired/ renovated. | | X | | | |
| Create list of available properties for location of assisted living facility. | | | | X | An assisted living facility is being built nearby; activity no longer needed |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LOOKOUT MOUNTAIN 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Continue service upgrades to police and fire equipment as needed. | | X | | | |
| **Cultural Resources** | | | | | |
| Preserve stable residential neighborhoods throughout the City and protect historic homes. | | | | X | Dropped as an activity of the mayor and city council |
| **Housing** | | | | | |
| Create inventory of vacant properties and those owned by the city and suitable for development. | | | | X | Dropped as an activity of the mayor and city council |
| Promote new residential development to meet future housing needs. | | | X | | Not needed until real estate market recovers |
| **Transportation** | | | | | |
| Monitor parking needs of retail centers and municipal buildings. | | X | | | |
| Support projects in the GA Portion Trans. Program (Chattanooga area MPO) | | X | | | |
| **Land Use** | | | | | |
| Review existing regulations every two years | | X | | | |
| Update and amend zoning ordinance as needed | | X | | | |
| Review and update land use maps every 5 years | | X | | | |
| Continue to use Comp. Plan and land use maps when making re-zoning decisions | | X | | | |
| **Intergovernmental Coordination** | | | | | |
| Update service delivery strategies. | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF LOOKOUT MOUNTAIN 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Intergovernmental Coordination** | | | | | |
| Encourage citizen participation at city council meetings and business participation in Walker County Chamber of Commerce. | | X | | | |

## 2012-2016 Short Term Work Program (STWP)

The Short-Term Work Program (STWP) identifies specific implementation actions the city government or other entities intend to take during the first five-year timeframe of the planning period. This includes ordinances, administrative systems, community improvements or investments, and financing arrangements or other programs/initiatives to be put in place to implement the comprehensive plan. For each listed activity, the STWP provides the following information:

- Brief description of the activity
- Timeframe for undertaking the activity
- Responsible party for implementing the activity
- Estimated cost (if any) of implementing the activity
- Funding source(s), if applicable

| CITY OF LOOKOUT MOUNTAIN 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | **2012** | **2013** | **2014** | **2015** | **2016** | | | |
| **Economic Development** | | | | | | | | |
| Identify types of small businesses (restaurants, coffee shops, tailor, spa) that fit with Lookout Mountain's vision and contribute to the city's tax base. | X | X | X | X | X | City of Lookout Mountain | $1,000 | City |
| Identify incentives for these types of businesses to locate in Lookout Mountain. | X | X | X | X | X | City of Lookout Mountain | $1,000 | City |
| Redevelop vacant town center properties. | X | X | X | X | X | City of Lookout Mountain; private property owners | $1.5M+ | City; state; private |
| Participate in countywide and regional tourism efforts. | X | X | X | X | X | City of Lookout Mountain | Staff time | City |
| **Housing** | | | | | | | | |
| Promote residential image of Lookout Mountain via city's website | X | | | | | City of Lookout Mountain, Georgia; City of Lookout Mountain, Tennessee | $50,000 | Hotel/motel tax |
| **Natural and Cultural Resources** | | | | | | | | |
| Adopt ordinances that address steep slopes and other sensitive environmental areas | | | X | X | | City of Lookout Mountain | $5,000 | General fund |
| **Community Facilities and Services** | | | | | | | | |
| Provide sewer support to Brow Wood development | X | X | | | | City of Lookout Mountain | $300,000 | Private |
| Build new public works facility | X | | | | | City of Lookout Mountain | $225,000 | SPLOST |
| Build joint city hall/ fire/ police facility | | | X | X | | City of Lookout Mountain | $1M | General fund; grants |
| Replace police cars (2) | X | | | X | | City of Lookout Mountain | $65,000 | SPLOST |
| Purchase new garbage truck | | | | X | | City of Lookout Mountain | $100,000 | SPLOST |
| Expand new neighborhood watch program | X | X | X | X | X | City of Lookout Mountain | $5,000 | General fund |

| CITY OF LOOKOUT MOUNTAIN 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity Description** | **Timeframe** | | | | | **Responsible Party** | **Cost Estimate** | **Funding Source** |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Maintain and update recreational facilities | X | X | X | X | X | City of Lookout Mountain | $25,000 | City; DNR |
| Inventory city properties and facilities to be rehabilitated/ repaired/ renovated. | X | X | X | X | X | City of Lookout Mountain | $1,000 | City |
| Continue service upgrades to police and fire equipment as needed. | X | X | X | X | X | City of Lookout Mountain | $1,500/ yr. | City; FEMA; GDOT |
| Review and amend land use regulations as needed (zoning, subdivision regulations, steep slopes, signage, stream buffers) | X | X | X | X | X | City of Lookout Mountain; Planning Commission | $5,000 | City |
| **Intergovernmental Coordination** | | | | | | | | |
| Develop a joint website with the City of Lookout Mountain, Tennessee | X | X | | | | City of Lookout Mountain, Georgia; City of Lookout Mountain, Tennessee | $20,000 | SPLOST; general fund |
| Continue service under Mutual Aid Agreement with City of Lookout Mountain, Tennessee | X | X | X | X | X | City of Lookout Mountain, Georgia; City of Lookout Mountain, Tennessee | $3,000/yr. | General fund |
| Update the Service Delivery Strategy. | X | | | | | City of Lookout Mountain; Walker County; NWGRC | Staff time | City |
| **Transportation System** | | | | | | | | |
| Continue development of the pedestrian pathway in the city limits (including sidewalk on Lula Lake Road). | X | X | X | X | X | City of Lookout Mountain | $100,000 | SPLOST |
| Support projects in the Georgia/ Walker County portion of the CHCNGA-TPO boundary. | X | X | X | X | X | City of Lookout Mountain; GDOT | Staff time | City |
| Maintain adequate supply of road salt | X | X | X | X | X | City of Lookout Mountain | $5,000-$10,000/yr. | General fund |

