# EXHIBIT B-1



# Walker County Joint Comprehensive Plan

## 2017-2021

Including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville

Prepared by: The Northwest Georgia Regional Commission

# Table of Contents

ACKNOWLEDGEMENTS ........ 1
INTRODUCTION ........ 2
COMMUNITY GOALS ........ 5
WALKER COUNTY ........ 5
CHICKAMAUGA ........ 11
LAFAYETTE ........ 16
LOOKOUT MOUNTAIN ........ 21
ROSSVILLE ........ 24
NEEDS AND OPPORTUNITIES ........ 28
TRANSPORTATION ........ 32
LAND USE: MAPPING THE FUTURE ........ 35
Character Area Descriptions ........ 37
FUTURE DEVELOPMENT MAPS ........ 64
REPORT OF ACCOMPLISHMENTS ........ 70
City of Chickamauga Report of Accomplishments ........ 71
City of Lafayette Report of Accomplishments ........ 74
City of Lookout Mountain Report of Accomplishments ........ 80
City of Rossvile Report of Accomplishments ........ 83
Walker County Report of Accomplishments ........ 87
COMMUNITY WORK PROGRAMS ........ 97
City of Chickamauga Community Work Program ........ 98
City of Lafayette Community Work Program ........ 104
City of Lookout Mountain Community Work Program ........ 113
City of Rossville Community Work Program ........ 116
Walker County Community Work Program ........ 120
ADOPTION RESOLUTIONS ........ 125

# ACKNOWLEDGEMENTS


## WALKER COUNTY

**Shannon Whitfield**
*Commissioner*

## CITY OF CHICKAMAUGA

**Ray Crowder**
*Mayor*

**City Council**
Randal Dalton, *Mayor Pro Tem*
Daymon Garrett
Evitte Parrish
Lee Miller
Don Martin

**City Staff**
Micheal Haney, *City Manager*
Jane Ramey, *City Clerk*

## CITY OF LAFAYETTE

**Andy Arnold**
*Mayor*

**City Council**
Beacher Garmany
Ben Bradford
Judy Meeks
Chris Davis
Wayne Swanson

**City Staff**
David Hamilton, *City Manager*
Brenda Snyder, *City Clerk*

## CITY OF ROSSVILLE

**Teddy Harris**
*Mayor*

**City Council**
Rick Buff *Mayor Pro tem*
Joyce Wall
Michael Hicks
Brad Buff

**City Staff**
Sherry Foster, *City Clerk*

## CITY OF LOOKOUT MOUNTAIN

**David S Bennett**
*Mayor*

**City Council**
Caroline Williams
Jim Sabourin
Beth Soloff
Taylor Watson

**City Staff**
Brad Haven, *City Manager*
Cindy Roberts, *City Clerk*

## STAKEHOLDER COMMITTEE

Chris Davis, *Councilman*
Cindy Whitaker, *Planning Commission*
Kevin Dunn, *Economic Development*
Gerald Cook, *Planning Commission*
Mary Perry, *CERT*
David Ashburn, *County Coordinator*
Jimmy Campbell, *Planning Commission*
Brad Haven, *City Manager*
David Hamilton, *City Manager*
Gary Gosset, *Gordon Lee Mansion*
Lacey Wilson, *Chamber*
Teddy Harris, *Mayor*
Paul Cook, *Chamber*
Richard Barclift, *Citizen*
Michael Haney, *City Manager*
Michael Peardon, *Citizen*
Tammy Peardon, *Citizen*
Bebe Heiskal, *County Commissioner*

## NORTHWEST GEORGIA REGIONAL COMMISSION

Lloyd Frasier, *Executive Director*
Julianne Meadows, Planning Director
Ethan Calhoun, *Community Planner*
Brice Wood, *Community Planner*

# INTRODUCTION

Walker County and the Cities of Chickamauga, Lafayette, Lookout Mountain, and Rossville have joined together in an effort to meet the challenges ahead, working together with their citizens, elected officials, professional staff, business leaders, and property owners and to prepare the *Walker County Joint Comprehensive Plan Update 2017-2022.*

## WHY WE PLAN

Comprehensive planning is an important management tool for promoting a strong, healthy community. A Comprehensive Plan provides a vision, shared by all, that describes the future of the community. It protects private property rights and also encourages and supports economic development. The plan can be used to promote orderly and rational development so that Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville can remain physically attractive and economically viable while preserving important natural and historic resources. The comprehensive plan provides the tool to become more certain about where development will occur, what it will be like, when it will happen, and how the costs of development will be met. Planning also helps the County and its municipalities invest their money wisely in infrastructure such as roads, water and sewer, schools, parks and green space, and other facilities to maintain and improve the quality of life for the residents of Walker County.

## Purpose

The Comprehensive Plan represents the community's vision, goals, key needs and opportunities that the community intends to address, and an action plan highlighting the necessary tools for implementing the comprehensive plan. In addition. It outlines desired development patterns and

**COMMUNITY SNAPSHOT**

***Needs & Opportunities***

- Job Growth and diversity
- Downtown revitalization
- Updated land use ordinances

***Population Trends***

| Year | 1990 | 2000 | 2010 |
|---|---|---|---|
| Walker Co | 58,313 | 61,114 | 68,218 |
| Chickamauga | 2,232 | 2,434 | 3,127 |
| Lafayette | 7,249 | 6,726 | 7,169 |
| Lookout Mtn. | 1,713 | 1,611 | 1,591 |
| Rossville | 3,804 | 3,498 | 4,027 |

Source: U.S. Census 1990-2010

***Population Trends***

| Year | 2020 | 2025 | 2030 |
|---|---|---|---|
| Walker Co | 72,878 | 74,489 | 76,580 |

Source: Governor's Office of Planning and Budget

*Table 1: Community Data Snapshot*

supporting land uses with a future development map for unincorporated Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville. The Comprehensive Plan serves the purpose of meeting the intent of the Georgia Department of Community Affairs' (DCA) "Standards and Procedures for Local Comprehensive Planning," as established on March 1, 2014. Preparation in accordance with these standards is an essential requirement in maintaining status as a Qualified Local Government. State law requires Walker County and its municipalities to update their respective comprehensive plans by February 28, 2017. This plan fully updates the *Walker County Comprehensive Plan 2012-2032* adopted in 2012 by the Walker County Commissioner and the mayors and city councils of Chickamauga, LaFayette, Lookout Mountain, and Rossville. Like the 2012 plan, this 2017 update will serve as the official comprehensive plan for unincorporated Walker County and the municipalities of Chickamauga, Lafayette, Lookout Mountain, and Rossville.



*Figure 1: Civil War Monument in Chickamauga*

## COMMUNITY PARTICIPATION AND INVOLVEMENT

Creating a functional comprehensive plan begins with defining a common vision for the future development of the community. A community vision is the overall image of what the community wants to be and how it wants to look at some point in the future. It is the starting point for creating a plan and actions to implement the plan. A successful visioning process requires meaningful participation from a wide range of community stakeholders.

Walker County residents, property owners, business owners and other stakeholders contributed to the production of the *Comprehensive plan*. Due to the participation involved in the process, the *Comprehensive Plan* should generate local pride and enthusiasm about the future of the county and each city encouraging citizens to remain engaged in the development process in order to ensure that each local government implements the plan.

**Why we plan**

- Set a new standard for protecting natural and cultural resources
- Promote desired patterns of development
- Facilitate economic development
- Accommodate a range of housing and transportation options
- Prioritize capital expenditures
- Enhance quality of life

## PUBLIC HEARINGS




*Figure 2: Exterior wall of the Chickamauga Library*

The initial public hearing was held at the Walker County Civic Center in Rock Springs on February 11, 2016. An article was published in the local paper to ensure public awareness of the plan and process as well as the understanding that public input is not only preferred but, in fact, a keystone in creating an effective plan. This same procedure was implemented for the second and final public hearing held on January 13, 2017 at LaFayette's city hall.

## STAKEHOLDER MEETINGS



*Figure 3: Initial Stakeholder Meeting at Walker County 911 Center*

Each government appointed members from their locality that displayed the leadership, ambition, and visionary capabilities to guide the community towards a mutual destination. These community stakeholders develop symbiotic relationships that will create not only a document but also a vested interest in the plans successful administration. Walker County and the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville appointed a diverse group of community leaders that volunteered to attend two meetings scheduled for June 20th and May 9th, 2016 at the Walker County 911 Center in Rock Springs.




*Figure 4: Local business in downtown LaFayette*

# COMMUNITY GOALS




The purpose of the Community Goals element is to lay out a road map for the community's future, developed through a very public process of involving community leaders and stakeholders in making key decisions about the future of the community. The community goals are the most important part of the of the plan, for they identify the community's direction for the future, and are intended to generate local pride and enthusiasm for the future of the community, thereby leading citizens and leadership to act to ensure that the plan is implemented.

## COMMUNITY VISION STATEMENTS & POLICIES

### WALKER COUNTY

***Walker County Government will take the lead in creating a quality of life unparalleled in the southeast. Stewardship of the manmade and natural resources will be the foundation of every decision. Government will be progressive in providing infrastructure and services that support residential, commercial, and industrial development. Government will be sensitive and responsive to issues of local and community concerns and be proactive in identifying and planning for emerging opportunities and preserving those core values which are the foundations of the past and our hope for the future.***



*Figure 5: Scenic View from Lookout Mountain*

We will realize our vision by supporting these goals:

1. Strong operational and management infrastructure
2. Downtown revitalization
3. Greenspace and natural resources preservation and development
4. Balance between residential, commercial, and industrial development
5. Growth management

6. Quality education
7. Community and economic development
8. A clear county-wide vision and agreed-on goals
9. Regional collaboration

## POLICIES

Policies are adopted to provide ongoing guidance and direction to county officials. They provide a basis for making decisions in implementing the comprehensive plan, including achieving the Community Vision and appropriately addressing the Community Issues and Opportunities. The following policies have been adopted by the Walker County government:

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- We will preserve the rural character of our community and provide the opportunity for agricultural and forestry activities to remain a vital part of the community.
- Our gateways and corridors will create a "sense of place" for our community.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.

- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.

- We encourage mixed-use developments that are human-scale and less auto- oriented.

- We support increases in residential density in areas where community design standards, environmental constraints and available infrastructure capacities can satisfactorily accommodate the increased density.

- We support new land uses that contribute to protecting the environment and preserving meaningful open space.

- We support new land uses that enhance housing options in our community.

- We will encourage development of a rational network of commercial nodes (villages, or activity centers) to meet the service needs of citizens while avoiding unattractive and inefficient strip development along major roadways.

- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.

- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.

- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).

- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, public transit (if applicable) as well as local vehicular circulation.

- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).

- We support creation of a community-wide pedestrian/bike path network.

- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.

- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.

- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.

- We will work to redirect development pressure away from agricultural areas in order to conserve farmland to protect and preserve this important component of our community.

- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.

- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.

- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

- We will limit development within our community to areas that can be reasonably served by public infrastructure.

- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.

- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.

- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.

- We will invest in parks and open space to enhance the quality of life for our citizens.

- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

### Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

- We will take into account access to housing and impacts on transportation when considering economic development projects.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.

- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects

- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.

- We will eliminate substandard or dilapidated housing in our community.

- We will stimulate infill housing development in existing neighborhoods.
- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.
- We will encourage development of housing opportunities that enable residents to live close to their places of employment.
- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.
- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (home- ownership).
- We will increase opportunities for low-to-moderate income families to move into affordable owner-occupied housing.
- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.
- We will foster and preserve public health, safety, comfort and welfare, and aid in the harmonious, orderly, and aesthetically pleasing and socially beneficial development of our county.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)
- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions
- We will consult other public entities in our area when making decisions that are likely to impact them.
- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.
- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.



*Figure 6: Chickamauga City Hall*

# CHICKAMAUGA

***A dynamic historic community steeped in beauty and sense of place, with small town values guiding us towards progressively planned growth and a unique quality of life.***

The above vision statement was prepared as part of an inclusive, participatory community strategic planning process in 2016 named "*Chickamauga Renaissance Strategic Vision"* It resulted from considerable thought and discussion regarding the desired characteristics and values of a prosperous and unified Chickamauga community along with suggested improvements for both the City's curb appeal as well as strategies to better "market" the downtown to visitors.

## POLICIES

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- Our gateways and corridors will create a "sense of place" for our community.
- We will encourage the development of downtown as a vibrant center of the community in order to improve overall attractiveness and local quality of life.
- We are committed to creating walkable, safe, and attractive neighborhoods throughout the community, where people have easy access to schools, parks, and necessary services (grocery store, drug store) without having to travel by car.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.

- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We encourage mixed-use developments that are human-scale and less auto-oriented.
- We support increases in residential density in areas where community design standards, environmental constraints and available infrastructure capacities can satisfactorily accommodate the increased density.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.
- We support new land uses that enhance housing options in our community.
- We will strive to discourage unattractive and inefficient commercial strip development in our community.
- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.
- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.
- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).
- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.
- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, public transit (if applicable) as well as local vehicular circulation.
- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.
- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Natural and Cultural Resources

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.

- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.

- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.

- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.

- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Services

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.

- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

- We will limit development within our community to areas that can be reasonably served by public infrastructure.

- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.

- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.

- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.

- We will invest in parks and open space to enhance the quality of life for our citizens.

## Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

- We will take into account access to housing and impacts on transportation when considering economic development projects.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.

- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects

- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.

- We will eliminate substandard or dilapidated housing in our community.

- We will stimulate infill housing development in existing neighborhoods.

- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.

- We will encourage development of housing opportunities that enable residents to live close to their places of employment.
- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.
- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (homeownership).
- We will increase opportunities for low-to-moderate income families to move into affordable owner-occupied housing.
- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Intergovernmental Coordination

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.
- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)
- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions
- We will consult other public entities in our area when making decisions that are likely to impact them.
- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.
- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities

# LAFAYETTE

***The City of LaFayette, a progressive, rural community that is a gateway to the Appalachian Mountain chain, is committed to preserving and protecting its abundant natural and historic resources, while promoting residential, commercial and industrial growth, and supporting and encouraging education of its youth and workforce. In order to promote and maintain a superior quality of life.***



*Figure 7: Historic Chattooga Academy in LaFayette*

*The City of LaFayette has identified the following areas to address: Redeveloping declining residential areas and idle commercial and industrial sites, improving aging infrastructure, expanding airport facilities and operations, promoting industrial and commercial retention and recruitment, preserving and promoting historic and natural resources.*

## POLICIES

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.

- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.

- We want development whose design, landscaping, lighting, signage, and scale add value to our community.

- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- Our gateways and corridors will create a "sense of place" for our community.

- We will encourage the development of downtown as a vibrant center of the community in order to improve overall attractiveness and local quality of life.

- We are committed to creating walkable, safe, and attractive neighborhoods throughout the community, where people have easy access to schools, parks, and necessary services (grocery store, drug store) without having to travel by car.

- Creation of recreational facilities and set-aside of greenspace are important to our community.

- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.

- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.

- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.

- We encourage mixed-use developments that are human-scale and less auto- oriented.

- We support new land uses that contribute to protecting the environment and preserving meaningful open space.

- We support new land uses that enhance housing options in our community.

- We will encourage development of a rational network of commercial nodes (villages, or activity centers) to meet the service needs of citizens while avoiding unattractive and inefficient strip development along major roadways.

- We are open to land planning and development concepts that may be new to our area but have been tried successfully in other places.

- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.

- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).

- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, bicycle routes, as well as local vehicular circulation.

- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.

- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Natural and Cultural Resources

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.
- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.
- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.
- We will factor potential impacts on air and water quality in making decisions on new developments and transportation improvements.
- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.
- We will promote the protection and maintenance of trees and green open space in all new development.
- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.
- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.
- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Services

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.
- We will protect existing infrastructure investments (i.e., already paid for) by encouraging infill redevelopment, and compact development patterns.
- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.
- We will limit development within our community to areas that can be reasonably served by public infrastructure.
- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- We will coordinate provision of public facilities and services with land use planning to promote more compact urban development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.

- Our community will use planned infrastructure expansion to support development in areas identified (in the comprehensive plan) as suitable for such development.

- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.

- We will invest in parks and open space to enhance the quality of life for our citizens.

- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

## Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

- We will take into account access to housing and impacts on transportation when considering economic development projects.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.

- We will consider the employment needs and skill levels of our existing population in making decisions on proposed economic development projects

- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.

- We will work toward eliminating substandard or dilapidated housing in our community.

- We will stimulate infill housing development in existing neighborhoods.

- We will create affordable housing opportunities to ensure that all those who work in the community have a viable option to live in the community.

- We will encourage development of housing opportunities that enable residents to live close to their places of employment.

- We will accommodate our diverse population by encouraging a compatible mixture of housing types, densities and costs in each neighborhood.

- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Intergovernmental Coordination

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)

- We will consult other public entities in our area when making decisions that are likely to impact them.

- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.

- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.



