# EXHIBIT B-2
# Part 2

# Future Development Map - Chickamauga, Georgia

1 inch = 0.5 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

| | | |
|---|---|---|
| Activity Center | Gateway Corridor | Mixed Use |
| Agriculture / Forestry | Historic Downtown | Mill Village |
| County Suburban | Historic Mill Redevelopment | Rural Residential |
| Greenspace / Conservation Area | Industrial | Traditional Neighborhood |
| | | Crossroad Community |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid Index

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- County Suburban
- Greenspace / Conservation Area
- Gateway Corridor
- Historic Downtown
- Historic Mill Redevelopment
- Industrial
- Mixed Use
- Mill Village
- Rural Residential
- Traditional Neighborhood
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Greenspace / Conservation Area*
- *Gateway Corridor*
- *Historic Downtown*
- *Historic Mill Redevelopment*
- *Industrial*
- *Mixed Use*
- *Mill Village*
- *Rural Residential*
- *Traditional Neighborhood*
- *Crossroad Community*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




Roads | Highways | Railroads | Rivers & Streams | Lakes & Ponds | City Limits

*Character Areas*

- Activity Center
- Agriculture / Forestry
- County Suburban
- Greenspace / Conservation Area
- Gateway Corridor
- Historic Downtown
- Historic Mill Redevelopment
- Industrial
- Mixed Use
- Mill Village
- Rural Residential
- Traditional Neighborhood
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

| | | |
|---|---|---|
| *Activity Center* | *Gateway Corridor* | *Mixed Use* |
| *Agriculture / Forestry* | *Historic Downtown* | *Mill Village* |
| *County Suburban* | *Historic Mill Redevelopment* | *Rural Residential* |
| *Greenspace / Conservation Area* | *Industrial* | *Traditional Neighborhood* |
| | | *Crossroad Community* |

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- County Suburban
- Greenspace / Conservation Area
- Gateway Corridor
- Historic Downtown
- Historic Mill Redevelopment
- Industrial
- Mixed Use
- Mill Village
- Rural Residential
- Traditional Neighborhood
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Chickamauga, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Greenspace / Conservation Area*
- *Gateway Corridor*
- *Historic Downtown*
- *Historic Mill Redevelopment*
- *Industrial*
- *Mixed Use*
- *Mill Village*
- *Rural Residential*
- *Traditional Neighborhood*
- *Crossroad Community*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B3

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.8 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid Index

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




Roads Highways Railroads Rivers & Streams Lakes & Ponds City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *Airport*
- *County Suburban*
- *Downtown Business District*
- *Downtown Mixed Use*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Industrial*
- *Mixed Use*
- *Residential Redevelopment Area*
- *Rural Residential*
- *School*
- *Traditional Neighborhood*
- *Crossroad Community*
- *Rural Zone*
- *Opportunity Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *Airport*
- *County Suburban*
- *Downtown Business District*
- *Downtown Mixed Use*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Industrial*
- *Mixed Use*
- *Residential Redevelopment Area*
- *Rural Residential*
- *School*
- *Traditional Neighborhood*
- *Crossroad Community*
- *Rural Zone*
- *Opportunity Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




*Roads* — *Highways* — *Railroads* — *Rivers & Streams* — *Lakes & Ponds* — *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *Airport*
- *County Suburban*
- *Downtown Business District*
- *Downtown Mixed Use*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Industrial*
- *Mixed Use*
- *Residential Redevelopment Area*
- *Rural Residential*
- *School*
- *Traditional Neighborhood*
- *Crossroad Community*
- *Rural Zone*
- *Opportunity Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid C1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid C2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - LaFayette, Georgia

1 inch = 0.3 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- Airport
- County Suburban
- Downtown Business District
- Downtown Mixed Use
- Gateway Corridor
- Greenspace / Conservation Area
- Industrial
- Mixed Use
- Residential Redevelopment Area
- Rural Residential
- School
- Traditional Neighborhood
- Crossroad Community
- Rural Zone
- Opportunity Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid D2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.4 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Destination District
- Agriculture / Forestry
- County Suburban
- Estate Residential
- Fairyland Proper
- Greenspace / Conservation Area
- Industrial
- Lookout Mountain Neighborhood
- Mixed Use
- Rural Residential
- Town Center
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid Index

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Destination District
- Agriculture / Forestry
- County Suburban
- Estate Residential
- Fairyland Proper
- Greenspace / Conservation Area
- Industrial
- Lookout Mountain Neighborhood
- Mixed Use
- Rural Residential
- Town Center
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Destination District
- Agriculture / Forestry
- County Suburban
- Estate Residential
- Fairyland Proper
- Greenspace / Conservation Area
- Industrial
- Lookout Mountain Neighborhood
- Mixed Use
- Rural Residential
- Town Center
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Destination District
- Agriculture / Forestry
- County Suburban
- Estate Residential
- Fairyland Proper
- Greenspace / Conservation Area
- Industrial
- Lookout Mountain Neighborhood
- Mixed Use
- Rural Residential
- Town Center
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Destination District
- Agriculture / Forestry
- County Suburban
- Estate Residential
- Fairyland Proper
- Greenspace / Conservation Area
- Industrial
- Lookout Mountain Neighborhood
- Mixed Use
- Rural Residential
- Town Center
- Crossroad Community

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022

Grid B2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

- *Activity Destination District*
- *Agriculture / Forestry*
- *County Suburban*
- *Estate Residential*
- *Fairyland Proper*
- *Greenspace / Conservation Area*
- *Industrial*
- *Lookout Mountain Neighborhood*
- *Mixed Use*
- *Rural Residential*
- *Town Center*
- *Crossroad Community*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid C1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Lookout Mountain, Georgia

1 inch = 0.2 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Destination District*
- *Agriculture / Forestry*
- *County Suburban*
- *Estate Residential*
- *Fairyland Proper*
- *Greenspace / Conservation Area*
- *Industrial*
- *Lookout Mountain Neighborhood*
- *Mixed Use*
- *Rural Residential*
- *Town Center*
- *Crossroad Community*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid C2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Rossville, Georgia

1 inch = 0.3 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Downtown Business District*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Historic Mill Redevelopment Area*
- *Industrial*
- *Missionary Ridge Residential*
- *Mixed Use*
- *Rural Residential*
- *Traditional Neighborhood*
- *URA Boundary*
- *Rural Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid Index

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Rossville, Georgia

1 inch = 0.2 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Downtown Business District*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Historic Mill Redevelopment Area*
- *Industrial*
- *Missionary Ridge Residential*
- *Mixed Use*
- *Rural Residential*
- *Traditional Neighborhood*
- *URA Boundary*
- *Rural Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022



This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Rossville, Georgia

1 inch = 0.2 miles




*Roads* *Highways* *Railroads* *Rivers & Streams* *Lakes & Ponds* *City Limits*

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Downtown Business District*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Historic Mill Redevelopment Area*
- *Industrial*
- *Missionary Ridge Residential*
- *Mixed Use*
- *Rural Residential*
- *Traditional Neighborhood*
- *URA Boundary*
- *Rural Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid A2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Rossville, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

*Character Areas*

- *Activity Center*
- *Agriculture / Forestry*
- *County Suburban*
- *Downtown Business District*
- *Gateway Corridor*
- *Greenspace / Conservation Area*
- *Historic Mill Redevelopment Area*
- *Industrial*
- *Missionary Ridge Residential*
- *Mixed Use*
- *Rural Residential*
- *Traditional Neighborhood*
- *URA Boundary*
- *Rural Zone*

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
*A Region With A Bright Future*

© February 2022

Grid B1

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

# Future Development Map - Rossville, Georgia

1 inch = 0.2 miles




Roads — Highways — Railroads — Rivers & Streams — Lakes & Ponds — City Limits

Character Areas

- Activity Center
- Agriculture / Forestry
- County Suburban
- Downtown Business District
- Gateway Corridor
- Greenspace / Conservation Area
- Historic Mill Redevelopment Area
- Industrial
- Missionary Ridge Residential
- Mixed Use
- Rural Residential
- Traditional Neighborhood
- URA Boundary
- Rural Zone

NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future

© February 2022

Grid B2

This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.

*Character Areas*

## Mapping the Future

Included within the Land Use Element is a Future Development Map describing current and expected future development patterns within each municipality. The Future Development Map uses "Character Areas" to describe each communities development pattern as they envisioned it to be in the future. These character areas combine both development pattern form and land use function to identify the unique features of an area. As described in the Georgia Department of Community Affair's *Discovering and Planning Your Community Character Guidebook,* each area is identifiable based on development intensity and patterns, street design and layout, location, the extent of civic buildings and public spaces, and the location of natural features. Character areas describe the unique traits of the area, where the future development map is the visual representation of all these individual areas as a whole. This visual representation allows decision-makers to be consistent in advancing commercial, industrial, residential growth while also promoting recreational opportunities and preserving the rural and agricultural lands.

The Future Development Map can be consulted to advise officials in appropriate zoning decisions that are consistent with the character of the area as identified by the public. The Future Development Map and accompanying character area descriptions are less specific than the description and permissible uses identified by zoning regulations. Though zoning designation is identified by the district, zoning is still prescribed on a parcel-by-parcel basis. Character areas are also identified by district, but they describe the desired development type and theme of a location.



**Figure 48. Hwy 193 near Nickajack Rd.**

## **Agricultural/Forestry:** Walker County

***Description***: *Sparsely settled open areas containing farms, woods, and cultivation.*

***Suggested Development Strategy***:

1. Limit new development
2. Protect farmland and open space
3. Promote use of conservation easements by landowners
4. Limit the number of residential subdivisions, requiring cluster or conservation subdivision design
5. Restrict commercial and residential development
6. Promote these areas for passive-use tourism/recreation
7. Widen roadways only when absolutely necessary
8. Carefully design roadway alterations to minimize visual impacts
9. Preserve agricultural lands for the next generation of farmers
10. Resurface and repair roads when and where necessary.

***Land uses***:

- Agriculture/Forestry
- Residential
- Parks/Recreation/Conservation

*Key Word Objectives: Conservation, Agriculture, Forestry, Low-density development, Conservation subdivision, Trails, Open space preservation, Environmental protections, Sense of place*



**Figure 49. Old Mineral Springs Road**

## **Greenspace/Conservation:** Chickamauga, LaFayette, and Walker County

*Description: These are undeveloped or sparsely developed lands more suitable for environmental protections, e.g. scenic views, steep slopes where development unsustainable, floodplains, wetlands, and wildlife management areas. Example locations within Walker County are Crockford-Pigeon Mountain Wildlife Management Areas, Johns Mountain Wildlife Management Area, Lula Land Trust, and Zahnd Wildlife Management Area.*

*Suggested Development Strategy:*

1. Promote passive-use tourism and recreational activities, e.g. hiking, biking, hunting, and fishing.
2. Invest in infrastructure that promotes recreational activities in hiking, biking, hunting, and fishing.
3. When appropriate, apply for and promote the purchasing of conservation easements.
4. Public investments in new park creation.
5. Public investments in park *maintenance.*

*Land uses:*

- Parks/Recreation/Conservation

*Key Word Objectives: Recreational activities, Open space preservation, Regional cooperation, private investments, Park creation, Park maintenance*



**Figure 50. Villanow Community, Walker County Georgia**

## **Crossroads Community:** Chickamauga and Walker County

***Description:*** *Rural unincorporated historic communities located at the intersection of main thoroughfares. Crossroad Communities contains a mixture of uses, such as single family residential and commercial, but public/institution activities, such as a fire department. These locations are typically automobile focused, lacking infrastructure needed for pedestrian mobility. Commercial retail in these locations often provides household goods and groceries. Other activities often include local retail services*

***Suggested Development Strategy:***

1. Provide incentives or revise local development regulations for beautification, landscaping, and signage.

2. Provide needed infrastructure to support additional commercial activities and residential development at the Crossroads Community, preventing fragmenting the surrounding rural landscape. Infrastructure improvements may include high speed internet, water and sewerage, and sidewalks.

3. Encourage small retail establishments over big box stores.

4. Permit conservation subdivision designs that protect nearby open space.

5. Whenever possible, connect to regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation.

***Land uses:***

- Commercial
- Residential
- Public/Institutional

*Key Word Objectives: Main throughfares intersections, Local retail commercial, Residential, Cluster or conservation subdivision, new infrastructure, improved infrastructure, pedestrian friendly, Sense of place, Trails.*



Figure 51. **Chamberlain Road, west of LaFayette**

## **Rural Residential:** LaFayette, Rossville, and Walker County

***Description:*** *A rural, mostly undeveloped lands consisting of large lots, open space, pastoral views, low pedestrian orientation, and a high degree of residential building separation. Residential building separation is greater than what exist in County Suburban Charter area. These locations may face development pressure for lower density subdivisions of one unit per one+ acres. Agricultural and forestry operations are more likely to be found dispersed among large lot residential property.*

***Suggested Development Strategy:***

1. Permit and allow variances for conservation subdivisions designed to incorporate large amount of open space.
2. Allow limited commercial activities.
3. Preserve rural features and limit residential development to lot sizes of 1 to 5 acres (often designated as Residential-Agricultural or Agricultural Zoning Districts).
4. Whenever possible, connect to regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation.
5. Limit the rate of water and sewer infrastructure expansion in a practical, responsible matter.
6. Resurface and repair roads when needed.

