# EXHIBIT D

GEORGIA, WALKER COUNTY:

WHEREAS, on or about the 5th day of September 1947, GORDON K. MCFARLAND did, by proper instrument, convey unto NEAL MORGAN, certain property located in the City of Rossville, Walker County, Georgia, and being located on said property a dwelling house known as the "John Ross House"; and

WHEREAS, said deed contained a reservation forbidding the dismantling or structural change in said building, reference to said deed being made for its full terms and provisions; and

WHEREAS, there has been created by proper judicial proceedings a corporation known as the "John Ross House Association, Inc.", created for the purpose of preserving and maintaining the said house for historical purposes; and

WHEREAS, it is the desire of the said John Ross House Association, Inc. that it remove said house from the property of Neal Morgan and relocate same upon other property, said desire being joined in by the said Gordon K. McFarland and Neal Morgan.

NOW, THEREFORE, THIS AGREEMENT MADE AND ENTERED INTO on this the ____day of ______________1962, by and between GORDON K. MCFARLAND, party of the first part, and NEAL MORGAN, party of the second part:

W I T N E S S E T H:

THAT FOR AND IN CONSIDERATION of the sum of One ($1.00) Dollar and other good and valuable considerations, cash in hand paid at and before the sealing of this instrument, the

receipt of which is hereby acknowledged, the party of the first part, for the purposes above set out, does hereby release to the said Neal Morgan the restrictions forbidding the dismantling of the said John Ross House. IT IS UNDERSTOOD AND AGREED, however, that this release is not a general release of said restrictions but shall apply only to the said John Ross House Association, and the said Neal Morgan is hereby empowered to allow the said John Ross House Association to remove said house from the aforesaid property, using whatever method, as to them shall seem best, giving them the right to dismantle or to make structural changes in said house, so long as such dismantling or structural change shall be, in the opinion of the John Ross House Association, necessary to the moving of said house.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and affixed his seal on the day and year first above written.

______________________________(SEAL)
GORDON K. MCFARLAND

Signed, Sealed, and Delivered in the presence of:

______________________________

______________________________
NOTARY PUBLIC