# EXHIBIT E

64

GEORGIA, WALKER COUNTY.

This agreement made and entered into on this the + Preston Morgan day of June, 1962, by and between Neal Morgan, party of the first part, and the John Ross House Association, Inc., Party of the second part:

WITNESSETH: That for and in consideration of the sum of one dollar and other good and valuable considerations, receipt whereof is hereby acknowledged, the party of the first part has granted, sold and conveyed, and does by these presents grant, sell and convey unto the party of the second part the following described personal property

> The premises or dwelling house known as the John Ross House, now located at and on the "old John Ross Lot" in Rossville, Walker County, Georgia, said land being more particularly described in a deed from Gordon K. McFarland to Neal Morgan, dated September 5, 1947, recorded in the Office of the Clerk of the Superior Court of Walker County, Georgia.
>
> It is understood that this instrument does in no way convey any land, but only the structure described above together with the contents and apperatus therein, together with the right to remove said house, contents and apparatus from said land. There if further granted to party of the second part the right to come upon said land by its agents or employees for the purpose of removing the same.

In witness whereof the said party of the first part has hereunto set his hand and affixed his seal, this the day of June, 1962.

Neal Morgan (SEAL)

Signed, sealed and delivered in the presence of

Preston Morgan (Seal)

John M. Caldwell

Robert F. McClure

NOTARYN PUBLIC

ROBT. F. McCLURE NOTARY PUBLIC

Walker County, Ga.
Filed 3rd Day of July 1962 10 a.m.
Recorded 3rd Day of July 1962
Harold Clements, Clerk

Office of Clerk of Superior Court
Walker County, Georgia
I hereby certify that the attached is a true and correct copy as the same appears of file and record in this office.
Witness whereof I have hereunto set my hand and affixed the seal of the Court
this 17th day of November, 2026
Christina [signature]
Carter Brown, Clerk of Superior Court