# EXHIBIT I

Return To: City of Rossville
PO Box 159
Rossville GA
30741

No TT
Paid

275

# QUIT CLAIM DEED

THIS INDENTURE, made and entered into on this the 29th day of December, 2003, by and between The Rossville Memorial Center, as "Grantor", and City of Rossville, Georgia, as "Grantee".

WITNESSETH: Grantor desiring to make a charitable contribution to Grantee does this day quitclaim, grant and bargain, and does by these presents transfer and convey unto Grantee, its successors and assigns, the following described Real Estate:

Schedule A, Attached

Taxes for the Year 2004 are assumed by the Grantee.

Grantee acknowledges that RDC, Inc., its successors and assigns has the right to use the water from the conveyed property.

Grantee agrees to maintain any structures on the conveyed property in good condition in accordance with The Secretary of Interior's Standards for Rehabilitation (36 CFR part 67) and not to move the houses on the conveyed property from the conveyed property. A violation of this provision shall cause title to the conveyed property to revert to Grantor.

TO HAVE AND TO HOLD the said described Real Estate, with all and singular the rights, members and appurtenances thereunto belonging, or in anywise appertaining, unto the only proper use, benefit and behoof of the Grantee, its successors and assigns, forever in fee simple.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal, on this the day and year first above written.

THE ROSSVILLE MEMORIAL CENTER

By: [signature]
(W. Frank Hutcheson)

Title: Trustee

Signed, sealed and delivered in the presence of:

[signature]
(Witness)

[signature]
(NOTARY PUBLIC)
Walker County, Georgia
My Commission expires:

PAT JACKSON NOTARY PUBLIC WALKER CO.

Walker County, GA
Filed and Recorded in this office 1-5 2004 3:00 pm
Recorded in Deed Book 1222 Page 275-276
Bill McDaniel, Clerk

Prepared by:
John C. Mooney
Attorney at Law
651 East 4th Street, Suite 100
Chattanooga, Tennessee 37403

276

**EXHIBIT "A"**

All that tract or parcel of land lying and being in Original Land Lot No. 9 in the 9th District and 4th Section of Walker County, Georgia, being the 5.16 acre tract being the east part of the property between Lake Avenue and Wilson Street and Lots 15 and 16, Chief John Ross Addition, Rossville, Walker County, Georgia, and described as follows: BEGINNING at a fence corner post, said point being South 62 degrees 00 minutes East, 188.9 feet from the east line of Andrews Avenue; thence North 41 degrees 33 minutes East, 133.6 feet to an iron pipe in a fence line Eastwardly from a driveway now running between Andrews and Lake Avenue; thence in a Northeastwardly direction along a fence 190 feet, more or less to a point; thence continuing along the fence line North 89 degrees 30 minutes East, 209.9 feet to a fence post corner; thence South 30 degrees 29 minutes East, 14.2 feet to a point in the north line of McLemore Street, now closed; thence along the south line of Lots 12, 13 and 14 of Chief John Ross Addition and being the north line of McLemore Street, now closed, North 53 degrees 23 minutes East, 108.7 feet to a point; thence crossing McLemore Street and continuing along the east line of Lot No. 16, Chief John Ross Addition, South 30 degrees 39 minutes East, 125.1 feet to a point on the southeastward corner of Lot No. 16, Chief John Ross Addition; thence along the south line of Lot Nos. 16 and 15 and continuing beyond the west line of Lot No. 15, South 53 degrees 23 minutes West, 104.92 feet to an iron pipe; this being also the center line of a transmission line; thence along the center line of the transmission line and being the rear of Lot Nos. 25 to 35 of Chief John Ross Addition, South 11 degrees 25 degrees minutes West, 568.2 feet to an iron pipe corner; thence along the fence line, the north line of Wilson Street and being also the south line of Chief John Ross Addition, Lot Nos. 37 through 46 and part of Lot No. 47, North 59 degrees 44 minutes West, 334.5 feet to a fence corner post; thence continuing along a fence through Lot No. 47, North 20 degrees 57 minutes East, 104.1 feet to a corner post; thence continuing through Lot No. 48 and part of Lot No. 49 along a fence, North 61 degrees 25 minutes West, 89.7 feet; thence continuing along a fence, North 26 degrees 32 minutes East, 49.2 feet; thence North 58 degrees 45 minutes West, 51.4 feet to a corner post; thence continuing along the fence, North 06 degrees 09 minutes East, 58 feet to the POINT OF BEGINNING and containing 5.16 acres, more or less. All as shown on Betts Engineering Co. Inc., Dwg. 5562-2-81, dated August 8, 1962. Reference is made to plat of record in Plat Book 5, Page 144, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

Being the same property described in Deed Book 252, Page 516, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING:

Subject to rights of the public or third parties in and to all roads, streets and alleys.

Subject to electrical lines, water lines and all other utility lines running under, over or across said property.

Return to: City of Rossville
PO Box 155
Rossville GA 30741

277

**POWER OF ATTORNEY**

JAMES OLAN HUTCHESON hereby appoints W. Frank Hutcheson or Thomas R. Hutcheson as his attorney-in-fact to sign on his behalf as a Partner in Greenfield Properties Company to sign any and all documents, including but not limited to a Quit Claim Deed in connection with the gift of a tract of land located in Walker County, Georgia, as shown on the attached Exhibit A and cash of $10,000.00 by Greenfield Properties Company to the City of Rossville, Georgia.

This Power of Attorney can only be canceled, amended or modified by a written instrument which is placed of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

IN WITNESS WHEREOF, James Olan Hutcheson has executed and sealed this document on the 22 day of December, 2003.

