# EXHIBIT K

Deed Doc: QCD
Recorded 11/12/2010 11:49AM
Georgia Transfer Tax Paid : $0.00
Carter Brown
Clerk Superior Court, Walker County, Ga.
Bk 01662 Pg 0309-0311

STATE OF GEORGIA

COUNTY OF WALKER

## QUITCLAIM DEED

**THIS INDENTURE,** made this 10 day of November, 2010, between The City Of Rossville, Georgia, a Municipal Corporation, (hereinafter called "Grantor") and The Downtown Development Authority of the City of Rossville, (hereinafter called "Grantee").

(The words "Grantor" and "Grantee" shall include their respective heirs, successors and assigns, where the context requires or permits, and shall include the singular and plural, and the masculine, feminine, and neuter as the context requires.)

**WITNESSETH** that Grantor, for and in consideration of the sum of One Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, has bargained, sold, and does by these presents, bargain, sell, remise, release and forever quitclaim to Grantee all the rights, title, interest, claim, or demand which the Grantor has or may have in and to the following described Property, to wit :

All that tract or parcel of land described as Parcel number 2003 055, Lots 9,10 located at Lake Avenue in the Downtown District of The City Of Rossville. Further described in the Attachment "B2"of this document.

For prior title see Deed Book 1222 271, in the office of the Clerk of the Superior Court of Walker County,Georgia.

**TO HAVE AND TO HOLD** the said property unto the Grantees so that neither the Grantor nor its successors or assigns nor any other person or persons claiming under Grantor shall at any time claim or demand any right, title, or interest to the said Property or its appurtenances.

**IN WITNESS WHEREOF** the said Grantor has signed and sealed this Deed the Day and year above written.

**THE CITY OF ROSSVILLE, GEORGIA**

By: Johnny Baker
Mayor

Signed, sealed and delivered
In the presence of

[signature]
Unofficial Witness

[signature]
Notary Public

My Commission Expires: 5/20/12

# EXHIBIT "B2"

Being parts of Original Land Lot Nos. 9 and 10, in the 9th District and 4th Section of Walker County, Georgia, and being a certain tract or parcel of land described as follows:

BEGINNING at the southeast intersection of McFarland Avenue and Lake Avenue; thence Eastwardly, along and with the south side of Lake Avenue (Lakeside Drive) to the northwest corner of Lot No. 15, Chief John Ross Addition; thence south 36 degrees 59 minutes East 107.3 feet along the west line of said Lot No. 15 to a stake in the west line of Lot No. 25; thence south a distance of 568.2 feet along the west side of Lot Nos. 25 to 36 inclusive of Chief John Ross Addition; thence West 352.5 feet; thence North 100 feet; thence West 90 feet; thence North 50 feet; thence West 70.9 feet; thence North 50 feet; thence West 160 feet to Andrews Avenue; thence due West along the north side of Andrews Avenue to the East side of McFarland Avenue or Government Road to the POINT OF BEGINNING. Said property being bounded on the North by Lakeside Drive (Lake Avenue); on the east by Lot Nos. 25 to 36 inclusive of the Chief John Ross Addition, as shown by plat #F-1189, of record in the Office of the Clerk of the Superior Court of Walker County, Georgia; on the south by a street known as Wilson Street and by another street known as Andrews Avenue, and on the west by the Government Road of McFarland avenue. Plats F-1199, F-1986 and other plats fully describing the property herein conveyed are of record in the Office of the Clerk of the Superior Court of Walker County.

Being Tract No. 5 described in Deed Book 465, page 488, and in Deed Book 595, Page 699, in the Office of the Clerk of the Superior Court of Walker County.