# EXHIBIT M

# NOTES FROM MEETING BETWEEN THE ROSSVILLE CITY COUNCIL THE CHIEF JOHN ROSS HOUSE ASSOCIATION BOARD

**DATE:** Friday, July 16, 2004

**PURPOSE:** To discuss the Chief John Ross House

**ATTENDING:**

**ROSSVILLE, GEORGIA CITY COUNCIL:**

Mayor Johnny Baker
**Council Members:**
Nathan Bain
Charles Dunn
Ted Harris

**THE CHIEF JOHN ROSS HOUSE ASSOCIATION BOARD**

Larry Rose, President
Earl McDonald, Secretary
Hugh Jackson, Board Member
Steve McCloud, Board Member

The meeting was opened with a prayer by Mayor Johnny Walker.

There was some discussion of ownership of the Chief John Ross House and it was declared unanimously by Mayor Baker and the Council that the City of Rossville did and had not ever owned the house.

After this point, the issue of ownership was settled and discussion continued regarding the maintenance of the house. The major and immediate need is for a new roof. Mayor Baker has gotten two estimates on replacement and necessary repairs to the roof structure and Larry Rose had also contacted a company. All three companies have experience on conservation techniques on National Heritage buildings. All estimates are around the $27,000 range for this work.

The matter of financing was discussed. Mayor Baker said the City had $10,000 to be used for the roof and that they were preparing a grant proposal that would be sent out Monday, July 19, for more funds for the maintenance of the house, and that part of these funds could come toward that roof replacement. Larry Rose said that the Association has a fund that can also be used as part of the roof replacement expenses. The Mayor asked that we send him a letter of the Association's intent to fully support the City of Rossville in obtaining funding for a new roof and necessary repairs to accompany the grant request.

The Mayor said that it was his and the City of Rossville's intention to work with the Association and not run it. A suggestion was made that a Joint Venture be entered into between the two groups. *A TIMETABLE FOR THE JOHN ROSS MEMORIAL PARK ASSOCIATION WAS APPROVED.*

Under this arrangement the Association would own, run and maintain the house and work in conjunction with the City on funding issues and that part that the City could play in the maintenance and upkeep of *CREATING A PARK CENTERED AROUND THE HOUSE AT VICTORY LAKES.*

This was voted on by those present and there was a unanimous consent by both groups that this would be a good idea. The naming of the joint venture would be decided at the next meeting **to announce the formation of a park association.**

Two people (Earl McDonald of the Association and Nathan Bain of the City Council) will prepare lists of what needs to be done in the present time and in the future. They will coordinate with the two groups and combine their suggestions for, presentation **of the new joint venture to the public.**

Mayor Baker and other members of the City Council said that they would:

- continue maintenance on the grounds around the house;
- increase surveillance of the area inside and outside the fence;
- Implement the Association plan calling for the fence to be extended past the paved drive and the drive itself being made part of the lawn;
- try to get the trees cut down in the back that could cause great damage if not total destruction if they were to fall;
- also clean out all the growth.
- plan other projects, i.e. new roof on the duck house, etc. that would benefit the site.

He reiterated that nothing would be done without the Association's knowledge and approval.

Larry reminded them that the house is on the National Register of Historic Homes and that anything done to the house must be done according to the standards of this group.

The Mayor said that the importance of this House to the City of Rossville and the State of Georgia is immeasurable and they were proud to be able to participate in its welfare.