# EXHIBIT N

JULY 1, 05

Roof

P. O. Box 159 • Rossville, Georgia 30741

(706) 866-1325 • Fax (706) 861-0765

The Home of Chief John Ross

City of Rossville

July 1, 2005

Mr. Larry Rose
826 Chickamauga Ave
Rossville, GA 30741

Dear Larry,

The City of Rossville would like to thank the John Ross House Association for their contribution to the new roof on the John Ross House. We are extremely happy with the work that was done and we have requested our reimbursement through the Historic Preservation Grant from the state.

After careful inspection of the house during the roof replacement, it was discovered that there was more structural damage than anticipated and additional work had to be done at an additional cost of $1,360.00. As treasurer for the City of Rossville, we do not feel that this additional cost should fall on the taxpayers of the city. The city was able to use the funds that were donated to us from Mr. Hutcheson and the grant that was awarded us. The John Ross Association did come together with us and donated the balance of the original estimate. However, we would like to ask that the additional cost be covered by your Association. Could you please take this before your board and advise us what you would like to do?

We appreciate the cooperation that is being shown between all of us and how it is paying off by the visual appearance of the property. Again, we thank you and would appreciate your consideration in this issue.

Sincerely,

Sherry

Sherry Foster, CMC
City Clerk/Treasurer

CC: Mayor Baker
Councilmembers

*Mayor* - Johnny Baker / *City Council* - Rick Buff; Charles Dunn; Nathan Bain; Teddy Harris / *City Clerk* - Sherry Foster