# EXHIBIT O

An official website of the United States government Here's how you know

| **Chickamauga & Chattanooga** National Military Park

Info (https://www.nps.gov/chch/planyourvisit/basicinfo.htm) Alerts 1 (https://www.nps.gov/chch/planyourvisit/conditions.htm)

Maps (https://www.nps.gov/chch/planyourvisit/maps.htm) Calendar (https://www.nps.gov/chch/planyourvisit/calendar.htm)

Fees (https://www.nps.gov/chch/planyourvisit/fees.htm)

*NPS.gov (https://www.nps.gov/) / Park Home (https://www.nps.gov/chch/index.htm) / Learn About the Park (https://www.nps.gov/chch/learn/index.htm) / News (https://www.nps.gov/chch/learn/news/index.htm) / News Releases*

NEWS RELEASE

# "Our Hearts are Sickened" John Ross Fights for His People

You are viewing **ARCHIVED** content published online before January 20, 2025. Please note that this content is **NOT UPDATED**, and links may not work. For current information, visit https://www.nps.gov/aboutus/news/index.htm (https://www.nps.gov/aboutus/news/index.htm).

Subscribe (https://www.nps.gov/feeds/getNewsRSS.htm?id=chch) (https://www.nps.gov/feeds/getNewsRSS.htm?id=chch) | What is RSS

**Date:** August 1, 2017
**Contact:** Kim Coons (https://www.nps.gov/common/utilities/sendmail/sendemail.cfm?o=408CD6849EDCA0B2879B1DBFEA59ACA250&r=/chch/learn/news/johnross.htm), 423-752-5213 ×139

Fort Oglethorpe, GA: On Saturday, August 12, at 2 pm, Chickamauga and Chattanooga National Military Park will provide a 45 minute program exploring Principal Chief John Ross's struggle to keep the Cherokee Nation's ancestral homeland within its control. This program will be conducted in partnership with the Chief John Ross House Association and will take place at the Ross House, 200 E. Lake Ave., Rossville, GA 30741. The house will be open and available for visitation after the program.

In response to the passage of the 1835 Treaty of New Echota, Cherokee Chief John Ross scratched out a letter to the United States Government stating "We are overwhelmed! Our hearts are sickened, our utterance is paralyzed, when we reflect on the condition in which we are placed...." However, Ross was not the only signer of the letter; three other individuals scribbled their names, along with 31 members of the National Committee and National Council and 2,174 others. One might think that many voices would be loud enough, but their shouts fell upon deaf ears. Visitors will learn what lead up to this letter being penned and the unfortunate consequences that ultimately befell the Cherokee Nation.

**Tags:**

trail of tears (https://www.nps.gov/aboutus/news/news-releases.htm?q="trail of tears"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

john ross (https://www.nps.gov/aboutus/news/news-releases.htm?q="John Ross"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

cherokee removal (https://www.nps.gov/aboutus/news/news-releases.htm?q="Cherokee Removal"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

indian removal (https://www.nps.gov/aboutus/news/news-releases.htm?q="Indian Removal"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

chickamauga and chattanooga national military park (https://www.nps.gov/aboutus/news/news-releases.htm?q="Chickamauga and Chattanooga National Military Park"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

Last updated: August 3, 2017

## Was this page helpful?

- Yes
- No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

CONTACT INFO

**Mailing Address:**
3370 LaFayette Road
Fort Oglethorpe, GA 30742

**Phone:**
706-866-9241