# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:26-cv-00300-WMR**
**John Ross House Association, Inc. v. City of Rossville, Georgia**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 11/19/2026.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 2:15
OFFICE LOCATION: Rome

COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lee Carter and Jesse Davis representing City of Rossville, Georgia<br>Daniel Esquivel and Melissa Kirby representing John Ross House Association, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard oral argument and will issue a written order. Court encourages parties to work to find an agreement on this case. If not, court will be ready to fast track the trial and can get it tried in early spring. |
| HEARING STATUS: | Hearing Concluded |