## Policies

Policies are adopted to provide ongoing guidance and direction to city officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the City of Lookout Mountain:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- We will encourage the development of our town center as a vibrant center of the community in order to improve overall attractiveness and local quality of life.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to redeveloping and enhancing existing commercial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.
- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.
- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).
- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.
- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, and bicycle routes, as well as local vehicular circulation.

- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.
- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.
- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.
- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.
- We will promote the protection and maintenance of trees and green open space in all new development.
- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.
- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.
- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.
- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.
- We will limit development within our community to areas that can be reasonably served by public infrastructure.
- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.
- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.
- We will invest in parks and open space to enhance the quality of life for our citizens.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.
- We will eliminate substandard or dilapidated housing in our community.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)
- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions
- We will consult other public entities in our area when making decisions that are likely to impact them.
- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.
- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

**Chapter 6**

# City of Rossville

***Presenting the Community Vision, Community Issues & Opportunities, and the Implementation Program for the City of Rossville***

## Community Vision

The Community Vision is intended to paint a picture of what the community desires to become, providing a complete description of the development patterns to be encouraged within the jurisdiction. It includes the following components: (1) a general vision statement of the overall goals and desired future the community seeks to achieve; (2) a future development map, delineating boundaries of major character areas covering the jurisdiction; and (3) defining narrative (i.e., a specific vision) for each character area shown on the future development map.

### General Vision Statement

***"Together we create a community of good neighbors."***

***This vision looks to all sectors of the Rossville community – individuals and families, business, schools, service organizations, non-profit agencies, and city workers – to be responsible for the well being of the entire community.***

***It envisions all elements of the community working cooperatively to maintain the character and quality of community life. In this vision, all individuals and families look out for each other, are careful with the natural environment, use their volunteer time to help build community, and shop at local businesses whenever they can.***

***Businesses show concern for the environment, and contribute to public projects and activities in caring and serving that all communities need. City government sees its role as supporting and stimulating these cooperative efforts. Government cannot create elements of "good neighborliness" alone, but rather can put the vision forward while demonstrating ways all parts of the community can create and maintain it together.***

The City of Rossville will strive to attain and maintain the following principles that sustain a Healthy Community:

- Enhance image and raise aspirations.
- Rejuvenate the city's economy.
- Create a confident, dynamic, and sustainable city.
- Enhance citizen engagement in city issues.
- Enhance community functions and events.
- Sustain the natural systems and beauty of the community.
- Keep and promote a built environment which is on a human scale, compatible with the natural environment, and which sustains quality over time.
- Sustain a safe community with a coherent, comprehensive, and cohesive approach.
- Maintain economic vitality and sustain a variety of housing choices, appropriate to all stages of life.
- Capitalize on Rossville's heritage as once the largest industrial site in the world.
- Regain integrity, through historic sites and streetscapes, as a positive and friendly entrance into the State of Georgia.

## Future Development Map & Defining Narrative

A key component of the comprehensive planning process is the creation of a Future Development Map that reflects the city's vision for growth and development for the next 20 years. This vision, which was developed with a public visioning process, is expressed in unique "character areas." The following pages present the Future Development Map and Defining Narrative for each character area shown on the Future Development Map for the City of Rossville.

Character area planning focuses on the way an area looks and how it functions. Tailored development strategies are applied to each area, with the goal of enhancing the existing character/function or promoting a desired character for the

future. The character areas shown on the Future Development Map define areas that:

- Presently have unique or special characteristics that need to be preserved
- Have potential to evolve into unique areas
- Require special attention because of unique development issues

The character areas narratives that follow present an overall vision for future growth and development for each character area and include the following information:

- Description
- Land use(s)
- Quality Community Objectives
- Implementation measures

The description is intended to clarify the types, forms, styles, and patterns of development that are to be encouraged in the character area. The land uses are those to be allowed in the character area. The Quality Community Objectives (QCO) identifies the QCOs that will be pursued in the area. These objectives were adopted by the Georgia Department of Community Affairs (DCA) to measure how communities preserve their unique resources while accommodating future development. The Quality Community Objectives can be found in Appendix B. Finally, the implementation measures identify strategies the city can take to help achieve the desired development patterns for the area.