Figure 8: View of Rock City atop Lookout Mountain

# LOOKOUT MOUNTAIN

***The City of Lookout Mountain Georgia's vision is to maintain the residential community status that we now enjoy with appropriate economic and residential development to maintain and enhance our services and tax base through controlled growth without disrupting the peaceful and beautiful residential nature of our community.***

## POLICIES

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.
- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- We will encourage the development of our town center as a vibrant center of the community in order to improve overall attractiveness and local quality of life.
- Creation of recreational facilities and set-aside of greenspace are important to our community.
- We are committed to redeveloping and enhancing existing commercial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.
- We will make decisions that encourage walking, biking, car-pooling, and other alternative transportation choices.

- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).

- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.

- Our new and reconstructed roadways will be designed to accommodate multiple functions, including pedestrian facilities, parking, and bicycle routes, as well as local vehicular circulation.

- We support creation of a community-wide pedestrian/bike path network.

- We will ensure (through traffic calming and other design considerations) that excessive vehicular traffic will not harm the peaceful nature of our residential neighborhoods.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.

- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- Infrastructure networks will be developed to steer new development away from sensitive natural resource areas.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote low impact development that preserves the natural topography and existing vegetation of development sites.

- We will ensure safe and adequate supplies of water through protection of ground and surface water sources.
- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- Our community will make efficient use of existing infrastructure and public facilities in order to minimize the need for costly new/expanded facilities and services.

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

- We will limit development within our community to areas that can be reasonably served by public infrastructure.

- We will ensure that capital improvements needed to accommodate future development are provided concurrent with new development.

- The community will use sequential, phased extension of utilities and services to encourage rational expansion of development to areas immediately contiguous to already developed areas of the community.

- The community will seek ways for new growth to pay for itself (in terms of public investment in infrastructure and services to support the development) to the maximum extent possible.

- We will invest in parks and open space to enhance the quality of life for our citizens.

## Social and Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will eliminate substandard or dilapidated housing in our community.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

- We will work jointly with neighboring jurisdictions on developing solutions for shared regional issues (such as growth management, watershed protection)

- We will pursue joint processes for collaborative planning and decision-making with neighboring jurisdictions

- We will consult other public entities in our area when making decisions that are likely to impact them.

- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.

- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities

## ROSSVILLE

***"Together we create a community of good neighbors."***



Figure 9: Historic John Ross House in Rossville

***Rossville's vision looks to all sectors of the individuals and families, business, schools, service organizations, non-profit agencies, and city workers – to be responsible for the wellbeing of the entire community. It envisions all elements of the community working cooperatively to maintain the character and quality of community life. In this vision, all individuals and families look out for each other, are careful with the natural environment, use their volunteer time to help improve the community and shop local whenever possible. Businesses contribute to public projects and activities by caring for and serving all the community's needs. City government will support and stimulate these cooperative efforts. Government cannot create elements of "good neighborliness" alone, but rather can put the vision forward while demonstrating ways all parts of the community can create and maintain it together.***

The City of Rossville will strive to attain and maintain the following principles that sustain a Healthy Community:

1. Enhance our image to raise aspirations
2. Rejuvenate the city's economy
3. Create a sustainable city
4. Strengthen citizen engagement in city issues
5. Reinforce community functions and events
6. Sustain the natural systems and beauty of the community
7. Preserve and promote a built environment compatible with the natural environment and which sustains quality over time
8. Sustain a safe community
9. Promote a variety of housing choices appropriate to all stages of life
10. Capitalize on Rossville's heritage as once the largest industrial site in the world
11. Regain integrity through historic sites and streetscapes as a positive and welcoming entrance into the State of Georgia

## POLICIES

### Development Patterns

- Our decisions on new development will contribute to, not take away from, our community's character and sense of place.

- We encourage development that is sensitive to the historic context, sense of place, and overall setting of the community.
- We want development whose design, landscaping, lighting, signage, and scale add value to our community.
- Our community will use land efficiently to avoid the costs and problems associated with urban sprawl.
- We are committed to providing pleasant, accessible public gathering places and parks throughout the community.
- We are committed to redeveloping and enhancing existing commercial and industrial areas within our community in preference to new development in Greenfield (previously undeveloped) areas of the community.
- We support appropriate residential and non-residential in-fill development and redevelopment in ways that complement surrounding areas.
- We support new land uses that contribute to protecting the environment and preserving meaningful open space.
- We will target transportation improvements to support desired development patterns for the community (recognizing that ready availability of transportation creates demand for land development in adjacent areas).
- Our new and reconstructed roadways will be appropriately designed, using context sensitive design considerations, to enhance community aesthetics and to minimize environmental impacts.
- We will promote connectivity of our road network (such as fostering a grid network of streets, multiple connections between subdivisions).
- We support creation of a community-wide pedestrian/bike path network.

## Resource Conservation

- The protection and conservation of our community's resources will play an important role in the decision-making process when making decisions about future growth and development.
- We will minimize inefficient land consumption and encourage more compact urban development in order to preserve green open space and natural resource areas.
- We will encourage new development to locate in suitable locations in order to protect natural resources, environmentally sensitive areas, or valuable historic, archaeological or cultural resources from encroachment.

- We will promote the protection and maintenance of trees and green open space in all new development.

- We will promote enhanced solid waste reduction and recycling initiatives.

## Community Facilities and Infrastructure

- We will ensure that new development does not cause a decline in existing levels of service for the community's residents and employers.

- We will limit development within our community to areas that can be reasonably served by public infrastructure.

- We will invest in parks and open space to enhance the quality of life for our citizens.

- We will work with the local school board to encourage school location decisions that support the community's overall growth and development plans.

## Economic Development

- We will support programs for retention, expansion and creation of businesses that are a good fit for our community's economy in terms of job skill requirements and linkages to existing businesses.

- We will target reinvestment to declining, existing neighborhoods, vacant or underutilized sites or buildings in preference to new economic development projects in Greenfield (previously undeveloped) areas of our community.

- We will seek to balance the supply of housing and employment in our community and consider their location in relation to each other.

- We will take into account impacts on infrastructure and natural resources in our decision making on economic development projects.
- We will carefully consider costs as well as benefits in making decisions on proposed economic development projects.

- We will eliminate substandard or dilapidated housing in our community.

- We will stimulate infill housing development in existing neighborhoods.

- We will encourage development of housing opportunities that enable residents to live close to their places of employment.

- We will encourage housing policies, choices and patterns that move people upward on the housing ladder from dependence to independence (home ownership).

- We support dispersion of assisted housing throughout the community in order to diversify neighborhoods and eliminate pockets of poverty.

## Governmental Relations

- We will seek opportunities to share services and facilities with neighboring jurisdictions when mutually beneficial.

- We will consult other public entities in our area when making decisions that are likely to impact them.

- We will provide input to other public entities in our area when they are making decision that are likely to have an impact on our community or our plans for future development.

- We will engage in cooperative planning between the local government and local school board in regard to the appropriate location and use of schools as community facilities.

# NEEDS AND OPPORTUNITIES

## Method & Description

The required SWOT analysis, which stands for Strengths, Weaknesses, Opportunities, and Threats, is a brainstorming exercise designed for stakeholders to reflect on their community's needs and opportunities. The exercise was carried out by separating the stakeholders into five groups based on the community each stakeholder represented. Each of the five groups were given seven large sheets of paper of which each sheet represented one of seven categories, (Economic Development, Housing, Community Facilities and Services, Transportation, Natural/Cultural Resources, Land Use, and Intergovernmental Coordination). Each sheet also contained five columns regarding the Strengths, Weaknesses, Opportunities, and Threats of the seven categories. Stakeholders were given the opportunity to address each category with the SWOT perspective in both of the stakeholder meetings. These sheets were collected by the planners after the second stakeholder meeting and the responses were developed into a list of needs and opportunities. Due to the similarity of the stakeholder group responses the planners created a joint list of needs and opportunities for Walker County, City of Chickamauga, City of LaFayette, City of Lookout Mountain, and City of Rossville in order to avoid repetition.




*Figure 10: SWOT Analysis Handouts*

## ECONOMIC DEVELOPMENT

| ID | The need or opportunity is to…. |
|---|---|
| ED-1 | Need to attract small business investment especially within downtown areas where space is restricted and the opportunity for infill development exists |
| ED-2 | Opportunity to foster diversity in job and career opportunities in order to build a stronger more resilient local and regional economy |
| ED-3 | Need to attract commercial retail businesses and restaurants of both independent and corporate varieties in order to attract local citizens to shop in Walker County |
| ED-4 | Opportunity to revitalize the downtown area to promote local business growth and create, re-establish, or re-brand a community's character and sense of place in the region and state |
| ED-5 | Need to promote the opportunities to redevelop blighted commercial areas (especially vacant industrial facilities) in order to revive community centers and |

| | |
|---|---|
| | career opportunities for citizens impacted by the closing of said industry. |
| **ED-6** | Opportunity to expand existing fiber optic infrastructure to increase broadband connectivity primarily for residential applications |
| **ED-7** | Need to attract a diversity of age groups |
| **ED-8** | Need to incentivize economic development through retention of existing employers and businesses and industries |
| **ED-9** | Need for additional industrial land, in appropriate locations, with supporting infrastructure/ utilities in order to meet the demand of the growing economy |

## LAND USE

| ID | The need or opportunity is to…. |
|---|---|
| **LU-1** | Need for better control of residential and commercial growth (NEED) |
| **LU-2** | Opportunity for residential growth due to an abundance of undeveloped land |
| **LU-3** | Opportunity regarding availability for expansion of the industrial park |
| **LU-4** | Need to focus residential growth around cities capable of effectively serving a higher density |
| **LU-5** | Need to update and re-adopt outdated zoning ordinance |
| **LU-6** | Need to protect and preserve the character of historic and unique features, buildings and structures |

## COMMUNITY FACILITIES AND SERVICES

| ID | The need or opportunity is to…. |
|---|---|
| **CF-1** | Need to repair/replace the aging water, sewer, and natural gas infrastructure; planned expansion of services |
| **CF-2** | Need to improve road and pedestrian infrastructure for safety and walkability |
| **CF-3** | Need to improve emergency notifications and upgrade emergency services |
| **CF-4** | Need to reduce drug use and criminal activities especially near state borders where jurisdictions |
| **CF-5** | Need to improve services for the increasing aging population |

| | |
|---|---|
| **CF-6** | Need to improve public transportation to reduce traffic congestion and offer alternative transportation for the community's workforce |
| **CF-7** | Need to increase long term planning efforts in order to be better prepared for future growth or distress |
| **CF-8** | Opportunity to utilize available technology to enhance communication with and to provide information to public, businesses, other local governments and organizations |
| **CF-9** | Need for repairs and expansion of public structures, parks, and civic spaces that are aging possibly neglected due to budget restrictions during the recession |
| **CF-10** | Need to improve stormwater management to mitigate changing development patterns and meet all current and future requirements |
| **CF-11** | Need to increase access to recycling, litter reduction, and solid waste management options in order to both reduce volume of solid waste disposal and protect scenic and wilderness areas |

## HOUSING

| ID | The need or opportunity is to…. |
|---|---|
| **H-1** | Need to promote redevelopment or removal of blighted residential areas especially near historical, commercial, or otherwise scenic areas to improve the community's curb appeal |
| **H-2** | Need to Promote affordable "stick built" owner occupied housing in order to create an environment consisting of a safer, more stable, and well maintained housing stock |
| **H-3** | Opportunity to promote, preserve and expand range of housing stock to meet changing needs and allow alternative housing design, infill and mixed-use where appropriate |

## NATURAL AND CULTURAL RESOURCES

| ID | The need or opportunity is to…. |
|---|---|
| **NR-1** | Opportunity to increase tourism based economy regarding history, agriculture, and nature |
| **NR-2** | Opportunity to create or expand recreational trails for hiking, biking, and other outdoor recreation |
| **NR-3** | Need to protect and preserve natural, cultural and environmental features at local and county-wide scale |

# TRANSPORTATION

| ID | The need or opportunity is to…. |
|---|---|
| T-1 | Need to increase intermodal transportation options and connections to accommodate range of transportation needs |
| T-2 | Need to improve design and function of streets and corridors in downtown, residential, and gateway areas |
| T-3 | Opportunity to participate in regional transportation planning and implementation (CHCNGA TPO, THRIVE2055, other) |
| T-4 | Need to improve freight flows and mitigate identified commercial/industrial transportation needs |

# INTERGOVERNMENTAL COORDINATION

| ID | The need or opportunity is to…. |
|---|---|
| IG-1 | Need to coordinate service delivery between Cities and County |
| IG-2 | Need for greater coordination of planning between municipalities and the county, and with regional, state and federal agencies, in land use, transportation, environment, infrastructure, and economic development (NWGRC, CHCNGA TPO, THRIVE2055, GA EPD, FEMA, among others) |

# TRANSPORTATION



*Figure 11: Barwick Airport in LaFayette*

## OVERVIEW

Walker County is one of the six Georgia counties to border with Tennessee. Unfortunately, the topography is such that entering Georgia from Tennessee via Walker County is more difficult than the I-75 corridor in adjacent Catoosa County. The lack of direct interstate access in Walker County significantly reduces non-resident traffic. There are, however, several state and federal corridors throughout the county that make up its arterial corridors for commercial and commuter traffic. These corridors are U.S. highway 27, Georgia Highways 95, 136, 157, 151, 180, 193, and 341. Railroads have also played a role in transportation since the early history of the county and its railroad line was an important artery for both the Confederacy and the Union during the Civil War as well as the mining industry. Walker County is also home to the Barwick-LaFayette Airport which, although limited in capacity, provides a conduit for both private and business air traffic in the region.

## REGIONAL TRANSPORTATION PLAN

Because of its proximity the large metropolitan area of Chattanooga, a portion of Walker County is within the Chattanooga Hamilton County Regional Planning Agency (RPA) (refer to figure 12). The RPA's transportation planning is managed through Chattanooga-Hamilton County/North Georgia Transportation Planning Organization (TPO). The previous 2012 Joint Comprehensive Plan showed transportation projects from the TPO's 2030 plan. Since that time, the TPO has published a short term update, the 2014-2017 Transportation Improvement Program, and a long-term update, the Chattanooga-Hamilton County/North Georgia 2035 Long Range Regional Transportation Plan (LRTP), published in February 2010. The TPO is currently completing another updated short term update to be published in 2018, but the update does not currently list any short term projects in Walker County. However, transportation projects in the 2035 LRTP regarding Walker County can be seen below in Table 2.




*Figure 12. TPO boundary map*

The LRTP narrative contained an assessment of the region's transportation resources. This assessment noted that federal regulations require that bridges be maintained in safe condition before federal transportation funds can be used for other transportation projects. GDOT performs structural assessments and provide

recommended improvements for all bridges in their state. Each bridge is assigned a sufficiency rating ranging from 0 to 100, reflecting the overall structural condition of the facility. In general, bridges with sufficiency ratings of 50 or lower are considered high-priority for replacement. All 147 bridges were assessed in Walker of which 21 earned sufficiency ratings of 50 or lower. It was also pointed out in this assessment that some corridors are expected to exceed their capacity by the year 2035 if no further improvements are funded above and beyond what is in the current TIP. Those corridors include U.S. 27/Rossville Boulevard from McFarland Avenue to I-24 and, U.S. 27 from SR 2/Battlefield Parkway to McFarland Avenue.

| LRTP 2035 LONG TERM PROJECTS | | | | |
|---|---|---|---|---|
| **Jurisdiction** | **Project Description** | **Cost Estimate** | **Expected Completion Date** | **Responsible Parties** |
| Rossville | Widening 6.6 miles of McFarland Ave. from two to four lanes between Chickamauga Ave. and SR131 | $36,024,250 | 2035 | STP, TPO, Local |
| Walker County | 2.2 mile US 27 Relocation Extension from SR2 to Hogan Road | $103,174,113 | 2035 | Unknown |

*Table 2: Projects from the LRTP 2035 Plan in Walker County*

# THRIVE 2055 TRANSPORTATION INITIATIVE

Walker County has also continued to participate with the THRIVE 2055 Initiative since it began in 2014. THRIVE 2055 is a citizen-led, public-private endeavor to engage people from across the 16-county, tristate Chattanooga region of Southeast Tennessee, Northwest Georgia and Northeast Alabama to make the most of our economic opportunities while preserving what we love about our home communities. The objective of the three-year process is to identify regional values and goals along with a consensus on strategies related to regional economic development, our region's natural treasures, regional transportation, and education and training that can be implemented for the long-term prosperity of the region. This initiative has completed its initial phases by observing the community's aspirations, and developing priorities for the region. The THRIVE 2055 Initiative is now in its third "Action" phase. Highlights from the transportation initiative can be found below.

## TRANSPORTATION VISION

***Help people and products travel around the region more quickly and easily.***

## MISSION STATEMENT

The following statement will guide the Transportation Initiative Group in achieving our Transportation Vision. We will:

ENGAGE business and community leaders to envision effective regional strategies through partnerships at the local, state, and national levels to ensure the efficient movement of people and goods throughout the region;

EVAULUATE, prioritize, and advance multimodal transportation projects and strategies that have regional significance;

EMPOWER local communities, public agencies, and non-profits with transportation best practices, data, and methods; and

PURSUE partnerships, funding solutions, and practices that advance the THRIVE Transportation Vision.