***Land uses:***

- Residential
- Agriculture/Forestry
- Parks/Recreation/Conservation

*Key Word Objectives: Conservation, Agriculture, Forestry, Single family residential, Low-density development, Conservation subdivision, Trails*



**Figure 52. Residential development in the Mountain View area**

## **County Suburban:** Walker County

***Description:*** *Location of predominately Post-WWII residential single family housing within subdivided parcels of large amounts of open space. County suburban housing is often found in proximity of public water. These locations are characterized by low pedestrian mobility, little or no transit, a high amount of open space, and a high to moderate degree of residential building separation. Smaller retail establishments may be found in these locations also. Public institutional uses may be found at these locations in the form of fire departments, public school, recreational facilities, and ect.*

***Suggested Development Strategy:***

1. Provide only limited planned expansion of water and sewer infrastructure so to control the rate of growth.

2. Wherever possible, connect to regional network of greenspace and trails made available to pedestrians, bicyclists, and other non-vehicular means of transportation.

3. Encourage compatible architecture styles that maintain the desired, local character, and do not include “franchise” or “corporate” architecture.

4. Discourage tourist-based industries

5. Permit conservation subdivisions, accessory housing units, and well-designed multifamily residences to increase neighborhood density versus traditional suburban development

6. Add traffic calming improvements, sidewalks, street trees, and increased street interconnection to improve walkability and slow traffic within existing neighborhood.

***Land uses:***

- Single family residential
- Commercial
- Parks/Recreation/Conservation
- Public/Institutional

*Key Word Objectives: Post- WWII housing, Subdivision, Building separation, Limited commercial, Public Water, Open space, Recreation, Conservation, Traditional neighborhood, Sense of place, Alternative multimodal transportation, regional identity, Heritage Preservation, Infill development, Open space preservation, Environmental protection*




**Figure 53. South Mission Ridge Drive, Rossville Georgia**

## **Missionary Ridge Residential:** Rossville

***Description**:* This character area consists of mostly newer houses built on Missionary Ridge, overlooking the traditional neighborhood area in the valley. It is relatively well-maintained housing, with a distinct identity through architectural style, large lots, street design, and view of the valley and mountains. It is characterized by a high rate of homeownership; but, it is also less walkable than the traditional residential character area.

***Suggested Development Strategy:***

1. Vacant lots are an opportunity for infill development of new, architectural compatible housing.

2. Improve existing water and sewer availability

3. Encourage homeownership over rental property

***Land uses:***

- Residential

*Key Word Objectives: Infill development, Residential development*




**Figure 54. Bagby and Turnberry Lanes, west of Lula Lake Road at the City of Lookout Mountain**

## **Estate Residential:** Lookout Mountain

***Description***: Rural, undeveloped land likely to face development pressures for lower density (one unit per two+ acres) residential development. Typically, this district will have larger lots, open space, scenic views, and a high degree of building separation. Alternatively, conservation subdivisions constructed in this district should preserve rural, scenic views and natural resources.

***Suggested Development Strategy:***

1. Permit clustered conservation subdivisions with minimal environmental impact and the preservation of existing natural resources. Where needed, certain landscaping features, such as planted trees, will be included to reduce the impact of stormwater flow.

2. Site plans, building design, and landscaping are to be sensitive to the surrounding environment and the natural features of the site including the topography, vegetation, and views.

3. The preservation of open space and native vegetation is highly encouraged.

4. Expand local trails to connect with a regional network, providing pedestrians and bicyclists recreational opportunities while providing natural resource protections.

5. Consider design variances for conservation subdivision.

***Land uses***:

- Single family residential

***Key Word Objectives***: *Traditional neighborhood, Rural cluster development, Conservation subdivision, Open space preservation, Conservation, Environmental protection, Natural resources*



**Figure 55. Azalea Drive – Laurel Drive, LaFayette Georgia**

## **Traditional Neighborhood:** Chickamauga, LaFayette, and Rossville

***Description:*** *A neighborhood of well-maintained houses, possess a distinct identity through architectural style, lot, and street design, and has a higher rate of home-ownership. It is characterized by a high degree of pedestrian orientation, sidewalks, street trees, and street furniture (where appropriate). All new development should be constructed at the neighborhood scale and in compliance with established zoning and procedure*

***Suggested Development Strategy***:

1. Focus on reinforcing stability by encouraging more homeownership and maintenance or upgrade of existing properties.
2. There should be good vehicular and pedestrian/bike connections to the Town Center.
3. Wherever possible, connect to a regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation.
4. Encourage compatible architecture styles that maintain the desired, local character, and do not include "franchise" or "corporate" architecture.
5. Discourage tourist-based industries
6. Permit accessory housing units, or new well-designed, similarly scaled infill multifamily residences to increase neighborhood density and income diversity.
7. Add traffic calming improvements, sidewalks, street trees, and increased street interconnection to improve walkability and slow traffic within the existing neighborhood.
8. Promote street design that fosters traffic calming where possible and needed.

***Land uses:***

- Residential

*Key Word Objectives: Traditional neighborhood, Sense of place, Alternative multimodal transportation, regional identity, Heritage Preservation, Infill development, Open space preservation, Environmental protection*




**Figure 56. Fort Trace Road, at the City of Lookout Mountain**

## ***Lookout Mountain Traditional Neighborhood:*** Lookout Mountain

***Description:*** A neighborhood of parcels of irregular shape and size, whether existing or new development, the lot size, home design, and house size are to be harmonious with other properties in the neighborhood and/or on the street.

***Suggested Development Strategy***:

1. Maintain the character of the neighborhood by encouraging maintenance and enhancement of architectural elements and curb appeal.
2. Connect neighborhoods with pedestrian walkways and bicycle paths.

***Land uses***:

- Single family detached residential

*Key Word Objectives: Irregular shape and size parcel, Harmonious with surroundings, Single family detached residential, Sense of place, Alternative multimodal transportation, Heritage Preservation*



**Figure 57. Housing along Red Riding Hood Trail east of Lula Lake Road.**

## ***Fairyland Proper:*** Lookout Mountain

***Description:*** Located east of Lula Lake Road, Fairyland Proper consists of the original Fairyland Estates Subdivision as identified in the original Lookout Mountain Subdivision plat of 1928 by C.W. Chadwick of Ann Arbor Michigan (see attached plat, figure 2 and 3 on the following page). It is bounded by Hardy Road to the north, Lula Lake Road to the west, the Lookout Mountain Golf Course to the south, the Fairyland Club and the city boundary to the east, while running adjacent to Rainbow Drive to the South.

Designed and constructed around numerous natural features and built of architectural styles familiar to the period from the late-1920s through the 1950s, Fairyland Proper neighborhood consists of gridded streets of generally rectangular lots of a third of an acre to a full acre. Fairyland Proper's design, layout, and construction style of the period provides a consistent, resilient, and distinguishable residential character. All new development is to be constructed at an appropriate scale that does not detract from the historic or cultural context that gives the Fairyland Proper its identifiable character.

***Suggested Development Strategy:***

1. Our ordinances encourage single-family detached owner-occupied residential housing.

2. All new development is to be constructed at an appropriate scale that does not detract from the historic or cultural context that gives the Fairyland Proper its identifiable character.

3. Pursue strong pedestrian and bicycle connections for residents.

4. Preserve traditional and historic features while adapting for current uses.

5. Emphasis is placed on the preservation and rehabilitation of residential housing.

6. Expand and maintain sidewalks and beautification projects.

7. Maintain the character of the neighborhood by encouraging maintenance and enhancement of architectural elements and curb appeal.

***Land uses:***

- Single family detached residential

*Key Word Objectives: Traditional neighborhood, Sense of place, Single family detached residential, Alternative multimodal transportation options, Regional identity, Heritage Preservation, Open space preservation, Environmental protection, Regional Cooperation.*




**Figure 58. Copyrighted 1928 C.W. Chadwick Plat of Lookout Mountain, including Fairyland Estates. Image is here for reference - *https://chattanoogahistory.com/platbook.php#***




**Figure 59. Copyrighted 1928 C.W. Chadwick Plat of Lookout Mountain, including Fairyland Estates zoomed in. Image is here for reference - *https://chattanoogahistory.com/platbook.php#***



**Figure 60. Houses on East 10th Street, Chickamauga**

## Mill Village: Chickamauga

***Description***: *Mill village housing is often built pre-WWII construction and consist of a 2 bedroom, 1 bath layout. These houses are often 800-900 square foot in size and are of a similar architectural style (single family, single shotgun, double shotgun). These houses are located on small lots and in a linear pattern on disperse, but often gridded, road pattern. Being that most construction is pre-WWII, these locations often, but not always, found near town center areas.*

***Suggested Development Strategy***:

1. Where there are vacant properties in the neighborhood, offer an opportunity for infill development of new housing that fits the current residential fabric of the area.

2. Allow for infill development to fit with the overall character of the area so to promote affordable, workforce housing.

3. Improve or remove dilapidated residential housing when detrimental to the safety of residents.

4. Provide new sidewalks and sidewalk improvements where needed, so to promote walkability and pedestrian access to nearby commercial areas.

5. Pursue strong pedestrian and bicycle connection from residential locations to commercial and recreational locations

6. Leverage public investments in sidewalks and beautification projects.

7. Provide sewer and water improvements where needed.

***Land uses***:

- Residential

*Key Word Objectives: Affordable housing, Infill development, Sidewalk and sidewalk improvements, Sewer and water improvements, Housing improvements, Beautification projects, Pedestrian connection Traditional neighborhood, Sense of place, Alternative multimodal transportation options, Regional identity, Heritage Preservation, Infill development, Open space preservation, Environmental protection, Regional Cooperation.*



**Figure 61. Abandoned Peerless Mill, Rossville**

**Historic Mill Redevelopment Area:** Chickamauga and Rossville

***Description***: *As a location to serve as a focal point of the community, the redevelopment area is a site to be converted from previous industrial uses to either or any combinations of the following: mixed-use development (horizontal or vertical), residential, public intuitional, recreational space. These locations are often larger parcels of property that are underutilized. These sites may be vacant or contain dilapidated buildings.*

***Suggested Development Strategy***:

1. Encourage a mix of either or any of the following uses: retail, professional offices, multifamily residential, single family residential, recreational, parks, or conservation.

3. Develop the site with use consistent with that of the surrounding area's character and current development type.

4. Development of the site with new construction should be consistent with the historic built environment fabric, fitting into the overall atmosphere of the area and not detracting from it.

5. When possible, protect and encourage rehabilitation of any onsite building through adaptive reuse.

6. Preserve as many historic and cultural resources that are defining features of the site, as seen appropriate, when demolition is needed.

7. Streets laid out on-site should match those of the surrounding use and ensure connectivity to nearby adjacent streets.

8. Pedestrian access and open space should be provided to encourage walking between destinations and enhance citizen use and enjoyment of the area.

9. Incorporate signage and lighting to enhance the quality of development.

10. Provide pedestrian and bike facilities.

***Land uses:***

- Mixed use
- Residential
- Commercial
- Public institutional
- Park
- Recreation
- Conservation

*Key Word Objectives: Mixed use, Preservation, Adaptive reuse, Sense of Place, Infill development, Single family housing, Multifamily housing, Parks, Recreation, Open space, Conservation and, Bike and pedestrian facilities, Alternative multimodal transportation, regional identity, Heritage Preservation.*



**Figure 62. Southeast section of the redevelopment Area, LaFayette**

## **Residential Redevelopment Area:** LaFayette

***Description***: *Areas where adequate, safe housing stock are in decline due to lower rates of homeownership and neglect from some property owners in the area. Gradually the original neighborhood integrity and character becomes negated by degradation of property and the dilapidation of homes, creating pockets of blight. The reduction of housing stock may result in a lack of affordable housing.*

***Suggested Development Strategy***:

1. Public assistance and investment should be focused where needed, ensuring that the decline in the amount and quality of neighborhood housing stops.

2. Leverage public investments from sources such as that of Federal Opportunity Zones, State Opportunity Zones, State Community Development Block Grants, local tax incentives to improve conditions of the neighborhood by either/or any combination of maintenance to local property, demolishing dilapidated housing, and provided needed infrastructure and infrastructure upgrades.