Signed, sealed and delivered
in the presence of:

[signature]
Witness

[signature]
(James Olan Hutcheson)

[signature]
Notary Public TEXAS
County, DALLAS

My commission expires:
1-18-05

DEBRA K. KRUEGER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
JANUARY 19, 2005

Walker County, GA
Filed and Recorded in this office 1-5 2004 3:00 P.M.
Recorded in Deed Book 1222 Page 277-278
Bill McDaniel, Clerk

278

EXHIBIT "A"

Being parts of Original Land Lot Nos. 9 and 10, in the 9th District and 4th Section of Walker County, Georgia, and being a certain tract or parcel of land described as follows: BEGINNING at the southeast intersection of McFarland Avenue and Lake Avenue; thence Eastwardly, along and with the south side of Lake Avenue (Lakeside Drive) to the northwest corner of Lot No. 15, Chief John Ross Addition; thence South 36 degrees 59 minutes East 107.3 feet along the west line of said Lot No. 15 to a stake in the west line of Lot No. 25; thence South a distance of 568.2 feet along the west side of Lot Nos. 25 to 36 inclusive of Chief John Ross Addition; thence West 352.5 feet; thence North 100 feet; thence West 90 feet; thence North 50 feet; thence West 70.9 feet; thence North 50 feet; thence West 160 feet to Andrews Avenue; thence due West along the north side of Andrews Avenue to the east side of McFarland Avenue or Government Road; thence due North, along the east side of McFarland Avenue or Government Road to the POINT OF BEGINNING. Said property being bounded on the north by Lake Side Drive (Lake Avenue); on the east by Lot Nos. 25 to 36 inclusive of Chief John Ross Addition, as shown by Plat #F-1199, of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; on the south by a street known as Wilson Street and by another street known as Andrews Avenue, and on the west by the Government Road or McFarland Avenue. Plats F-1199, F-1986 and other plats fully describing the property herein conveyed are of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

Being Tract No. 5 described in Deed Book 465, Page 488, and in Deed Book 595, Page 699, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

LESS AND EXCEPT that property described in Deed Book 252, Page 516 and in Deed Book 561, Page 744, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING:

Subject to rights of the public or third parties in and to all roads, streets and alleys.

Subject to electrical lines, water lines and all other utility lines running under, over or across said property.

Return to: City of Rossville
PO Box 159
Rossville GA 30741

2/2

279

## POWER OF ATTORNEY

HENRY LEE HUTCHESON hereby appoints W. Frank Hutcheson or Thomas R. Hutcheson as its attorney-in-fact to sign on his behalf as a Partner in Greenfield Properties Company to sign any and all documents, including but not limited to a Quit Claim Deed in connection with the gift of a tract of land located in Walker County, Georgia, as shown on the attached Exhibit A and cash of $10,000.00 by Greenfield Properties Company to the City of Rossville, Georgia.

This Power of Attorney can only be canceled, amended or modified by a written instrument which is placed of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

IN WITNESS WHEREOF, Henry Lee Hutcheson has executed and sealed this document on the 22 day of December, 2003.

Signed, sealed and delivered
in the presence of:

Witness

Notary Public Deborah Lynn Collins
County: Hamilton

My commission expires: 3/4/2006

(Henry Lee Hutcheson)

NOTARY PUBLIC AT LARGE HAMILTON CO., TN STATE

Walker County, GA
Filed and Recorded in this office 1-5 2004 3:00 pm
Recorded in Deed Book 1222 Page 279-280
Bill McDaniel, Clerk

280

EXHIBIT "A"

Being parts of Original Land Lot Nos. 9 and 10, in the 9th District and 4th Section of Walker County, Georgia, and being a certain tract or parcel of land described as follows: BEGINNING at the southeast intersection of McFarland Avenue and Lake Avenue; thence Eastwardly, along and with the south side of Lake Avenue (Lakeside Drive) to the northwest corner of Lot No. 15, Chief John Ross Addition; thence South 36 degrees 59 minutes East 107.3 feet along the west line of said Lot No. 15 to a stake in the west line of Lot No. 25; thence South a distance of 568.2 feet along the west side of Lot Nos. 25 to 36 inclusive of Chief John Ross Addition; thence West 352.5 feet; thence North 100 feet; thence West 90 feet; thence North 50 feet; thence West 70.9 feet; thence North 50 feet; thence West 160 feet to Andrews Avenue; thence due West along the north side of Andrews Avenue to the east side of McFarland Avenue or Government Road; thence due North, along the east side of McFarland Avenue or Government Road to the POINT OF BEGINNING. Said property being bounded on the north by Lake Side Drive (Lake Avenue); on the east by Lot Nos. 25 to 36 inclusive of Chief John Ross Addition, as shown by Plat #F-1199, of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; on the south by a street known as Wilson Street and by another street known as Andrews Avenue, and on the west by the Government Road or McFarland Avenue. Plats F-1199, F-1986 and other plats fully describing the property herein conveyed are of record in the Office of the Clerk of the Superior Court of Walker County, Georgia.

Being Tract No. 5 described in Deed Book 465, Page 488, and in Deed Book 595, Page 699, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

LESS AND EXCEPT that property described in Deed Book 252, Page 516 and in Deed Book 561, Page 744, in the Office of the Clerk of the Superior Court of Walker County, Georgia.

THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING:

Subject to rights of the public or third parties in and to all roads, streets and alleys.

Subject to electrical lines, water lines and all other utility lines running under, over or across said property.