N
W
E
S
FUTURE DEVELOPMENT MAP
CITY OF ROSSVILLE
WALKER COUNTY, GEORGIA
LEGEND
CITY STREET
CHARACTER AREAS
TRADITIONAL RESIDENTIAL
MISSIONARY RIDGE RESIDENTIAL
DOWNTOWN
INDUSTRIAL
GATEWAY CORRIDOR - CHICKAMAUGA AVENUE
GATEWAY CORRIDOR - MACFARLAND AVENUE
REDEVELOPMENT AREA

## Traditional Residential



Flegal Avenue, Carden Avenue, and Glenn Wade Drive

### Description

This character area comprises the bulk of grid-patterned, curbed and guttered streets in a network that is readily navigated on foot. Neighborhoods consist of several distinct types of subdivisions:

- Post WWII housing; small homes and lots; public water and sewer network available; low pedestrian orientation; little or no open space; housing consists of mixed single, multiple and apartments.
- Subdivision consisting of old mill houses, small and relatively well-maintained.
- Older homes on large lots built in the early twentieth century or before in mixed commercial and residential area.
- New subdivisions including sidewalks, new water and sewer, but little or no open or green space.

**Development Strategies/Policies:**

- Reinforce stability by encouraging homeownership/maintenance/upgrade of existing properties.
- Vacant properties an opportunity for infill development of new, architecturally compatible housing.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Housing opportunities
- Educational opportunities

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guideline and emphasis

Public investments:

- Sidewalks, beautification projects

Infrastructure improvements:

- Improve existing water and sewer, provide high speed Internet
- Bike paths, walking and running areas
- Assist in enforcing covenants

## Missionary Ridge Residential




South Mission Ridge Drive

### Description

This character area consists of mostly newer houses built on Missionary Ridge, overlooking the traditional neighborhood area in the valley. It is relatively well-maintained housing, with a distinct identity through architectural style, large lots, street design, and view of the valley and mountains. It is characterized by a higher rate of home ownership but is less walkable than the traditional residential character area.

**Development Strategies/Policies:**

- Reinforce stability by encouraging homeownership, maintenance, and upgrade of existing properties.
- Vacant lots are an opportunity for infill development of new, architectural compatible housing

### Quality Community Objectives

- Infill development
- Sense of place
- Regional identity
- Growth preparedness

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Public investments

- Sidewalks, beatification projects

Infrastructure improvements:

- Improve existing water and sewer, provide high speed Internet, transit
- Bike paths, walking and running areas
- Assist in enforcing covenants

## Downtown


Chickamauga Avenue (U.S. 27), looking south

### Description

A concentrated focal point with general retail services, commercial, professional office, higher-density housing, public and open space.

**Development Strategies/ Policies:**

- Relatively high-density mix of retail, office services, employment
- Higher density mixed income-housing options next to center
- Design for pedestrians with connections between uses
- Define road edges by locating buildings at roadside, rear parking
- Include direct connections to the green space and trail networks
- Add sidewalks, pedestrian friendly trail/bike routes to link to neighboring communities, libraries, schools, parks, health centers, etc.

### Quality Community Objectives

- Infill development
- Regional identity
- Transportation alternatives
- Appropriate business
- Employment options

### Land Uses

Commercial
Residential (upscale loft apartments)

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed-use areas

New or revised local development regulations:

- Design guidelines for downtown mixed-use infill

Public investments:

- Ask that public spaces/plazas be included in new developments

Infrastructure improvements:

- Create wifi hotspots; improve water and sewer, public transit

## Redevelopment Area



Old mill complex in redevelopment area

### Description

Redevelopment area that converts industrial and public/institutional sites to mixed-use developments that will serve as a community focal point. Currently, declining, unattractive, vacant, or under-utilized properties characterized by a high degree of access by vehicular traffic and on-site parking; large parcels of land, campus or unified development; some properties contain historic resources that are significant to Rossville's history as an early twentieth century textile manufacturing community.

**Development Strategy/Policies:**

- Encourage relatively high-density mix of retail, office, services, and employment and a diverse mix of housing types, such as town homes, apartments, lofts, and condominiums, including affordable and workforce housing.
- Infill development on vacant or under-utilized sites matching character and typical densities of older center of community.
- New development should be compatible in scale and architectural design to the area's historic fabric; "franchise" or "corporate" architecture should not be allowed.
- Protect historic properties from demolition and encourage rehabilitation and adaptive reuse.
- Street layouts should match those in older parts of the community and connect to existing street network at numerous points.
- Pedestrian access and open space should be provided to encourage walking between destinations and enhance citizen use and enjoyment of the area.
- Incorporate signage and lighting guidelines to enhance the quality of development.