## GOAL

Improve the diversity and efficiency of travel within and through the region with an emphasis on supporting economic prosperity and quality of life.

## OBJECTIVES

- Create a forum for improved regional transportation collaboration
- Develop a coordinated freight strategy that offers safe and efficient movement within and through the region
- Identify strategic connections between communities and other regions
- Support the actions of other Thrive Initiatives through transportation connections, accessibility, and diversity of methods throughout our region
- Support a coordinated approach to regional growth, urban form and transportation
- Facilitate advocacy and collaboration between public agencies, authorities, and the business community.

## ACTIONS

- ✓ **Create a regional transportation forum.**
- ✓ **Identify desired regional transportation performance characteristics.**
- ✓ **Identify candidate projects, programs, initiatives, and funding.**
- ✓ **Develop a process to promote strategic projects, programs, and initiatives.**
- ✓ **Monitor relevant transportation indicators for signs of improvement and decline.**

# LAND USE: MAPPING THE FUTURE

## PAST, PRESENT, AND FUTURE LAND USE



*Figure 13: Historic Gordon-Lee Mansion*

From Mississippian mound builders, to Cherokee territory, Civil War battlefields, and booming mill villages Walker County has a diverse history regarding land use. Walker County was created from Murray County by an act of the Georgia General Assembly in December, 1833. Although limited by mountainous terrain the County was once characterized predominantly by agriculture such as the 2,500 acre Gordon Plantation established in 1836. Although much of the Gordon Plantation has since been developed the plantation's showplace, a large brick mansion, still stands in the heart of Downtown Chickamauga as a tribute to history. Both prior to and during the Civil War coal and copper mining were the County's largest employers. The mined materials were shipped to various industrial communities. One such community was the nearby City of Chattanooga which relied heavily on coal and coke produced in Walker County, and other areas, to fuel their steel mills. During the period following the Civil War the textile industry began to emerge and thrive throughout the northwest Georgia region. Most of said industry relied heavily on locally resourced materials. It was during this, industrial revolution, period that Walker County along with the surrounding region began to see a significant increase in population densities surrounding areas of employment. In more recent years the Walker County has increased in industrial and manufacturing diversity. While textile production remains a significant employer other industries such as the Roper Corporation, Nissan Brake, and most recently Audia International have located within Walker County.




*Figure 14: Gordon Lee Farms near Chickamauga*

The predominant land use throughout Walker County continues to be rural in nature which is due primarily to the lack of interstate access, mountainous terrain, national forest, wildlife management area, and current agricultural practices. This same rural character is also the prevailing trait throughout the northwest Georgia region. The United States Forest Service currently owns 220,498 acres in nine of the region's fifteen counties of which 18,621 acres are located in Walker County. The Georgia Department of Natural Resources also owns and manages the Crockford-Pigeon Mountain Wildlife Management Area consisting of 20,657 contiguous acres within Walker County. In addition to these sites the Chickamauga and Chattanooga National Military Park consists of over 8,000 acres across three counties of which includes the 5,500 acres dedicated to the Chickamauga Battlefield. With all that in mind there are many inhabitable acres of land. Areas of greater population density throughout the county that are mostly centralized within or surrounding Walker's four municipalities due to infrastructure availability such as sewer and water.

These areas of higher population density are also where the majority of commercial activity is located. Moderate population density and commercial land use can also be seen surrounding the County's arterial corridors like U.S. Highway 27. Many crossroad communities throughout the county, although lacking incorporated status, display traits of a community center such as the Villanow Community. Commercial/industrial activity in Walker County is generally seen along the primary corridors such as US Highway 27, and state highways 95, 136, 151, 193, and 341. Some agricultural land has been recently developed residentially, commercially, and industrially such as the county's newest industrial park as seen below in figure 16. With a competitive abatement policies, abundance of undeveloped land, and capable utilities industrial development will continue for the foreseeable future.



*Figure 15: Fieldstone PUD Community near Chickamauga*



*Figure 17: Historic Peerless Woolen Mill in Rossville (Vacant)*



*Figure 16: Walker County Business Park on U.S. Hwy 27.*

# FUTURE DEVELOPMENT CHARACTER AREAS & MAPS

The 2012 Comprehensive Plan used future development maps with character areas to describe and plan land use in the county. Character area planning combines form and function to define distinct areas in a community and move the community toward its vision. The goal is to identify overall patterns of development, not just individual land uses on a lot-by lot basis. A character area has unique characteristics, holds potential to develop into a unique area when given planning and guidance, or must be cared for in special ways because of its particular development issues. Character area planning gives consideration to geographical features, like floodplains and existing greenspace, when planning future development. The 2012 Comprehensive Plan also followed the Transect Model, where character areas run the gamut from the least developed, most rural area, "Greenspace/Conservation", to the most developed "Industrial" areas. Future development maps graphically guide managers in planning commercial, industrial, residential, and recreational development with the geography and existing land uses in mind.

# CHARACTER AREA DESCRIPTIONS

## County Suburban



Residential development in the Mountain View area

### Description

Post WWII housing. Area where typical types of suburban residential subdivision development have occurred. Are within proximity to a public water network. Low pedestrian orientation, little or no transit, high open space, high to moderate degree of building separation, predominantly residential. Post- WWII.

Development Strategies/Policies:

- Retrofit to meet traditional neighborhood development principles.
- Creating walkable neighborhood focal points by locating schools, community centers, commercial activity centers at suitable locations
- Use traffic calming improvements, sidewalks, interconnections
- Accessory housing units, or new well-designed, small-scale infill multifamily residences to increase density and income diversity.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Housing opportunities

### Land Uses

Residential
Commercial
Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Tree preservation, rehabilitation, infill guidelines and emphasis, recommend conservation subdivision and walkable communities

Incentives:

- Homestead Exemptions

Public Investments:

- Walker County Transit, beautification projects, community center, recreation areas, playgrounds.

Infrastructure Improvements:

- Improve existing water and sewer, provide high speed internet

## Rural Residential



Chamberlain Road, west of LaFayette

### Description

Rural, undeveloped land likely to face development pressures for lower density (one unit per one+ acres) residential development. Typically will have low pedestrian orientation and access, very large lots, open space, pastoral views, high degree of building separation.

Development Strategies/Policies:

Maintain rural atmosphere with new residential development by:

- Permitting rural cluster or conservation subdivision design that incorporate significant amounts of open space.
- Encourage compatible architecture styles that maintain regional rural character, without "franchise" or "corporate" architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Housing opportunities

### Land Uses

Residential
Agriculture/Forestry
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Preserve rural features and limit residential development to lot sizes of one (Residential-Agricultural Zoning District) to five acres (Agricultural Zoning District).

New or revised local development regulations:

- Require preservation of open space, trees, limit commercial and residential development

Incentives:

- Allow design variances for conservation subdivisions and individual homes

Public Investments:

- Public parks and greenspace/ trails to connect Residential and areas of interest such as general stores, churches, or community centers.

Infrastructure Improvements:

- Improve water and sewer, extend where practical, road resurfacing and repairing when and where necessary

## Greenspace/Conservation



Old Mineral Springs Road

### Description

Primarily undeveloped natural lands and environmentally sensitive areas not suitable for development, e.g. scenic views, steep slopes, floodplains, wetlands, watersheds, wildlife management areas and other environmentally sensitive areas.

Development Strategies/Policies:

Maintain natural, rural character by:

- No new development
- Promote conservation easements
- Widen only when absolutely necessary
- Promote passive-use tourism and recreation destinations.
- Minimize visual impact from roads when possible

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Open space preservation:
- Environmental protection
- Growth preparedness
- Regional cooperation

### Land Uses

Parks

Recreation

Conservation

Public/Private

### Implementation Measures

More detailed sub-area planning:

- Highlight areas with environmental significance. Utilize GIS system to document what properties already participate in the conservation programs available to them.

New or revised local development regulations:

- Certain amount of area in development to be preserved as greenspace

Incentives:

- Land in conservation easements would provide rental payment

Public Investments:

- Park maintenance, patrols

Infrastructure Improvements:

- Access Roads to areas such as Rocky Lane and the Pigeon Mountain Wildlife Areas.

## Mixed Use




Fieldstone Farms Mixed Use Planned Unit Development – Phase I

### Description

- A mix of office, housing, and commercial uses
- Walkable
- Improves sense of community

Suggested Development Plan:

- Design Guidelines for Stores and Offices (Types, Appearance) including connectivity guidelines, landscaping design, setbacks, greenspace requirements and stormwater plan.
- Encourage compatible architecture styles that maintain regional rural character, without “franchise” or “corporate” architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Residential
Commercial
Park/Recreation/Conservation
Public/Institutional
Mixed Use

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas. Stormwater Management Plan for the Rock Spring Creek Watershed. Wetland and Spring Protection Plan for the historic Rock Spring.

New or revised local development regulations:

- Design guidelines, infill use restrictions, update and enhance wetland protection ordinance.

Incentives:

- Walker County funded Stormwater Plan available for participation by landowners.

Public Investments:

- Stormwater Management Plan, Community Recreational Areas, Walker County Transit

Infrastructure Improvements:

- Create wifi hotspots, improve water and sewer services to accommodate creative designs

## Agricultural/Forest



Hwy 193 near Nickajack Rd.

### Description

Lands in open, cultivated state or sparsely settled, woods, farms.

Development Strategies/Policies:

Maintain rural character by:

- Strictly limiting new development.
- Protecting farmland and open space
- Promoting use of conservation easements by land owners
- Limit residential subdivisions, require cluster or conservation subdivision design, architecture that maintains rural character.
- Widen roadways only when absolutely necessary.
- Carefully design the roadway alterations to minimize visual impact
- Promote these areas as passive-use tourism, recreation
- Help young farmers to develop organic, agriculture and protect the land.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness

### Land Uses

Agriculture/Forestry

### Implementation Measures

More detailed sub-area planning:

- Identify lands that participate in land trusts, conservation easements and the conservation covenant program

New or revised local development regulations:

- Restrict commercial and residential development

Incentives:

- Conservation Covenants for Agricultural Lands

Public Investments:

- Public land as open space, recreation areas

Infrastructure Improvements:

- Use utility siting to control growth

## McLemore Cove Historic District



Part of McLemore Cove viewed from Lookout Mtn.

### Description

National Register Registration Form (7/27/94), 'the McLemore Cove Historic District is significant as a geographically well-defined rural area reflecting the patterns of agricultural and rural development in Northwest Georgia for more than a century'…

Threats to historic integrity:

- Changes in land use or management practices that alter vegetation, change the size or shape of fields, erase boundary demarcations, or flatten the contours of the land;
- Abandonment, realignment, widening, or resurfacing of historic roadways;
- Introduction of non-historic land uses such as quarries, open-pit mining, tree farms, sanitary landfill, recreational areas, public utilities, and subdivision for residential, commercial, or industrial development;
- Deterioration, abandonment, relocation, demolition, or substantial alteration of historic buildings and structures;
- Construction of new buildings and structures; and
- Loss of boundary demarcations, and small-scale landscape features; and disturbance of archaeological sites.

National Register listing does little to protect the pastoral and agricultural character of a rural historic landscape or the qualities, characteristics, or features that contribute to its eligibility. Protection must involve a strategy that integrates natural resource protection, scenic protection, farmland retention, and historic preservation.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection

### Land Uses

Park/Recreation/Conservation
Agriculture/Forestry
Residential
Commercial
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Identify the agricultural lands within the district using our GIS Technology. Identify all lands under conservation covenants and land trust using GIS Technology.

New or revised local development regulations:

- Consider new McLemore Cover Historic Overlay District with associated land development regulations.

Incentives:

- Incentives for use of Conservation Subdivision design.

Public Investments:

- Mountain Cove State Park and Resort for Tourism of the Cove, Pigeon Mountain Wildlife Reserve, Cloudland Canyon State Park Area, etc.

Infrastructure Improvements:

- Water and Sewer in coordination with the State Park and Resort

## Scenic Highway



Hwy 136 west of LaFayette

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that has significant natural, historic, or cultural features, and scenic or pastoral views.

Development Strategies/Policies:

- Establish guidelines on development to protect the characteristics deemed to have scenic value.
- Guidelines for new development that enhances the scenic value of the corridor and addresses landscaping, architectural design.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Provide pedestrian linkages to residential or commercial districts.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Agriculture/Forestry
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Historical assessments

New or revised local development regulations:

- Tree conservation

Incentives:

- Planned developments receive variances for alternative access
- Developers receive smaller lot size requirements or additional lots for more protect greenspace.

Public Investments:

- Beautification projects, Transit

Infrastructure Improvements:

- Planning pedestrian and bike trails beyond traffic barriers, water and sewer service where practical.

## Crossroads Community



Villanow community

### Description

Rural historic communities, unincorporated, at intersection of main thoroughfares. Typically automobile focused with a mixture of uses to serve passers-by, rural and agricultural areas.

Development Strategies/Policies:

Maintain rural atmosphere while accommodating new residential or commercial development by:

- Permitting rural cluster or conservation subdivision design that incorporate and protect significant amounts of open space.
- Encourage compatible architecture styles that maintain and reflect the regional rural character, and should not include “franchise” or “corporate” architecture.
- Connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians for both tourism and recreational purposes.
- Design for greater pedestrian orientation and access, more character with clustering of buildings within the center, leaving open space surrounding the center.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation

### Land Uses

Commercial
Residential
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Traffic study at intersections

New or revised local development regulations:

- Traditional neighborhood development principles, encourage neighborhood commercial development in nodes, landscaping requirements

Incentives:

- For infill, rehabilitation, development around major intersections

Public Investments

- Beautification projects, signage

Infrastructure Improvements

- Public technology, High speed internet, water and sewerage when in close proximity.

## Mill Village


Houses on East 10th Street

### Description

Mill village housing is generally pre-WWII housing around 800-900 sq. ft. in size located on small lots. Development is in a "cookie-cutter fashion; 2 bedrooms, 1 bath, kitchen, living room, front and back porches.

### Quality Community Objectives

- Sense of place
- Regional identity
- Heritage preservation
- Housing opportunities
- Infill development

### Land Uses

Residential

### Implementation Measures

- More detailed sub-area planning
- New or revised local development regulations
- Incentives
- Public Investments
- Infrastructure Improvements

## Historic Downtown



A portion of the historic downtown area

### Description

This character area is the historic core of the city, containing the historic downtown commercial area as well as historic public/institutional and residential resources in and around the downtown, including features, community landmarks, and civic or cultural uses of historic interest. The area corresponds to a National Register-listed historic district.

Development Strategies/Policies:

- The area's historic development patterns should be respected and preserved.
- Historic properties should be protected from demolition, and rehabilitation should be encouraged with appropriate incentives.
- Historic properties should be maintained or rehabilitated/restored according to *The Secretary of the Interior's Standards* or local design guidelines.
- New development should be of appropriate scale and architectural compatibility to fit well into the area's historic fabric.
- Pedestrian access and open space should be maintained or enhanced.
- Linkages to regional greenspace/trail systems should be encouraged.

### Quality Community Objectives

- Sense of place
- Traditional neighborhood
- Housing opportunities
- Transportation alternatives
- Environmental protection
- Open space preservation
- Heritage preservation
- Educational opportunities
- Appropriate businesses
- Regional identity

### Land Uses

Commercial
Public/Institutional
Park/Recreational/Conservation
Residential
Mixed Use

### Implementation Measures

- Protect historic resources and character of the area by designation of local historic districts and historic resources design standards.
- Promote use of appropriate state and federal tax incentives for rehabilitation of historic properties.
- Create WiFi hotspots
- Encourage plazas in new development
- Promote mixed use

## Manufactured Home Redevelopment Area



Manufactured home park on Lee Avenue

### Description

This character area currently consists of a manufactured home park. There is no home ownership in the area, and the manufactured housing is generally substandard. The vision for this area includes several acceptable redevelopment alternatives:

(1) an improved/upgraded manufactured housing community with increased owner- occupied housing

(2) a subsidized rental housing development

(3) a recreational vehicle (RV) park to support area tourism

(4) acquisition of the property by the city for park/greenspace use as part of the Crawfish Springs Nature Trail

### Quality Community Objectives

- Growth preparedness
- Open space preservation
- Infill development
- Housing opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Park/Recreation/Conservation

### Implementation Measures

- Use manufactured home compatibility standards to ensure architectural compatibility of manufactured homes with adjacent single-family houses and according to applicable federal and manufacturer's requirements.
- Regulate the appearance, layout, and location of mobile home parks, manufactured home parks, and recreational vehicle parks.
- Revise local development regulations to make it easier to develop affordable housing.

## Traditional Neighborhood


Azalea Drive – Laurel Drive

### Description

A neighborhood having relatively well-maintained housing, possess a distinct identity through architectural style, lot and street design, and has higher rates of home-ownership. Location near declining areas of town may cause this neighborhood to decline over time. Built on grid and curvilinear patterns, pre- and post-WWII housing, sidewalks, small yards.