3. Though subdivided and infill property will be for the primary purpose of single-family residential, multifamily housing should not be discouraged.

4. New housing should support a mix individual and family incomes, increasing a diversity of housing types available. Housing affordability increases the amount of owner-occupied housing.

***Land uses***:

- Residential
- Commercial
- Park/Recreation/Conservation
- Public/Intuitional

*Key Word Objectives: Public investments, Housing affordability, Dilapidation, Owner-occupied housing, maintenance, Mixed use, Restoration, single family housing, Multifamily housing, Infill development*




**Figure 63. Fieldstone Farms Mixed Use Planned Unit Development – Phase I**

## **Mixed use:** LaFayette and Walker County

***Description**: A location containing mix of offices, housing, and commercial uses. This mix of uses may consist of single and/or multi story buildings. Often multi story buildings contains retail or office space on the first story. Additional floors of any building often contain a separate use to that of the first floor.*

***Suggested Development Strategy:***

1. Provide design guidelines for stores and offices. These guidelines may be for building design, landscaping, regulatory setbacks, parking, stormwater, and etc.

2. Create a plan for the vision, upkeep, growth, and development of the mixed-use area. Creating a plan will help provide an identity to the area and attract appropriate businesses.

3. Improve water and sewer services to attract new growth and to meet future needs.

4. Improve broadband availability, including upload and download speed.

5. Infill vacant lots or underutilized property, improving overall aesthetics of the area.

6. Provide environmental protections to nearby streams and other waterbodies.

7. Provide protections to historic and cultural resources of the area so they will not be lost

8. Provide public investments into storm water management, community recreational spaces and facilities, public transit, bike and pedestrian facilities.

9. Make available pocket parks with seating.

10. Wherever possible, connect to regional network of greenspace and trails that are available to pedestrians, bicyclists, and other non-vehicular means of transportation.

11. Cluster new buildings so to improve pedestrian access and walkability to different surrounding uses.

12. Invest in infrastructure improvements to roads and sidewalks, increasing pedestrian mobility and safety.

***Land uses***:

- Residential
- Commercial
- Park/Recreation/Conservation
- Office
- Public/institutional

*Key Word Objectives: Office space, Commercial retail, Local retail, Residential, Parks, Infill development, Design guidelines, Infrastructure investments, Sewer and Water infrastructure, Road and Sidewalk improvements, walkability, Broadband availability*



**Figure 64. A portion of the historic downtown area of Chickamauga**

## Historic Downtown/Downtown Mixed use: Chickamauga, LaFayette and Rossville

*Description: The historic, original core of the city, historic downtown this location is characterized by a mix of uses. These uses consist of commercial, office, public/institutional, residential, parks. Commercial activities are often local retail versus franchise retail. Public/institution may be government buildings, fire, police, schools, and etc. Historic Downtowns are characterized by buildings along a pattern of gridded streets. These locations often contain properties listed on the Department of Interior's National Park System National Register of Historic properties or have buildings eligible to be listed.*

***Suggested Development Strategy:***

1. Protect and rehabilitate historic buildings through incentive programs such as: the Department of Interior National Park System's National Register of Historic places, Federal Opportunity Zones, State of Georgia Opportunity Zones, and Rural Zones.

2. Rehabilitate buildings to that of The Secretary of the Interior's Standards.

3. Provide local design guidelines to ensure aesthetic continuity between buildings

4. All new development should be constructed at an appropriate scale that does not detract from the historical, cultural, built environment fabric that gives the town center it's identifiable character.

5. Landscape streets to improve aesthetics

6. Provide Sewer and Water Improvements

7. Provide Sidewalk Improvements where needed.

8. Enhance the pedestrian-friendly environment, by including sidewalks and creating other pedestrian trail/bike routes linking the Historic Downtown District to Greenspace/trail systems to encourage fellowship among citizens.

9. Provide for pedestrian and bicycling facilities

10. Provide pocket parks when appropriate.

***Land uses:***

- Commercial

- Public/Institutional
- Mixed use
- Residential
- Park/Recreation/Conversation

*Key Word Objectives: Historic Core, Mix uses, Government offices, Government services, Commercial, Professional office, Residential, Parks, Finacle incentive, Secretary of the Interior Standards, Local Design Guidelines, Urban Redevelopment Area, Rural Zone, Pedestrian and bicycle facilities*



**Figure 65. Walker County Courthouse Annex I at the intersection of Villanow and Duke Street.**

## **Downtown Business District:** LaFayette and Rossville

***Description**: Downtown Business District consists of general retail, franchise retail, commercial businesses, professional offices, limited amounts of higher density housing, public/institutional buildings, public/open spaces. The Downtown business district is located within both the Urban Redevelopment Area Overlay and Rural Zone boundary for the City of Rossville.*

***Suggested Development Strategy**:*

1. Create and update plans for the vision, upkeep, growth, and development of the Downtown Development area, so to help mature the districts' identity and attract appropriate businesses.

2. Provide design guidelines for stores and offices. These guidelines may be for building design, landscaping, regulatory setbacks, parking, stormwater, etc. Design guidelines will help ensure continuity of aesthetics.

3. Infill vacant lots or underutilized property with new businesses.

4. When infilling development, if infill development is distant to main roads and streets, create strong walkable connections to these existing roads.

5. If there are existing buildings not visible along main roadsides or streets, create strong walkable connections to these existing roads.

6. Invest in infrastructure improvements for water and sewer, so to attract new businesses and meet future growth.

7. Enhance the district to be a pedestrian and bicycle-friendly environment, providing new sidewalks and sidewalk improvements, linking neighborhoods, libraries, schools, parks, and health centers to each other.

8. Link pedestrian trails and bike routes to the Businesses Downtown District; as well as connect the Downtown Businesses District to Greenspace/trail systems.

9. Define road edges by locating buildings at the roadside and parking in the rear of buildings.

10. Road edges should be clearly defined by landscaping and appropriate signage.

11. Provide for pedestrian and bicycling facilities

12. Provide pocket parks when appropriate.

***Land uses***:
- Commercial
- Public/Institutional
- Mixed use
- Residential
- Park/Recreation/Conversation

*Key Word Objectives: Historic Core, Mix uses, Government offices, Government services, Commercial, Professional office, Residential, Parks, Finacle incentive, Design guidelines, Infill, Pedestrian connections and walkability, Local Design Guidelines, Urban Redevelopment Area, Rural Zone, Pedestrian and bicycle facilities*



**Figure 66. Lookout Mountain Town Center**

## **Town Center:** Lookout Mountain

***Description**: A concentrated focal point with institutional, general retail, service commercial, professional office, and public space uses easily accessible by pedestrians. All new development is to be constructed at an appropriate scale that does not detract from the historic or cultural context that gives the Town Center its identifiable character.*

***Suggested Development Strategy**:*

1. Residential development should reinforce the Town Center by locating housing options near the center.

2. All new development should be constructed at an appropriate scale that does not detract from the historic or cultural context of the community.

3. Parking areas should be landscaped along lot lines to minimize visual impact to the residents.

4. Enhance the pedestrian-friendly environment by including sidewalks and creating other pedestrian trails/bike routes linking to neighboring communities and major destinations such as health facilities, commercial clusters, parks, schools, etc.

5. Encourage compatible architecture styles that maintain the character of the Town Center.

6. Maintain the character of the Town Center by encouraging maintenance and enhancement of architectural elements and curb appeal.

***Land uses**:*

- Commercial
- Public facilities
- Mixed-use
- Residential
- Park/Recreation
- Institutional

*Key Word Objectives: Public facilities, Institutional, Respectful of historic development patterns, Sense of place, Alternative multimodal transportation, Heritage Preservation, Open space preservation, Parks, Trails, Conservation Environmental protection*




**Figure 70. Rossville Recreation Center at Ellis Rd**

## **Activity Center:** Rossville, Walker County

***Description***: *These areas are characterized by recreational fields, tourist attractions, private clubs, parks, and greenspace; but they may also include a mix of onsite or adjacent uses of homes, shops, and small businesses. These locations are pedestrian-friendly and are considered community gathering spaces.*

***Suggested Development Strategy***:

1. Newly constructed buildings need to be architecturally integrated with the site and respects the established character of the surrounding area.

2. When possible, instead of developing open space, infill vacant sites closer to the center of the community, where infrastructure is already existing. Match the infill development to the surrounding character of the neighborhood.

3. Limit Development at these sites to locations of existing infrastructure in place.

4. The street layout matches those in older parts of the community and connects to the existing street network.

5. Provide facilities for bicycles, including bikeways/bike lanes and bike storage racks.

6. Promote tourist activities by enlisting significant site features, such as view corridors, water features, farmland, and wetland.

7. Provide site plans and landscaping that are respectful to natural features of the site, including topography and views.

8. When feasible, brownfields sites can be redeveloped into recreational fields, tourist attractions, private clubs, parks, and greenspace. Mixed use development may also be integrated into the site also

9. When feasible, economically obsolescent, outdated, failing, or under-utilized industrial/commercial sites may be redeveloped to recreational fields, tourist attractions, private clubs, parks, and greenspace. Mixed use development may also be integrated into the site also

***Land uses***:

- Park
- Recreational
- Conservation
- Commercial

- Residential

*Key Word Objectives: Recreational activities, Mixed uses, Architectural context, Redevelopment of under or unused location, Pedestrian friendly, bicycle friendly*



**Figure 71. Lookout Mountain Club**

## **Activity Destination District:** Lookout Mountain

**Description**: These areas are characterized by recreational fields, tourist attractions, private clubs, parks, and greenspace; they may also include a mix of onsite or adjacent uses of homes, shops, and small businesses. These locations are pedestrian-friendly and are considered community gathering spaces.

***Suggested Development Strategy:***

1. Newly constructed buildings need to be architecturally integrated with the site and respectful of the established character of the surrounding area.

2. The street layout matches those in older parts of the community and connects to the existing street network.

3. Provide facilities for bicycles, including bikeways/bike lanes and bike storage racks.

4. Site plans, building, and landscaping are to be sensitive to the natural features of the site, including topography.

5. Maintain the character of the activity destination by encouraging maintenance and enhancement of architectural elements and curb appeal.

***Land uses:***

- Parks
- Recreational
- Conservation
- Commercial
- Residential

*Key Word Objectives: Recreational activities, Mixed uses, Architectural context, Redevelopment of under or unused location, Pedestrian-friendly, bicycle-friendly.*

## **LaFayette Rural Zone boundary (Rural Zone):** LaFayette

***Description***: In 2021, the Georgia Department of Community Affairs designated a boundary within LaFayette to become a Rural Zone. The designation is a tax incentive program *to promote the revitalization of vacant rural Georgia downtowns by encouraging investments, job creation, and economic growth in long-established business districts.* Not only does a Rural Zone allows for a $2,000 per new full-time equivalent job created within a designated Rural Zone, but it also provides a tax credit equal to 30 percent of the purchase price of property located within a designated Rural Zone, not to exceed $125,000. The rural zone boundary is identified on Rossville's Future Development Map.




**Figure 72. LaFayette's Rural Zone boundary approved by the Georgia DCA January of 2022 - *https://www.dca.ga.gov/sites/default/files/lafayette_2022.pdf***

***Land uses***:

- Central Business
- Commercial
- Mixed-use
- Finacle
- Government Institutional
- City Center
- Low Density Residential
- Medium Density Residential

*Key Word Objectives: Traditional neighborhood, Sense of place, Alternative multimodal transportation, regional identity, Heritage Preservation, Infill development, Open space preservation, Environmental protection*

## **Opportunity Zone boundary (LaFayette):** LaFayette

***Description***: LaFayette has been designated as a Federal Opportunity Zone. A Federal Opportunity Zone allows for tax cuts and Job Acts to spur economic growth in low income community's by allowing investors to defer federal taxes by taking capital gains for other investments and investing in these designated areas. This program is to serve as an incentive to investors for putting their capital to work in these qualified opportunity zones

LaFayette Opportunity Zone




**Figure 73. LaFayette State approved Opportunity Zone.**

***- https://georgia-dca.maps.arcgis.com/apps/Viewer/index.html?appid=7b71e8dac0bb4ae48118c1cf3108d61d&webmap=2562d9f7a70b4042b978bf05f28938b2***

***Incentives***

1. Temporary, capital gain tax deferral:
    a. The period of capital gain tax deferral ends upon 12/31/2026 or an earlier sale.
2. A step-up basis.
    a. Investment held for 5 years – Basis increased by 10% of deferred gain (90% taxed)
    b. Investment held for 7 years – basis increased by another 5% of deferred gain (85% taxed)
3. Forgiveness of additional gains
    a. Investment held for 10 years – Basis equal to fair market value; forgiveness of gains on appreciation of investment of sale or exchange of opportunity funds investment. This exclusion only applies to gains accrued after an investment in Opportunity Fund.
4. Temporary, capital gain tax deferral:




**Figure 74. North Rossville Urban Development Plan**

## **North Rossville Revitalization overlay (URA Boundary):** Rossville

***Description**: The North Rossville Redevelopment overlay came as a result of the city of Rossville partnering with the Northwest Georgia Regional Commission in an Urban Development Plan (UDP). The purpose of the redevelopment area is for the revitalization of economically depressed areas and to eliminate blight at the site. The North Rossville community, surrounding the former Peerless Woolen Mill, was identified as the first area where the city will focus its attention. The North Rossville Revitalization area boundary encompasses the area delineated as shown on Rossville's Future Development Map.*

***Suggested Development Strategy**:*

1. Encourage future rezoning, reuse, and new development of properties in a manner consistent with the Comprehensive Plan.
2. Review building codes and ordinances for the feasibility of rehabilitation and infill downtown
3. Apply for and participate in the Main Street Program
4. Develop and implement a façade improvement program for downtown
5. Develop and begin implementation of a sidewalk plan for residential areas
6. Document sewer trouble spots where repairs are needed to meet the standard
7. Preserve existing housing stock where possible while also creating new housing opportunities for a diversity of incomes
8. Continue to participate with the Georgia Department of Community Affairs (DCA), the Georgia Municipal Association (GMA), and the University of Georgia's (UGA) *Georgia Initiative for Community Housing (GICH)* until completion of the 3-year program.
9. Apply and receive Georgia Department of Community Affairs' *Community Home Investment Program (CHIP)* funding.
10. Apply and receive Georgia Department of Community Affairs (DCA) *Community Development Block Grant (CDBG)* program funding to assist low-income residents to make moderate repairs to their homes and to replace deteriorated homes.