### Quality Community Objectives

- Growth preparedness
- Appropriate businesses
- Employment options
- Heritage preservation
- Open space preservation
- Environmental protection
- Transportation alternatives
- Housing opportunities
- Infill development
- Sense of place

### Land Uses

Residential
Commercial
Industrial (light)
Park/Recreation/Conservation
Mixed Use

### Implementation Measures

- Conduct a historic resources survey of the area to identify significant historic resources that should be targeted for rehabilitation and adaptive reuse.
- Prepare a master plan for the area to encourage redevelopment.
- Utilize rehabilitation/building codes with standards more appropriate to the rehabilitation of older buildings.
- Develop a comprehensive infill development program/strategy to encourage infill development in the area, including incentives, improvements to public facilities and services, streamlined regulations, and design guidelines for appropriate design, density, and location of projects.

## Industrial



Industrial Site off Maple Street

### Description

Land used in higher intensity manufacturing, assembly, processing activities where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, or other nuisance characteristics are not contained on site.

**Development Strategies/Policies:**

- Encourage greater mix of use (such as retail and services to serve industry employees) to reduce automobile reliance use on site.
- Industrial opportunities in outlying areas with some mixed retail.

### Quality Community Objectives

- Infill development
- Transportation alternatives
- Regional identity
- Growth preparedness
- Appropriate businesses
- Employment options
- Educational opportunities

### Land Uses

Industrial
Commercial

### Implementation Measures

More detailed sub-area planning:

- Use industrial and small industry parks; have mix of small and large industry

New or revised local development regulations:

- Require percentage of open space on site

Incentives:

- Tax breaks for incubators and small business for reuse and site cleanup, provided property belongs to city.

Public Investments:

- Install high speed Internet
- Provide alternative access roads

Infrastructure improvements:

- Maintain and upgrade roads, install traffic lights, improve sewer/water

## Gateway Corridor



Chickamauga Avenue

### Description

Developed or underdeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

**Development Strategies/ Policies:**

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Retrofit or mask existing strip development or other unsightly features as necessary.

### Quality Community Objectives

- Infill development
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Regional cooperation

### Land Uses

Commercial

### Implementation Measures

More detailed sub-area planning:

- Overlay zoning district

New or revised local development regulations:

- Sidewalk width, proper setbacks, store front restrictions, sign ordinance

Incentives:

- Developer variances for preserving trees

Public investments:

- Beautification projects

Infrastructure Improvements:

- Maintain sidewalks, street lamps

# Community Issues and Opportunities

This section provides an updated version of the list of issues and opportunities for the City of Rossville that was identified in the *Community Assessment* portion of the Comprehensive Plan. This updated version reflects public comments gained from the community participation activities as well as other input gathered during the review of the *Community Assessment.* It is the final, locally agreed upon, list of issues and opportunities the community intends to address. The following list is organized by the major topics defined in the DCA Local Planning Requirements:

- Population
- Economic Development
- Housing
- Natural and Cultural Resources
- Community Facilities and Services
- Intergovernmental Coordination
- Transportation

## *Population*

- The proportion of the population that is over 65 years of age will increase and this population group will require specialized housing and services.
- Educational attainment for the community is lagging behind that of the rest of the county, region, and the state.

## *Economic Development*

- The Downtown Development Authority needs to initiate programs to actively recruit commercial and residential development.
- The city is designated as an Enterprise Zone and should-seek the Opportunity Zone designation.
- The Peerless Mill site is in need of redevelopment.
- Our town center is unattractive and needs improvements to enhance business viability.

- Marketing the community for economic development needs additional human resources and funding support.

- Downtown needs rehabilitation and infill initiatives, and vacant buildings, city-wide, need consideration for adaptive reuse.

- Mixed use developments in downtown incorporating residential, office, and retail/service establishments, as well as loft dwellings, are needed.

## *Housing*

- Our older neighborhoods need improvement through infill, rehabilitation, or redevelopment, one house at a time, and continued code enforcement.

- Our community needs to encourage well-designed infill housing and upscale loft apartments.

- With an aging population, an additional, dedicated senior housing development is needed in Rossville.

## *Natural and Cultural Resources*

- Current FEMA flood hazard boundary maps hinder development and may not be accurate for portions of Rossville.

- Erosion, sedimentation, and storm water runoff continue to be problems.

- Preservation of the John Ross House and efforts to keep the Rossville Post Office in the downtown historic building remain priorities.

## *Community Facilities and Services*

- Existing infrastructure investments need protection by encouraging infill, redevelopment, and compact development.

- Old water and sewer infrastructure needs to be replaced as an ongoing maintenance activity.

- The city charter needs to be updated.

***Intergovernmental Coordination***

- The Service Delivery Strategy needs to be updated.

***Transportation***

- McFarland Avenue is congested and inadequate to handle increased traffic flow.
- A streetscape plan for McFarland Avenue, including sidewalks, landscaping, and pedestrian amenities needs to be developed and implemented.
- The Frank M. Gleason Parkway corridor needs to be extended to Chickamauga Avenue in the near future.
- Sidewalks in the community's residential areas need to be refurbished or replaced.
- Traffic signalization equipment throughout the city are either inadequate or outdated.
- City-wide, citizens could benefit from planned connectivity of community streets, pedestrian trails and sidewalks, and bike paths.