Development Strategies/Policies:

- Reinforce stability by encouraging homeownership and maintenance or upgrade of existing properties.
- Vacant properties in the neighborhood offer an opportunity for infill development of new, architecturally compatible housing.
- Include well-designed new neighborhood activity center at appropriate locations, which would provide a focal point
- Strong pedestrian and bicycle connections for residents

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Housing opportunities
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use.

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Incentives:

- Tax incentives or variances

Public Investments:

- Sidewalks, beautification projects

Infrastructure Improvements:

- Improve existing utilities, provide high speed internet, transit

## School



LaFayette High School campus

### Description

The School character area represents public school sites within the city limits of LaFayette. The area represents the primary school building(s) as well as associated outdoor space and facilities such as athletic fields and facilities, walkways, drives, and parking lots. Pedestrian connectivity between schools and neighborhoods is a goal for both existing and planned facilities.

The development pattern should seek to:

- Provide school sites that create neighborhood and regional focal points;
- Provide quality pedestrian infrastructure to encourage walking;
- Provide pedestrian linkages to adjacent neighborhoods, where possible.

### Quality Community Objectives

- Growth preparedness
- Educational opportunities
- Open space preservation
- Transportation alternatives
- Regional solutions

### Land Uses

Public/Institutional
Park/Recreational/ Conservation

### Implementation Measures

- Establish and maintain an effective working relationship with the Walker County Board of Education.
- Develop mutually beneficial locations for schools and appropriate land uses adjacent to and/or near school property.
- To the extent possible, locate schools in neighborhoods in order to allow children to walk to school, reduce transportation costs, serve existing neighborhoods, and use existing infrastructure.

## Downtown Mixed Use


Buildings fronting west and southwest sides of LaFayette's "square"

### Description

- A mix of office, housing, and commercial uses
- Walkable
- Improves sense of community

Suggested Development Plan:

- Design guidelines for stores and offices (types, appearance)
- Upstairs housing around square where practical

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Mixed Use

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Incentives:

- Tax incentives for downtown mixed use infill

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve utilities, public transit

## Downtown Business District



### Description

A concentrated focal point with general retail, service commercial, professional office, higher-density housing, public and open space

Development Strategies/Policies:

- Relatively high-density mix of retail, office, services, employment and residential
- Higher density mixed income housing options next to the center
- Design for pedestrians with connections between uses
- Define road edges by locating buildings at roadside, rear parking
- Include direct connections to the greenspace and trail networks.
- Add sidewalks, pedestrian-friendly trail/bike routes to link to neighboring communities, libraries, schools, parks, health centers, etc.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Park/Recreation/Conservation
Public/Institutional

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Incentives:

- Tax incentives for downtown mixed use infill

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve utilities, public transit

## Industrial




Industrial site on GA Hwy. 337

### Description

Land used in higher intensity manufacturing, assembly, processing activities where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, or other nuisance characteristics are not contained on-site.

Development Strategies/Policies:

- Encourage carpooling.
- Assemble properties into one area.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options

### Land Uses

Industrial
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Use industrial and small industry parks; have mix of small and large industry

New or revised local development regulations:

- Require percentage of open space on site

Incentives:

- Tax breaks for incubators and small business for reuse and site cleanup

Public Investments:

- Install high-speed internet, provide alternative access roads

Infrastructure Improvements:

- Maintain and upgrade roads, install traffic lights, improve utilities

## Airport



Barwick-LaFayette Airport (top is east)

### Description

- Municipal airport
- May be linked to nearby industry, commercial areas
- Suggested Development Plan:
- Design guidelines similar to industrial, commercial, where practicable
- Linkage of airport to golf course, other sites where appropriate

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Regional cooperation

### Land Uses

Transportation/Communication/Utilities

### Implementation Measures

More detailed sub-area planning:

- Tie to commercial, industrial surroundings

New or revised local development regulations:

- Buffer requirements

Incentives

Public Investments:

- Market on county/city website

Infrastructure Improvements:

- Maintain roads

## Residential Redevelopment Area



Southeast section of the Redevelopment Area

### Description

An area that has most of its original housing stock in place, but housing conditions are worsening due to low rates of homeownership and neglect of property maintenance. There may be a lack of neighborhood identity and gradual invasion of different type and intensity of use that may not be compatible with the neighborhood residential use.

Suggested Development Plan:

- Focus on strategic public investments to improve conditions, appropriate infill development on scattered vacant sites, and encouraging more homeownership and maintenance or upgrade of existing properties.
- Public assistance and investment should be focused where needed to ensure that the neighborhood becomes more stable, mixed-income community with a larger percentage of owner-occupied housing.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Housing choices opportunities
- Educational opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

New or revised local development regulations:

- Opportunity Zones, Enterprise Zones, Urban redevelopment area

Incentives:

- Tax incentives

Public Investments:

- Community Development Block Grant

Infrastructure Improvements:

- Sidewalks, Civic projects for beautification and pride, and utility improvements

## Rural Gateway Corridor



South Main Street (U.S. 27/SR 1 Business)

### Description

Developed or undeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

Development Strategies/Policies:

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Retrofit or mask existing strip development or other unsightly features as necessary.

### Quality Community Objectives

- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Environmental protection
- Appropriate businesses
- Employment options
- Housing opportunities

### Land Uses

Commercial
Residential
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Historical overlay district

New or revised local development regulations:

- Sidewalk width, other streetscape elements, especially street lamps

Incentives:

- Developer variances for preserving trees, buffer vegetation, and vegetation islands in large parking lots

Public Investments:

- Beautification projects

Infrastructure Improvements

- Maintain sidewalks, street lamps

## Major Highway Corridor



U.S. Hwy 27 – LaFayette Bypass

### Description

Developed or undeveloped land on both sides of designated high-volume transportation facility, such as arterial roads and highways.

Development Strategies/Policies:

- Maintain a natural vegetation buffer (at least 50 feet in width).
- All new development should be set-back behind this buffer, with alternate access roads, shared driveways or inter-parcel roads
- Encourage landscaped, raised medians where appropriate.
- Provide pedestrian facilities behind drainage ditches or curb.
- Provide paved shoulders for bike lanes or emergency lanes.
- Manage access to keep traffic flowing; using directory signs.
- Unacceptable uses: new billboards.

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Regional identity
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Housing opportunities
- Regional cooperation

### Land Uses

Residential
Commercial
Transportation/Communication/Utilities
Industrial
Agriculture
Forestry

### Implementation Measures

More detailed sub-area planning:

- Traffic studies

New or revised local development regulations:

- Restrict billboards

Incentives:

- In return for developers having alternative access roads, other variances could be allowed.

Public Investments:

- Beautification projects

## Town Neighborhood



A portion of the original Fairyland Estates subdivision

### Description

A neighborhood having relatively well-maintained housing, possess a distinct identity through architectural style, lot and street design, and has higher rates of home-ownership. East of Lula Lake Road, the area consists of the Fairyland Estates subdivision, designed in 1924 around numerous natural features and built from the mid-1920s through the 1950s.

Development Strategies/Policies:

- Reinforce stability by encouraging homeownership and maintenance or upgrade of existing properties.
- Vacant properties in the neighborhood offer an opportunity for infill development of new, architecturally compatible housing.
- Include well-designed new neighborhood activity center at appropriate locations, which would provide a focal point
- Pursue strong pedestrian and bicycle connections for residents

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Public Investments:

- Sidewalks, beautification projects

Infrastructure Improvements:

- Improve existing water and sewer, provide high speed internet, transit

## Estate Residential




Bagby and Turnberry Lanes, west of Lula Lake Road

### Description

Rural, undeveloped land likely to face development pressures for lower density (one unit per two+ acres) residential development. Typically will have low pedestrian orientation and access, very large lots, open space, pastoral views, high degree of building separation.

Development Strategies/Policies:

Maintain rural atmosphere with new residential development by:

- Permitting rural cluster or conservation subdivision design that incorporate significant amounts of open space.
- Encourage compatible architecture styles that maintain regional rural character, without “franchise” or “corporate” architecture.
- Wherever possible, connect to regional network of greenspace and trails, available to pedestrians, bicyclists, and equestrians.
- Can be designed for greater pedestrian orientation and access, more character with attractive clustering of buildings

### Quality Community Objectives

- Traditional neighborhood
- Infill development
- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Regional cooperation

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve rural features and limit residential development.

New or revised local development regulations:

- Require preservation of open space, trees, limit commercial and residential development.

Incentives:

- Allow design variances for conservation subdivisions and individual homes.

Public Investments:

- Public parks and greenspace/ trails to connect residential and small stores

Infrastructure Improvements:

- Improve water and sewer, extend where practicable

## Town Center




City of Lookout Mountain, GA – Town Center area

### Description

A concentrated focal point with general retail, service commercial, professional office, public and open space

Development Strategies/Policies:

- Mix of retail, office, services, employment
- Design for pedestrians with connections between uses
- Include direct connections to the greenspace and trail networks.
- Add sidewalks, pedestrian-friendly trail/bike routes to link to neigh-boring communities, libraries, schools, parks, health centers, etc.

### Quality Community Objectives

- Transportation alternatives
- Regional identity
- Open space preservation
- Environmental protection
- Appropriate businesses
- Infill development
- Sense of place

### Land Uses

Commercial
Public/Institutional
Park/Recreation/Conservation

### Implementation Measures

More detailed sub-area planning:

- Create vision for mixed use areas

New or revised local development regulations:

- Design guidelines, infill use restrictions

Public Investments:

- Ask that public spaces/ plazas be included in new developments

Infrastructure Improvements:

- Create wifi hotspots, improve water and sewer, public transit

## Regional Activity Center



Lookout Mountain Golf Club

### Description

Concentration of sports and recreational complexes. These areas are characterized by high degree of access by vehicular traffic, and high transit use, including stops, shelters and transfer points; on-site parking; low degree of internal open space; large tracts of land, campus or unified development.

Development Strategies/Policies:

- Provide bike lanes or wide curb lanes to encourage bicycling and provide additional safety, provide conveniently located, preferably sheltered, bicycle parking at retail and office destinations and in multi-family dwellings.
- Encourage compatible architecture styles that maintain the regional character, and should not include "franchise" or "corporate" architecture.
- Design should be very pedestrian oriented, with strong, walkable connections between different uses.
- Include direct connections to nearby networks of greenspace or trails, available to pedestrians, bicyclists, and equestrians for both tourism and recreation purposes.

### Quality Community Objectives

- Sense of place
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness

### Land Uses

Park/Recreation/Conservation
Commercial

### Implementation Measures

- New or revised local development regulations
- Maintenance and infrastructure improvements

## Missionary Ridge Residential




South Mission Ridge Drive

### Description

This character area consists of mostly newer houses built on Missionary Ridge, overlooking the traditional neighborhood area in the valley. It is relatively well-maintained housing, with a distinct identity through architectural style, large lots, street design, and view of the valley and mountains. It is characterized by a higher rate of home ownership but is less walkable than the traditional residential character area.

Development Strategies/Policies:

- Reinforce stability by encouraging homeownership, maintenance, and upgrade of existing properties.
- Vacant lots are an opportunity for infill development of new, architectural compatible housing

### Quality Community Objectives

- Infill development
- Sense of place
- Regional identity
- Growth preparedness

### Land Uses

Residential

### Implementation Measures

More detailed sub-area planning:

- Preserve traditional and historic features while adapting for current use

New or revised local development regulations:

- Preservation, rehabilitation, infill guidelines and emphasis

Public investments

- Sidewalks, beatification projects

Infrastructure improvements:

- Improve existing water and sewer, provide high speed Internet, transit
- Bike paths, walking and running areas
- Assist in enforcing covenants

## Historic Mill Redevelopment Area



Old mill complex in redevelopment area

### Description

Redevelopment area that converts industrial and public/institutional sites to mixed-use developments that will serve as a community focal point. Currently, declining, unattractive, vacant, or under-utilized properties characterized by a high degree of access by vehicular traffic and on-site parking; large parcels of land, campus or unified development; some properties contain historic resources that are significant to Rossville's history as an early twentieth century textile manufacturing community.

Development Strategy/Policies:

- Encourage relatively high-density mix of retail, office, services, and employment and a diverse mix of housing types, such as town homes, apartments, lofts, and condominiums, including affordable and workforce housing.
- Infill development on vacant or under-utilized sites matching character and typical densities of older center of community.
- New development should be compatible in scale and architectural design to the area's historic fabric; "franchise" or "corporate" architecture should not be allowed.
- Protect historic properties from demolition and encourage rehabilitation and adaptive reuse.
- Street layouts should match those in older parts of the community and connect to existing street network at numerous points.
- Pedestrian access and open space should be provided to encourage walking between destinations and enhance citizen use and enjoyment of the area.
- Incorporate signage and lighting guidelines to enhance the quality of development.

### Quality Community Objectives

- Growth preparedness
- Appropriate businesses
- Employment options
- Heritage preservation
- Open space preservation
- Environmental protection
- Transportation alternatives
- Housing opportunities
- Infill development
- Sense of place

### Land Uses

Residential
Commercial
Industrial (light)
Park/Recreation/Conservation
Mixed Use

### Implementation Measures

- Conduct a historic resources survey of the area to identify significant historic resources that should be targeted for rehabilitation and adaptive reuse.
- Prepare a master plan for the area to encourage redevelopment.
- Utilize rehabilitation/building codes with standards more appropriate to the rehabilitation of older buildings.
- Develop a comprehensive infill development program/strategy to encourage infill development in the area, including incentives, improvements to public facilities and services, streamlined regulations, and design guidelines for appropriate design, density, and location of projects.

## Rossville Gateway



Chickamauga Avenue

### Description

Developed or underdeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

Development Strategies/ Policies:

- Focus on appearance with appropriate signage, landscaping and other beautification measures.
- Manage access to keep traffic flowing; using directory signage to clustered developments.
- Retrofit or mask existing strip development or other unsightly features as necessary.

### Quality Community Objectives

- Infill development
- Transportation alternatives
- Regional identity
- Heritage preservation
- Open space preservation
- Environmental protection
- Growth preparedness
- Appropriate businesses
- Employment options
- Regional cooperation

### Land Uses

Commercial

### Implementation Measures

More detailed sub-area planning:

- Overlay zoning district

New or revised local development regulations:

- Sidewalk width, proper setbacks, store front restrictions, sign ordinance

Incentives:

- Developer variances for preserving trees

Public investments:

- Beautification projects

Infrastructure Improvements:

- Maintain sidewalks, street lamps

# FUTURE DEVELOPMENT MAPS

The future development maps for the cities of Chickamauga, LaFayette, Lookout Mountain, Rossville, and Walker County can be found respectively on the following pages.


Future Development Map
Chickamauga, GA
Parcels
City Limits
Character Areas
Agriculture/Forestry
County Suburban
Crossroad Community
Greenspace/Conservation
Historic Downtown
Industrial
Manufactured Home Redevelopment Area
Mill Village
Mixed Use
Rural Gateway Corridor
Rural Residential
Traditional Neighborhood
Major Highway Corridor
Scenic Highway
N
W
E
S
1 in = 1,600 feet
NWGRC
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name, and disclaimer being displayed.
© January 2017
WALLACEVILLE
Ft. Oglethorpe
SHIELDS CROSSROAD
341
27


Future Development Map
LaFayette, GA
Parcels
City Limits
Character Areas
Agriculture/Forestry
Airport
County Suburban
Downtown Business District
Downtown Mixed Use
Greenspace/Conservation
Industrial
Mixed Use
Residential Redevelopment Area
Rural Gateway Corridor
Rural Residential
School
Traditional Neighborhood
Major Highway Corridor
Rural Gateway Corridor
Scenic Highway
1 in = 2,300 feet
NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name, and disclaimer being displayed.
© January 2017


Future Development Map
Lookout Mountain, GA
Parcels
City Limits
Character Areas
County Suburban
Crossroad Community
Estate Residential
Greenspace/Conservation
Regional Activity Center
Town Center
Town Neighborhood
Scenic Highway
1 in = 1,300 feet
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name, and disclaimer being displayed.
NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future
© January 2017
FLINTSTONE
189
N
E
S
W


Future Development Map Rossville, GA
City Limits
Parcels
Character Areas
County Suburban
Downtown Business District
Greenspace/Conservation
Historic Mill Redevelopment Area
Industrial
Missionary Ridge Residential
Rossville Gateway
Traditional Neighborhood
Major Highway Corridor
Rural Gateway Corridor
N
W
E
S
1 in = 1,100 feet
NWGRC
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name, and disclaimer being displayed.
© January 2017
Ft. Oglethorpe
27


Future Development Map Walker County, GA
City Limits
Character Areas
Agriculture/Forestry
County Suburban
Crossroad Community
Greenspace/Conservation
Industrial
McLemore Cove Historic District
Mixed Use
Rural Residential
Major Highway Corridor
Rural Gateway Corridor
Scenic Highway
N
W
E
S
1 in = 3 miles
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name, and disclaimer being displayed.
NWGRC
© December 2016
State of Tennessee
State of Alabama
Dade County
Catoosa County
Whitfield County
Chattooga County
Lookout Mountain
Rossville
Fort Oglethorpe
Chickamauga
LaFayette
FLINTSTONE
FAIRVIEW
HINKLE
MOUNTAIN VIEW
LYTLE
WALLACEVILLE
SHIELDS CROSSROAD
HIGH POINT
POND SPRING
ROCK SPRINGS
COOPER HEIGHTS
NOBLE
KENSINGTON
DAVIS CROSSROAD
CATLETT
CHESTNUT FLAT
CEDAR GROVE
PATTON
REO
NAOMI
VILLANOW
LOOKOUT
CENTER POST
2
193
157
341
136
27
95
337
151

# REPORT OF ACCOMPLISHMENTS




*Figure 18: Scenic overlook atop Lookout Mountain*

The reports of accomplishment show the results of past planning efforts. The status of each work program item can be found here. Since work programs are updated every five years, the items under consideration here are from the period from 2012-2016. The county manager, city managers, and other government officials reviewed the 2012-2016 work programs for their respective governments and noted which projects had been completed. If projects were started but not completed, the "Underway" column was marked and the estimated year of completion was noted. There is no penalty for postponing or dropping a project, since this is a planning document and not a binding legal agreement. However, an explanation is required for postponed or dropped projects. For example, a project may not have been accomplished because voters rejected a ballot measure to fund it. Sometimes an item is dropped because it may have been a new initiative or new mandate several years ago, but over time it has become a routine or function of government. Items marked as underway or postponed are carried forward to the work programs in this current plan, *Walker County Joint Comprehensive Plan, 2017-2021*. However, projects noted as "Ongoing," annual tasks, or policy statements will not be carried forward to the current 2017-2021 work programs unless noted otherwise in the explanation section of the table.