11. Increase the amount of Senior Housing. Senior Housing may be promoted in place of the former Rossville Middle school. Repurposing the school into a Senior Housing Development could be made feasible through the *Low Income Housing Tax Credit Program (LITCH)*.

12. Seek a federal Opportunity Zone designation

13. Utilize Vacant properties for residential infill, pocket parks, or small community or utility usage.

14. Permit accessory housing units, or new well-designed, similarly scaled infill multifamily residences to increase neighborhood density and income diversity.

15. Offer assistance and incentives for property owners to improve their property

16. In low-to-moderate income (LMI) locations where flooding is an issue, apply for the new infrastructure bill funding to improve housing conditions and affected sewer, water, sidewalk, street, etc.

17. Partner with Tennessee American Water Company (TAW) to repair and upgrade water, sewer, and other utilities

18. Partner with Chattanooga Area Regional Transportation Authority (CARTA) to establish a transit system

19. Enhance the walkability, safety, and appearance of the Chickamauga Avenue-McFarland Avenue Corridor

20. Encourage an appropriate mix of retail sales and service businesses in the Chickamauga Avenue-McFarland Avenue Corridor.

21. Encourage and assist with the redevelopment of the Peerless Mill complex

22. Develop and implement a façade improvement program for downtown

23. Engage in sidewalk improvement projects

24. Improve aesthetics by buffering and landscaping to separate residential uses from non-residential uses

25. Improve streetscape by landscaping along streets and sidewalks.

26. Add pedestrian and bike facilities throughout the community.

27. Wherever possible, connect to a regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation.

28. Create more aesthetically pleasing gateways by adding landscape elements, hardscape elements, and larger wayfinding signage.

***Land uses***:

- Central Business
- Commercial
- Mixed-use
- Finacle
- Government Institutional
- City Center
- Low Density Residential
- Medium Density Residential

*Key Word Objectives: Sense of Place, Infill development, Streetscape improvement, Façade improvement, Mixed use, Sewer and water improvements, Traditional neighborhood, Sense of Place, Bike and pedestrian facilities, Alternative multimodal transportation, regional identity, Heritage Preservation*




**Figure 75. Rossville Rural Zone boundary approved by the Georgia DCA January of 2020 -** ***https://www.dca.ga.gov/sites/default/files/rz_rossville_1.pdf***

## Rossville Rural Zone boundary (Rural Zone): Rossville

***Description***: In 2019, the Georgia Department of Community Affairs designated a boundary within Rossville to become a Rural Zone in January of 2020. The designation is a tax incentive program *to promote the revitalization of vacant rural Georgia downtowns by encouraging investments, job creation, and economic growth in long-established business districts.* Not only does a Rural Zone allows for a $2,000 per new full-time equivalent job created within a designated Rural Zone, but it also provides a tax credit equal to 30 percent of the purchase price of property located within a designated Rural Zone, not to exceed $125,000. The rural zone boundary is identified on Rossville's Future Development Map.

***Land uses***:

- Central Business
- Commercial
- Mixed-use
- Finacle
- Government Institutional
- City Center
- Low Density Residential
- Medium Density Residential

*Key Word Objectives: Traditional neighborhood, Sense of place, Alternative multimodal transportation, regional identity, Heritage Preservation, Infill development, Open space preservation, Environmental protection*




**Figure 76. Industries off of Highway 27, Walker County**

## Industrial: Chickamauga, LaFayette, Rossville, Walker County

***Description****: Land use that may be a single building or a concentration of buildings for the purpose of manufacturing, assembly, processing, and distribution activities. These locations are where noise, particulate matter, vibration, smoke, dust, gas, fumes, odors, radiation, higher volume of transfer truck traffic, and other uses that may be considered a nuisance not contained on-site alone.*

***Suggested Development Strategy****:*

1. When possible, future development should reflect a campus of unified buildings over a single business.
2. Locate complimentary industries near each other.
3. Include commercial/retail services to serve workers
4. Include on-site stormwater detention or retention
5. Reutilize vacant manufacturing businesses when possible; if unfeasible, demolish the existing building for new development.
6. Infill vacant sites to be easier served by existing power, water, and sewer infrastructure.
7. Provide standards for signage to prevent visual clutter
8. Install high-speed internet
9. Provide alternative access roads
10. Maintain and upgrade roads, install traffic lights, and improve utilities.
11. Wherever possible, connect to regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation.

***Land uses****:*

- Manufacturing
- Technology parks/campus and research facilities
- Wholesale trade
- Distribution
- Assembly manufacturing

*Key Word Objectives: Manufacturing, Technology parks/campus research facilities, Wholesale trade, Distribution, Assembly Manufacturing, Recreational activities, Infill*

## Airport and Golf Course District: LaFayette

***Description***: *LanBarwick-LaFayette Airport, a municipal airport*.




**Figure 77. LanBarwick-LaFayette Airport**

***Suggested Development Strategy:***

1. Where practicable, create design guidelines similar to that of industrial and commercial properties.

2. Tie to commercial, industrial surroundings

3. Adjust buffer requirements between airport and other uses where appropriate.

4. Link of airport to golf course and other sites where appropriate.

***Land uses:***

- Transportation
- Commercial
- Communication
- Utilities

*Key Word Objectives: LanBarck-LaFayette Airport, LaFayette Golf course*




**Figure 78. School, LaFayette**

## **School:** LaFayette

***Description*** *:* A location of a public school within the city limits of LaFayette. The area includes primary school building(s) as well as associated facilities (fields, walkways, drives, and parking lots).

***Suggested Development Strategy:***

1. Provide for pedestrian connectivity between school buildings and facilities, as well as connecting school campuses to nearby neighborhoods, by way of pedestrian infrastructure.

2. Provide for pedestrian infrastructure

3. Wherever possible, connect to a regional network of greenspace and trails available to pedestrians, bicyclists, and other non-vehicular means of transportation. These networks can be utilized for educational opportunities.

***Land uses:***

- Public/Institutional
- Park/Recreation/Conservation

*Key Word Objectives: LanBarck-LaFayette Airport, LaFayette Golf course*



**Figure 79. Chickamauga Ave.**

## **Gateway Corridors:** Chickamauga, LaFayette, Rossville

***Description****:* Developed or undeveloped land paralleling the route of a major thoroughfare that serves as an important entrance or means of access to the community.

***Suggested Development Strategy****:*

1. Install wayfinding signs to easily identify specific locations and cultural features, doing so will keep a consistent traffic flow.
2. Landscape raised medians, separating traffic lanes.
3. Install Gateway "Welcome to" signs as you enter the city.
4. Restrict the number of and the size of commercial signage
5. Install wayfinding signs to easily identify specific locations and cultural features, doing so will keep a consistent traffic flow.
6. When needed, utilize traffic calming measures and policies, such as the principles tied to the *Complete Streets* program. Traffic calming measures may include narrower street widths, raised pedestrian crossing, or rough pavement material.
7. Rehabilitate unsightly strip commercial development where exist or use landscaping to mask the strip commercial development.
8. Locate structures, such as those for shopping, warehousing, and offices, near the front of streets and parking in the rear of buildings. These measures will make Gateway Corridors more attractive and pedestrian friendly.
9. Utilize public investments for landscaping and beautification projects
10. Locate landscape buffers between the roadway and pedestrian walkways.
11. Maintain sidewalks and streetlamps.
12. Include transit facilities and stops where needed.

***Land uses:***

- Commercial
- Office
- Warehousing
- Distribution
- Assembly manufacturing

*Key Word Objectives: City entries, Wayfinding signage, Traffic calming measures, Landscaping, and Beautification Projects, Sidewalk improvements.*

# COMMUNITY WORK PROGRAMS



**Figure 80. Historic Marsh House**

A community work program lays out the specific activities the community plans to undertake during the next 5 years following the adoption of the plans. The Needs and Opportunities presented in the Joint Comprehensive Plan identify current and potential future issues that each government wishes to address in the next 5 years. These foreseen issues are listed in Community Worktables under the category of either an economic development activity, a housing activity, a transportation activity, a natural and cultural resource activity, or community facilities and service activity. These work program items are provided by the local governments and are given an estimated timeline of completion, a cost estimate, and a potential funding source. For those items of the previous work program which were not completed, the item is carried over to the current work program.

The code in the first column may be used to trace that item back to the Needs and Opportunities listed within this comprehensive plan.

## City of Chickamauga Community Work Program

| Community Work Program, 2022-2026<br><br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1** | Depot & Welcome Center renovation. | X | X | X | | | $40,000 | Public/ Private Partnership | City of Chickamauga |
| **ED-2, ED-4, ED-5** | Continuation of Streetscape (front & back-alley façade). | | | X | | | $6,000 pavers, $500,000 alley | Private/ City of Chickamauga / Grants/ARC | Private/ City of Chickamauga / Grants |
| **ED-5** | Upgrading Downtown's water and sewer lines. | | | | | X | $1,000,000 | Cares Act, ARC, SPLOST, Grant (uncertain, more) | City of Chickamauga |
| **ED-1, ED-2, ED-3, ED-4, ED-5** | Crystal Springs Mill Redevelopment Project for businesses and recreational activities | | | | | X | $4,500,000 | Private/ Grants/ City of Chickamauga / SPLOST | City of Chickamauga |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of Chickamauga |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of Chickamauga |
| | **HOUSING** | | | | | | | | |
| **H-1, H-2** | Promote the revitalization of the Mill Villages by adopting of design guidelines, or an Urban Redevelopment Plan. | | | | X | | $5,000 | Staff time, | City of Chickamauga, NWGRC or private consultant |

## City of Chickamauga Community Work Program

| Community Work Program, 2022-2026<br><br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-2** | Decorative Roundabout at Five Points and 341 intersection. Phase one feasibility study. | | | | X | | $10,000 | GDOT/ City of Chickamauga / Grants | GDOT & City of Chickamauga |
| **T-2** | Wayfinding Signs, asphalt stencils. | X | | | | | $3,000 | City of Chickamauga public works labor/Hotel Motel Tax | City of Chickamauga |
| **T-2** | Gateway Signs – see RSVP Plan. Adding one to two signs per year. | X | X | X | X | X | $25,000 | City of Chickamauga /Hotel Motel Tax | City of Chickamauga |
| **T-1** | Sidewalks – Simonton Hills. | | | | X | | $250,000 | SPLOST/Grants | City of Chickamauga |
| **T-1** | Sidewalks--Dogwood Estates. | | | | X | | $250,000 | SPLOST/Grants | City of Chickamauga |
| **T-1** | Develop and implement a sidewalk plan for both residential and business districts. | | X | X | X | X | $500,000 | City of Chickamauga, State | City of Chickamauga |
| **T-1** | Multi-use trail to the park, last two-mile connection. | | | X | | | $10,000 | RTP | City of Chickamauga, Walker County |