# Implementation Program

The Implementation Program outlines the overall strategy for achieving the Community Vision and for addressing the Community Issues and Opportunities. It identifies specific measures to be undertaken by the City of Rossville to implement the comprehensive plan. The Implementation Program includes the following sections:

- Report of Accomplishments
- 2012-2016 Short Term Work Program
- Policies

## Report of Accomplishments

The Report of Accomplishments (ROA) that follows provides a status of each work item identified in the city's 2007-2011 Short Term Work Program. For each activity, the ROA identifies whether it is completed, underway, postponed, or dropped. Reasons are provided for activities that were dropped or postponed.

| REPORT OF ACCOMPLISHMENTS<br>CITY OF ROSSVILLE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Facilities and Services** | | | | | |
| Pursue GDOT and Chattanooga MPO for funding to widen McFarland Ave. | | | | X | Project included in the CHCNGA 2035 LRTP |
| Expand and promote Recreational Facilities Activities, and Projects - new ball fields, concession stand and pool renovation . | X | | | | |
| As of 2007, there will be no schools located in the city limits. Moving to county | X | | | | |
| Create written materials for the Hispanic population as needed, such as stormwater brochures | X | | | | |
| Continue partnerships with area schools | | X | | | |
| City facilities available to local schools | | X | | | |
| City has met and will continue to meet with Chattanooga to give progress report of streetscape and their commitment to the Tennessee side of Rossville | | X | | | |
| Streetscape project – Phase I | X | | | | |
| Streetscape project – Phase II | | | | X | TE funding was not awarded |
| Encourage infill, redevelopment, and compact development (not less than 7000 square feet) to take advantage of existing infrastructure investments | | X | | | |
| Document water and sewer trouble spots where repair is needed to meet standards | | X | | | |
| **Economic Development** | | | | | |
| City continues to work with JDA and with Kathy Johnson at SEIDA in Chattanooga to promote economic development | | X | | | |
| Pursue parking study for Downtown Area. | | | | X | Lack of funding |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF ROSSVILLE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| Promote the John Ross House/Festival & Coordinate local activities with the Chattanooga Tourism Bureau. | | X | | | |
| Study underway for best possible use of the Mill downtown | X | | | | |
| New traffic study | | | | X | Lack of funding |
| Continue to partner with Downtown Development Authority for development | | X | | | |
| **Housing** | | | | | |
| Support housing rehab programs and upgrade existing rental units. | | X | | | |
| Review building codes and ordinances for feasibility of rehabilitation and infill downtown. | | X | | | |
| Investigate review of building codes and ordinances to allow a mix of residential, office, and commercial development in downtown, Current R2 zoning allows side-by-side mix of residential, commercial use. Upscale loft apartments would especially be encouraged. | | X | | | |
| Ordinances updated on ongoing basis | | X | | | |
| Support Better Housing Committee | X | | | | |
| Develop list of lots available locally for housing | X | | | | |
| Possible incentives to builders to encourage specialized housing for elderly | X | | | | |
| Make variances friendly to builders, such as ordinance restrictions | | X | | | |
| Promote use of empty buildings as they become available | | X | | | |

| REPORT OF ACCOMPLISHMENTS<br>CITY OF ROSSVILLE 2007-2011 STWP | | | | | |
|---|---|---|---|---|---|
| **Activity** | **Completed** | **Currently Underway** | **Postponed** | **Not Accomplished** | **Explanation for Postponed or Unaccomplished Activity** |
| **Land Use** | | | | | |
| Monitor and Review existing City Regulations every two years | | X | | | |
| Use Comp. Plan as a guide for making rezoning and land use decisions | | X | | | |
| Develop new Zoning Ordinance | | | | X | Lack of consensus |
| **Natural and Cultural Resources** | | | | | |
| Identify and protect environmentally sensitive areas. | | X | | | |
| Continue to explore elevating the roadway in area where flooding is a problem | X | | | | |
| Maintain local Clean & Beautiful Committee. | | | | X | Committee is inactive |
| Pursue streetscaping on Hwy 27 with TEA funds/granted in FY99. | X | | | | |
| Conduct a comprehensive survey of historic resources. | | | X | | Lack of funding |
| Apply for and participate in the GA Better Hometown Program. | | X | | | |
| City is continuously addressing erosion, sedimentation and stormwater runoff problems | | X | | | |
| Update documentation of erosion, sedimentation, and stormwater runoff problems | | X | | | |
| City will continue to pursue historic preservation of sites and their addition to the National Historic Register | | X | | | |

## 2012-2016 Short Term Work Program (STWP)

The Short-Term Work Program (STWP) identifies specific implementation actions the city government or other entities intend to take during the first five-year timeframe of the planning period. This includes ordinances, administrative systems, community improvements or investments, and financing arrangements or other programs/initiatives to be put in place to implement the comprehensive plan. For each listed activity, the STWP provides the following information:

- Brief description of the activity
- Timeframe for undertaking the activity
- Responsible party for implementing the activity
- Estimated cost (if any) of implementing the activity
- Funding source(s), if applicable

| CITY OF ROSSVILLE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| **Economic Development** | | | | | | | | |
| Encourage and assist with the redevelopment of the Peerless Mill complex. | X | X | X | X | X | City of Rossville; Rossville DDA | $1,000 | City |
| Develop and implement a façade improvement program for downtown. | X | X | X | X | X | Rossville DDA | $1,000 | City |
| Seek an Opportunity Zone designation | X | X | X | X | X | Rossville DDA | $1,000 | City |
| Recruit commercial development | X | X | X | X | X | City of Rossville; Rossville DDA; Walker Co. Development Authority; NWGAJDA | $1,000 | City |
| Seek additional funding for economic development efforts | X | X | X | X | X | City of Rossville; Rossville DDA | $3,000 | City |
| Revise zoning ordinance to allow appropriate residential development in commercial area. | X | X | X | X | X | City of Rossville | $5,000 | City |
| Continue to work with the NWGAJDA and with SEIDA in Chattanooga to promote economic development | X | X | X | X | X | City of Rossville; NWGAJDA; SEIDA | Staff time | City |
| Promote the John Ross House/Festival & coordinate local activities with the Chattanooga Tourism Bureau. | X | X | X | X | X | City of Rossville; John Ross Ho. Assoc.; Chattanooga Tourism Bureau | $1,500 | City; Chamber of Commerce |
| Continue to partner with Downtown Development Authority for development | X | X | X | X | X | City of Rossville; Rossville DDA | Staff time | City |
| **Housing** | | | | | | | | |
| Enforce Ordinance 440 | X | X | X | X | X | City of Rossville | Staff time | City |
| Apply for CDBG housing rehabilitation grant | X | X | X | X | X | City of Rossville | $500,000 | City; DCA |
| Promote rehabilitation of old middle school for senior housing | X | X | X | X | X | City of Rossville | Staff time | City; private |
| Support housing rehabilitation programs and upgrade of existing rental units. | X | X | X | X | X | City of Rossville | Staff time | City |
| Review building codes and ordinances for feasibility of rehabilitation and infill downtown. | X | X | X | X | X | City of Rossville | Staff time | City |
| Make variances friendly to builders, such as ordinance restrictions. | X | X | X | X | X | City of Rossville | Staff time | City |

| CITY OF ROSSVILLE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Promote use of empty buildings as they become available. | X | X | X | X | X | City of Rossville; Rossville DDA | Staff time | City |
| **Natural and Cultural Resources** | | | | | | | | |
| Request FEMA to reevaluate flood hazard map | X | X | X | X | X | City of Rossville; FEMA | Staff time | FEMA |
| Enforce erosion, sedimentation, and stormwater ordinances | X | X | X | X | X | City of Rossville | Staff time | City |
| Resolve ownership of the John Ross House | X | X | X | X | X | City of Rossville; John Ross House Association | $5,000 | City |
| Identify and protect environmentally sensitive areas. | X | X | X | X | X | City of Rossville | $2,000 | City; DNR |
| Apply for and participate in the GA Better Hometown Program. | X | X | | | | City of Rossville; private | Staff time | City |
| Update documentation of erosion, sedimentation, and stormwater runoff problems | X | X | X | X | X | City of Rossville | Staff time | City |
| City will continue to pursue historic preservation of sites and their addition to the National Historic Register | X | X | X | X | X | City of Rossville; John Ross House Assoc. | TBD | City; John Ross House Assoc. |
| **Community Facilities and Services** | | | | | | | | |
| Apply for CDBG for sewer improvements | X | X | X | X | X | City of Rossville | $5M | CDBG; SPLOST; EPD |
| Expand and encourage infill and redevelopment within the DDA boundary. | X | X | X | X | X | City of Rossville; Rossville DDA | $1-2M | City; DCA |
| Update the city charter | | | X | | | City of Rossville | $10,000 | City |
| Continue partnerships with area schools. | X | X | X | X | X | City of Rossville | Staff time | City |
| Continue to make city facilities available to local schools. | X | X | X | X | X | City of Rossville | TBD | City |
| Continue to meet with Chattanooga to give progress report of streetscape and commitment to the Tennessee side of Rossville. | X | X | X | X | X | City of Rossville; City of Chattanooga | Staff time | City |
| Document sewer trouble spots where repair is needed to meet standards. | X | X | X | X | X | City of Rossville | $50,000/yr. | City; sewer fund |

| CITY OF ROSSVILLE 2012-2016 SHORT TERM WORK PROGRAM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Activity Description | Timeframe | | | | | Responsible Party | Cost Estimate | Funding Source |
| | 2012 | 2013 | 2014 | 2015 | 2016 | | | |
| Encourage infill, redevelopment, and compact development (not less than 7000 square feet) to take advantage of existing infrastructure investments. | X | X | X | X | X | City of Rossville; Rossville DDA | Staff time | City |
| **Intergovernmental Coordination** | | | | | | | | |
| Update the Service Delivery Strategy | X | | | | | City of Rossville; Walker County | Staff time | City |
| **Transportation System** | | | | | | | | |
| Pursue GDOT and Chattanooga MPO for funding to extend F. M. Gleason Parkway to Chickamauga Avenue. | X | X | X | X | X | City of Rossville; Walker County | $1,000 | City; county |
| Evaluate and improve traffic signalization citywide. | X | X | X | X | X | City of Rossville; GDOT | $1M+ | City; GDOT |
| Reevaluate Streetscape Project - Phase II. | | | | X | X | City of Rossville | $10,000 | City; GDOT |
| Develop and begin implementation of a sidewalk plan for the residential areas. | | | X | X | X | City of Rossville | $300,000 | City; state |