# CITY OF CHICKAMAUGA REPORT OF ACCOMPLISHMENTS

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***
***CIITY OF CHICKAMAUGA***

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| **ECONOMIC DEVELOPMENT** | | | | | | |
| Market the community and recruit new businesses in coordination with Chamber of Commerce, WCDA, NWGJDA, and SEIDA. | 2016 | | X | | | Ongoing |
| Market Chickamauga as a heritage tourism destination. | 2016 | | X | | | Ongoing |
| Market old city hall property for a “Victorian” hotel development. | 2016 | | | X | | Lack of funding |
| **HOUSING** | | | | | | |
| Promote a full range of senior housing opportunities | 2016 | | X | | | Ongoing |
| Apply for CDBG funds to revitalize the manufactured housing park areas. | 2016 | | 2021 | | | |
| **INFRASTRUCTURE AND FACILITIES** | | | | | | |
| Complete renovation of the Chickamauga Older Americans Center | 2016 | X | | | | |
| Underground placement of utilities – Phase I | 2016 | | 2020 | | | |
| Implement a recycling education program. | 2016 | | 2021 | | | |
| Implement a stormwater education program. | 2016 | | 2021 | | | |
| Develop dressing room facilities on Gordon-Lee House property. | 2013 | X | | | | |
| Implement water system improvements. | 2016 | | X | | | Ongoing |

| *REPORT OF ACCOMPLISHMENTS*<br>*SHORT-TERM WORK PROGRAM 2012-2016*<br>*CIITY OF CHICKAMAUGA* | | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Implement sewer system improvements. | 2016 | | X | | | Ongoing |
| Develop comprehensive recreation plan to include youth, adult and senior recreation needs. | 2016 | | 2021 | | | |
| Recreation improvements | 2016 | | X | | | Ongoing |
| Update land use regulations as needed. | 2016 | | X | | | Ongoing |
| Using GPS technology, develop land resource and city infrastructure databases (in conjunction with Walker County) | 2016 | X | | | | |
| Adopt proper ordinances to enforce building codes | 2016 | | 2018 | | | |
| ***TRANSPORTATION*** | | | | | | |
| Complete street improvements (resurfacing; traffic calming; intersection improvements) | 2016 | | X | | | Ongoing |
| Develop and implement a sidewalk plan for both residential and business districts. | 2016 | | 2018 | | | |
| Develop and implement a wayfinding signage program. | 2016 | | 2018 | | | |
| Construct the Chickamauga Battlefield Multiuse Trail from the city to the Chickamauga and Chattanooga NMP (including a municipal parking lot). | 2016 | X | | Parking Lot | | |

| ***REPORT OF ACCOMPLISHMENTS***<br>***SHORT-TERM WORK PROGRAM 2012-2016***<br>***CIITY OF CHICKAMAUGA*** | | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | ***YEAR*** | ***STATUS*** | | | | ***Explanation if postponed or dropped*** |
| | | ***Complete*** | ***Underway; Projected Completion Date*** | ***Postponed*** | ***Dropped*** | |
| Work with Walker County to develop linkages between local trail systems, regional bike routes, and existing trails in neighboring communities. | | | X<br>2020 | | | Found in Intergovernmental Coordination section in the new work program |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |
| Partner with volunteer groups for an annual waterway cleanup. | 2016 | | X | | | Ongoing |
| Complete Chickamauga Creek blueway within city. | 2012 | 2014 | | | | |
| Complete historic resources survey – Phase I. | 2013 | | 2020 | | | |
| Complete landscape plan for Gordon-Lee House. | 2014 | 2014 | | | | |
| Adopt proper ordinances for protection of community resources<br>(e.g., trees). | 2016 | | 2020 | | | |
| Develop plan for management of vacant mill village parcels acquired by city during flood mitigation project. | 2016 | | 2020 | | | |
| Continue implementation of the stormwater management plan. | 2016 | | 2020 | | | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Update the Service Delivery Strategy. | 2012 | X | | | | |

# CITY OF LAFAYETTE REPORT OF ACCOMPLISHMENTS

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

***City of LaFayette***

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| **ECONOMIC DEVELOPMENT** | | | | | | |
| Expand DDA area to add more businesses | 2012 | | 2020 | | | |
| Promote the Main Street Program and maintain annual accreditation. | 2016 | | 2021 ongoing | | | Carried into 2017-2021 CWP |
| Promote greenspace creation and management (consider greenway/heritage corridor approach to link parks with historic resources from the Square North along N. Main Street including Fort Cumming). | 2016 | | 2021 | | | |
| Coordinate with and support Northwest Georgia Joint Development Authority and Walker County Development Authority | 2016 | | 2021 Ongoing | | | |
| Promote Increased Job Training efforts with Georgia Northwestern Technical College and Georgia Dept. of Labor | 2016 | | 2021 Ongoing | | | |
| Target industries and businesses that match skills to the local workforce. | 2016 | | 2021 Ongoing | | | |
| Continue LaFayette DDA's community awareness program and local preservation advocacy | 2016 | | 2021 Ongoing | | | Carried into 2017-2021 CWP |
| Work with Walker County Chamber of Commerce to promote heritage tourism | 2016 | | 2021 Ongoing | | | Carried into 2017-2021 CWP |
| Promote establishing enterprise zones, opportunity zones and redevelopment areas in brownfield/grayfield areas | 2016 | | 2021 Ongoing | | | |
| **HOUSING** | | | | | | |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

***City of LaFayette***

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Encourage infill housing and mixed-use development. | 2016 | | 2021 Ongoing | | | Carried into 2017-2021 CWP |
| Provide incentives for upstairs living in the downtown business district | 2016 | | | X | | Postponed due to lack of funding |
| Review and update ordinances to encourage redevelopment of blighted areas, those encouraging infill, redevelopment of brownfields and greyfields. | 2016 | | 2020 | | | |
| **INFRASTRUCTURE AND FACILITIES** | | | | | | |
| Replace force main from Shattuck Industrial Blvd. | 2013 | | | X | | Postponed due to lack of funding |
| Replace Shattuck Industrial Blvd. lift station | 2012 | | | X | | Postponed due to lack of funding |
| Replace Spring Creek interceptor and trunk lines | 2015 | | | X | | Postponed due to lack of funding |
| Phase II Town Creek interceptor from Rambler Road to Warren Road | 2016 | | | X | | Postponed due to lack of funding |
| Replace McArthur Street interceptor | 2014 | | | X | | Postponed due to lack of funding |
| Replace subsoiler | 2013 | April 2015 | | | | |
| Replace sludge nurse truck | 2012 | November 2015 | | | | |
| Sludge storage tank | 2014 | 2015 | | | | |
| Phosphorus chemical feed system for settlement sludge | 2013 | 2014 | | | | |
| New well and clear well at Lee School Road | 2015 | | | X | | Postponed due to lack of funding |
| Build treatment plant for Dixon Springs | 2015 | | | X | | Postponed due to lack of funding |
| New well in Rock Spring area | 2016 | | | X | | Postponed after three failed attempts on test well |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

***City of LaFayette***

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Automated water meters and meter boxes | 2016 | | 2020 | | | 5,624 meters and boxes of the project completed with approximately 1509 remaining to be upgraded |
| Replace 2-inch galvanized water lines (23.5 miles) | 2016 | | | X | | Postponed due to lack of funding |
| Replace water main on Coffman Springs Road (approx. 1.98 miles) | 2012 | | | X | | Postponed due to lack of funding |
| New 2 MG concrete water tank at Colerain Street (Relocated to Reservoir Hill Tank Site) | 2013 | July 2015 | | | | |
| Fire flow improvements for Skyline Heights Subdivision | 2012 | | | X | | Postponed due to lack of funding |
| Build new city hall in downtown | 2016 | | | | | Postponed due to lack of funding |
| Convert drop-off recycling program to curb-side pickup and encourage citizens to participate | 2015 | | | X | | Postponed due to lack of funding |
| Expand the city's natural gas system. | 2013 | Approx 9,000Ft of New Main 93 New Customer | 2020 | | | |
| Establish emergency connection to another natural gas source (AGL). | 2014 | Projected Completion date unknown | 2020 | | | |
| Create a capital improvement plan. | 2012 | Projected Completion date 2016 | 2020 | | | |
| Replace police vehicles | 2016 | Sept 2016 | | | | |
| Police equipment (new/replacement) | 2016 | | Ongoing | | | |
| Early warning system | 2013 | | | X | | Postponed due to lack of funding |
| New fire trucks | 2013 | | | X | | Postponed due to lack of funding |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

***City of LaFayette***

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Fire command vehicle | 2014 | | | X | | Postponed due to lack of funding |
| Fire, rescue, and haz-mat support equipment | 2016 | | | X | | Postponed due to lack of funding |
| New fire vehicle/equipment building | 2013 | | | X | | Postponed due to lack of funding |
| Repair/improve city swimming pool or replace with water park | 2014 | | | X | | Postponed due to lack of funding |
| Renovate Simmons, Joe Stock, Max Stoker, Lowell Greene,<br>and Municipal Parks | 2016 | | | X | | Postponed due to lack of funding |
| Renovate the Ross Abney Recreation Complex | 2014 | | | X | | Postponed due to lack of funding |
| Finish construction of Presbyterian Memorial Park and maintain lease for public use. | 2016 | | 2019 | | | |
| Street Department vehicles (Bobcat; 1-ton dump trucks; paving machine; backhoe; side-arm tractor; tandems; Gradall excavator) | 2016 | 25% complete | 2021 | X | | Postponed due to lack of funding |
| Cemetery improvements and Cemetery Department equipment | 2016 | | 2022 | | | |
| Mausoleum and cremation burial facilities | 2016 | | | X | | Postponed due to lack of funding |
| Maintenance Department equipment (wash rack; heavy equipment lift) | 2014 | | | X | | Postponed due to lack of funding |
| Sanitation Department equipment (front-end loader; knuckle booms) | 2015 | | | X | | Postponed due to lack of funding |
| Replace existing meters with electronic receiver/transmitter (ERT) meters | 2013 | | 2022 | | | Electric: 86% Complete 3982 ERT's 558 Non-ERT. Studying the options of replacing existing meters with AMI meters. |
| Sub-station primary conversion (upgrade all 2.4 KV lines to 7.2 KV) | 2016 | 2009 | | | | |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

## *City of LaFayette*

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Establish two-way feeds to reduce outage time | 2016 | 2012 | | | | |
| Replace existing street lights with lower wattage sodium | 2016 | | | X | | Postponed – Studying the option of replacing HPS lights with lower wattage LED lights |
| Computer replacement | 2015 | 2016 | | | | |
| Update software for utility billing, taxes, and permits to a more efficient product. | 2014 | | 2018 | | | |
| Update vehicle fuel system to allow use of I.D. cards for obtaining fuel. | 2013 | 2016 | | | | |
| Review and update city planning and zoning ordinances | 2016 | | 2022 Ongoing | | | |
| Explore the possibility of reestablishing a 24-hour emergency health care facility in our community. | 2016 | | 2017 | | | |
| ***TRANSPORTATION*** | | | | | | |
| Build new airport terminal and demolish old terminal | 2012 | 2012 | | | | |
| Pursue Transportation Enhancement funds for additional streetscape phases or other local transportation projects. | 2015 | 2013 | | | | |
| Conduct a feasibility study of a west side corridor around LaFayette. | 2014 | | | X | | Postponed pending focus on revitalization plan of West LaFayette |
| ***NATURAL AND CULTURAL RESOURCES*** | | | | | | |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2017-2022**

## *City of LaFayette*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Designate downtown LaFayette as local historic district and adopt design guidelines. | 2013 | | 2020 | | | |
| Nominate LaFayette's historic business district to the National Register of Historic Places (NRHP). | 2015 | | | X | | Postponed due to City Plan enhancements in process |
| Nominate historic residential areas north and south of the square to the NRHP and designate as local historic districts. | 2016 | | | X | | Postponed due to City Plan enhancements in process |
| Promote public education on Fort Cumming and the Trail of Tears | 2016 | | 2021 Ongoing | | | Carried into 2017-2021 CWP |
| Participate in Civil War 150th Anniversary activities by working with sites in the county and region. | 2015 | 2015 | | | | |
| Continue to promote historic and cultural resources with brochures and websites. | 2016 | ongoing | | | | |
| Support reopening of Foothills Art Gallery in downtown LaFayette. | 2016 | | | X | | Have not found group willing to take on project. |
| Move railroad car onto acquired property and develop as model railroad museum. | 2016 | 25% complete | | X | | Postponed due to considerations of building train depot |
| Implement Stormwater Management Program | 2013 | | 2021 Ongoing | | | |
| Protect water quantity and quality of Queen City Lake. | 2016 | | 2021 Ongoing | | | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Update Service Delivery Strategy | 2012 | | | X | | Postponed due to lack of funding |

# CITY OF LOOKOUT MOUNTAIN REPORT OF ACCOMPLISHMENTS

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

***CITY OF LOOKOUT MOUNTAIN***

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| **ECONOMIC DEVELOPMENT** | | | | | | |
| Identify types of small businesses (restaurants, coffee shops, tailor, spa) that fit with Lookout Mountain's vision and contribute to the city's tax base. | 2016 | | X 2017 | | | This is now part of the town center development noted in the current Community Work Program |
| Identify incentives for these types of businesses to locate in Lookout Mountain. | 2016 | | X 2017 | | | Also part of the town center development noted in the current Community Work Program |
| Redevelop vacant town center properties. | 2016 | | X 2017 | | | Also part of the town center development noted in the current Community Work Program |
| Participate in countywide and regional tourism efforts. | 2016 | | X Ongoing | | | Policy statements are stated in the current Goals Narrative |
| **HOUSING** | | | | | | |
| Promote residential image of Lookout Mountain via city's website | 2012 | | X 2017 | | | |
| **INFRASTRUCTURE AND FACILITIES** | | | | | | |
| Provide sewer support to Brow Wood development | 2013 | X | | | | 40 year contract recently signed |
| Build new public works facility | 2012 | X | | | | |
| Build joint city hall/ fire/ police facility | 2015 | | X 2018 | | | Also part of the town center development noted in the current Community Work Program |
| Replace police cars (2) | 2015 | X | | | | |
| Purchase new garbage truck | 2015 | | X 2018 | | | Currently vetting trucks |
| Expand new neighborhood watch program | 2016 | | | | X | Program canceled after installation of cameras at the City's entrances and exits |

**REPORT OF ACCOMPLISHMENTS**
**SHORT-TERM WORK PROGRAM 2012-2016**

**CITY OF LOOKOUT MOUNTAIN**

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Maintain and update recreational facilities | 2016 | | X Ongoing | | | |
| Inventory city properties and facilities to be rehabilitated/ repaired/ renovated. | 2016 | X | | | | |
| Continue service upgrades to police and fire equipment as needed. | 2016 | | Ongoing | | | This is an unquantifiable project and will not be included in the current Community Work Program |
| Review and amend land use regulations as needed (zoning, subdivision regulations, steep slopes, signage, stream buffers) | 2016 | | Ongoing | | | Only quantifiable projects with completion dates are included in the current Community Work Program |
| **TRANSPORTATION** | | | | | | |
| Continue development of the pedestrian pathway in the city limits (including sidewalk on Lula Lake Road). | 2016 | X | | | | |
| Support projects in the Georgia/ Walker County portion of the CHCNGA-TPO boundary. | 2016 | | X | | | Included as part of the new trail interconnectivity project in the current Community Work Program |
| Maintain adequate supply of road salt | 2016 | | Ongoing | | | Only quantifiable projects with completion dates are included in the current Community Work Program |
| **NATURAL AND CULTURAL RESOURCES** | | | | | | |
| Adopt ordinances that address steep slopes and other sensitive environmental areas | 2015 | | X 2017 | | | |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Develop a joint website with the City of Lookout Mountain, Tennessee | 2013 | X | | | | |
| Continue service under Mutual Aid Agreement with City of Lookout Mountain, Tennessee | 2016 | | Ongoing | | | Only quantifiable projects with completion dates are included in the current Community Work Program |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