## City of Chickamauga Community Work Program

| Community Work Program, 2022-2026<br><br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-1** | Bikeways and trails feasibility study | | | X | | | $20,000 | TPO | Reagan and Smith |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-3** | Storm water drainage improvement – 10th Street. (Bio-Swale) | | | | | X | $700,000 | Private/ Grants/ City of Chickamauga /S PLOST/ Community Development Block Grant | City of Chickamauga |
| **NR-2** | Dock and walking trail at Lee & Gordon's Mill. | | | | | X | $20,000 | City of Chickamauga /Grants, LWCF | City of Chickamauga |
| **NR-2** | Downtown Art Grant. | X | | | | | $10,000 | Grants | City of Chickamauga |
| **NR-3** | Coke Oven Branch litter catch basin. | | | | | X | $10,000 | City of Chickamauga | City of Chickamauga |

## City of Chickamauga Community Work Program

| Community Work Program, 2022-2026<br><br>City of Chickamauga | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-3** | Develop a plan for management of vacant mill village parcels acquired by the City during flood mitigation project. | | | | X | | $50,000 | City of Chickamauga, State, Rural Zone | City of Chickamauga |
| **NR-3** | Multi use trail to the park, last two-mile connection. | X | X | X | | | $15,000 | City of Chickamauga /Grants, RTP | City of Chickamauga |
| **NR-4** | Bikeways and trails feasibility study. | | | X | | | $20,000 | City of Chickamauga /Grants | City of Chickamauga |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-8** | Catalog codes and ordinances for municode or website accessibility | | X | | | | $5,000 | Staff time | City of Chickamauga |
| **CF-9** | Dog Park in Mill Village. | X | | | | | $10,000 | City of Chickamauga /Private | City of Chickamauga |
| **CF-9** | Underground placement of utilities – Phase I. | X | X | | | | $5,000,000 | Electric System Revenues, Loans, Grants | City of Chickamauga |
| **CF-9** | Seating for downtown event space. | | | | X | | $5,000 | City of Chickamauga | City of Chickamauga |

## City of Chickamauga Community Work Program

| **Community Work Program, 2022-2026<br><br>City of Chickamauga** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9** | Chickamauga Creek Grist Mill | | | X | X | X | $100,000 | *City of Chickamauga /Grants* | City of Chickamauga |
| **CF-9** | Wallace Building | | | X | X | X | $100,000 | *City of Chickamauga /Grants* | City of Chickamauga |
| **CF-11** | Implement a recycling education program. | X | X | | | | $3,000 | City of Chickamauga, Donations | City of Chickamauga, Civic Groups |
| **CF-17** | Develop a comprehensive recreation plan to include youth, adult, and senior recreation needs | | | | X | | $50,000 | City of Chickamauga, State of Georgia | City of Chickamauga |
| **CF-18** | Adopt proper ordinances to enforce building codes | X | | | | | $25,000 | City of Chickamauga | City of Chickamauga |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-2, ED-4, ED-5** | Expand and update our Urban Redevelopment Area, as part of previous efforts such as West LaFayette Transformation Plan, Urban Redevelopment Plan, and Rural zone designation | | X | | | | $4,500 | Staff Time | LaFayette Downtown Development Authority, Main Street and Economic Development Department, Northwest GA Regional Commission |
| **ED-1, ED-2, ED-4** | Participate in the Main Street Start-up Program and graduate to a Classic Main Street Program | X | | | | | $4,500 | General Fund | Main Street and Economic Development Department, LDDA |
| **ED-1, ED-3, ED-7, ED-10** | Coordinate with the GA Department of Economic Development to build a Tourism strategy and marketing plan. | | X | | | | $15,000 | Staff Time | LaFayette Downtown Development Authority, Main Street and Economic Development Department |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-2, ED-4** | Extend our State Opportunity Zone footprint boundaries further into our downtown in coordination with expansion of URP boundary. | | X | | | | $3,000 | Staff Time | Northwest GA Regional Commission, Main Street, Economic Development Department |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of LaFayette |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of LaFayette |
| **ED-5** | Create a greenway/heritage corridor implementation plan that links recreation assets, historic sites, education institutions, and Queen City Lake to our Downtown Master Plan focus area. | | | | | X | $30,000 | General funds, Grants, Donations | Main Street and Economic Development Department / Planning Department |
| **ED-1, ED-2, ED-3, ED-4, ED-5** | Build a marketing strategy for GA Rural Zone and promote the tax incentive for the next 5 years. | X | X | X | X | X | $15,000 | Staff Time | LaFayette Downtown Development Authority, ECG, Main Street, Economic Development Department |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-2, ED-3** | Finish City of LaFayette Master Plan, build implementation strategy, design public/private partnership strategy for development in Master Plan focus area, revise plan as needed. | X | X | | | | $150,000 | Lyndhurst Foundation, Georgia Municipal Association, Georgia Cities Foundation | City of LaFayette, University of Georgia Carl Vinson Institute of Government, |
| **ED-4, ED-7, ED-10** | Design and install "Gateway Corridor" signage and wayfinding that reflects the community's vision. | | X | | | | $50,000 | General Fund, Hotel/Motel Funds | Main Street and Economic Development Department |
| **ED-4** | Improve LaFayette recognition, branding, and tourism by holding annual Honeybee Festival | X | X | X | X | X | $40,000 | General Fund | Event Coordinator |
| **ED-1, ED-2, ED-3, ED-7** | Work with Economic & Community Development (ECG) to build a business recruitment strategy that focuses on medium to small retail with a focus on outdoor recreation, creative economy, and food and beverage production. | X | | | | | $25,000 | General Fund | Economic Development Department, ECG, Main Street |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-3, ED-4** | Develop a "Welcome" brochure that can be given to all new businesses and utility customers to promote City assets, city businesses, and activities in the City- updated annually. | | X | | | | $5,000 | Staff Time | Economic Development Department, Main Street |
| **ED-2, ED-3, ED-4** | Develop a plan for lodging (hotels, airbnb, adventure hostels, traditional bed & breakfast) in the DDA footprint and amend the ordinance for plan implementation. | X | | | | | $10,000 | Staff Time | DDA, Economic Development Department, Main Street |
| **ED-4, ED-5** | Work in Coordination with the DDA to build and market a robust façade grant program. | X | | | | | $2,500 | Staff Time | DDA, Economic Development Department, Main Street |
| **ED-2, ED-3** | Research and develop a downtown business incentive package with community stakeholders, financial institutions, and the DDA. | X | | | | | $7,000 | Staff Time, General Fund, ARPA Funds | City of LaFayette, DDA, Economic Development Department, Main Street, local Stakeholders |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-3** | Build and program a 12-month Event Calendar in the City. | X | | | | | $20,000 | Staff time, General Fund | Main Street, Events Coordinator, Main Street Events committee, local stakeholders |
| **ED-4** | Look for partnership in locating a Farmer's Market downtown. | | X | | | | $1,000 | USDA Grant, Staff time | UGA AG Extension Office, Main Street, local stakeholders, Junior Council |
| **ED-1, ED-2, ED-3, ED-4** | Research micro-retail development with a focus on shared kitchens for food and beverage incubators | X | | | | | $4,500 | USDA Grant, Staff Time, ARPA Funds | LaFayette High School, Main Street, Economic Development Department |
| **ED-1, ED-2, ED-4** | Partner with the Walker County Chamber, Small Business Development Center, and local schools to build an entrepreneurship platform for both adults and students in partnership with micro-retail spaces or retail incubator space. | | X | | | | $9,000 | Staff Time, ARC Grant, USDA grant | Walker County Chamber, Economic Development Department, Main Street, Walker County School System, Local Financial institutions, and non-profits |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-2, ED-4** | New Business One Stop Shop- data/ market research, permitting, zoning, incentives on a single website. | | X | | | | $1,000 | Staff Time | Office of Economic Development |
| **ED-5, ED-9** | Research and build a strategy to address derelict and blighted vacant commercial, industrial, and residential properties. | | X | | | | $1,000 | Staff time, City attorney | Codes/Planning, Economic Development Department, City Manager |
| **ED-2** | Develop a more robust social media community engagement strategy across multiple platforms. | X | | | | | $1,000 | Staff time | Main Street, Economic Development, Technology Manager |
| **ED-11** | Build a Brownfield redevelopment strategy focused on post-industrial sites, old school buildings, and vacant lots to develop into mixed-use, workforce and/or senior housing, and greenspace. | | X | | | | $75,000 | Staff Time, EPA grants, CDBG | Economic Development Department, City Manager, Local Stakeholders, LaFayette Development Authority |

## City of LaFayette Community Work Program

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| **Community Work Program, 2022-2026**<br><br>**City of LaFayette** | | | | | | | | | |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-4** | City Website updating and design a downtown webpage | | X | | | | $30,000 | Staff time, Hotel/Motel Fund | Main Street, DDA, Technology Manager, Economic Development Department, UX design firm |
| **ED-1, ED-2, ED-3** | Research and Contract with a Branding agency to develop a City/Downtown Brand. | X | | | | | $75,000 | General Fund, Lyndhurst Grant | Economic Development Department |
| **ED-1, ED-2, ED-5, ED-8** | High School Site Redevelopment \| Establish a partnership with the WC BOE to design and implement a redevelopment study for the Middle School site. | X | | | | | $20,000 | General Fund, Grant, Staff Time | Economic Development Department, Main Street, DDA, and BOE |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of Chickamauga |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of Chickamauga |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **HOUSING** | | | | | | | | |
| **H-1, H-2, H-3** | Continue participation in the Georgia Initiative for Community Housing (GICH) program for our junior year and expand Lafayette area GICH Team. | X | | | | | $5,000 | Staff Time | LaFayette GICH Team, Office of Economic Development |
| **H-1, H-2, H-3** | Participate as a GICH alumni community ongoing once our third year culminates. | | X | | | | $5,000 | Staff Time | LaFayette GICH Team, Office of Economic Development |
| **H-1, H-2, H-3** | Apply for the Housing Revitalization Area Strategies and Redevelopment Fund CDBG along with the CHIP program to revitalize low-income neighborhoods. | X | X | | | | $5,000 | CDBG | Office of Economic Development, Main Street, GICH Team, Consultants |
| **H-1, H-2, H-3** | Incentivize infill housing and mixed-use development. | X | X | X | X | X | $20,000 | General Funds / Grants / Developers | Main Street and Economic Development Department |
| **H-1** | Conduct City-wide housing market analysis | X | | | | | $25,000 | LaFayette Development Authority Funds | Economic Development and Codes/Engineering, Contract Consultants |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **HOUSING** | | | | | | | | |
| **H-1, H-2, H-3** | Apply or receive housing funding from sources such as CDBG, LIHTC, housing bonds, tax allocation district (TAD), and other grants, to help in our initiative to develop city-wide residential development and construction of affordable, workforce and middle-class housing. | X | X | X | X | X | 130,000 | Georgia Initiative of Community Housing (GICH), Grants, General Funds, Staff Time | Main Street, Economic Development Department/Planning Department, City Manager, Stakeholders, Walker County Industrial Development Authority, LaFayette Development Authority |
| **H-3** | Study and catalog all redevelopment site opportunities to create more dense downtown housing. Analyze post-industrial adaptive reuse sites, aging educational buildings, greenfield, and infill sites to attract the diversification of housing stock. | X | | | | | TBD | EPA Grant, Additional Grants, General Fund, Staff Time | Main Street and Economic Development Department, DDA, Codes/Planning, City Manager |
| **H-3** | Review and update residential zoning ordinance to allow for innovative housing types such as cottage courts, ADUs, and missing middle housing types | | | | | X | $5,000 | Grants | Main Street and Economic Development Department |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-3** | GDOT collaboration to find solution for tractor trailer not using downtown as main route (utilize bypass) | | | X | | | $1,000 | Staff Time | Public Works |
| **T-2** | Pursue Transportation Enhancement funds for additional streetscape phases or other local transportation projects; in particular, but not limited to, West Villanow Street, South Duke Street, South Main Street, and City Square, Patton St, Chattanooga Street | | X | | | | $2,000 | Staff time | Main Street and Economic Development Department, Public Works |
| **T-2** | Phased Streetscape project West Villanow Street, South Duke Street, City Square, and South Main Street. | | | | | X | $250,000 | City of LaFayette, Grants, Loans | City of LaFayette, Main Street and Economic Development Department |
| **T-1, T-2** | Hire a consultant to do a cost estimate study for a multimodal trail system along Indiana Street, West Villanow Street, Duke Street, and others. | X | | | | | $15,000 | City of LaFayette, Grants, Loans | City of LaFayette, |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-1, T-2, T-4** | Develop bike trails / lanes from Main Recreational Facility to Joe Stock Park through Cemetery to Ross Abney facility. Connect recreational assets with multimodal trails. | | | | X | | $1,000,000 | Local, Grants, Loans, Transportation Alternative Program, Georgia Department of Natural Resources (DNR) Recreational Trails Program (RTP), DNR Land and Water Conservation Funds (LWCF) | City of LaFayette, Georgia Department of Transportation, Georgia Department of Natural Resources (DNR), Northwest Georgia Regional Commission (NWGRC) |
| **T-2** | Install guardrail on Skyline Heights hill | X | | | | | $20,000 | General Fund | Public Works |
| **T-2** | Construct Sidewalk on Indiana Street | | X | | | | $250,000 | TSPLOST | Public Works |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **TRANSPORTATION** | | | | | | | | |
| **T-2** | Construct Sidewalk from Bypass to LaFayette High School to City Lake | X | | | | | $150,000 | TSPLOST | Public Works |
| **T-2** | Construct Sidewalk on Chattanooga Street to West Main Street | | X | | | | $500,000 | TSPLOST | Public Works |
| **T-2** | Construct Sidewalk on Duke Street from Warthen to North LaFayette Elementary | | | X | | | $200,000 | TSPLOST | Public Works |
| **T-2** | Construct Sidewalk from Main Street to Bypass | | X | | | | $300,000 | TSPLOST | Public Works |
| **T-4** | Biking trail at Max Stoker recreational facility | | | | X | | $20,000 | TSPLOST, RTR | Public Works |
| **T-2** | Improve accessibility of Sidewalks (uneven, roots, etc.) | X | X | X | X | X | $250,000 | TSPLOST, General Fund | Public Works |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **NATURAL and CULTURAL RESOURCES** | | | | | | | | |
| **NR-3** | Erosion mitigation for Chattooga River. Hydrology study along the Chattooga River, and pursue a plan for reservoir development for flood mitigation. | | | | | X | $500,000 | BRIC funding | Public Works |
| **NR-3** | Replace Curb and Gutter on Main Street between Culberson St and Rhyne Road | | | X | | | $3,000,000 | GDOT | Public Works |
| **NR-1** | Designate downtown LaFayette as local historic district and adopt design guidelines | | | | | X | $500 | Staff time | Main Street and Economic Development Department |
| **NR-1** | Nominate LaFayette's historic business district the National Register of Historic Places (NRHP) | | | | | X | $500 | Staff time | Main Street and Economic Development Department |
| **NR-1** | Nominate historic residential areas north and south of the square to the NRHP and designate as local historic district | | | | | X | $1,000 | Staff time | Main Street and Economic Development Department |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-1** | Promote public education on Fort Cumming and the Trail of Tears. | | | | | X | $5,000 | Grants | Main Street and Economic Development Department |
| **NR-1** | Support the development of a Downtown LaFayette public art program/space | | X | | | | $10,000 | Grants/ Private donors | Main Street and Economic Development Department, Downtown Development Authority/ |
| **NR-3** | Implement Stormwater Management Program | | | | X | | $10,000 | User fees | City of LaFayette |
| **NR-1** | Repairs on Chattooga Academy building | X | | | | | $50,000 | Local | Planning/ Codes Department |
| **NR-3** | Research and plan for a LaFayette Land Trust | | | X | | | $5,000 | General funds, Grants | City of LaFayette |