## Policies

Policies are adopted to provide ongoing guidance and direction to city officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the City of Rossville:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.
- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).
- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.
- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.
- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.
- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.
- We will promote the protection and maintenance of trees and green open space in all new development.
- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.
- We will limit development within our community to areas that can be reasonably served by public infrastructure.
- We will invest in parks and open space to enhance the quality of life for our citizens.
- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.
- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.
- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.
- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.

- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.
- We will eliminate substandard or dilapidated housing in our community.
- We will stimulate infill housing development in existing neighborhoods.
- We will encourage development of housing opportunities that enable residents to live close to their places of employment.
- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (home ownership).
- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will consult other public entities in our area when making decisions that are likely to impact them.
- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.
- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

# Appendix A

# Summary of Community Participation

## *Public Participation*

An integral part of any planning process is public participation. The success of a planning effort is directly related to the unification of support behind the ideas presented in the plan document, a policy guide to future activities that governments and other community entities should pursue. As a result, the elected officials, who may have their own ideas about the direction of the government, are encouraged to seek the advice and counsel of their constituents through public processes that contribute to the creation of the final plan document.

The rules for planning encourage the public to help contemplate a vision for the future, to identify those problems that are relevant in the community (issues and opportunities), then to consider those implementation measures (policies and short-term work program) that can address the identified problems.

The challenge is to successfully engage the public in such a process. All efforts to announce the planning process and to create meetings for public participation are by their very nature – public meetings. Future implementation by any government or governmental entity occurs more smoothly when the public remains engaged in those efforts documented by the planning effort.

### Steering Committee

A steering committee was initially created for the Walker County & cities' comprehensive plan made up of three officials from Walker County and two from each of the four municipalities in Walker County. This steering committee was tasked with

guiding the general direction of the plan preparation and acting as liaisons to each government that they represented. The steering committee remained aware of the various tasks ahead and the deadlines related to those tasks. The Committee also underwrote the various public meetings that were scheduled to seek public input and were aware of those news releases or advertisements that were to appear in the local press or be presented to local radio and television representatives. The steering committee provided general guidance and advice to the planning staff, based on their own knowledge of local governments and their supporting constituents.

**Community Preference Survey**

The steering committee also approved development of a local community preference survey that was designed to engage the public, allowing citizens to express their views about their local community, the speed of growth, changes that might be desirable, attitudes about business and downtown areas, the adequacy of housing, support for various regulations, and both current and future service levels. The survey also allowed citizens to write-in additional comments and elaborate on those items that they deemed worthy of more conversation and attention.

## *Visioning Process*

**Kick-Off Meeting**

Multiple layers of public participation and planning actually began in September 2010 when an initial meeting was held with elected officials in a “kick-off meeting” to explain the planning requirements and the importance of participating in a 10-year update to the Comprehensive Plan. Initial work was described as a function of the planning staff.

By March 10, 2011 after the planning staff began those required portions of the Community Assessment, a meeting was held with local officials to explain recent changes to the rules for Comprehensive Planning, resulting from poor economic times and a desire to streamline some processes. The represented local governments declared that continuing their planning effort was preferable to delaying activities to a later date as the rules would have allowed.

Another meeting with the Steering Committee on March 31, 2011 provided a comparison of local communities with the state’s Quality Community Objectives and an initial review of draft issues and opportunities, plus an update on the next steps in the

planning process. By April 28, a Steering Committee meeting updated earlier materials and the public participation plan was underwritten, including the community preference survey. Agreement was reached regarding the date for the first required public hearing, jointly held by all governments on May 25, 2011 at the Walker County Civic Center as part of the planning process. Officially, this became the public's first opportunity to comment on the draft community assessment, the analysis of supporting data and information, and the public participation plan.

**Visioning Workshops**

Two-days, August 9 and August 11, opened the doors for 3-hours per day at the Walker County Civic Center for the public to interact with the planning staff and local elected officials. The public, after reviewing a draft listing, contributed to the identification of their most important issues and opportunities, helped mold a general vision for their county or their individual municipality, and compared land use maps with the idea of creating a future development map that could identify the type, intensity, and location of future development. Participants were also asked to complete the community preference survey.



Refining Community Issues and Opportunities at a Visioning Workshop



Studying land use and character area maps at a Visioning Workshop

Later, at an August 17 meeting with the Steering Committee, summary results were provided for those surveys that had been turned it, plus summary comments from the visioning workshop were shared. The next parts of the planning schedule were affirmed as well.