***CITY OF LOOKOUT MOUNTAIN***

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Update the Service Delivery Strategy. | 2012 | X | | | | |

# CITY OF ROSSVILE REPORT OF ACCOMPLISHMENTS

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

***CITY OF ROSSVILLE***

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| ***ECONOMIC DEVELOPMENT*** | | | | | | |
| Encourage and assist with the redevelopment of the Peerless Mill complex. | 2016 | | X 2021 | | | Completed a Renaissance revitalization plan with UGA, but no action has occurred since the plans were completed. |
| Develop and implement a façade improvement program for downtown. | 2016 | | X 2021 | | | |
| Seek an Opportunity Zone designation | 2016 | | X 2017 | | | |
| Recruit commercial development | 2016 | | X Ongoing | | | |
| Seek additional funding for economic development efforts | 2016 | | X Ongoing | | | |
| Revise zoning ordinance to allow appropriate residential development in commercial area. | 2016 | | X 2021 | | | |
| Continue to work with the NWGA JDA and with SEIDA in Chattanooga to promote economic development | 2016 | | X Ongoing | | | |
| Promote the John Ross House/Festival & coordinate local activities with the Chattanooga Tourism Bureau. | 2016 | | X Ongoing | | | |
| Continue to partner with Downtown Development Authority for development | 2016 | | X Ongoing | | | |
| ***HOUSING*** | | | | | | |
| Enforce Ordinance 440 | 2016 | | X Ongoing | | | |
| Apply for CDBG housing rehabilitation grant | 2016 | | | X | | Have not yet identified a project |

| REPORT OF ACCOMPLISHMENTS<br>SHORT-TERM WORK PROGRAM 2012-2016<br><br>CITY OF ROSSVILLE | | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Promote rehabilitation of old middle school for senior housing | 2016 | | X<br>2021 | | | |
| Support housing rehabilitation programs and upgrade of existing rental units. | 2016 | | X<br>Ongoing | | | |
| Review building codes and ordinances for feasibility of rehabilitation and infill downtown. | 2016 | | X<br>2019 | | | |
| Make variances friendly to builders, such as ordinance restrictions. | 2016 | | X<br>2018 | | | |
| Promote use of empty buildings as they become available. | 2016 | | X<br>Ongoing | | | |
| **INFRASTRUCTURE AND FACILITIES** | | | | | | |
| Apply for CDBG for sewer improvements | 2016 | | X<br>2017 | | | Applied in both 2014 and 2015 with no success. Will reapply in 2017. |
| Expand and encourage infill and redevelopment within the DDA boundary. | 2016 | | X<br>Ongoing | | | |
| Update the city charter | 2014 | | X<br>2019 | | | |
| Continue partnerships with area schools. | 2016 | | X<br>Ongoing | | | |
| Continue to make city facilities available to local schools. | 2016 | | X<br>Ongoing | | | |
| Continue to meet with Chattanooga to give progress report of streetscape and commitment to the Tennessee side of Rossville. | 2016 | | X<br>Ongoing | | | |
| Document sewer trouble spots where repair is needed to meet standards. | 2016 | | X<br>Ongoing | | | Carried into 2017-2021 CWP |

| REPORT OF ACCOMPLISHMENTS<br>SHORT-TERM WORK PROGRAM 2012-2016<br><br>CITY OF ROSSVILLE | | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Encourage infill, redevelopment, and compact development (not less than 7000 square feet) to take advantage of existing infrastructure investments. | 2016 | | X<br>Ongoing | | | |
| **TRANSPORTATION** | | | | | | |
| Pursue GDOT and Chattanooga MPO for funding to extend F.M. Gleason Parkway to Chickamauga Avenue. | 2016 | | X<br>2019 | | | |
| Evaluate and improve traffic signalization citywide. | 2016 | | X<br>Ongoing | | | |
| Reevaluate Streetscape Project - Phase II. | 2016 | | X<br>2018 | | | |
| Develop and begin implementation of a sidewalk plan for the residential areas. | 2016 | | X<br>2017 | | | |
| **NATURAL AND CULTURAL RESOURCES** | | | | | | |
| Request FEMA to reevaluate flood hazard map | 2016 | | X<br>2017 | | | |
| Enforce erosion, sedimentation, and stormwater ordinances | 2016 | | X<br>Ongoing | | | |
| Resolve ownership of the John Ross House | 2016 | | X<br>2020 | | | |
| Identify and protect environmentally sensitive areas. | 2016 | | X<br>Ongoing | | | |
| Apply for and participate in the GA Better Hometown Program. | 2013 | | X<br>2017 | | | |
| Update documentation of erosion, sedimentation, and stormwater runoff problems | 2016 | | X<br>2019 | | | |

| REPORT OF ACCOMPLISHMENTS<br>SHORT-TERM WORK PROGRAM 2012-2016<br><br>CITY OF ROSSVILLE | | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| City will continue to pursue historic preservation of sites and their addition to the National Historic Register | 2016 | | X<br>Ongoing | | | |
| **INTERGOVERNMENTAL COORDINATION** | | | | | | |
| Update the Service Delivery Strategy | 2012 | X | | | | |

# WALKER COUNTY REPORT OF ACCOMPLISHMENTS

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

***Walker County***

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| **ECONOMIC DEVELOPMENT** | | | | | | |
| Increase participation and utilization of economic development services by participating in the Northwest Georgia Joint Development Authority | 2016 | | X Ongoing | | | Carried into 2017-2021 CWP |
| Periodically review the standard incentive package used to encourage industrial and commercial businesses to locate in Walker County. Revise as needed. | 2016 | | X Ongoing | | | Carried into 2017-2021 CWP |
| Periodically review the inventory of vacant sites and buildings that are available for new or redevelopment and/or infill development. Update regularly. | 2016 | | X Ongoing | | | Carried into 2017-2021 CWP |
| Develop a written business development strategy based on our community's strengths, assets, and weaknesses. Consider the types of businesses already in our community and our available workforce and create a plan to recruit business/industry that will be compatible. Using the business plans and participating in the NWGAJDA, encourage new jobs for skilled and unskilled labor, as well as professional and managerial jobs. | 2016 | X | | | | |
| Develop U.S. Hwy 27 Tourism Corridor – including frontage roads. Consider an overlay zoning district for the area to support the plan. | 2016 | X | | | | Completed in 2012 |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Develop a written comprehensive tourism plan for all of Walker County in addition to the U.S. Hwy 27 Tourism Corridor. Include in the plan mapping, advertising in print, with billboards, websites, TV, radio, etc. | 2016 | | X 2020 | | | Working with Chamber of Commerce, on-going |
| State Park Lodge or Private Hotel/Conference Center on Lookout Mountain or Pigeon Mountain | 2016 | | | X | | Needs funding, working to get funds to build lodge |
| Actively participate in encouraging utilization and enhancement of the greenways trail system. Include maps of these trail systems on our GIS system and website | 2016 | | X Ongoing | | | Carried into 2017-2021 CWP |
| Continue to pursue the possibility of an equestrian center somewhere in Walker County | 2016 | | | X | | Funds needed |
| Actively work toward the redevelopment of brownfields as the opportunity arises. | 2016 | | X | | | Ongoing |
| Pursue redevelopment of the GA Hwy 2 corridor in Walker County, possibly incorporating a frontage road and Wilson Road Interchange. | 2016 | | X 2020 | | | Some businesses have built, ready for more |
| Industrial Park Development on Hwy 27 and West Reed Road add two local access road points | 2016 | | X Ongoing | | | Carried into 2017-2021 CWP |
| Ongoing exploration of new industrial development and use of industrial Revenue Bonds | 2016 | X | | | | |
| Embrace and encourage cultural heritage (i.e. artists, writers, etc.) in economic development by hosting art exhibits and other cultural activities. | 2016 | X | | | | Center open, events on-going |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Encourage new development of retail , commercial at Shields Crossroads w/ City of Chickamauga | 2016 | | X | | | Ongoing |
| Actively pursue sit-down restaurants to encourage them to locate in areas of Walker County in an effort to support the tourism plan. | 2016 | | X | | | Ongoing |
| Continue to actively market Walker County as a location for filming for Motion Picture Industry | 2016 | | X | | | |
| Pursue opportunities for broadband, building commercial and retail connections | 2016 | | X | | | Ongoing |
| Pursue opportunities to locate a sports complex such as YMCA or other similar organization | 2016 | | | | X | No funding as this time |
| Identify intersections with the highest volume of traffic and market those as points of interest for development | 2016 | X | | | | |
| Incorporate a new business license program for the unincorporated area of Walker County | 2016 | | X<br>2019 | | | Anticipated to be complete in 2018 |
| Install a new electronic sign at the Walker County Civic Center to better inform the public of special events at the Civic Center. | 2016 | | | X | | Funding needed |
| **HOUSING** | | | | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Encourage mixed use developments to meet needs of affordable, safe housing for all age groups and family types in communications with potential developers. Provide information on the Department of Community Affairs funding opportunities for these types of projects as opportunities arise | 2016 | | X<br>Ongoing | | | |
| Update and develop ordinances to manage growth – including incentives to attract unique housing developments and allow for alternative housing design | 2016 | | X<br>2021 | | | |
| Update the County Building Code Ordinances to match the most updated version of the state's codes | 2013 | X | | | | Completed in 2015 |
| **INFRASTRUCTURE AND FACILITIES** | | | | | | |
| Armuchee Valley Water Project | 2014 | | X<br>2018 | | | |
| Lookout Mountain Water Project | 2016 | | | | X | |
| Evaluate other areas of the County to determine future sewer needs. Include in the next SPLOST. | 2016 | | X<br>2012 | | | Need Next SPLOST |
| Explore options for expanding the Civic Center Facilities and parking, and possibilities for the school system since their new property joins the Civic Center Property | 2016 | | | X | | No lead person in place |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Continue to pursue recreational opportunities throughout Walker County to enhance the quality of life. This could include all types of recreation, such as equestrian, sports, agricultural, community centers, athletics, etc. | 2016 | | X Ongoing | | | |
| Participate in the Work Force Development Program with GDECD as recruitment incentive for industry | | | X Ongoing | | | |
| Implement Hazard Mitigation Plan | 2016 | | X | | | Update currently underway |
| Continue to work toward Class 3 ISO Rating | 2016 | X | | | | |
| Construction of a new Fire Hall on Hwy 157 South Walker County | 2016 | X | | | | |
| Update County's Official Code Section Manual (Annually) through Municode – County Website | 2016 | X | | | | |
| Have all Land Development Regulations available on CD for sale to the public | 2016 | X | | | | |
| Continue to review and update Land Development Regulations as appropriate. | 2016 | | X Ongoing | | | |
| Update websites on a regular basis for most current information including codes on municode.com, mapping data on qpublic.com (www.walkerassessors.com), and on www.walkerga.us. | 2016 | | X Ongoing | | | |
| Support expansion of commercial & retail development, through provision of facilities & services as needed for Rossville, Chickamauga – area projects | 2016 | | X Ongoing | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Due to the redistricting of the State, evaluate the location of the voting precinct in Walker County and make changes that are for the convenience of the voters in order to increase voter participation. | 2016 | X | | | | |
| Add additional information to qpublic.com (www.walkerassessors.com) as it becomes available, example flood maps, zoning updates, storm drainage structures, updated aerial photography, etc. | 2016 | | X<br>2021 | | | |
| Make GIS capabilities through the use of the ESRI Software available in all County Offices that can benefit from the system. | 2012 | X | | | | |
| Add the Cities' information to the County GIS system and website, including zoning, flood maps, etc. | 2013 | X | | | | |
| Update computer equipment, software and other technology in all County Offices as needed. | 2016 | | X<br>Ongoing | | | |
| Annually review fees to ensure that the Planning & Development Office (including the Stormwater Program) and Inspections and Enforcement Offices are self-supporting services provided to the citizens. | 2016 | | X<br>2021 | | | |
| Continue support of the Walker County Chamber of Commerce | 2016 | X | | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| Continue to maintain and operate the Walker County Civic Center, making improvements as funding becomes available, expansion of Civic Center footprint for additional conference space | 2016 | | X Ongoing | | | |
| Continue to provide Code Enforcement throughout Walker County (including Animal Control, County Police & building inspection) | 2016 | | X Ongoing | | | |
| **Transportation** | | | | | | |
| Update list of all county maintained roads and prioritize the list for improvement purposes in an effort to better maintain the road system. | 2016 | X | | | | |
| Develop standard operating procedures for maintenance of all county owned roads and drainage ways, including scheduled inspections of each. | 2012 | X | | | | |
| Develop and implement more detailed record keeping procedures for all work scheduled and completed. | 2012 | X | | | | |
| Road Re-striping Program | 2016 | | X Ongoing | | | |
| Continue to provide public transportation through the Walker County Transit. | 2016 | X | | | | |
| Implement the Transportation Investment Act of 2010 Projects | 2016 | X | | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | *YEAR* | *STATUS* | | | | *Explanation if postponed or dropped* |
|---|---|---|---|---|---|---|
| | | *Complete* | *Underway; Projected Completion Date* | *Postponed* | *Dropped* | |
| **NATURAL AND CULTURAL RESOURCES** | | | | | | |
| Find an appropriate location for an Indian Artifacts Museum and take steps toward opening this type of facility. | 2016 | | | X | | No location found, no current funding |
| County Trails system – extension of greenspace throughout county for connectivity | 2016 | | X Ongoing | | | |
| Publish map of countywide parks and recreation resources on the website and in print. | 2012 | | X 2019 | | | |
| Create and continue to update the Walker County Water Resources Map using our GIS system and use it to help protect our natural resources. | 2016 | | X Ongoing | | | |
| Update the areas requiring special attention Map and utilize it to help protect our natural resources and critical areas through comprehensive plan updates of the Future Development Maps, implementation | 2012 | | X Ongoing | | | |
| Take steps toward revising the land development regulations in order to protect steep slopes and the bluff. | 2012 | X | | | | |
| Develop a county-wide Historic Preservation Plan | 2016 | X | | | | |
| Amend Walker County Land Development Regulations to be more comparable to Better Site Design Standards and to be protect existing farm land. | 2016 | X | | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Rock Spring – Utilize the Stormwater Management Study to develop a Community Plan, including wetland Protection Project with community park/educational area. | 2016 | | | X | | Lack of Funding |
| Continue to Implement the Stormwater Management Program | 2016 | | X Ongoing | | | |
| Implement the TMDL Implementation Plan | 2016 | X | | | | |
| Explore the Opportunity for an Overlay District in McLemore Cove Area | 2016 | | | X | | Lack of interest |
| Explore ways to fund hydrology and hydraulic studies in areas where the National Flood Insurance Program's FEMA Flood Maps are incorrect and outdated in order to provide the most accurate information possible with regard to flood damage prevention. | 2016 | X | | | | |
| Participate in the Water Partnership for our Region to continue to find ways to better protect our water resources and still be able to provide affordable water service. | 2016 | X | | | | |
| Find ways to improve the county recycling program and environmental education in an effort to support the state's goal of 25% reduction to our landfills. | 2016 | | | X | | Lack of funding needed to expand. |
| Develop and implement an "environmental" court to address enforcement of certain county ordinances. | 2012 | X | | | | |
| ***INTERGOVERNMENTAL COORDINATION*** | | | | | | |
| Agricultural Services – Ag Center, Department of Agriculture, Etc. | 2016 | X | | | | |

***REPORT OF ACCOMPLISHMENTS***
***SHORT-TERM WORK PROGRAM 2012-2016***

## *Walker County*

| ACTIVITY | YEAR | STATUS | | | | Explanation if postponed or dropped |
|---|---|---|---|---|---|---|
| | | Complete | Underway; Projected Completion Date | Postponed | Dropped | |
| Animal Shelter improvements | 2015 | X | | | | |
| Archives/Records Updates of Equipment and Maintain Facility | 2016 | X | | | | |
| Beverage Control Board Review of existing permits to ensure continued compliance. | 2016 | X | | | | |
| Update technology as needed for the E911 Center, the Sheriff's Department, and the Fire Department to provide the most effective emergency response possible. | 2012 | X | | | | |
| Continue to support the cities with services as needed and as available. | 2016 | X | | | | |

# COMMUNITY WORK PROGRAMS



*Figure 19: Historic Marsh House*

The community work programs represent a list of specific tasks that the governments are willing to attempt accomplishing. Developing the work program from needs and opportunities lists helps to lead the residents and managers from general ideas about issues to creating specific tasks to solve them. It is not a contract or binding document, since many items that go on the list are dependent on funding that has not yet been awarded or obtained. Using the possible strategies from the Needs and Opportunities, planners created work program tables. The stakeholders, managers, and other government officials reviewed these work programs. The managers had final say in the content of the work programs, because they are the appointed officials who run the government. In the case of Rossville, which does not have a city manager, the mayor and other officials had the final say.