## City of LaFayette Community Work Program

| **Community Work Program, 2022-2026**<br><br>**City of LaFayette** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-15** | Expand broadband internet speed and services and build smart-grid technology. | X | X | X | X | **X** | $7,000,000 | CARES Act, Grant funding | City of LaFayette |
| **CF-10, CF-12** | Build Splashpad at the City Municipal Park | X | | | | | $250,000 | Georgia Department of Natural Resources (DNR) Land and Water Conservation Funds (LWCF) | City of LaFayette, Georgia Department of Natural Resources (DNR) |
| **CF-1** | Replace lift station and force main from Shattuck Industrial Blvd. | X | | | | | $1,500,000 | City, GEFA, ARC, User Fees, Other Grants | City, Water and sewer enterprise fund |
| **CF-1** | Phase II Spring Creek Interceptor and Trunk lines | | | X | | | $2,000,000 | City, GEFA, User Fees, Other Grants | City, Water and Sewer enterprise fund |
| **CF-1** | Phase II Town Creek interceptor from Rambler Road to Warren Road. | | | | X | X | $2,000,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |
| **CF-1** | Replace McArthur Street interceptor. | | | | X | X | $2,000,000 | City, GEFA, User Fees, Other Grants | City, Water and sewer enterprise fund |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-3, CF-13** | New fire vehicle/equipment building. | | | | | X | $300,000 | General Fund, SPLOST, Grants, ARC, USDA/RD | City of LaFayette |
| **CF-9** | Renovate the Ross Abney Recreation Complex. | | | | | X | $200,000 | General Fund, SPLOST, Grants | City of LaFayette |
| **CF-9** | Mausoleum and cremation burial facilities. | | | X | | | $75,000 | General fund | City of LaFayette |
| **CF-1, CF-8** | Replace existing meters with electronic receiver/transmitter (ERT) meters. | | | X | | | $3,000 | Enterprise fees, MEAG, Grants, SPLOST | City of LaFayette |
| **CF-1** | Replace 2-inch galvanized water lines (23.5 miles). | X | X | X | X | X | $375,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-1** | Renovations to Huggins Tank | X | | | | | $300,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-1** | Renovations to Darvin Lane Tank | | X | | | | $300,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-3, CF-8** | Automated read water meters and meter boxes. | X | X | X | X | X | $1,200,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-1** | Fire flow improvements for Skyline Heights Subdivision. | | | | | X | $1,000,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-1** | Upgrade Foster Boulevard Pump Station | | X | | | | $1,500,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-1** | Alternative Sludge Disposal Method | X | | | | | $4,000,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-1** | Replace Wastewater Treatment Plant Aeration System | X | | | | | $1,000,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |
| **CF-1** | Expand the city's natural gas system. | X | X | X | X | X | $1,000,000 | Municipal Gas Authority (MGAG) loan | City of LaFayette |
| **CF-7** | Establish emergency connection to another natural gas source (AGL). | | | X | X | X | $100,000 | Municipal Gas Authority (MGAG) loan, GEFA, User fees | City of LaFayette |
| **CF-3** | Create a capital improvement plan. | | | X | | | $5,000 | ARC, Staff time | City of LaFayette |
| **CF-3, CF-13** | Early warning system. | | | | | X | $30,000 | General funds and grants, BRIC | City of LaFayette |

## City of LaFayette Community Work Program

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| **Community Work Program, 2022-2026** | | | | | | | | | |
| **City of LaFayette** | | | | | | | | | |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-2** | New fire trucks. | | | | X | | $410,000 | City of LaFayette, SPLOST, Grants, Assistance to Firefighters Grant (AFG) | City of LaFayette |
| **CF-3** | Replace existing streetlights with lower wattage sodium. | | X | | | | $15,000 | Enterprise fees, Municipal Gas Authority (MGAG) loan, Georgia Environmental Authority (GEFA), Grants, SPLOST | City of LaFayette |
| **CF-1** | Explore the possibility of reestablishing a 24-hour emergency health care facility in our community. | | | X | | | $1,000 | Staff time | City of LaFayette |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-1** | New well and clear well at Lee School Road. | | X | | | | $1,000,000 | City of LaFayette, User fees, Georgia Environmental Authority (GEFA), Grants | City of LaFayette |
| **CF-1** | Build treatment plant for Dixon Springs. | X | | | | | $4,300,000 | City of LaFayette, User fees, Georgia Environmental Authority (GEFA),, Grants | City of LaFayette |
| **CF-1** | New well in Rock Spring area. | | | | | X | $300,000 | City of LaFayette, User fees, Georgia Environmental Authority (GEFA), Grants | City of LaFayette |
| **CF-1** | Add additional treatment for turbidity and larger clear well at Lee School Road Plant | | | X | | | $1,500,000 | City of LaFayette, GEFA, User Fees, Other Grants | City of LaFayette |

## City of LaFayette Community Work Program

**Community Work Program, 2022-2026**

**City of LaFayette**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9** | Pave handicap parking lot at Ross Abney multiuse facility | | X | | | | $40,000 | General Fund, Other Grants | City of LaFayette |
| **CF-9** | Install roof on utility building | X | | | | | $450,000 | City of LaFayette, User fees, Grants | City of LaFayette |
| **CF-9** | Convert baseball fields 2 & 4 into multiuse recreational field to include soccer | X | | | | | $25,000 | General Fund, Other Grants, LWCF | Recreation |
| **CF-9** | Rehabilitate field 7 at Max Stoker Recreational facility | | X | | | | $90,000 | General Fund, Other Grants, LWCF | Recreation |
| **CF-9** | Façade improvement Max Stoker Recreational facility | | | X | | | $30,000 | General Fund, Other Grants | Recreation |
| **CF-9** | Replace flooring in Lowell Greene Recreational Facility | | | X | | | $60,000 | General Fund, Other Grants | Recreation |
| **CF-9** | Resurface old tennis court at Main Recreational Facility | | | | X | | $40,000 | General Fund, LWCF | Recreation |
| **CF-9** | Façade Lowell Green Recreational Facility | | | X | | | $50,000 | General Fund, Other Grants | Recreation |

## City of LaFayette Community Work Program

| Community Work Program, 2022-2026<br><br>City of LaFayette | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9** | Façade and Roof on Main Recreational Facility | | | X | | | $200,000 | General Fund, Other Grants | Recreation |
| **CF-9** | Update and replace playground equipment | | X | X | X | | $70,000 | LWCF, General Fund, Other Grants | Recreation |
| **CF-11** | Install new recycling facility at Utility building | | X | | | | $20,000 | General Fund | Recreation |

## City of Lookout Mountain Community Work Program

| Community Work Program, 2022-2026<br><br>City of Lookout Mountain | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-7** | Oversee Town Center retail development contract. | X | X | | | | $10,000 | General fund. | Private Developer, Lookout Mountain City Staff and Officials |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of Lookout Mountain |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of Lookout Mountain |
| | **TRANSPORTATION** | | | | | | | | |
| **T-2** | Apply for a grant through ARC for a recreational trail/pathway/sidewalk master plan | X | X | | | | $20,000 | Appalachian Regional Commission | City of Lookout Mountain |
| **T-2** | Seek funding opportunities for the creation of additional trail/pathway/sidewalk | X | X | | | | $5,000 | State, Federal and private foundation supports | City of Lookout Mountain |
| **T-2** | Construction of trail system connecting community college and parks | | | X | X | | $100,000 | State, Federal and Private foundation supports | City of Lookout Mountain |

## City of Lookout Mountain Community Work Program

| Community Work Program, 2022-2026<br><br>City of Lookout Mountain | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-2** | Attend Complete Street training to seek appropriate transportation policies. | | | X | | | $2,000 | Northwest Georgia Regional Commission (NWGRC) Bike and Pedestrian Program | City of Lookout Mountain, Northwest Georgia Regional Commission |
| **T-2** | Identify and develop transportation policies and practices | | | X | | | $7,000 | Northwest Georgia Regional Commission (NWGRC) Bike and Pedestrian Program | City of Lookout Mountain, Northwest Georgia Regional Commission |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-3** | Develop/adopt a Hazard Mitigation Plan for slope stabilization and stormwater drainage. | | | X | | | $75,000 | Federal Emergency Management Agency (FEMA) Hazard Mitigation Grant Program (HMGP) | City of Lookout Mountain |

## City of Lookout Mountain Community Work Program

| Community Work Program, 2022-2026<br><br>City of Lookout Mountain | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-3** | Develop a steep slope stabilization plan | | X | | | | $15,000 | Federal Emergency Management Agency (FEMA) Hazard Mitigation Grant Program (HMGP) | City of Lookout Mountain |
| **NR-3** | Landscape the new Memorial Park. | X | | | | | $10,000 | General Fund | City of Lookout Mountain |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9** | Update the sanitary sewer system pump station. | X | X | | | | $1,350,000 | General Funds and ARC Grant/Loan | City of Lookout Mountain |
| **CF-7** | Create design guidelines for residential development to protect the City's character. | X | | | | | $20,000 | General Fund | City of Lookout Mountain |
| **CF-8** | Create a new, updated City website | X | | | | | $4,000 | General Fund, | City of Lookout Mountain |

## City of Lookout Mountain Community Work Program

**Community Work Program, 2022-2026**

**City of Lookout Mountain**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **LAND USE** | | | | | | | | |
| **LU-2** | Review and adopt the updated zoning ordinance prepared by the Northwest Georgia Regional Commission | X | | | | | $5,000 | Staff Time, Attorney Fees | City Staff, Planning Commission |