**Work Sessions with the Governments and Citizens**

A news release on August 24 to the newspaper, radio station, and local television set-up the first (August 25, 29, and 30) of two work sessions with each of the five local governments and any local citizen who wanted to participate. The agenda included finalization of the issue and opportunities, double-checks of the mapped character areas and their descriptions, providing summaries of the survey results, initiated the creation of guiding policies, and the development of individual vision statements per government.



A work session with the City of Rossville



A work session with the City of Chickamauga

The second work sessions (October 11, 12, and 13) with local governments worked to create a report of accomplishments on the work program of the last five-years, then turned everyone's thoughts to the creation of the next five-year Short Term Work Program.

## *Public Relations*

The events within the planning process were explained with timely news releases to the Walker County Messenger, the local newspaper, as well as appropriate and timely new releases to the local radio station (WQCH-1590 AM) and local television. Walker County Sole Commissioner Bebe Heiskell routinely uses her weekly television program to discuss current issues or topics of local interest. The development of the comprehensive plan received regular attention on her program, including one program that shared the results from the community preference surveys. She also continued to emphasize the importance of public input and implored the citizenry to attend the scheduled public meetings and participate.

The website of the Northwest Georgia Regional Commission (NWGRC) posted draft items that were ready for public review. The website in Walker County also published the community preference survey for public use, then made references to all scheduled public meeting related to the plan and the availability of the draft documents on the NWGRC website. The municipalities only had variable success with these notices and documents.

# Appendix B

## Quality Community Objectives

The Department of Community Affairs has established statewide goals and a number of **Quality Community Objectives** that further elaborate the state goals, based on growth and development issues identified in local and regional plans, throughout the state. These goals and objectives are intended to provide guidance, or targets for local governments to achieve, in developing and implementing their comprehensive plan.

**Regional Identity Objective**: Regions should promote and preserve an "identity," defined in terms of traditional regional architecture, common economic linkages that bind the region together, or other shared characteristics.

**Growth Preparedness Objective**: Each community should identify and put in place the prerequisites for the type of growth it seeks to achieve. These may include housing and infrastructure (roads, water, sewer and telecommunications) to support new growth, appropriate training of the workforce, ordinances to direct growth as desired, or leadership capable of responding to growth opportunities.

**Appropriate Businesses Objective**: The businesses and industries encouraged to develop or expand in a community should be suitable for the community in terms of job skills required, linkages to other economic activities in the region, impact on the resources of the area, and future prospects for expansion and creation of higher-skill job opportunities.

**Educational Opportunities Objective**: Educational and training opportunities should be readily available in each community – to permit community residents to improve their job skills, adapt to technological advances, or to pursue entrepreneurial ambitions.

**Employment Options Objective**: A range of job types should be provided in each community to meet the diverse needs of the local workforce.

**Heritage Preservation Objective**: The traditional character of the community should be maintained through preserving and revitalizing historic areas of the community, encouraging new development that is compatible with the traditional features of the community, and protecting other scenic or natural features that are important to defining the community's character.

**Open Space Preservation Objective**: New development should be designed to minimize the amount of land consumed, and open space should be set aside from development for use as public parks or as greenbelts/wildlife corridors.

**Environmental Protection Objective**: Air quality and environmentally sensitive areas should be protected from negative impacts of development. Environmentally sensitive areas deserve special protection, particularly when they are important for maintaining traditional character or quality of life of the community or region. Whenever possible, the natural terrain, drainage, and vegetation of an area should be preserved.

**Regional Cooperation Objective**: Regional cooperation should be encouraged in setting priorities, identifying shared needs, and finding collaborative solutions, particularly where it is critical to success of a venture, such as protection of shared natural resources.

**Transportation Alternatives Objective**: Alternatives to transportation by automobile, including mass transit, bicycle routes and pedestrian facilities, should be made available in each community. Greater use of alternate transportation should be encouraged.

**Regional Solutions Objective**: Regional solutions to needs shared by more than one local jurisdiction are preferable to separate local approaches, particularly where this will result in greater efficiency and less cost to the taxpayer.

**Housing Opportunities Objective**: Quality housing and a range of housing size, cost, and density should be provided in each community, to make it possible for all who work in the community to also live in the community.

**Traditional Neighborhood Objective**: Traditional neighborhood development patterns should be encouraged, including use of more human scale development, mixing of uses within easy walking distance of one another, and facilitating pedestrian activity.

**Infill Development Objective**: Communities should maximize the use of existing infrastructure and minimize the conversion of undeveloped land at the urban periphery

by encouraging development or redevelopment of sites closer to the downtown or traditional urban core of the community.

**Sense of Place Objective**: Traditional downtown areas should be maintained as the focal point of the community or, for newer areas where this is not possible, the development of activity centers that serve as community focal points should be encouraged. These community focal points should be attractive, mixed-use, pedestrian-friendly places where people choose to gather for shopping, dining, socializing, and entertainment.