In the tables below projects can be found from the previous 2012-2016 work program as well as new projects for the 2017-2021 period. However, as stated previously, any items in the previous work program that would be considered a policy statement or an annual practice such as routine maintenance will not be carried forward in the current 2017-2021 work program as these items are not quantifiable projects with a beginning and end. In the first column one will note the number which references the specific need or opportunity cited previously in the plan. The second column contains a brief description of the item or project to be carried out, followed by a timeline, an estimated cost, a funding source, and the party responsible for the task's completion.

# CITY OF CHICKAMAUGA COMMUNITY WORK PROGRAM

| COMMUNITY WORK PROGRAM, 2017-2021<br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| ED-4 | Depot renovation & Welcome Center | X | X | | | | $40,000 | Private/Public | City |
| ED-4 | Continuation of Streetscape (front & back alley façade) | X | | | X | X | $6,000 pavers, $500,000 alley | Private/City/ Grants | Private/City/ Grants |
| ED-4 | Market old city hall property for a "Victorian" hotel development. | | | | | X | $50,000 | Public, Private | City |
| | **HOUSING** | | | | | | | | |
| H-1<br>LU-1, CF-4 | Promote the revitalization of the Mill Villages by adopting of design guidelines, or an Urban Redevelopment Plan | | | X | | | $5,000 | City staff time | City, NWGRC |
| H-1, H-2<br>LU-1, CF-4 | Promote the revitalization of the Mill Villages by utilizing the Neighborhood Stabilization Program. | | | | | X | $5,000 | City staff time, NSP | City, NWGRC |
| H-1, H-2, CF-4 | Apply for CDBG funds to revitalize the manufactured housing park areas. | | | | | X | $500,000 | CDBG, Staff Time | City |

| COMMUNITY WORK PROGRAM, 2017-2021<br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| CF-2 | Decorative Roundabout at Five Points and 341 intersection. Phase one feasibility study | | | | | X | $10,000 | GDOT/City/<br>Grants | GDOT & City |
| T-2 | Wayfinding Signs, asphalt stencils | X | X | X | | | $3,000 | City public works labor/Hotel Motel Tax | City |
| NR-1<br>T-2 | Gateway Signs – see RSVP Plan. Adding one to two signs per year | X | X | X | X | | $25,000 | City/Hotel Motel Tax | City |
| NR-1<br>T-2 | Sidewalks – Simonton Hills | | | X | | | $250,000 | SPLOST/Grants | City |
| T-1 | Sidewalks--Dogwood Estates | | | X | | | $250,000 | SPLOST/Grants | City |
| T-1, T-3 | Develop and implement a sidewalk plan for both residential and business districts. | | X | | | | $500,000 | City, State | City |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| CF-10 | Storm water drainage improvement – 10th street | | | X | X | X | $700,000 | Private/Grants/City /SPLOST/CDBG | City |
| NR-2 | Dock and walking trail at Lee & Gordon's Mill | | X | X | | | $20,000 | City/Grants | City |

| COMMUNITY WORK PROGRAM, 2017-2021<br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| ED-4<br>NR-1 | Downtown Art Grant | | | X | | | $10,000 | Grants | City |
| CF-11 | Coke Oven Branch litter catch basin | | | | X | | $10,000 | City | City |
| NR-2 | Complete historic resources survey – Phase I. | | | | X | | $8,000 | City, HPF Grant | City, HPC |
| NR-3 | Adopt proper ordinances for protection of community resources (e.g., trees). | | | | X | | $1,000 | Staff Time, Attorney Fees | Same |
| CF-10<br>ED-5 | Develop plan for management of vacant mill village parcels acquired by city during flood mitigation project. | | | | X | | $50,000 | City, State | City |
| CF-10 | Continue implementation of the stormwater management plan. | | | | X | | $50,000 | City | Same |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| CF-8 | Catalog codes and ordinances for municode or website accessibility | | | X | | | $5,000 | City Staff time/fees | City |
| NR-1<br>CF-9 | Bathrooms Downtown | | X | | | | $5,000 | City | City |

## COMMUNITY WORK PROGRAM, 2017-2021

## City of Chickamauga

| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| NR-1<br>CF-9 | Bathrooms Helicopter Park | | | | X | | $20,000 | City | City |
| LU-6 | Cemetery – planting trees & shrubs | | | X | | | $5,000 | Modern woodmen of America, City | Boy Scouts, City |
| CF-9 | Refurbish existing & build new gazebos | X | X | X | | | $30,000 | Grant/City/SPLOST | City |
| CF-9 | Dog Park in Mill Village | | X | | | | $10,000 | City/Private | City |
| CF-2 | Underground placement of utilities – Phase I | | | | X | | $5,000,000 | Electric System Revenues, Loans, Grants | City |
| NR-3<br>CF-11 | Implement a recycling education program | | | | | X | $3,000 | City, Donations | City, Civic Groups |
| CF-10 | Implement a stormwater education program. | | | | | X | $3,000 | Staff time, Donations | City, Civic Groups |
| NR-2 | Develop comprehensive recreation plan to include youth, adult and senior recreation needs. | | | | | X | $50,000 | City, State | City |
| ED-5<br>LU-1<br>H-1 | Adopt proper ordinances to enforce building codes | | X | | | | $25,000 | City | Same |

| COMMUNITY WORK PROGRAM, 2017-2021<br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **LAND USE** | | | | | | | | |
| ED-4<br>CF-9 | MOU – by bank (lot for downtown event space) | X | | | | | $1,000 | City | City Attorney |
| ED-4<br>CF-9 | MOU – for continued access to Crawfish Springs | X | | | | | $1,000 | City | City Attorney |
| ED-4<br>CF-9 | Seating for downtown event space | | | X | | | $5,000 | City | City |
| ED-4<br>CF-9 | Seating for Crawfish Springs | | | | | X | $5,000 | City | City |
| | **INTERGOVERNMENTAL COORDINATION** | | | | | | | | |
| NR-1, NR-2<br>CF-8 | Multi use trail to the park, last two mile connection | | | | X | | $10,000 | RTP | City/County<br>GDOT |
| NR-1, NR-2<br>CF-8 | Bikeways and trails feasibility study | | | X | | | $20,000 | TPO | Reagan Smith |
| IG-1 | Maintain and revise Service Delivery Strategy as needed | | | | | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County |

| COMMUNITY WORK PROGRAM, 2017-2021<br><br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| IG-2 | Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities | X | X | X | X | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County, Board of Education |

# CITY OF LAFAYETTE COMMUNITY WORK PROGRAM

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| ED-1, ED-2 | Expand DDA area to add more businesses | | | | X | | $500 | City | Main Street |
| ED-4<br>NR-1 | Promote the Main Street Program and maintain annual accreditation. | | | | | X | $5,000 | Staff Time | Main Street |
| ED-4<br>NR-2 | Promote greenspace creation and management (consider greenway/heritage corridor approach to link parks with historic resources from the Square North along N. Main Street including Fort Cumming). | | | | | X | $30,000 | General fund, Grants, Donations | Economic Development / Planning |
| ED-5, ED-8<br>LU-6 | Continue LaFayette DDA's community awareness program and local preservation advocacy | | | | | X | $3000 | DDA/Grants | Main Street |
| ED-1, ED-3<br>NR-1 | Work with Walker County Chamber of Commerce to promote heritage tourism. | | | | | X | $10,000 | HMT | Economic Development |
| ED-1, ED-4<br>NR-1 | Improve LaFayette recognition, branding and tourism by holding annual Honeybee Festival | X | | | | | $40,000 | General Fund | Event Coordinator |
| | **HOUSING** | | | | | | | | |
| ED-7<br>LU-1<br>H-1, H3 | Encourage infill housing and mixed-use development. | | | | | X | $20,000 | General Fund/Grants/ Developer | Economic Development/ Planning |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| LU-1, LU-4 | Provide incentives for upstairs living in the downtown business district. | | | X | | | $5,000 | General Fund | City Council |
| H-1, LU-5 | Review and update ordinances to encourage redevelopment of blighted areas, those encouraging infill, redevelopment of brownfields and greyfields | | | | X | | $2,000 | Staff Time | Planning / Codes |
| H-1 | Launch Neighborhood Revitalization Initiative to address blighted properties | X | | | | | $2,000 | Staff Time | Economic Development / Codes |
| LU-4, LU-6 | Perform feasibility study of condo/townhome development near golf course | | | X | | | $5,000 | Grants | Economic Development |
| | **TRANSPORTATION** | | | | | | | | |
| CF-3<br>T-4 | GDOT collaboration to find solution for tractor trailer not using downtown as main route (utilize bypass) | | | | X | | $1,000 | Staff Time | Public Works |
| T-2 | Pursue Transportation Enhancement funds for additional streetscape phases or other local transportation projects. | | | | X | | $2,000 | Staff Time | Economic Development |
| CF-3 | Repaving of Duke Street, Bradley Ave, Oakland, Magnolia, Langley | | | X | | | $250,000 | LMIG / Local | Public Works |
| NR-2 | Develop bike trails / lanes | | | | | X | $150,000 | Local/LMIG | Recreation |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| T-2 | Erect "Gateway Corridor" invitational markers | | | | X | | $40,000 | Local /HMTI | Economic Development |
| T-1<br>ED-4, ED-7 | Perform feasibility study for golf cart trails coming in and out of LaFayette Square | | | | | X | $7000 | Local | Streets |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| NR-1<br>LU-6 | Designate downtown LaFayette as local historic district and adopt design guidelines. | | | | X | | $500 | Staff Time | Main Street |
| NR-1<br>LU-6 | Nominate LaFayette's historic business district to the National Register of Historic Places (NRHP). | | | | X | | $500 | Staff Time | Main Street |
| NR-1<br>LU-6 | Nominate historic residential areas north and south of the square to the NRHP and designate as local historic districts. | | | | X | | $1,000 | Staff Time | Main Street |
| NR-1 | Promote public education on Fort Cumming and the Trail of Tears. | | | | | X | $5000 | Grants | Economic Development |
| ED-4 | Support opening of Art Gallery in downtown LaFayette. | | | | | X | $5000 | DDA/Grants/Private donors | Main Street |
| CF-7, 10 | Implement Stormwater Management Program | | | | | X | $10,000 | User Fees | City |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
| NR-3 | Protect water quantity and quality of Queen City Lake. | | | | | X | $1,000 | Local | Water Department |
| NR-1 | Expand boat ramp on Queen City Lake to increase use of lake for recreation and tourism | | X | | | | $6,000 | SPLOST | Planning / Codes |
| NR-1 | Build more tourism on geography such as Pigeon Mountain rock climbing and caving | | | | | X | $10,000 | HMT | Economic Development |
| NR-1 | Erect dock alongside boat ramp on Queen City Lake to increase use of lake for recreation and tourism | | | X | | | $30,000 | SPLOST | Planning / Codes |
| LU-6 | Repairs on Chattooga Academy building | | | X | | | $50,000 | Local | Planning / Codes |
| NR-1 | Develop stronger partnership with Marsh House to promote tourism | | X | | | | $5,000 | Staff Time | Economic Development |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| CF-9 | Renovate Simmons, Joe Stock, Max Stoker, Lowell Greene, and Municipal Parks | | | | | X | $5,000,000 | Grants, LWCF | Recreation |
| CF-9 | New roof on City Hall | | X | | | | $75,000 | Local | Public Works |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-9 | New roof on community swimming pool pavilion | | X | | | | $15,000 | Local | Public Works |
| ED-6 | Expand broadband internet speed and services | | | X | | | $7,000,000 | Grants | City |
| CF-10 | Build Splash Park | | | | | X | $500,000 | SPLOST | Recreation |
| CF-1 | Replace force main from Shattuck Industrial Blvd. | | | | | X | $175,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |
| CF-1 | Replace Shattuck Industrial Blvd. lift station | | | | | X | $150,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |
| CF-1 | Replace Spring Creek interceptor and trunk lines | | | | | X | $1,000,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |
| CF-1 | Phase II Town Creek interceptor from Rambler Road to Warren Road | | | | | X | $2,000,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |
| CF-1 | Replace McArthur Street interceptor | | | | | X | $200,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-3 | Fire command vehicle | | | | | X | $36,000 | General Fund, SPLOST, Grants, AFG | City of LaFayette |
| CF-3 | Fire, rescue, and haz-mat support equipment | | | | | X | $120,000 | General Fund, SPLOST, Grants, AFG | City of LaFayette |
| CF-3 | New fire vehicle/equipment building | | | | | X | $300,000 | General Fund, SPLOST, Grants, AFG | City of LaFayette |
| CF-9 | Renovate the Ross Abney Recreation Complex | | | | | X | $200,000 | General Fund, SPLOST Grants | City of LaFayette |
| CF-9 | Finish construction of Presbyterian Memorial Park and maintain lease for public use. | | | X | | | $2,500 | Donations | City of LaFayette |
| CF-1, CF-9, CF-1 | Street Department vehicles (Bobcat; 1-ton dump trucks; paving machine; backhoe; side-arm tractor; tandems; Gradall excavator) | | | | | X | $500,000 | General Fund, SPLOST, Grants | City of LaFayette |
| CF-9 | Cemetery improvements and Cemetery Department equipment | | | | | X | $125,000 | General Fund | City of LaFayette |
| CF-9 | Mausoleum and cremation burial facilities | | | | | X | $75,000 | General Fund | City of LaFayette |
| CF-1, CF-9, CF-1 | Maintenance Department equipment (wash rack; heavy equipment lift) | | | | | X | $60,000 | General Fund, SPLOST, Grants | City of LaFayette |

## COMMUNITY WORK PROGRAM, 2017-2027

## CITY OF LAFAYETTE

| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| CF-8, CF-1 | Replace existing meters with electronic receiver/transmitter (ERT) meters | | | | | X | $3,000 | Enterprise fees, MEAG, Grants, SPLOST | City of LaFayette |
| CF-11 | Sanitation Department equipment (front-end loader; knuckle booms) | | | | | X | $170,000 | User fees, General Fund, Grants, SPLOST | City of LaFayette |
| CF-1 | Replace 2-inch galvanized water lines (23.5 miles) | | | | | X | $20,000/yr | City, GEFA, User Fees, Other Grants | City of LaFayette |
| CF-1 | Replace water main on Coffman Springs Road (approx. 1.98 miles) | | | | | X | $130,000 | City, GEFA, User Fees, Other Grants | City of LaFayette |
| CF-8, CF-1 | Automated water meters and meter boxes | | | | X | | $25,000/yr | City, GEFA, User Fees, Other Grants | City of LaFayette |
| CF-1, CF-2 | Fire flow improvements for Skyline Heights Subdivision | | | | | X | $500,000 | City, GEFA, User Fees, Other Grants | City of LaFayette |
| CF-11 | Convert drop-off recycling program to curb-side pickup and encourage citizens to participate | | | | | X | $30,000 | General Fund, User fees | City of LaFayette |
| ED-9, CF-1 | Expand the city’s natural gas system. | | | | X | | $1,000,000 | MGAG loan | City of LaFayette |
| ED-9, CF-1 | Establish emergency connection to another natural gas source (AGL). | | | | X | | $100,000 | MGAG, GEFA, User fees | City of LaFayette |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| ED-8 | Create a capital improvement plan. | | | | X | | $5,000 | Staff Time | City of LaFayette |
| CF-3 | Early warning system | | | | | X | $30,00 | General Fund and grants | City of LaFayette |
| CF-3 | New fire trucks | | | | | X | $410,000 | City, SPLOST, Grants, AFG | City of LaFayette |
| CF-2 | Replace existing street lights with lower wattage sodium | | | | | X | $15,000 | Enterprise fees, MEAG, Grants, SPLOST | City of LaFayette |
| CF-8 | Update software for utility billing, taxes, and permits to a more efficient product. | | X | | | | $50,000 | Enterprise funds, General Fund | City of LaFayette |
| CF-3 | Explore the possibility of reestablishing a 24-hour emergency health care facility in our community. | X | | | | | $1,000 | Staff Time | City of LaFayette |
| CF-1 | New well and clear well at Lee School Road | | | | | X | $200,000 | City, User Fees, GEFA, Grants | City of LaFayette |
| CF-1 | Build treatment plant for Dixon Springs | | | | | X | $2,000,000 | City, User Fees, GEFA, Grants | City of LaFayette |
| CF-1 | New well in Rock Spring area | | | | | X | $100,000 | City, User Fees, GEFA, Grants | City of LaFayette |
| | **LAND USE** | | | | | | | | |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LAFAYETTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
| LU-5<br>CF-7 | Establish more specific character areas to make better planning and zoning decisions | | | X | | | $2,000 | Staff Time | Planning / Codes/NWGRC |
| LU-5<br>CF-7 | Update recommended character area maps | | | | X | | $1,000 | Staff Time | Planning / Codes |
| | **INTERGOVERNMENTAL COORDINATION** | | | | | | | | |
| CF-7,<br>IG-1, 2 | Build consensus on long term planning with new county Commissioner | X | | | | | $5,000 | Staff Time | City Manager / Economic Development |
| IG-1 | Maintain and revise Service Delivery Strategy as needed | | | | | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County |
| IG-2 | Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities | X | X | X | X | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County, Board of Education |