## City of Rossville Community Work Program

| Community Work Program, 2022-2026<br><br>City of Rossville | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-2, ED-3, ED-4** | Assist in the redevelopment of the Peerless Mill complex. | X | X | X | X | X | $100,000 | City of Rossville, the Downtown Development Authority | City of Rossville, RDDA, WCDA |
| **ED-4** | Provide or seek incentives for the renovation and redevelopment of County owned assets inside the RDDA footprint | X | X | X | X | X | $100,000 | City of Rossville, the Downtown Development Authority, ARC | City of Rossville, RDDA, WCDA |
| **ED-1, ED-2, ED-3, ED-4** | Develop and implement a façade improvement program for downtown and the Urban Redevelopment Boundary identified in the Urban Redevelopment Plan. | | | | X | | $1,000 | Staff time, Business Improvement District (BID) | City of Rossville and the Downtown Development Authority |
| **ED-1, ED-3, ED-4** | Create an online Downtown property inventory in the RDDA footprint to begin to assist in marketing available properties for lease or purchase | | X | | | | $5,000 | Staff time, sponsorship | Rossville Downtown Development Authority |

## City of Rossville Community Work Program

**Community Work Program, 2022-2026**

**City of Rossville**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-3, ED-4, ED-7** | Small Business Development and retention through the Small business development Center and the Rossville Downtown Development Authority (RDDA) and Walker County Chamber | | | X | | | *$5,000* | SPLOST, USDA RBDG, ARC | City of Rossville, RDDA, |
| **ED-1, ED-2, ED-3, ED-4** | Develop an aggressive marketing and branding plan to promote the City of Rossville, especially it's dense downtown retail, cultural, and natural assets. | | X | | | | $3,000 | Staff Time | City of Rossville, RDDA, and NWGAJDA |
| **ED-2** | Apply to receive a State of GA Opportunity Zone designation. | | X | | | | $3,000 | Staff Time | City of Rossville, Georgia Department of Community Affairs, and Northwest Georgia Regional Commission |
| **ED-1, ED-3, ED-4, ED-5,** | Create a Renaissance Strategic Vision Plan (RSVP) through partnership with Carl Vinson Institute of Government of UGA to create a Master Plan. | | X | | | | $10,000 | Lyndhurst Foundation, Staff Time | City of Rossville |

## City of Rossville Community Work Program

| Community Work Program, 2022-2026<br><br>City of Rossville | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-1, ED-3, ED-4, ED-5,** | Appy for Georgia Cities Foundation Economic Placemaking Collaborative (GEPC) development program | | | X | | | $8,000 | General Fund, City of Rossville Downtown Development Authority | City of Rossville, Rossville Downtown Development Authority (DDA) |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of Rossville |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of Rossville |
| | **HOUSING** | | | | | | | | |
| **H-1, H-2, H-3** | Complete a qualitative analysis and needs assessment of housing stock. Develop a plan to remediate blight | | X | | | | $7,500 | Staff time | City of Rossville, University of GA, Rossville GICH Team |

## City of Rossville Community Work Program

| **Community Work Program, 2022-2026**<br><br>**City of Rossville** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **HOUSING** | | | | | | | | |
| **H-1, H-2** | Apply for Community Development Block Grant (CDBG) housing rehabilitation finances and State of Georgia Department of Community Affairs' (DCA) Community HOME Investment Program (CHIP) so to encourage more Owner-Occupied Housing | X | | | | | $500,000 | Staff time, Georgia Initiative for Community Housing (GICH), Private Investments and Community HOME Investment Program (CHIP), and Georgia Dream | City of Rossville, Northwest Georgia Regional Commission, Georgia Department of Community Affairs (DCA) |
| **H-1, H-2, H-3** | Recruit LIHTC, senior, market rate, multi-family, and single-family housing developers | X | X | X | X | X | $8,000 | Staff time, Georgia Initiative for Community Housing (GICH) | Rossville GICH Team, City of Rossville, RDDA, NWJDA |
| **H-1, H-3** | Upon conclusion of the initial three-year GICH program, continue in the Alumni Program | X | X | X | X | X | $3,000 | City of Rossville, grant funding, and sponsorship | City of Rossville, Rossville GICH Team |

## City of Rossville Community Work Program

| Community Work Program, 2022-2026<br><br>City of Rossville | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-2** | Through partnership with Northwest Georgia Regional Commission, attend Complete Street Training, seek appropriate transportation policies. | X | | | | | $3,000 | Northwest Georgia Regional Commission (NWGRC) Bike and Pedestrian Program funding | City of Rossville, Northwest Georgia Regional Commission (NWGRC) |
| **T-2** | Through partnership with Northwest Georgia Regional Commission, seek appropriate transportation policies and practices and develop a plan with designs for Chickamauga / McFarland Avenue. | | | X | | | $7,000 | Northwest Georgia Regional Commission (NWGRC) Bike and Pedestrian Program funding | City of Rossville, Northwest Georgia Regional Commission (NWGRC) |
| **T-2** | McFarland Avenue Corridor Area Development and Beautification | X | X | X | X | | $400,000 | SPLOST, ARC | City of Rossville |
| **T-2** | Chickamauga Avenue Corridor Area Development and Beautification | X | X | X | X | | $550,000 | SPLOST | City of Rossville |
| **T-2** | Continue the development and implementation of a sidewalk plan for the residential areas. | | X | | | | $300,000 | City of Rossville, State of Georgia | City of Rossville |

## City of Rossville Community Work Program

| Community Work Program, 2022-2026<br><br>City of Rossville | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **TRANSPORTATION** | | | | | | | | |
| **T-5** | Investigate feasibility of a Pilot program using city school busses for public transportation | | | | | X | $2,000 | Staff Time | City of Rossville, City of Rossville School System |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-1, NR-2, NR-4, NR-5** | Work with Trust for Public Land to connect the Chattanooga Riverwalk extension to the City of Rossville to connect downtown Rossville to recreation assets and to the City of Chattanooga. | | | | X | | $10,000 | Staff Time, GA Dept of Natural Resources grant | City of Rossville, Rossville DDA |
| **NR-1** | Apply for and participate in the Main Street Program | | | X | | | $2,000 – full-time salary | Staff Time | City of Rossville |
| **NR-5** | Purchase additional property for a city-wide pocket park. | | | X | | | $15,000 | City of Rossville General Fund, Grants | City of Rossville |
| **NR-3** | Purchase additional property for a city-wide pocket park. | | | X | | | $15,000 | City of Rossville General Fund, Grants | City of Rossville |

## City of Rossville Community Work Program

**Community Work Program, 2022-2026**

**City of Rossville**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-1** | Development and Modernization of Historic Downtown District in Partnership with Rossville Downtown Development Authority (RDDA) | | | X | | | $510,000 | SPLOST | City of Rossville, Rossville Downtown Development Authority |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-1** | Apply for Community Development Block Grant (CDBG) for sewer repair and replacement. | | | X | | | $500,000 | Georgia Department of Community Affairs' Community Development Block Grant | City of Rossville, Reagan and Smith, Northwest Georgia Regional Commission |
| **CF-10** | Public Infrastructure: Stormwater/Sewer Maintenance and Repair, and Utility Infrastructure Improvements | X | X | X | X | X | $850,000 | SPLOST | City of Rossville |
| **CF-1** | Apply for sewer funding for low income from new infrastructure plan. | | X | X | X | X | $100,000 | Infrastructure Bill SEC. 226 Grants for construction and refurbishing…Wastewater systems for individuals of low income. | City of Rossville |

## City of Rossville Community Work Program

| Community Work Program, 2022-2026<br><br>City of Rossville | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9** | Rossville Public Facility Improvements | X | X | X | X | | $500,000 | SPLOST | City of Rossville |
| **CF-9** | Rossville Library | X | X | X | X | | $60,000 | SPLOST | City of Rossville |
| **CF-3** | Rossville Public Safety: General and Communication Equipment | X | X | X | X | | $550,000 | SPLOST | City of Rossville |
| **CF-9** | Recreation Facilities and Historical Area Facilities Upgrades and Improvements | X | X | X | X | | $409,600 | SPLOST | City of Rossville |

## Walker County Community Work Program

| **Community Work Program, 2022-2026<br>Walker County** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-3, ED-7, ED-10** | Develop a written comprehensive tourism plan for all of Walker County in addition to the U.S. Hwy 27 Tourism Corridor. Include in the plan mapping, advertising in print, with billboards, websites, TV, radio, etc | | | X | | | $90,000 | Grants, Walker County Chamber of Commerce, Walker County, Northwest Georgia Joint Development Authority | Walker County Chamber of Commerce, Walker County, Northwest Georgia Joint Development Authority |
| **ED-2, ED-7, ED-10, ED-12** | McLemore Resort Private Hotel/Conference Center 2nd 18 hole golf course expansion. | X | X | | | | $33,000,000 | State of Georgia, Private funding | Walker County, Walker County Chamber of Commerce |
| **ED-13** | Industrial Park Development on Hwy 27 and West Reed Road add two local access road points | | | X | | | $12,000,000 | Walker County, Walker County Development Authority (WCDA), and Northwest Georgia Joint Development Authority, ARC | Walker County, Walker County Development Authority (WCDA), and Northwest Georgia Joint Development Authority |

## Walker County Community Work Program

**Community Work Program, 2022-2026**

**Walker County**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **ECONOMIC DEVELOPMENT** | | | | | | | | |
| **ED-10** | Install a new electronic sign at the Walker County Civic Center to better inform the public of special events at the Civic Center. | X | X | | | | $15,000 | Covid-19 Economic Relief (CARES) | Walker County Government |
| **ED-13** | Walker industrial park phase two access road. | | | X | | | $500,000 | Grants, Local, ARC | Walker County and Northwest Georgia Joint Development Authority (NWGAJDA) |
| **ED-14** | Phase I sidewalk installation | X | | | | | $10,000 | General Funds | Walker County Georgia Public Works |
| **ED-14** | Phase II sidewalk installation | | X | | | | $25,000 | General Funds | Walker County Georgia Public Works |
| **ED-6** | Adopt a broadband ordinance | X | | | | | $1,000 | Staff time | City of Chickamauga |
| **ED-6** | Apply for Georgia Department of Community Affairs Broadband Ready designation | X | | | | | $1,000 | Staff time | City of Chickamauga |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br><br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **NATURAL AND CULTURAL RESOURCES** | | | | | | | | |
| **NR-1** | Advance the Walker County African American Museum and Cultural Center and construct a heritage park. | | X | | | | $1,100 | Walker County Government | Walker County Government. |
| **NR-3** | In partnership with Limestone Resources Conservation and Development (RC&D), utilizing 319 grant funding complete watershed study and management plan for stormwater and stream impairments. | X | X | X | | | $110,000 | United States Environmental Protection Agency (EPA) 319 Grant | Walker County Government, Limestone Resource Conservation and Development |
| **NR-3** | Find ways to improve the county recycling program and environmental education in an effort to support the state's goal of 25% reduction to our landfills | | | | X | | $11,000 | Annual donation from waste haulers | Walker County Government |
| **NR-1** | Dougherty House National Register designation and renovation | | | | X | | $100,000 | Grant, Walker County Government | Walker County Government |

## Walker County Community Work Program

**Community Work Program, 2022-2026**

**Walker County**

| Need/ Opportunity Code: | Activity Description | 2022 | 2023 | 2024 | 2025 | 2026 | Cost Estimate | Funding Source | Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-3** | Emergency generators for emergency shelters at certain Walker County owned buildings; as an example, generators are needed at the Civic Center and Ag Center. Both the Civic Center and Ag Center was identified as needing a generator in the 2016 Walker County Hazard Mitigation Plan. | X | X | X | X | | $850,000 | SPLOST, Hazard Mitigation Grant Program | Walker County Government |
| **CF-3** | New radios for first responders, 369 of our radios are no longer being made or service by Motorola | X | X | X | X | | 1,000,000 | SPLOST | Walker County Government |
| **CF-3** | Capital Investment for equipment, technology, and facilities upgrades for the 911 Center Operations | X | X | X | X | | $425,000 | SPLOST | Walker County Government |
| **CF-3** | 911 communication radio tower to address dead spots | X | X | X | X | | $750,000 | SPLOST | Walker County Government |
| **CF-3** | New deputy vehicles | X | X | X | X | | $2,500,000 | SPLOST, USDA/RD | Walker County Georgia Government |