# CITY OF LOOKOUT MOUNTAIN COMMUNITY WORK PROGRAM

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LOOKOUT MOUNTAIN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| ED-1,2,3 | Identify types of small businesses (restaurants, coffee shops, tailor, spa) that fit with Lookout Mountain's vision and contribute to the city's tax base. | X | | | | | $1,000 | Staff Time | City Staff and Officials |
| ED-1, 2 | Identify incentives for these types of businesses to locate in Lookout Mountain. | X | | | | | $1,000 | Staff Time | City Staff and Officials |
| ED-4 | Redevelop vacant town center properties. | X | | | | | 2, 000,000 | General Fund | City |
| | **HOUSING** | | | | | | | | |
| CF-8<br>LU-6 | Promote residential image of Lookout Mountain via city's website | X | | | | | $50,000 | Hotel/Motel Tax | City of Lookout Mountain Ga., City of Lookout Mountain Tn. |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| NR-3 | Update ordinances to increase stream buffers and protect steep slopes | X | | | | | $5,000 | Staff Time | City |
| CF-10 | Develop forward thinking stormwater management plan | | X | | | | $25,000 | Staff Time, General Fund | Fox Environmental, City |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LOOKOUT MOUNTAIN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-9 | Landscape the new Memorial Park | | | X | | | $10,000 | General Fund, Staff Time | City |
| CF-9<br>NR-1 | Create a bouldering park and picnic area | | | | X | | $10,000 | General Fund, Grant | City, Reagan Smith, UGA |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| CF-1 | Update the sanitary sewer system pump station | | | | | X | $350,000 | General Fund, Loan | City |
| ED-4<br>CF-9 | Construct phase one of a new town center including a new City Hall, police and fire departments, commercial space, and a new city park | | X | | | | $2,000,000 | General Fund, Loan | City |
| ED-4<br>CF-9 | Construct phase two of the town center complex. | | | | | X | $1,000,000 | General Fund, Loan | City |
| LU-1,6 | Create design guidelines for new commercial and residential development to protect the City's character | | X | | | | $20,000 | General Fund | City |
| LU-1,6 | Create a city master plan with Carl Vinson Institute | X | | | | | $10,000 | Lyndhurst Foundation | City, UGA |
| CF-8 | Create new updated City website | X | | | | | $4,000 | General Fund | City |
| CF-3, 9 | Build joint city hall/ fire/ police facility | | X | | | | $1,000,000 | General Fund | City |
| CF-11 | Purchase new garbage truck | | X | | | | $100,000 | General Fund, USDA Loan | City |
| | **LAND USE** | | | | | | | | |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF LOOKOUT MOUNTAIN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| LU-5 | Review and adopt the updated zoning ordinance prepared by the Northwest Georgia Regional Commission | | X | | | | $5,000 | Staff Time, Attorney Fees | City Staff, Planning Commission |
| LU-6<br>CF-10 | Create and adopt a detailed land use plan to guide future development based on density restrictions created by stormwater and other factors | | | | X | | $20,000 | General Fund | Georgia Conservancy, City |
| | **INTERGOVERNMENTAL COORDINATION** | | | | | | | | |
| CF-7<br>NR-2 | Create draft map for the Lookout Mountain Trails Committee's bike and pedestrian trail system | X | | | | | $1,000 | Staff Time | Reagan Smith Engineering, City, |
| CF-7<br>NR-2 | Apply for a Recreational Trails grant to further the Lookout Mountain Trails Committee's bike and pedestrian trail system | | X | | | | $2,000 | RTP, General Fund | Reagan Smith Engineering, City, NWGRC |
| IG-1 | Maintain and revise Service Delivery Strategy as needed | | | | | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County |
| IG-2 | Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities | X | X | X | X | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County, Board of Education |

# CITY OF ROSSVILLE COMMUNITY WORK PROGRAM

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF ROSSVILLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| ED-5, CF-4 | Encourage and assist with the redevelopment of the Peerless Mill complex. | | | | | X | $1,000 | City, DDA | Same |
| ED-4 | Develop and implement a façade improvement program for downtown. | | | | | X | $1,000 | Staff Time, DDA | City, DDA |
| ED-2 | Seek an Opportunity Zone designation | X | | | | | $1,000 | Staff Time | City, NWGRC |
| LU-1 | Revise zoning ordinance to allow appropriate residential development in commercial area. | | | | | X | $5,000 | City | City |
| LU-6 ED-4,5, CF-4, CF-6 | Work With UGA to prepare a RSVP city Masterplan | X | | | | | $10,000 | Lyndhurst Foundation, Staff Time | City |
| | **HOUSING** | | | | | | | | |
| H-1, 3 LU-1, CF-4 | Review building codes and ordinances for feasibility of rehabilitation and infill downtown. | | | X | | | $2,000 | Staff Time | City |
| H-1, 3 LU-1 | Make variances friendly to builders, such as ordinance restrictions. | | X | | | | $2,000 | Staff Time | City |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF ROSSVILLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
| H-1, CF-4 | Apply for CDBG housing rehabilitation grant | | | | | X | $500,000 | Staff Time | City, NWGRC |
| ED-7<br>H-3, CF-5 | Promote rehabilitation of old middle school for senior housing | | | | | X | $5,000 | Staff Time, Private Investment | City |
| | **TRANSPORTATION** | | | | | | | | |
| CF-2<br>T-2 | Pursue GDOT and Chattanooga MPO for funding to extend F.M. Gleason Parkway to Chickamauga Avenue. | | | X | | | $1,000 | City, Walker County | City |
| CF-2<br>T-2 | Reevaluate Streetscape Project - Phase II. | | X | | | | $10,000 | City, GDOT | City |
| CF-2 | Develop and begin implementation of a sidewalk plan for the residential areas. | X | | | | | $300,000 | City, State | City |
| CF-6 | Investigate feasibility of using city school busses for public transportation | X | X | | | | $2,000 | Staff Time | City, City School System |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| LU-1<br>IG-2 | Request FEMA to reevaluate flood hazard map | X | | | | | $1,000 | Staff Time | FEMA, City |

| COMMUNITY WORK PROGRAM, 2017-2027<br>CITY OF ROSSVILLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| NR-1 | Resolve ownership of the John Ross House | | | | X | | $5,000 | City, John Ross House Association | City |
| ED-4<br>LU-6 | Apply for and participate in the Main street Program | X | | | | | $2,000 | Staff Time | City |
| CF-10 | Update documentation of erosion, sedimentation, and stormwater runoff problems | | | X | | | $5,000 | Staff Time | City |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| CF-1 | Apply for CDBG for sewer improvements | | X | | | | $500,000 | CDBG | City, Reagan Smith, NWGRC |
| CF-7 | Renew the City Charter | | | X | | | $5,000 | General Fund | City |
| CF-1 | Document sewer trouble spots where repair is needed to meet standards. | | | | | X | $100,000 | General Fund, Loans | City |
| CF-7 | Research feasibility of using school buses for public transit | X | | | | | $2,000 | Staff Time, TPO | City |
| | **INTERGOVERNMENTAL COORDINATION** | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IG-1 | Maintain and revise Service Delivery Strategy as needed | | | | | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County |
| IG-2 | Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities | X | X | X | X | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County, Board of Education |

# WALKER COUNTY COMMUNITY WORK PROGRAM

## COMMUNITY WORK PROGRAM, 2017-2027

## WALKER COUNTY

| Need/ Opportunity Code: | Activity Description | 2017 | 2018 | 2019 | 2020 | 2021 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| NR-2 | Develop a written comprehensive tourism plan for all of Walker County in addition to the U.S. Hwy 27 Tourism Corridor. Include in the plan mapping, advertising in print, with billboards, websites, TV, radio, etc. | | | | X | | $90,000 | Grants, Chamber, County, NWGAJDA | Same |
| CF-9<br>NR-1 | State Park Lodge or Private Hotel/Conference Center on Lookout Mountain or Pigeon Mountain | | | | | X | $33,000,000 | State, Private Funding | County, Chamber |
| CF-2<br>NR-2 | Actively participate in encouraging utilization and enhancement of the greenways trail system by Including maps of these trail systems on our GIS system and website | | | X | | | $440,000 | Grants, State, Local | County |
| CF-9<br>NR-1 | Pursue the possibility of an equestrian center somewhere in Walker County | | | | | X | $5,000,000 | Private, Staff Time | County, Chamber |
| CF-3 | Pursue redevelopment of the GA Hwy 2 corridor in Walker County, possibly incorporating a frontage road and Wilson Road Interchange. (See new item) | | | | X | | $1,100 | TIA, Private, County | County |
| ED-9<br>LU-3 | Industrial Park Development on Hwy 27 and West Reed Road add two local access road points | | | | X | | $12,000,000 | Walker County Officials, WCDA, and NWGAJDA | Same |
| ED-1, 2 | Incorporate a new business license program for the unincorporated area of Walker County | | | X | | | $5,000 | Staff Time | County |

| COMMUNITY WORK PROGRAM, 2017-2027<br>WALKER COUNTY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-10 | Install a new electronic sign at the Walker County Civic Center to better inform the public of special events at the Civic Center. | | | | X | | $15,000 | Fundraisers, Private donations, County | County, Chamber, NWGAJDA |
| | **HOUSING** | | | | | | | | |
| LU-1<br>H-3 | Update and develop ordinances to manage growth – including incentives to attract unique housing developments and allow for alternative housing design | | | | | X | $1,100 | County | County |
| | **TRANSPORTATION** | | | | | | | | |
| CF-2 | Wilson Road commercial corridor connection to I-24 | | | | | X | $500,000,000 | State, Federal, Local | County |
| ED-9 | Walker industrial park phase two access road | | | | X | | $3,000,000 | Grants, Local | County, NWGAJDA |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| NR-1 | Find an appropriate location for an Indian Artifacts Museum and take steps toward opening this type of facility. | | | | | X | $1,100 | County | County |
| CF-10<br>NR-1 | Publish map of countywide parks and recreation resources on the website and in print. | | | X | | | $66,000 | Development Authority | Same |

| COMMUNITY WORK PROGRAM, 2017-2027<br>WALKER COUNTY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-7,10 | Rock Spring – Utilize the Stormwater Management Study to develop a Community Plan, including wetland Protection Project with community park/educational area. | | | X | | | $110,000 | Grants, County | County |
| LU-6<br>NR-1,3 | Explore the Opportunity for an Overlay District in McLemore Cove Area | | | | X | | $1,100 | County | Same |
| CF-11 | Find ways to improve the county recycling program and environmental education in an effort to support the state's goal of 25% reduction to our landfills. | | | | | X | $11,000 | Annual donation from waste haulers | County |
| NR-2 | Durham Trail | | | | | X | $1,100,000 | Recreational Trails Program Grant | County |
| LU-6<br>NR-1 | Dougherty House National Register designation and renovation | | | | X | | $100,000 | Grant, County | County |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| CF-8 | Add additional information to qpublic.com (www.walkerassessors.com) as it becomes available, example flood maps, zoning updates, storm drainage structures, updated aerial photography, etc. | | | | | X | $11,000 | General Fund, Fees Collected | County |
| CF-7 | Annually review fees to ensure that the Planning & Development Office (including the Stormwater Program) and Inspections and Enforcement Offices are self-supporting services provided to the citizens. | | | | | X | $1,100 | General Fund, Fees Collected | County |

| COMMUNITY WORK PROGRAM, 2017-2027<br>WALKER COUNTY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| CF-1 | Armuchee Valley Water Project | | X | | | | $4,400,000 | SPLOST, Grants, Tap Fees | Walker County Water and Sewer, County |
| CF-1, 8 | Evaluate other areas of the County to determine future sewer needs. Include in the next SPLOST. | | | | X | | $1,100 | Water and Sewer Authority, County | Same |
| CF-9 | Explore options for expanding the Civic Center Facilities and parking, and possibilities for the school system since their new property joins the Civic Center Property | | X | | | | $1,100 | SPLOST, Grants, County, User Fees | County |
| CF-9 | Civic Center expansion | | | X | X | | $2,000,000 | SPLOST, Grants | County |
| ED-9 | Redevelop the Kensington Industrial Park | | | | | X | $15,000 | County Staff Time | County, IDA, NWGAJDA, NGA Electric |
| ED-9 | Local access road in Walker County Industrial Park | X | | | | | $600,000 | County, Grants | County, NWGAJDA, IDA |
| | **LAND USE** | | | | | | | | |
| H-3 | Amend relevant ordinances to include and address “tiny houses” | | | X | | | $5,000 | Staff Time/Attorney Fees | County |
| | **INTERGOVERNMENTAL COORDINATION** | | | | | | | | |

| COMMUNITY WORK PROGRAM, 2017-2027<br><br>WALKER COUNTY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2017** | **2018** | **2019** | **2020** | **2021** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| IG-1 | Maintain and revise Service Delivery Strategy as needed | | | | | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County |
| IG-2 | Implement regular meetings of municipalities, County, Board of Education and other entities as needed to discuss land use, transportation, workforce and educational opportunities | X | X | X | X | X | $1,000 | General Fund | Chickamauga, LaFayette, Lookout Mountain, Rossville, Walker County, Board of Education |

# ADOPTION RESOLUTIONS

**RESOLUTION**
**2017-02-22**

**Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville** is now complete; and

**Whereas**, such **Joint Comprehensive Plan Update** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective March 1, 2014); and

**Whereas,** the second and final public hearing on the draft plan was held on Friday, January 13, 2017, at 10:00 am at LaFayette City Hall, 207 South Duke St., LaFayette, GA 30728;

**Now Therefore Be It Resolved**, that the City Council of Chickamauga, Georgia hereby officially adopts the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville.**

**Resolved**, this 22nd, day of February, 2017.

BY: Ray Crowder
Ray Crowder
Mayor, City of Chickamauga

ATTEST: Jane Ramey
Jane Ramey, City Clerk
City of Chickamauga

**A RESOLUTION**
**TO ADOPT THE**

**Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville** is now complete; and

**Whereas**, such **Joint Comprehensive Plan Update** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective March 1, 2014); and

**Whereas**, the second and final public hearing on the draft plan was held on Friday, January 13, 2017, at 10:00 am at LaFayette City Hall, 207 South Duke St., LaFayette, GA 30728;

**Now Therefore Be It Resolved**, that the City Council of LaFayette, Georgia hereby officially adopts the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville.**

**Resolved**, this 13th day of February, 2017.

BY [signature] MAYOR
Andy Arnold
Mayor, City of LaFayette

ATTEST: [signature]
Brenda Snyder, City Clerk
City of LaFayette

# CITY OF LOOKOUT MOUNTAIN GEORGIA

1214 LULA LAKE ROAD
LOOKOUT MOUNTAIN, GEORGIA 30750
www.cityoflookoutmtnga.com

(706) 820-1586 FAX (706) 820-0138

MAYOR
David S. Bennett

CITY MANAGER
Brad Haven

CITY COUNCIL
Jim Sabourin
Taylor Watson
Caroline Williams
Arch Willingham
Tony Towns

CITY ATTORNEY
William H. Pickering

CITY CLERK
Cindy Roberts

CITY JUDGE
Buddy Presley

CHIEF OF POLICE
Todd Gann

## A RESOLUTION

## TO ADOPT THE

## Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville** is now complete; and

**Whereas**, such **Joint Comprehensive Plan Update** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective March 1, 2014); and

**Whereas,** the second and final public hearing on the draft plan was held on Friday, January 13, 2017, at 10:00 am at LaFayette City Hall, 207 South Duke St., LaFayette, GA 30728;

**Now Therefore Be It Resolved**, that the City Council of Lookout Mountain, Georgia hereby officially adopts the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville.**

**Resolved**, this 16th day of February, 2017.

BY: ______________________
David Bennett
Mayor, City of Lookout Mountain

ATTEST: ______________________
Cindy Roberts, City Clerk
City of Lookout Mountain

**RESOLUTION # 650**

**A Resolution to Adopt theWalker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville**

**Whereas**, the Georgia Planning Act of 1989 requires local governments to develop and maintain a comprehensive plan to retain their Qualified Local Government status and eligibility for State permits, grants, and loans; and

**Whereas**, the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville** is now complete; and

**Whereas**, such **Joint Comprehensive Plan Update** is approved by the Georgia Department of Community Affairs as meeting Georgia's Minimum Planning Standards and Procedures (effective March 1, 2014); and

**Whereas,** the second and final public hearing on the draft plan was held on Friday, January 13, 2017, at 10:00 am at LaFayette City Hall, 207 South Duke St., LaFayette, GA 30728;

**Now Therefore Be It Resolved**, that the City Council of Rossville, Georgia hereby officially adopts the **Walker County Joint Comprehensive Plan (2017-2021) including the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville.**

**Resolved**, this 13th day of February, 2017.

Teddy Harris, Mayor

ATTEST: Sherry Foster, City Clerk

Brad Buff, Council Member

Rick Buff, Council Member

Michael Hicks, Council Member

Joyce Wall, Council Member