## Walker County Community Work Program

| Community Work Program, 2022-2026 Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-6** | Body and vehicle cameras | X | X | X | X | | $400,000 | SPLOST | Walker County Georgia Government |
| **CF-3, CF-12** | Emergency Services equipment including Emergency Services Vehicles, outfitting of vehicles, and Fire Station Facilities | X | X | X | X | | $3,750,000 | SPLOST, AFG | Walker County Georgia Government |
| **CF-13** | Capital Investment for computer systems and technology advancements | X | X | X | X | | $325,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Public Works Equipment, Roadside Mowers, and Vehicles | X | X | X | X | | $3,000,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Capital Improvements/Investment of county facilities, including the courthouse and courthouse annexes. | X | X | X | X | | $4,100,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Capital equipment for Transportation Maintenance Facilities | X | X | X | X | | $175,000 | SPLOST | Walker County Georgia Government |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-12** | Capital Investments in County Vehicles | X | X | X | X | | $700,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Capital Investment in equipment and facility improvements to the Animal Shelter | X | X | X | X | | $145,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Capital Investment in equipment and facility improvement to the LaFayette/Walker Senior Citizen Center | X | X | X | X | | $200,000 | SPLOST | Walker County Georgia Government |
| **CF-12** | Capital Investment in technology advancements, books, and facility improvements for our (3) Public Libraries | X | X | X | X | | $150,000 | SPLOST | Walker County Georgia Government |
| **CF-9** | Historic Marsh House ongoing repair and maintenance needs | X | X | X | X | | $90,000 | SPLOST | Walker County Georgia Government |
| **CF-1** | Additional fire hydrants | X | X | X | X | | $250,000 | SPLOST | Walker County Georgia Government |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br><br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-11** | Capital equipment vehicles, and facilities improvements for County Landfill operations | X | X | X | X | | $1,500,000 | SPLOST | Walker County Georgia Government |
| **CF-8** | Add additional information to qpublic.com (www.walkerassessors.com) as it becomes available, example flood maps, zoning updates, storm drainage structures, updated aerial photography, etc. | | | | | X | $11,000 | General Funds, Collected Fees | Walker County Government |
| **CF-1** | McLemore Water Project | X | X | X | X | X | $4,500,000 | Grants, Walker County Government User fees, SPLOST | Walker County Government |
| **CF-1** | Phase II of the McLemore Water Project, water back up tank for redundancy | X | X | X | X | X | $350,000 | Grants, Walker County Government User fees, SPLOST | Walker County Government |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-7** | Evaluate other areas of the County to determine future sewer needs. Include in the next SPLOST. | | | | X | | $7,500 | Walker County Water and Sewer Authority, Walker County Government | Walker County Water and Sewer Authority, Walker County Government |
| **CF-4, CF-8** | Civic Center Campus expansion for 4H, UGA Extension and other agriculture services | X | X | X | X | X | $1,200,000 | SPLOST, Grants, Walker County Government, User fees | Walker County Government |
| **CF-4, CF-8** | Civic Center Campus recreational improvements | X | X | X | X | X | $350,000 | SPLOST, Grants, Walker County Government, User fees | Walker County Government |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **COMMUNITY FACILITIES AND SERVICES** | | | | | | | | |
| **CF-9, CF-16** | Walker County Youth Sports Complex (Phase 1) | X | X | X | X | X | $9,200,000 | Grants, SPLOST, American Rescue Plan (ARP), Walker County Government, Hotel/Motel Taxes, Georgia Department of Natural Resources (DNR) Outdoor Stewardship Program | Walker County Government |
| | **LAND USE** | | | | | | | | |
| **LU-3** | Brownfield plan and redevelopment of the Kensington Industrial Park | | | | | X | $15,000 | Staff time | Walker County Government, Walker County Industrial Development Authority (IDA), Northwest Georgia Joint Development Authority, North Georgia Electric (NGA) |

## Walker County Community Work Program

| Community Work Program, 2022-2026<br><br>Walker County | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Need/ Opportunity Code:** | **Activity Description** | **2022** | **2023** | **2024** | **2025** | **2026** | **Cost Estimate** | **Funding Source** | **Responsible Party** |
| | **LAND USE** | | | | | | | | |
| **LU-3** | Brownfield plan and redevelopment of the former Coats American Facility. | | | | | X | $15,000 | Staff time | Walker County Government, Walker County Industrial Development Authority (IDA), Northwest Georgia Joint Development Authority, North Georgia Electric (NGA) |
| **LU-1** | Update and develop ordinances to manage growth – including incentives to attract unique housing developments and allow for alternative housing design. | | X | | | | $1,100 | Staff time | Walker County Governement |

# APPENDIX A

**PUBLIC HEARING NOTICE**
**WALKER COUNTY AND THE CITIES OF**
**CHICKAMAUGA, LAFAYETTE,**
**LOOKOUT MOUNTAIN AND ROSSVILLE**
**UPDATE OF JOINT COMPREHENSIVE PLAN**

Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain and Rossville are beginning a five-year update of their Joint Comprehensive Plan that was previously adopted in February 2017. The plan update will be prepared according to the 2018 Minimum Planning Standards set by the Georgia Department of Community Affairs and the Georgia Planning Act of 1989. This initial public hearing is being held to explain the process for the plan preparation and the opportunities for public participation in the development of the updated plan. The affected governments intend to appoint citizens to participate as part of a Stakeholder Committee to work with planners for the plan preparation. In addition, broad citizen participation at every meeting related to the plan preparation is desirable and recommended.

The plan document, estimated for completion in draft form by November 2021, will ultimately be submitted for review to the Northwest Georgia Regional Commission and the Georgia Department of Community Affairs. Plan approval by February 28, 2022 is required to maintain Qualified Local Government (QLG) status for each local government, per the Georgia Planning Act of 1989, allowing continued eligibility for State loans, grants, or permits for another five years.

The public hearing will be held at Walker County Courthouse Annex III, 201 S. Main St., LaFayette, Georgia 30728, on Thursday, May 13, 2021 at 7:00 p.m. during the Walker County Board of Commissioners meeting.

**Figure: Public Hearing Notice for May 13th, 2021 meeting.**

**Sign In Sheet**

**Public Meeting and Regular Scheduled Commissioner's Meeting**

**May 13, 2021**

**7:00 PM**

| Name | Address |
|---|---|
| Dakiya Porter | |
| LaToya Porter | |
| Alex Smith | |
| Terry Tucker | |
| Karen L Brady | |
| [illegible] Pierce | |
| Casey Hobbs | |
| Wade Hutcheson | |
| [illegible] | |
| [illegible] | |
| Ricky [illegible] | |
| Cheri Noblitt | |
| Todd Noblitt | |
| [illegible] | |
| Tyrone Davis | |

**Figure: Public Hearing Notice for May 13th, 2021 meeting sign in**

**PUBLIC HEARING NOTICE**
**LOOKOUT MOUNTAIN PUBLIC INPUT SESSION FOR THE WALKER COUNTY, CHICKAMAUGA, LAFAYETTE, LOOKOUT MOUNTAIN, and ROSSVILLE JOINT COMPREHENSIVE PLAN**

Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville have prepared a draft Joint Comprehensive Plan for 2022-2032 according to the 2018 Minimum Planning Standards set by the Georgia Department of Community Affairs and the Georgia Planning Act of 1989.

Accordingly, a joint public hearing has been scheduled for the County and Cities to accept comments on the draft *Joint Comprehensive Plan for Walker County and the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville*, for the period 2022-2032. In addition, the city of Lookout Mountain is seeking further input and comment from residents before the submitted draft review by the Northwest Georgia Regional Commission and the Georgia Department of Community Affairs. Plan approval by February 28, 2022 is required to maintain Qualified Local Government (QLG) status for each local government per the Georgia Planning Act of 1989 allowing continued eligibility for State loans, grants, or permits for another five years.

**The public hearing on the draft plan will be held on Tuesday, January 18, 2022 at 5:30 PM at the Lookout Mountain Temporary City Hall of Lookout Mountain United Methodist Church, of 1300 Lula Lake Rd, Lookout Mountain, Ga 30705**

**Figure: Public Hearing Notice for January 18, 2022 meeting in Lookout Mountain, Ga.**

**PUBLIC HEARING**
**WALKER COUNTY AND THE CITIES OF CHICKAMAUGA, LAFAYETTE, LOOKOUT MOUNTAIN AND ROSSVILLE**
**UPDATE OF JOINT COMPREHENSIVE PLAN**
**5:30 pm**
**Tuesday, January 18, 2022**
**United Methodist Church, 1300 Lula Lake Rd, Lookout Mountain, Ga 30705**

| |
|---|
| Ani Escobar |
| Ricky Escobar |
| Dawn Shiraef |
| Jimmy Campbell |
| Angie Sutherland |
| Larry Reed |
| Frank Youmans |
| Keith Sanford |
| Doug Chapin |
| Susan Harris |
| Kristen Stone |
| Devin (Rick) Ryan |
| Allen Bible |
| Beverly Short |
| David Bennett |
| Kenny Lee |

**PUBLIC HEARING NOTICE**
**WALKER COUNTY, CHICKAMAUGA, LAFAYETTE,**
**LOOKOUT MOUNTAIN and ROSSVILLE**
**JOINT COMPREHENSIVE PLAN**

Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville have prepared a draft Joint Comprehensive Plan for 2022-2032 according to the 2018 Minimum Planning Standards set by the Georgia Department of Community Affairs and the Georgia Planning Act of 1989.

Accordingly, a joint public hearing is scheduled for the County and Cities to accept comments or the draft *Joint Comprehensive Plan for Walker County and the Cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville*, for the period 2022-2032. This draft plan was prepared by Walker County and the cities of Chickamauga, LaFayette, Lookout Mountain, and Rossville with broad public participation and with guidance from a Steering Committee of public and private sector individuals. After the public hearing and receipt of public comment, the draft plan will be submitted for review by the Northwest Georgia Regional Commission and the Georgia Department of Community Affairs. Plan approval by February 28, 2022 is required to maintain Qualified Local Government (QLG) status for each local government per the Georgia Planning Act of 1989 allowing continued eligibility for State loans, grants, or permits for another five years.

**The public hearing on the draft plan will be held on Thursday, January 27, 2022 at 7:00 PM at the Walker County Courthouse Annex III, 201 S Main Street, LaFayette, GA 30728.**

**Copies of the draft plan will be available for review at City and County offices, or on the Northwest Georgia Regional Commission website at nwgrc.org by January 18, 2022.**

**Figure: Public Hearing Notice for January 27, 2022 meeting in LaFayette, Ga.**

**Sign In Sheet**

**Scheduled Public Hearing**

**January 27, 2022**

**7:00 PM**

| Name | Address |
|---|---|
| Randy Pittman | |
| Alex Smith | |
| Ethan Calhan | |
| Stephanie Watkins | Rock Spring |
| Wendy Caswell | |
| Kay Baker | |
| Ken Lee | Lookout Mtn, GA |
| Potter | Ross Rd |
| Glen Holland | Rossville Ga |
| [illegible] | Rossville GA |
| [illegible] | Flintstone Ga |
| Ricky Pell | Rossville GA |
| [illegible] | [illegible] |

**Figure: Public Hearing Notice for January 27, 2021 meeting sign-in sheet page 1**

**Sign In Sheet**

**Scheduled Public Hearing**

**January 27, 2022**

**7:00 PM**

| Name | Address |
|---|---|
| Dakota Reed | Chickamauga |
| Jason Moulton | 195 Ayers Rd |
| Lisa Moulton | 195 Ayers Rd |
| Sarah Coffeen | 0 wilson rd |
| Martin Coffeen | 0 wilson Rd |
| Michelle Mack | 65691S Hwy 341 |
| Steele Murdock | 691 Kensington Rd Chickamauga |
| Harold B. Oakes Jr. | P.O. Box 80243 Chatt. TN 37414 |
| ROBERT WARDLAW | |
| | |
| | |
| | |
| | |

**Figure: Public Hearing Notice for January 27, 2021 meeting sign-in sheet page 1**

# APPENDIX B




This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclamer being displayed.


LaFayette Broadband Connectivity
(25 megabits per second)
City Limits
Internet Speed 25 mbps Upload and Download
* All data is up to date as of August 6, 2020.
Disclaimer: Internet Data Provided by the Thrive Partnership from there GeoHub, and is publically avialble from the web address below. All data is by Census block level and represents internet upload and download speed of at least 25 megabits per second.
https://thrive-geohub-igfab.opendata.arcgis.com/
N
1 in = 1 miles
NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future
© October 2021
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.




This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.


Rossville Broadband Connectivity
(25 megabits per second)
City Limits
Internet Speed 25 mbps Upload and Download
* All data is up to date as of August 6, 2020.
Disclaimer: Internet Data Provided by the Thrive Partnership from there GeoHub, and is publically available from the web address below. All data is by Census block level and represents internet upload and download speed of at least 25 megabits per second. The data is enriched data.
1 in = 1,650 feet
NWGRC
NORTHWEST GEORGIA REGIONAL COMMISSION
A Region With A Bright Future
© October 2021
This is a product of the Northwest Georgia Regional Commission Geographic Information System Services, 503 West Waugh Street, Dalton, Georgia 30720, (706) 272-2300, www.nwgrc.org. This map is a representation of features displayed and does not constitute a legal representation of any one feature. This product may not be used or reproduced without the NWGRC logo, name and disclaimer being displayed.